**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MMD Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba MMD Texas Holdings, LLC; dba MMD-Squadron; dba Squadron |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 0 – 3 8 1 0 7 5 5 |

4. Debtor's address

**Principal place of business**

**1115 Crowley Drive**
Number    Street

_____

**Carrollton**          **TX**    **75011-5010**
City                  State   ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                  State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                  State   ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                 MM / DD / YYYY

District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                 MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                 MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____

_____
City          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor  **MMD Holdings, LLC**                                          Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/19/2021**
    MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Kevin Sacher**
Printed name

**CEO**
Title

Debtor  **MMD Holdings, LLC**                                              Case number (if known) _____

18.  **Signature of attorney**         **X**  **_/s/ Stephen A. Roberts_**_____      Date  **01/19/2021**_____

Signature of attorney for debtor                                    MM / DD / YYYY

**Stephen A. Roberts**_____

Printed name

**Clark Hill Strasburger**_____

Firm name

**720 Brazos Suite 700**_____

Number       Street

_____

**Austin**_____      **TX**      **78701-9923**_____

City                                             State       ZIP Code

**(512) 499-3600**_____      **sroberts@clarkhill.com**_____

Contact phone                                 Email address

**17019200**_____      **TX**_____

Bar number                                    State

---

DocuSign Envelope ID: 4D674695-9A25-4CE0-81A7-0D107BF9E42D

**MMD HOLDINGS, LLC,**
**a Florida limited liability company**

## WRITTEN CONSENT OF MEMBERS

The undersigned, being the owners of 100% of the Class A Units ("*Members*") of MMD HOLDINGS, LLC, a Florida limited liability company (the "*Company*") , in lieu of a special meeting of the members, hereby agree, pursuant to our authority under Section 20(a),(c), and (f)(vii) of the Third Amended & Restated Operating Agreement of MMD Holding, LLC, dated June 30, 2019, to the adoption of the following resolutions by written consent, to be effective as of December 13, 2021 ("*Effective Date*"):

NOW, THEREFORE, BE IT:

RESOLVED, that the undersigned deems it to be in the best interests of the Company to commence a case under Chapter 7 of the United States Bankruptcy Code, to authorize Kevin Sacher, Chief Executive Officer, to execute, verify and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to appear and represent the Company in the bankruptcy case, and in that connection, to employ and retain all assistance by legal counsel and other professionals and to perform any and all further acts and deeds that the Chief Executive Officer deems necessary and proper to proceed with such case as Debtor;

IT IS FURTHER RESOLVED that the engagement of the law firm of Clark Hill Strasburger as bankruptcy counsel for the Company in the Chapter 7 case pursuant to the terms of engagement executed by the Chief Executive Officer, is hereby ratified, confirmed, adopted and approved, and that such engagement continue through the Chapter 7 Case.

EXECUTED to be effective as of the Effective Date.

### BANYAN EQUITY INVESTORS, INC.

*James W. Davidson*     1/14/2021
BY JAMES DAVIDSON, MANAGING DIRECTOR

### BANYAN MEZZANINE FUND, LP

*James W. Davidson*     1/14/2021
BY BANYAN INVESTORS, LLC, ITS GENERAL PARTNER
BY JAMES DAVIDSON, MANAGING DIRECTOR