---

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **MMD Holdings, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking account** | 6 8 7 2 | $5,483.41 |
| 3.2. | **Wells Fargo** | **Zero Balance** | 0 5 7 5 | $0.00 |
| 3.3. | **Wells Fargo** | **Zero Balance** | 6 8 9 8 | $0.00 |
| 3.4. | **Wells Fargo** | **Zero Balance** | 6 9 0 6 | $0.00 |
| 3.5. | **Wells Fargo** | **Zero Balance** | 6 9 1 4 | $0.00 |
| 3.6. | **Paypal** | **Merchant** | C D E C | ($231.04) |
| 3.7. | **ECapital Finance Services** | **Factoring** | S 1 0 1 | $200.09 |
| 3.8. | **ECapital Finance Services** | **Factoring** | S 1 0 2 | $3,466.08 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$8,918.54

---

Debtor **MMD Holdings, LLC**_____ Case number (if known) _____
Name

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. **Building lease security deposit with Cha & Cha II, LLC** | **$25,000.00** |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1. **Prepaid inventory - Stevens International & Sourcez N Trends (Hong Kong) LTD** | **$106.87** |
| 8.2. **Prepaid account balance - Stamps.com** | **$399.86** |
| 9. **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | **$25,506.73** |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

11. **Accounts receivable**

Current value of debtor's interest

| 11a. 90 days old or less: | **$85,684.49** face amount | – | **$22,021.97** doubtful or uncollectible accounts | = ......➡ | **$63,662.52** |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **$14,650.08** face amount | – | **$14,650.08** doubtful or uncollectible accounts | = ......➡ | **$0.00** |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$63,662.52**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

         Name

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

        Describe:

**17.** **Total of Part 4**

        Add lines 14 through 16. Copy the total to line 83.                           **$0.00**

---

## Part 5:   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | MM/DD/YYYY | | | |
| **20.** **Work in progress** | | | | |
|    Goods for resale | 01/04/2021 | $3,920.00 | Cost | $3,920.00 |
| **21.** **Finished goods, including goods held for resale** | | | | |
|    Goods for resale | 01/04/2021 | $368,289.90 | Cost/FIFO | $368,289.90 |
| **22.** **Other inventory or supplies** | | | | |
|    Manufacturing supplies | 01/04/2021 | $51,434.57 | Cost/FIFO | $51,434.57 |

**23.** **Total of Part 5**

        Add lines 19 through 22. Copy the total to line 84.                  **$423,644.47**

**24.** **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops--either planted or harvested** | | | |
| **29.** **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____
_____Name_____

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Cubicles and lateral file cabinets | $0.00 | Straight line depreciatio | $0.00 |
| **40. Office fixtures** | | | |
| Office/whse fixtures & MFG equipment | $65,616.71 | Straight line depreciatio | $65,616.71 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| AED, computer equipment, software | $22,236.29 | Straight line depreciatio | $22,236.29 |

**42. Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Drawings, prints, books, manuscripts (see footnotes attached)** | Unknown | No value assigned | Unknown |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $87,853.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor **MMD Holdings, LLC**
        Name                                            Case number (if known) _____

---

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.  **2018 Ford Fusion 3FA6P0HD3JR166629 -**<br>**VEHICLE IS LEASED** | **$0.00** | | **$0.00** |
|---|---|---|---|

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                                        **$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1115 & 1121 Crowley Dr.**<br>**Carrollton, TX**<br>**Leased office/warehouse** | **Lessee** | **$0.00** | | **$0.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **MMD Holdings, LLC**            Case number (if known) _____
       Name

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Schedule 2 attached | $0.00 | No value assigned | $0.00 |
| 61. **Internet domain names and websites** | | | |
| See Schedule 3 attached | $0.00 | GODADDY.COM | $28,041.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Consumer and Wholesale/Distributor Mailing Lists | $0.00 | No value assigned | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| Barcodes | $0.00 | No value assigned | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.        **$28,041.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                  Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor    **MMD Holdings, LLC**_____    Case number (if known) _____
          Name

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
   **including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.                         | _____ **$0.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| **Type of property** | **Current value of personal property** | **Current value of real property** |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ **$8,918.54** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ **$25,506.73** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | _____ **$63,662.52** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | _____ **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | _____ **$423,644.47** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ **$87,853.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9.*..................................................➔ | | _____ **$0.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ **$28,041.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + _____ **$0.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column.    91a. | **$637,626.26** | + 91b. **$0.00** |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... | **$637,626.26** |

---

**Fill in this information to identify the case:**

Debtor name: **MMD Holdings, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **Banyan Mezzanine Fund, L.P.** | Describe debtor's property that is subject to a lien **All assets of Debtor** | **$9,310,000.00** | **$637,626.26** |

**2.1**

Creditor's name
**Banyan Mezzanine Fund, L.P.**

Creditor's mailing address
**1111 Brickell Ave., Suite 1300**

_____

_____

**Miami**            **FL**    **33131**

Creditor's email address, if known

_____

Date debt was incurred    **11/21/2005**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of Debtor**

Describe the lien
**Subordinated Indebtedness**

Is the creditor an insider or related party?

☐ No

☑ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            **$9,597,842.00**

Debtor    **MMD Holdings, LLC**                          Case number (if known)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

**Creditor's name**
**NEWCO CAPITAL GROUP**

**Creditor's mailing address**
**90 BROAD STREET**

**SUITE 903**

**NEW YORK**       **NY**    **10004**

**Creditor's email address, if known**

Date debt was incurred    **7/29/2020**

**Last 4 digits of account number**    __ __ __ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**INVENTORY**

**Describe the lien**
**MCA Advance / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

                                **$159,267.00**          **$415,646.76**

---

**2.3**

**Creditor's name**
**NEWCO CAPITAL GROUP**

**Creditor's mailing address**
**90 BROAD STREET**

**SUITE 903**

**NEW YORK**       **NY**    **10004**

**Creditor's email address, if known**

Date debt was incurred    **9/28/2020**

**Last 4 digits of account number**    __ __ __ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**INVENTORY**

**Describe the lien**
**MCA Advance**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

                                  **$128,575.00**          **$415,646.76**

---

**Fill in this information to identify the case:**

Debtor    **MMD Holdings, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,444.14** | **$0.00** |

**2.1**    Priority creditor's name and mailing address

**CARROLLTON-FARMERS BRANCH ISD**

**INDEPENDENT SCHOOL DIST.**

**1445 N. PERRY ROAD**

**CARROLLTON**     **TX**    **75006**

Date or dates debt was incurred

**10/1/2020**

Last 4 digits of account
number   **0**   **3**   **1**   **7**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TAXES**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    **$5,444.14**
Priority amount    **$0.00**

---

**2.2**    Priority creditor's name and mailing address

**DALLAS COUNTY TAX OFFICE**

**1201 ELM STREET**

**SUITE 2600**

**DALLAS**     **TX**    **75270**

Date or dates debt was incurred

**3/8/1917**

Last 4 digits of account
number   **5**   **0**   **0**   **0**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TAXES**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    **$6,277.83**
Priority amount    **$0.00**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3**   Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**DEPT OF TREASURY**

_____

**MEMPHIS**    **TN**    **38101-0069**

Date or dates debt was incurred

**12/14/2020**

Last 4 digits of account
number   **0   7   5   5**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$411.18**    Priority amount: **$0.00**

---

**2.4**   Priority creditor's name and mailing address

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**PO BOX 13528**

**CAPITOL STATION**

**AUSTIN**    **TX**    **78711-3528**

Date or dates debt was incurred

**12/1/2020**

Last 4 digits of account
number   **3   0   7   2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$463.64**    Priority amount: **$0.00**

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
|---|---|---|---|

Fanucci, Jerome

4 CONSTITUTION ROAD

LEXINGTON, MA 2421

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

| Date or dates debt was incurred | 12/24/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 1 4 5 6 | ☑ No<br>☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.99 |
|---|---|---|---|

Wittner, Paul

2263 NORTH TREKELL RD

LOT 81

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| CASA GRANDE | AZ | 85122 |

**Basis for the claim:** Consumer refund/prepayment

| Date or dates debt was incurred | 4/15/2020 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 8 2 9 8 | ☑ No<br>☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.09 |
|---|---|---|---|

A THOMAS

1011 Irion Dr

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Euless | TX | 76039-3332 |

**Basis for the claim:** Consumer refund/prepayment

| Date or dates debt was incurred | 5/9/2017 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 8 6 5 5 | ☑ No<br>☐ Yes |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.30 |
|---|---|---|---|

A&A FIRE EXTINGUISHER CO.

PO BOX 586

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| FORNEY | TX | 75126 |

**Basis for the claim:** SERVICE

| Date or dates debt was incurred | 6/3/2020 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _ _ N A | ☑ No<br>☐ Yes |

Debtor    **MMD Holdings, LLC**                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.5**    Nonpriority creditor's name and mailing address

**AARON MCNEAL**

**244 Drake Run Ln**

_____

**Dickinson**          **TX**    **77539-4244**

Date or dates debt was incurred    **6/25/2019**

Last 4 digits of account number    **2   2   6   0**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.63**

---

**3.6**    Nonpriority creditor's name and mailing address

**AARON SLAGLEY**

**606 CHICAGO AVE**

_____

**SAVANNA**          **IL**    **61074**

Date or dates debt was incurred    **7/28/2020**

Last 4 digits of account number    **3   9   7   8**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.98**

---

**3.7**    Nonpriority creditor's name and mailing address

**Abel Arce**

**801 Leighton Cv**

_____

**Collierville**          **TN**    **38017-1356**

Date or dates debt was incurred    **12/21/2019**

Last 4 digits of account number    **4   3   7   5**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.17**

---

**3.8**    Nonpriority creditor's name and mailing address

**ACC BUSINESS**

**400 WEST AVENUE**

_____

**ROCHESTER**          **NY**    **14611**

Date or dates debt was incurred    **10/27/2020**

Last 4 digits of account number    **8   6   4   7**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **UTILITY**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,241.71**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**ADAM BOECK**

**3012 Sunset Dr Apt 11B**

**Columbus**     **OH**    **43202-1952**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **5   4   5   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.40**

---

**3.10**   Nonpriority creditor's name and mailing address

**ADP**

**ONE ADP BOULEVARD**

**ROSELAND**     **NJ**    **07068**

Date or dates debt was incurred    **10/2/2020**

Last 4 digits of account number    **2   7   8   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,709.00**

---

**3.11**   Nonpriority creditor's name and mailing address

**ADRIAN WOJCIK**

**PO Box 940156**

**Rockaway Park**     **NY**    **11694-0156**

Date or dates debt was incurred    **12/20/2019**

Last 4 digits of account number    **2   7   3   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$206.12**

---

**3.12**   Nonpriority creditor's name and mailing address

**AERMED**

**300 BROOKSHIRE CT**

**TAYLORSVILLE**     **NC**    **28681**

Date or dates debt was incurred    **8/30/2019**

Last 4 digits of account number    **3   0   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.00**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**AFFINITY IT GROUP**

**6920 SPRING VALLEY DR**

**SUITE 106**

**HOLLAND**      **OH**    **43528**

Date or dates debt was incurred    **9/1/2020**

Last 4 digits of account number    __ __ **N A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,137.90**

---

**3.14**   Nonpriority creditor's name and mailing address

**AL HIRATA**

**1135 S Pacific Ave**

**San Pedro**      **CA**    **90731-4103**

Date or dates debt was incurred    **6/1/2020**

Last 4 digits of account number    **2 8 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.99**

---

**3.15**   Nonpriority creditor's name and mailing address

**AL HOCHEVAR**

**700 GALLERIA PKWY SE STE 100**

**ATLANTA**      **GA**    **30339-5943**

Date or dates debt was incurred    **8/28/2020**

Last 4 digits of account number    **1 7 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$99.98**

---

**3.16**   Nonpriority creditor's name and mailing address

**AL HOFFMAN**

**1270 Chateaugay Ln**

**Indianapolis**      **IN**    **46217-6810**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **4 8 5 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.28**

---

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**AL ORTIZ**

**12082 Quatro Ave**

| Garden Grove | CA | 92843-4015 |
|---|---|---|

Date or dates debt was incurred    **12/11/2018**

Last 4 digits of account number    **1 6 7 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$49.70**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**AL SUTTON**

**4432 EAGLEBROOK DR**

| WILLIAMSBURG | VA | 23188 |
|---|---|---|

Date or dates debt was incurred    **1/17/2020**

Last 4 digits of account number    **6 3 9 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.03**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**ALAINA SENEY**

**32 CHERRY ST**

**DRISCOLLS**

| FORT MONTGOMERY | NY | 10922 |
|---|---|---|

Date or dates debt was incurred    **12/2/2019**

Last 4 digits of account number    **4 7 4 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.99**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**ALAN AKIN**

**499 STORY ROAD**

| ARABI | GA | 31712 |
|---|---|---|

Date or dates debt was incurred    **8/10/2020**

Last 4 digits of account number    **1 2 8 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|--------|-------------------|------------------------|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                             **Amount of claim**

---

**3.21**    Nonpriority creditor's name and mailing address

**ALAN BLAU**

**175 Edith Ln**

**Dayton**             **NV**     **89403-9724**

Date or dates debt was incurred    **6/13/2019**

Last 4 digits of account number    **2**   **8**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.26**

---

**3.22**    Nonpriority creditor's name and mailing address

**Alan Ford**

**2316 Peaceful Pointe Dr**

**Little Elm**          **TX**     **75068-6018**

Date or dates debt was incurred    **12/1/2019**

Last 4 digits of account number    **7**   **6**   **3**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$59.10**

---

**3.23**    Nonpriority creditor's name and mailing address

**ALAN UYEMURA**

**94-431 OPEHA ST**

**WAIPAHU**         **HI**     **96797**

Date or dates debt was incurred    **4/9/2019**

Last 4 digits of account number    **6**   **6**   **8**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$72.20**

---

**3.24**    Nonpriority creditor's name and mailing address

**ALAN WIORKOWSKI**

**8 Valentine St**

**Carpentersville**     **IL**     **60110-1832**

Date or dates debt was incurred    **3/4/2019**

Last 4 digits of account number    **6**   **3**   **6**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.95**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         Amount of claim

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.01** |
|---|---|---|---|

**ALBERT BERNESTINE**

**209 S Burris Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Compton | CA | 90221-3357 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **5/3/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5 6 2 7**

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**ALBERT DELONG**

**7109 Candlewood Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Brooklyn Park | MN | 55445-2501 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **1/26/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6 0 1 8**

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.75** |
|---|---|---|---|

**ALBERT LLAMAS**

**14730 Sundance Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Santa Clarita | CA | 91387-1542 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/17/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7 7 6 4**

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**ALBERT STUDNICK**

**759 E.101ST ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| BROOKLYN | NY | 11236 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **2/20/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0 9 0 6**

---

Debtor  **MMD Holdings, LLC** _____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.18 |
|---|---|---|---|

**ALBERT TEJEDA**

**320 SUNSET ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **KINGSBURG** | **CA** | **93631** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **3/30/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **1  9  2  3**

☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.99 |
|---|---|---|---|

**ALEX DOWNS**

**PO Box 87**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Medanales** | **NM** | **87548-0087** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **1/31/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **0  6  2  6**

☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.14 |
|---|---|---|---|

**Alex Durr**

**1305 Virginia Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Fort Worth** | **TX** | **76107-2435** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **2/26/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **7  1  5  8**

☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.15 |
|---|---|---|---|

**ALEX HRAPUNOV**

**13342 Blackwells Mill Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Goldvein** | **VA** | **22720-1909** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **1/21/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **8  2  9  2**

☑ No
☐ Yes

---

Debtor   **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | **Nonpriority creditor's name and mailing address** |
|---|---|

**ALEX TULA**

**2020 MALTBY RD STE 7-197**

**$21.11**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**BOTHELL**            **WA**    **98021-8669**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **5   9   8   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** |
|---|---|

**ALFRED ALVAREZ**

**1607 Hicks Ave**

**$49.63**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**         **TX**    **78210-4342**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/17/2020**

Last 4 digits of account number    **2   1   8   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** |
|---|---|

**ALFRED ARLINE**

**270 BEN HOGAN**

**$5.95**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PUEBLO WEST**         **CO**    **81007**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/2/2019**

Last 4 digits of account number    **0   5   3   8**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** |
|---|---|

**ALFRED CHU**

**25572 Vesuvia Ave**

**$0.10**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mission Viejo**       **CA**    **92691-4720**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **8/23/2018**

Last 4 digits of account number    **5   2   4   9**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**    Nonpriority creditor's name and mailing address

**ALFRED HENLEY**

**163 ELF TRAIL**

**BASSETT**      **VA**    **24055**

Date or dates debt was incurred    3/26/2019

Last 4 digits of account number    0   6   1   7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.60**

---

**3.38**    Nonpriority creditor's name and mailing address

**ALFRED MARES**

**706 CAMBRIA CT**

**LEMOORE**      **CA**    **93245**

Date or dates debt was incurred    12/27/2018

Last 4 digits of account number    5   3   0   6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.06**

---

**3.39**    Nonpriority creditor's name and mailing address

**ALFRED ODAIRE**

**220 Park St**

Jarratt      **VA**    **23867-9018**

Date or dates debt was incurred    2/6/2020

Last 4 digits of account number    5   6   7   0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$157.96**

---

**3.40**    Nonpriority creditor's name and mailing address

**ALLAN HENINGER**

**2436 S 64TH ST**

**WEST ALLIS**      **WI**    **53219**

Date or dates debt was incurred    5/9/2019

Last 4 digits of account number    4   9   2   6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28.39**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

**ALLAN JONES**

**2138 S 58TH ST**

_____

**MILWAUKEE**                    **WI**      **53219**

Date or dates debt was incurred    **2/3/2020**

Last 4 digits of account number    **3   0   0   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$63.96**

---

**3.42** Nonpriority creditor's name and mailing address

**Allan Thompson**

**105 LABRADOR DRIVE**

**#18074**

**COFFMAN COVE**              **AK**      **99918**

Date or dates debt was incurred    **3/30/2020**

Last 4 digits of account number    **7   3   8   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.99**

---

**3.43** Nonpriority creditor's name and mailing address

**ALLEN GREEN**

**505 Byron Ct**

_____

**Benicia**                      **CA**    **94510-1313**

Date or dates debt was incurred    **10/16/2019**

Last 4 digits of account number    **9   4   2   2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.50**

---

**3.44** Nonpriority creditor's name and mailing address

**ALLEN HARRIS**

**632 Dudley Ave**

_____

**Norfolk**                      **VA**    **23503-3502**

Date or dates debt was incurred    **1/19/2018**

Last 4 digits of account number    **7   0   2   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.94**

Debtor     **MMD Holdings, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.45**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      **$15.38**
                                                                         *Check all that apply.*
**ALLEN HEPLER**                                                         ☐ Contingent
**4471N 300W**                                                           ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**WEST LAFAYETTE**          **IN**    **47906**                          **Consumer refund/prepayment**

Date or dates debt was incurred     5/24/2019                           **Is the claim subject to offset?**
                                                                         ☑ No
Last 4 digits of account number      5  9  3  6                         ☐ Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      **$15.11**
                                                                         *Check all that apply.*
**ALLEN MATHE**                                                          ☐ Contingent
**21419 N 52nd Ave**                                                     ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Glendale**                **AZ**    **85308-9353**                     **Consumer refund/prepayment**

Date or dates debt was incurred     8/29/2019                           **Is the claim subject to offset?**
                                                                         ☑ No
Last 4 digits of account number      4  7  2  7                         ☐ Yes

---

**3.47**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      **$13.99**
                                                                         *Check all that apply.*
**ALLEN MCLAWHON**                                                       ☐ Contingent
**131 CHANEY LOOP**                                                      ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**STONEVILLE**              **NC**    **27048**                          **Consumer refund/prepayment**

Date or dates debt was incurred     1/14/2020                           **Is the claim subject to offset?**
                                                                         ☑ No
Last 4 digits of account number      6  2  8  2                         ☐ Yes

---

**3.48**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      **$11.00**
                                                                         *Check all that apply.*
**ALLISON CALDWELL**                                                     ☐ Contingent
**11 Sherwood Mdws**                                                     ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Pembroke**                **NH**    **03275-1104**                     **Consumer refund/prepayment**

Date or dates debt was incurred     1/14/2020                           **Is the claim subject to offset?**
                                                                         ☑ No
Last 4 digits of account number      2  2  4  2                         ☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

AMANDA MELVIN

696 ROCK HOUSE RD.

BLACKSBURG          SC     29702

Date or dates debt was incurred     4/1/2020

Last 4 digits of account number     5   5   9   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$71.48**

---

**3.50** Nonpriority creditor's name and mailing address

AMBROSE PATRIZI

308 Huber Blvd

Hobart          IN     46342-1105

Date or dates debt was incurred     5/19/2020

Last 4 digits of account number     2   6   5   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40.98**

---

**3.51** Nonpriority creditor's name and mailing address

AMY COLTER

704 MAIN ST

APT 211

FALMOUTH, MA 2540

Date or dates debt was incurred     12/5/2017

Last 4 digits of account number     1   1   4   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$53.45**

---

**3.52** Nonpriority creditor's name and mailing address

ANDREW CHMYR

5 Union View Dr

Gettysburg          PA     17325-8574

Date or dates debt was incurred     8/10/2020

Last 4 digits of account number     3   0   7   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$39.45**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address

ANDREW FISCHELS

1848 275TH ST

_____

INDEPENDENCE      IA     50644

Date or dates debt was incurred    10/3/2017

Last 4 digits of account number    6   1   1   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$8.98**

---

**3.54**   Nonpriority creditor's name and mailing address

ANDREW GUERRERO #93419

PO BOX 2

L F C

_____

LANSING      KS     66043-0002

Date or dates debt was incurred    10/24/2017

Last 4 digits of account number    1   7   2   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$99.41**

---

**3.55**   Nonpriority creditor's name and mailing address

ANDREW KUTALEK

17906 Julia Ave

_____

Needville      TX     77461-7574

Date or dates debt was incurred    5/14/2019

Last 4 digits of account number    1   7   2   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.41**

---

**3.56**   Nonpriority creditor's name and mailing address

ANDREW LANGE

907 Humboldt Ave

_____

West Saint Paul      MN     55118-1427

Date or dates debt was incurred    12/4/2018

Last 4 digits of account number    7   3   3   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$331.34**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.15 |

**ANDREW SABLICH**

**2209 Oakwood Ln**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Lowell** | **IN** | **46356-7081** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **1/23/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4  9  0  5**

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.99 |

**ANDREW YARNE**

**2605 Brockman Ave**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Marion** | **IA** | **52302-1949** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **4/13/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3  9  3  2**

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.50 |

**Andy Johnson**

**8508 Mossy Ridge Ct**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Florence** | **KY** | **41042-7431** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **10/5/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7  3  2  2**

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.87 |

**ANN CONNORS**

**PO BOX 549**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **KATONAH** | **NY** | **10536-0549** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **12/13/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2  8  4  4**

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.98 |
|---|---|---|---|

**ANNA KISLING**

**366 ROTHERHAM DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CROSSVILLE**                    **TN**     **38558**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **1/3/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **4   7   9   1**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |
|---|---|---|---|

**ANTHONY ARAGON**

**1016 GLADE LN**

**4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FARMINGTON**                    **NM**     **87401**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **6/19/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **2   9   1   2**

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.98 |
|---|---|---|---|

**ANTHONY CUCCIA**

**883 FILMORE AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NEW ORLEANS**                    **LA**     **70124**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **8/23/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **4   6   2   0**

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.62 |
|---|---|---|---|

**ANTHONY GARDINER #78247**

**PO Box 8274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cranston**                    **RI**     **02920-0274**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **3/26/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **9   0   5   0**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65** Nonpriority creditor's name and mailing address

**ANTHONY JACKSON**

**1823 LINCOLN DRIVE**

**WILLIAMSPORT**

**WILLIAMSPORT**          **PA**     **17701**

Date or dates debt was incurred     **4/10/2019**

Last 4 digits of account number      **5   1   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.34

---

**3.66** Nonpriority creditor's name and mailing address

**Anthony Milia**

**11 Old Quarry Rd**

**North Scituate**          **RI**     **02857-3109**

Date or dates debt was incurred     **11/17/2019**

Last 4 digits of account number      **6   8   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$19.98

---

**3.67** Nonpriority creditor's name and mailing address

**ANTHONY NESTASIA**

**3 Boulevard St Apt 208**

**Hudson Falls**          **NY**     **12839-1153**

Date or dates debt was incurred     **7/3/2018**

Last 4 digits of account number      **7   7   1   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$3.00

---

**3.68** Nonpriority creditor's name and mailing address

**ANTHONY PACE**

**3 EASTERN LN**

**WEST GARDINER, ME 4345**

Date or dates debt was incurred     **7/30/2020**

Last 4 digits of account number      **0   7   1   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$55.44

---

Debtor       **MMD Holdings, LLC**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5.00** |

**ANTHONY SWAEKAUSKI**

**PO Box 542**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Eagle River**              **WI**      **54521-0542**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **10/26/2017**

**Is the claim subject to offset?**

Last 4 digits of account number      **2   6   3   3**
- ☑ No
- ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4.99** |

**ANTONIO BRAUN**

**317 Schaffer Ave # C-03**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Syracuse**               **NY**      **13206-1565**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **11/6/2018**

**Is the claim subject to offset?**

Last 4 digits of account number      **5   5   6   7**
- ☑ No
- ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50.98** |

**ANTONIO DE LEON**

**5657 Harding Blvd NE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**St Petersburg**            **FL**      **33703-2519**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **2/5/2019**

**Is the claim subject to offset?**

Last 4 digits of account number      **9   0   9   5**
- ☑ No
- ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41.06** |

**ANTONIO VARGAS**

**PO BOX 394**

**ANASCO, PR 610**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **8/21/2018**

**Is the claim subject to offset?**

Last 4 digits of account number      **1   5   3   4**
- ☑ No
- ☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.73**   Nonpriority creditor's name and mailing address

**ARAMARK REFRESH SYS.**

**2400 MARKET STREET**

**SUITE 209**

PHILADELPHIA          PA      19103-3041

Date or dates debt was incurred      12/11/2019

Last 4 digits of account number      4   9   5   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

**$413.68**

---

**3.74**   Nonpriority creditor's name and mailing address

**ARLAN HARTUNG**

**850 Athena Dr**

Albion          MI      49224-9101

Date or dates debt was incurred      2/27/2018

Last 4 digits of account number      7   8   5   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.07**

---

**3.75**   Nonpriority creditor's name and mailing address

**ARLAN HICKS**

**1514 175th St**

New Market          IA      51646-4021

Date or dates debt was incurred      11/13/2019

Last 4 digits of account number      7   7   3   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.70**

---

**3.76**   Nonpriority creditor's name and mailing address

**ARLEN ROUNDS**

**PO BOX 21267**

CHEYENNE          WY      82003

Date or dates debt was incurred      11/2/2020

Last 4 digits of account number      3   3   7   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$72.93**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.99 |

**ARNEL FLANDEZ**

**2136 Port Way**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Jose**    **CA**    **95133-1264**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/10/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1 1 5 2**

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.50 |

**ARNOLD VIOLA**

**3 Bungalow Pl**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Oceanside**    **NY**    **11572-2709**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/27/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0 0 1 2**

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.98 |

**ART GLASOW**

**724 E B St**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pasco**    **WA**    **99301-5801**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/21/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8 4 5 0**

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.84 |

**ART JACKSON**

**6427 SIENNA RANCH RD #420**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MISSOURI CITY**    **TX**    **77459-7390**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **5/18/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1 6 9 3**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**   Nonpriority creditor's name and mailing address

**ARTHUR GRAHAM**

**96 S State St**

**Rittman**      **OH**    **44270-1457**

Date or dates debt was incurred    **6/14/2019**

Last 4 digits of account number    **2 3 6 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$17.99**

---

**3.82**   Nonpriority creditor's name and mailing address

**ARTHUR MCARTHUR**

**2000 Creek Rd**

**Dripping Springs**      **TX**    **78620-4806**

Date or dates debt was incurred    **10/18/2017**

Last 4 digits of account number    **1 5 3 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$24.35**

---

**3.83**   Nonpriority creditor's name and mailing address

**Arthur N. Taylor**

**1605 FOREST HILL CT.**

**CROFTON**      **MD**    **21114**

Date or dates debt was incurred    **1/20/2020**

Last 4 digits of account number    **6 3 8 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$18.99**

---

**3.84**   Nonpriority creditor's name and mailing address

**ARTHUR RAKUS**

**790 9th Ave Apt 4R**

**New York**      **NY**    **10019-5613**

Date or dates debt was incurred    **4/24/2018**

Last 4 digits of account number    **9 1 4 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$199.43**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.85**  Nonpriority creditor's name and mailing address

**ARTHUR SMITH**

**13 N Village Dr**

_____

**Clovis**                 **NM**    **88101-2313**

Date or dates debt was incurred    **9/23/2020**

Last 4 digits of account number    **6   6   2   9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.99**

---

**3.86**  Nonpriority creditor's name and mailing address

**ARTURO DEL HIERRO**

**8113 Broadway Dr**

_____

**El Paso**                 **TX**    **79915-4008**

Date or dates debt was incurred    **6/29/2020**

Last 4 digits of account number    **9   7   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.26**

---

**3.87**  Nonpriority creditor's name and mailing address

**ARTURO JASSO**

**1117 Briana Cir**

_____

**Oxnard**                 **CA**    **93030-6081**

Date or dates debt was incurred    **1/31/2020**

Last 4 digits of account number    **6   4   3   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.24**

---

**3.88**  Nonpriority creditor's name and mailing address

**ATA SALES**

**6729 HYACINTH LANE**

_____

**DALLAS**                 **TX**    **75252**

Date or dates debt was incurred    **10/26/2020**

Last 4 digits of account number    **_   _   N   A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,046.55**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.90** |
|---|---|---|---|

**ATMOS ENERGY**

**P.O. BOX 650205**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **DALLAS** | **TX** | **75265-0205** |
|---|---|---|

Basis for the claim: **UTILITY**

Date or dates debt was incurred **11/24/2020**

Last 4 digits of account number **5  5  8  2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.14** |
|---|---|---|---|

**ATMOS ENERGY**

**P.O. BOX 650205**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **DALLAS** | **TX** | **75265-0205** |
|---|---|---|

Basis for the claim: **UTILITY**

Date or dates debt was incurred **11/24/2020**

Last 4 digits of account number **5  6  3  5**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**ATTILIO LEDONNE**

**150 Union St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Uniontown** | **PA** | **15401-4770** |
|---|---|---|

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **5/18/2020**

Last 4 digits of account number **4  4  4  2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.21** |
|---|---|---|---|

**BADEN FLEMING**

**9895 BENSON ROAD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **MENARD** | **TX** | **76859** |
|---|---|---|

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **7/16/2019**

Last 4 digits of account number **0  4  7  0**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.93**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**BADGER AIRBRUSH CO**

**9128 W. BELMONT AVE.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $1,391.60**

**FRANKLIN PARK**     IL    60131

Basis for the claim: **TRADE**

Date or dates debt was incurred   **11/6/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _1_ _L_ _1_ _1_

---

| | |
|---|---|
| **3.94**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**BAKER TILLY VIRCHOW KRAUSE LLP**

**2500 DALLAS PARKWAY**

**SUITE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $25,200.50**

**PLANO**     TX    75093

Basis for the claim: **SERVICE**

Date or dates debt was incurred   **5/9/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _1_ _5_ _0_ _5_

---

| | |
|---|---|
| **3.95**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**BAN WONG**

**2213 Margaret Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $0.04**

**Va Beach**     VA    23456-1267

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **12/13/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _6_ _3_ _6_ _2_

---

| | |
|---|---|
| **3.96**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**BARCLAY CARAD**

**14 MICHAELS WAY**

**OAKDALE, CT 6370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $24.59**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **5/14/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _4_ _9_ _7_ _4_

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.16** |
|---|---|---|---|

**BARRY HOWELL**

**8 TRAPPERS COURT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DURHAM**     **NC**    **27712**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/24/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **2 3 7 2**

☑ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.04** |
|---|---|---|---|

**BARRY KURPINSKY**

**40 OAKMONT DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALY CITY**     **CA**    **94015**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/29/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **3 7 6 9**

☑ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.24** |
|---|---|---|---|

**Barry LeBoeuf**

**4301 GOLDEN POND CIR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PARKER**     **TX**    **75002**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **1/12/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **6 2 5 8**

☑ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.05** |
|---|---|---|---|

**BARRY NORTHCUTT**

**207 Merida Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Saraland**     **AL**    **36571-9236**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/19/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **1 1 9 4**

☑ No
☐ Yes

---

Debtor   **MMD Holdings, LLC**         Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

**3.101**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$4.89**
*Check all that apply.*

**BARTON GLASS**

**35 N WALNUT ST APT 216**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**BOYERTOWN**     PA   19512-1031    **Consumer refund/prepayment**

Date or dates debt was incurred  **11/21/2017**    Is the claim subject to offset?

Last 4 digits of account number  **0  3  6  8**
- ☑ No
- ☐ Yes

---

**3.102**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$49.97**
*Check all that apply.*

**BARTON HUTSON**

**2269 Sulpher Creek Rd**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Helenwood**     TN   37755-5162    **Consumer refund/prepayment**

Date or dates debt was incurred  **2/20/2020**    Is the claim subject to offset?

Last 4 digits of account number  **2  8  1  6**
- ☑ No
- ☐ Yes

---

**3.103**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$3.00**
*Check all that apply.*

**BEN JEFFRIES**

**6221 VETTER PL**

**APT 214**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**SAINT LOUIS**     MO   63121    **Consumer refund/prepayment**

Date or dates debt was incurred  **11/16/2018**    Is the claim subject to offset?

Last 4 digits of account number  **4  8  3  3**
- ☑ No
- ☐ Yes

---

**3.104**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$0.68**
*Check all that apply.*

**BEN MILLER**

**1403 E WALNUT ST**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ROGERS**     AR   72756-0640    **Consumer refund/prepayment**

Date or dates debt was incurred  **10/23/2018**    Is the claim subject to offset?

Last 4 digits of account number  **0  1  6  7**
- ☑ No
- ☐ Yes

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.03 |

**BENJAMIN HENWOOD**

**101 Woodcrest Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| **Stroudsburg** | **PA** | **18360-7643** |

Date or dates debt was incurred **10/24/2018**

**Is the claim subject to offset?**

Last 4 digits of account number **3 6 2 3**

☑ No
☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.14 |

**BERNARD CAVALIERE**

**1880 Mount Juliano Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| **Toms River** | **NJ** | **08753-1552** |

Date or dates debt was incurred **10/19/2018**

**Is the claim subject to offset?**

Last 4 digits of account number **5 1 3 5**

☑ No
☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.04 |

**BERNARD MEIROWSKY**

**831 Clinton St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| **Carthage** | **MO** | **64836-2313** |

Date or dates debt was incurred **2/2/2018**

**Is the claim subject to offset?**

Last 4 digits of account number **1 3 9 4**

☑ No
☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.69 |

**BERNARD VALENCIA**

**483 Woodland Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| **Centreville** | **AL** | **35042-4338** |

Date or dates debt was incurred **2/28/2017**

**Is the claim subject to offset?**

Last 4 digits of account number **9 1 5 7**

☑ No
☐ Yes

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.49 |
|---|---|---|---|

**BERNARD W LOEB**

**206 Daniel Boone Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Birdsboro**      **PA**    **19508-8732**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **9/21/2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **7 9 9 4**

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.99 |
|---|---|---|---|

**BERNARDO LOEB LLL**

**206 DANIEL BOONE RD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BIRDSBORO**      **PA**    **19508**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **8/17/2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **6 3 3 4**

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.48 |
|---|---|---|---|

**BERT DULL**

**2861 FARGO WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SPARKS**      **NV**    **89434**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **1/17/2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **3 2 2 0**

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.75 |
|---|---|---|---|

**BILL BROADWELL**

**1201 McLean Blvd # 17**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Eugene**      **OR**    **97405-1979**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **5/12/2017**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **6 1 9 7**

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113**   Nonpriority creditor's name and mailing address

**Bill Brychta**

**5374 MOUNT ALIFAN DR**

_____

**SAN DIEGO**      **CA**    **92111**

Date or dates debt was incurred    **12/12/2019**

Last 4 digits of account number    **3**   **8**   **5**   **5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19.89**

---

**3.114**   Nonpriority creditor's name and mailing address

**BILL CURTIN**

**911 Nightingale St**

_____

**Ironwood**      **MI**    **49938-1129**

Date or dates debt was incurred    **11/19/2019**

Last 4 digits of account number    **2**   **7**   **4**   **5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.17**

---

**3.115**   Nonpriority creditor's name and mailing address

**BILL HARRIS**

**437 N FERDONIA APT 215**

_____

**LONGVIEW**      **TX**    **75601**

Date or dates debt was incurred    **12/27/2018**

Last 4 digits of account number    **1**   **1**   **2**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.83**

---

**3.116**   Nonpriority creditor's name and mailing address

**BILL KLINGBEIL**

**10448 CLEVELAND AVE. NW**

_____

**UNIONTOWN**      **OH**    **44685**

Date or dates debt was incurred    **10/14/2020**

Last 4 digits of account number    **3**   **8**   **6**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$76.98**

---

Debtor   **MMD Holdings, LLC**         Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117**  Nonpriority creditor's name and mailing address

**BILL MAHONEY**

**5 Willow St**

_____

Cranford         NJ    07016-1854

Date or dates debt was incurred   6/26/2017

Last 4 digits of account number   **6  6  1  3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$187.89**

---

**3.118**  Nonpriority creditor's name and mailing address

**BILL MANIACE**

**948 CLINTON PLACE**

_____

BALDWIN         NY    11510

Date or dates debt was incurred   10/17/2020

Last 4 digits of account number   **0  6  3  2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31.89**

---

**3.119**  Nonpriority creditor's name and mailing address

**BILL MARTIN**

**12690 NW 87th Ct**

_____

Chiefland         FL    32626-7846

Date or dates debt was incurred   3/20/2018

Last 4 digits of account number   **9  8  0  4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$94.94**

---

**3.120**  Nonpriority creditor's name and mailing address

**BILL MILLER**

**303 N Yellow Pine Pl**

_____

Eagle         ID    83616-5057

Date or dates debt was incurred   10/9/2019

Last 4 digits of account number   **9  9  1  6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$55.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121**   Nonpriority creditor's name and mailing address

BILL WOODWARD

7 BUSH CHAPEL RD

ABERTEEN          MD      21001

Date or dates debt was incurred      2/19/2020

Last 4 digits of account number      5   4   3   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$51.99

---

**3.122**   Nonpriority creditor's name and mailing address

Billy Needham

634 COUNTY ROAD 237

CAMERON          TX      76520

Date or dates debt was incurred      3/30/2020

Last 4 digits of account number      3   3   7   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$12.17

---

**3.123**   Nonpriority creditor's name and mailing address

Bin Lu

17323 37th Pl S

Seatac          WA      98188-3669

Date or dates debt was incurred      11/30/2019

Last 4 digits of account number      2   2   9   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$240.01

---

**3.124**   Nonpriority creditor's name and mailing address

BLAIR E CANDY

3440 E ROSEMEADE PKWY

APT 13212

CARROLLTON          TX      75007-2077

Date or dates debt was incurred      8/21/2020

Last 4 digits of account number      0   1   2   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$4.47

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.125**   **Nonpriority creditor's name and mailing address**

**bob giczi**

**2456 Clayward Dr**

_____

**Burton**      **MI**     **48509-1058**

Date or dates debt was incurred    **5/6/2020**

Last 4 digits of account number    **4   6   7   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$43.98**

---

**3.126**   **Nonpriority creditor's name and mailing address**

**BOB HALE**

**PO Box 856**

_____

**Alleghany**      **CA**     **95910-0856**

Date or dates debt was incurred    **7/13/2018**

Last 4 digits of account number    **3   2   3   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$36.57**

---

**3.127**   **Nonpriority creditor's name and mailing address**

**BOB KUCHMY**

**197 Noe Ave**

_____

**Chatham**      **NJ**     **07928-1507**

Date or dates debt was incurred    **4/3/2017**

Last 4 digits of account number    **4   8   5   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$119.90**

---

**3.128**   **Nonpriority creditor's name and mailing address**

**Bob Parker**

**4547 E FORT LOWELL RD STE 401**

**C/O BAKER, PETERSON, BAKER**

**TUCSON**      **AZ**     **85712-1168**

Date or dates debt was incurred    **1/24/2020**

Last 4 digits of account number    **4   6   3   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13.97**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.94 |

**BOB STAMP**

**9015 NE St Johns Rd**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Vancouver | WA | 98665-9236 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred **10/8/2019**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **4 4 1 9**

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.81 |

**BOB STEPHENSON**

**206 Riviera Ter**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Waterford | MI | 48328-3467 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred **12/12/2017**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **8 3 3 4**

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.60 |

**BOB UTKE**

**25401 Dogwood Ave**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Tomah | WI | 54660-8577 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred **9/18/2019**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **1 6 7 4**

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.00 |

**BOB WELCH**

**801 E ANGELA ST**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| PLEASANTON | CA | 94566 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred **5/5/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **3 7 3 5**

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133** Nonpriority creditor's name and mailing address

**BOBBY BRETTEL**

**152 Hazel Dr**

| New Orleans | LA | 70123-3523 |
|---|---|---|

Date or dates debt was incurred     **5/22/2018**

Last 4 digits of account number     **5  0  2  8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

**3.134** Nonpriority creditor's name and mailing address

**BOGUSLAW GAZDOWSKI**

**7223 W WELLINGTON AVE**

**APT 1**

| ELMWOOD PARK | IL | 60707 |
|---|---|---|

Date or dates debt was incurred     **3/12/2018**

Last 4 digits of account number     **3  2  4  2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.03**

---

**3.135** Nonpriority creditor's name and mailing address

**BOHDAN NOWYCKYJ**

**101 Ridge Rd**

| Chaplin | CT | 06235-2338 |
|---|---|---|

Date or dates debt was incurred     **9/8/2017**

Last 4 digits of account number     **9  1  3  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.99**

---

**3.136** Nonpriority creditor's name and mailing address

**BORTIX TRADE LLC**

**55A VOLYNSKA STREET**

**KYIV, CZE 4119**

Date or dates debt was incurred     **10/13/2020**

Last 4 digits of account number     **2  0  1  9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,658.10**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137** Nonpriority creditor's name and mailing address

**BRAD PRATHER**

**736 BERYL DR**

**KENT**     **OH**    **44240**

Date or dates debt was incurred   **10/14/2020**

Last 4 digits of account number   **1**   **4**   **8**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.99**

---

**3.138** Nonpriority creditor's name and mailing address

**BRAD ROBEN**

**116 Billy Ave**

**Munford**     **TN**    **38058-6746**

Date or dates debt was incurred   **5/17/2019**

Last 4 digits of account number   **5**   **6**   **8**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.42**

---

**3.139** Nonpriority creditor's name and mailing address

**BRADD BITNEY**

**906 JENIFER ST**

**MADISON**     **WI**    **53703**

Date or dates debt was incurred   **11/9/2020**

Last 4 digits of account number   **8**   **5**   **4**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.91**

---

**3.140** Nonpriority creditor's name and mailing address

**BRADLEY BERG**

**30 EAST 33RD**

**PO BOX 50154**

**EUGENE**     **OR**    **97405**

Date or dates debt was incurred   **1/23/2018**

Last 4 digits of account number   **1**   **2**   **0**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.20**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.141** Nonpriority creditor's name and mailing address

**Brady Sorrell**

**557 ARTHUR ST.**

**HUNTINGTON**     **IN**     **46750**

Date or dates debt was incurred    **9/16/2020**

Last 4 digits of account number    **4**   **5**   **5**   **9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$135.99**

---

**3.142** Nonpriority creditor's name and mailing address

**Brandon Buckspan**

**5835 BOUNDARY PL**

**LONGMONT**     **CO**     **80503**

Date or dates debt was incurred    **11/22/2019**

Last 4 digits of account number    **4**   **6**   **0**   **1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.98**

---

**3.143** Nonpriority creditor's name and mailing address

**BRANDON F STOCK**

**2614 Whalen St**

**Hamtramck**     **MI**     **48212-3013**

Date or dates debt was incurred    **7/16/2019**

Last 4 digits of account number    **1**   **3**   **9**   **5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.16**

---

**3.144** Nonpriority creditor's name and mailing address

**BRENDAN DUKE**

**714 DAKIN ROAD**

**FERRISBURGH, VT 5456**

Date or dates debt was incurred    **2/19/2020**

Last 4 digits of account number    **3**   **7**   **8**   **2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.56**

---

Debtor   **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

---

**3.145**   Nonpriority creditor's name and mailing address

Brendon McClain

8401 THETHYS WAY

CITRUS HEIGHTS          CA      95610

Date or dates debt was incurred     7/16/2020

Last 4 digits of account number     0   6   0   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$3.99**

---

**3.146**   Nonpriority creditor's name and mailing address

BRIAN ARTERBURN

1337 CURTIS AVE

MANHATTAN BEACH        CA      90266

Date or dates debt was incurred     6/19/2018

Last 4 digits of account number     1   1   2   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$213.02**

---

**3.147**   Nonpriority creditor's name and mailing address

BRIAN BEAN

PO Box 498

Simi Valley            CA      93062-0498

Date or dates debt was incurred     3/27/2019

Last 4 digits of account number     0   7   5   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$77.87**

---

**3.148**   Nonpriority creditor's name and mailing address

BRIAN BRIGGS

3601 FAIRBANKS AVE

APT G102

YAKIMA                 WA      98902-6376

Date or dates debt was incurred     10/18/2018

Last 4 digits of account number     1   1   3   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$86.98**

---

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.50 |
|---|---|---|---|

**Brian Cable**

**13308 Littlagle Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bowie** | **MD** | **20715-4574** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/16/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7 7 2 9**

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.20 |

**BRIAN DAILY**

**18582 Hunt Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Strongsville** | **OH** | **44136-8406** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **11/27/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8 1 5 7**

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.96 |

**BRIAN DAWSON**

**658 E CREST DR APT B**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **HEATH** | **OH** | **43056-2502** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **8/23/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2 7 4 9**

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.99 |

**BRIAN DRESSEL**

**14517 Oakwood Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Minnetonka** | **MN** | **55345-2320** |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **8/3/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5 1 7 4**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.153 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRIAN FALLON**

**42 BELLEVUE DR.**

$5.43

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **ROCHESTER** | **NY** | **14620** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

| Date or dates debt was incurred | 11/19/2019 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 1   7   8   0 |
|---|---|

---

| 3.154 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRIAN FORSTHOFFER**

**156 NETTLES LN.**

$62.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **PERKASIE** | **PA** | **18944** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

| Date or dates debt was incurred | 6/25/2019 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 5   8   3   2 |
|---|---|

---

| 3.155 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Brian Fowler**

**60 Wakefield Ct**

$6.98

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Delmar** | **NY** | **12054-2333** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

| Date or dates debt was incurred | 5/23/2019 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 5   2   6   0 |
|---|---|

---

| 3.156 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Brian Holt**

**BOX 510 166 NORTH STREET**

$18.99

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **MILLHEIM** | **PA** | **16854** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

| Date or dates debt was incurred | 9/12/2020 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | 1   0   0   0 |
|---|---|

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157**    Nonpriority creditor's name and mailing address

**Brian Larochelle**

**186 Rosedale St**

_____

Lewiston      ME    04240-6136

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **3/23/2020**

Last 4 digits of account number    **1   1   1   5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$34.48**

---

**3.158**    Nonpriority creditor's name and mailing address

**BRIAN LOWERY**

**516 - MAIN ST SE**

**REDCLIFF, AB T0J 2P2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **1/10/2019**

Last 4 digits of account number    **1   9   4   5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.95**

---

**3.159**    Nonpriority creditor's name and mailing address

**BRIAN MCCONNELL**

**21 SUNSET WAY SE**

**CALGARY, AB T2X 3H6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **9/26/2020**

Last 4 digits of account number    **1   7   7   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.66**

---

**3.160**    Nonpriority creditor's name and mailing address

**BRIAN OCONNELL**

**2522 Spring St**

_____

South Charleston      WV    25303-2501

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **3/20/2020**

Last 4 digits of account number    **9   2   7   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37.09**

---

Debtor    **MMD Holdings, LLC**                                Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address |
|---|---|

**BRIAN PORTER**

**3873 Moorefield Memorial Hwy**

_____

| **Pickens** | **SC** | **29671-8687** |

Date or dates debt was incurred    **5/24/2018**

Last 4 digits of account number    **5   2   8   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.95

| 3.162 | Nonpriority creditor's name and mailing address |
|---|---|

**BRIAN SAKSA**

**94 McKeon Rd**

_____

| **Worcester** | **MA** | **01607-1031** |

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **3   4   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$21.49

| 3.163 | Nonpriority creditor's name and mailing address |
|---|---|

**BRIAN SHOEMAKER**

**324 Jess Hopson Rd**

_____

| **Unicoi** | **TN** | **37692-4128** |

Date or dates debt was incurred    **7/28/2020**

Last 4 digits of account number    **7   5   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.73

| 3.164 | Nonpriority creditor's name and mailing address |
|---|---|

Brian Shubert

**7 OLD BUDD LAKE RD**

**NETCONG, NJ 7857**

_____

Date or dates debt was incurred    **7/12/2019**

Last 4 digits of account number    **2   6   2   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.99

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.91** |
|---|---|---|---|

**BRIAN T BLAINE**

**6387 Sundown Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nine Mile Falls** | **WA** | **99026-9545** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **8/17/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7  8  6  8**

---

| **3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.92** |
|---|---|---|---|

**BRIAN VOTA**

**606 Nagle Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Erie** | **PA** | **16511-2107** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/10/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  9  1  3**

---

| **3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$892.00** |
|---|---|---|---|

**BROWN & JOSEPH, LLC**

**ONE PIERCE PLACE**

**SUITE 700 W**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **ITASCA** | **IL** | **60143** |
|---|---|---|

**Basis for the claim:**
**SERVICE**

Date or dates debt was incurred    **9/18/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3  6  3  8**

**THIRD PARTY COLLECTIONS FOR THE HARTFORD**

---

| **3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.99** |
|---|---|---|---|

**BRUCE BROTHERTON**

**8709 S 69th East Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Tulsa** | **OK** | **74133-5063** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/17/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1  0  6  5**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.03 |

**BRUCE CLINE**

**301 OLEARY RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAVANNAH**      **GA**    **31418**

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   **10/29/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **7**   **6**   **2**   **6**

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |

**BRUCE CLINE**

**4711 OGEECHEE RD**

**LOT 31A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAVANNAH**      **GA**    **31405-1246**

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   **10/1/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0**   **6**   **8**   **6**

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.96 |

**BRUCE ESCHHOFEN**

**1617 Hillbrook Ave SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**North Canton**      **OH**    **44709-1141**

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   **3/12/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3**   **7**   **8**   **0**

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.87 |

**BRUCE HARRIS**

**1613 NW Smith Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lawton**      **OK**    **73507-2650**

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   **6/4/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **4**   **1**   **9**   **6**

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.173 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     $758.20
*Check all that apply.*

**BRUCE JAMES**

**PO Box 6210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| La Quinta | CA | 92248-6210 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **2/27/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    **1 9 4 2**

☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     $20.99
*Check all that apply.*

**Bruce Lerner**

**734 Suntree Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Westerville | OH | 43081-5015 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **3/22/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **9 5 5 7**

☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     $17.90
*Check all that apply.*

**BRUCE RICE**

**308 Finley Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Nashville | TN | 37217-2424 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **1/16/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **1 8 5 1**

☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:     $23.95
*Check all that apply.*

**BRUCE ROEN**

**PO Box 301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Lake Park | MN | 56554-0301 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **11/30/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    **5 4 8 3**

☑ No
☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.177** Nonpriority creditor's name and mailing address

**BRUCE RUSSELL**

**84 Arnold Ter**

South Orange          NJ      07079-1813

Date or dates debt was incurred     10/30/2018

Last 4 digits of account number     4   9   2   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.14**

---

**3.178** Nonpriority creditor's name and mailing address

**BRUCE STEWART**

**134 Switts Dr**

Hastings          NY      13076-3145

Date or dates debt was incurred     6/25/2019

Last 4 digits of account number     6   2   1   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$9.80**

---

**3.179** Nonpriority creditor's name and mailing address

**BRUCE WESTBY**

**105 E. BALBOA LN.**

TUSTIN          CA      92780

Date or dates debt was incurred     10/5/2020

Last 4 digits of account number     7   7   8   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$24.98**

---

**3.180** Nonpriority creditor's name and mailing address

**BRUCE WHITNEY**

**4 BELLOTA PLACE**

HOT SPRINGS VILLAGE          AR      71909

Date or dates debt was incurred     12/10/2019

Last 4 digits of account number     4   8   3   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$10.00**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.21 |
|---|---|---|---|

Check all that apply.

**BRUCE WOODBURY**

**PO BOX 319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**HOLLIDAYSBURG**      **PA**    **16648**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **5/21/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **9**   **3**   **5**   **8**

☑ No
☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.94 |
|---|---|---|---|

Check all that apply.

**BRYAN BUTTS**

**8194 COUNTY RD 2548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**QUINLAN**      **TX**    **75474**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/9/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **1**   **1**   **8**   **3**

☑ No
☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

Check all that apply.

**BRYAN CAMPBELL**

**PO BOX 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MAUSTON**      **WI**    **53948-0800**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/7/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **6**   **3**   **6**   **2**

☑ No
☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.96 |
|---|---|---|---|

Check all that apply.

**BRYAN DAVIS**

**3132 E Prince Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tucson**      **AZ**    **85716-1228**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/13/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **3**   **1**   **1**   **0**

☑ No
☐ Yes

Debtor    **MMD Holdings, LLC**    Case number (if known) _____

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

| 3.185 | Nonpriority creditor's name and mailing address |
|---|---|

**Bryan Lovejoy**

**15685 82nd Ter N**

_____

**West Palm Beach**     **FL**     **33418-1845**

Date or dates debt was incurred    **11/17/2019**

Last 4 digits of account number    **4**   **2**   **6**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.60**

---

| 3.186 | Nonpriority creditor's name and mailing address |
|---|---|

**BRYCE FREY**

**8733 C St**

_____

**Chesapeake Beach**     **MD**     **20732-9235**

Date or dates debt was incurred    **6/20/2017**

Last 4 digits of account number    **0**   **5**   **4**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.79**

---

| 3.187 | Nonpriority creditor's name and mailing address |
|---|---|

**Buck Pilkenton**

**PO BOX 88**

_____

**SUMPTER**     **OR**     **97877**

Date or dates debt was incurred    **9/17/2020**

Last 4 digits of account number    **5**   **6**   **7**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$71.99**

---

| 3.188 | Nonpriority creditor's name and mailing address |
|---|---|

**BUD SCHRAGL**

**19172 E Seagull Dr**

_____

**Queen Creek**     **AZ**     **85142-5326**

Date or dates debt was incurred    **10/2/2020**

Last 4 digits of account number    **9**   **6**   **3**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49.98**

---

Debtor     **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.189** | **Nonpriority creditor's name and mailing address** |

**BUDD JONES**

**1012 Hallwood Ln**

Montgomery     AL     36117-8887

Date or dates debt was incurred     12/11/2020

Last 4 digits of account number     3   9   8   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.99**

---

| **3.190** | **Nonpriority creditor's name and mailing address** |

**BURL BREEDLOVE**

**7823 E Independence St**

Tulsa     OK     74115-6917

Date or dates debt was incurred     4/23/2019

Last 4 digits of account number     8   3   2   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.50**

---

| **3.191** | **Nonpriority creditor's name and mailing address** |

**BURNETT JOHNS**

**6310 Linus Dr**

Baltimore     MD     21207

Date or dates debt was incurred     12/2/2019

Last 4 digits of account number     2   0   1   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$483.46**

---

| **3.192** | **Nonpriority creditor's name and mailing address** |

**BUSINESS NETWORK CONSULTING**

**450 E. 17TH AVE.**

**SUITE 300**

DENVER     CO     80203

Date or dates debt was incurred     2/29/2020

Last 4 digits of account number     __ __ N A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,239.19**

---

Debtor    **MMD Holdings, LLC**                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.193**   Nonpriority creditor's name and mailing address       $23.99

C RAMILLER

1598 Folkestone Ter

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Westlake Village     CA     91361-3514

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    8/10/2020

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2   9   0   8

---

**3.194**   Nonpriority creditor's name and mailing address       $11.56

CAL WOOD

1042 MOONBEAM RD

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

HUDSON     WI     54016

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    12/10/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    4   8   2   2

---

**3.195**   Nonpriority creditor's name and mailing address       $45.18

CARL JAROSZ

1060W 500N

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

COLUMBUS     IN     47203

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    1/17/2020

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0   8   8   2

---

**3.196**   Nonpriority creditor's name and mailing address       $3.83

CARL MCFARLAND

8815 San Leandro Dr

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas     TX     75218-4228

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    1/17/2020

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    9   3   8   5

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address

**CARL NOWAK**

**5267 Genesee Rd**

_____

**Springville**                    **NY**      **14141-9684**

Date or dates debt was incurred      **4/3/2017**

Last 4 digits of account number      **7   4   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$311.15

---

**3.198**   Nonpriority creditor's name and mailing address

**CARL NYSTUEN**

**1904 EVENING SONG CT**

**APT 102**

**SCHAUMBURGTATES**          **IL**      **60194**

Date or dates debt was incurred      **9/27/2019**

Last 4 digits of account number      **9   2   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.29

---

**3.199**   Nonpriority creditor's name and mailing address

**CARL POUR**

**1914 10th St SE**

_____

**Decatur**                        **AL**      **35601-4422**

Date or dates debt was incurred      **11/11/2019**

Last 4 digits of account number      **3   6   8   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$36.97

---

**3.200**   Nonpriority creditor's name and mailing address

**CARL SCHIRTZINGER**

**9224 Sharptown Rd**

_____

**Laurel**                          **DE**      **19956-4310**

Date or dates debt was incurred      **9/12/2017**

Last 4 digits of account number      **5   0   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$27.99

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                              Amount of claim

---

**3.201**    Nonpriority creditor's name and mailing address

**CARL SCHIRTZINGER**

**9224 Sharptown Rd**

**Laurel**             **DE**     **19956-4310**

Date or dates debt was incurred    **12/14/2017**

Last 4 digits of account number    **3   1   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$48.39**

---

**3.202**    Nonpriority creditor's name and mailing address

**CARL TUISKU**

**12435 DRY CREEK ROAD**

**AUBURN**           **CA**     **95602**

Date or dates debt was incurred    **8/14/2020**

Last 4 digits of account number    **5   8   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.55**

---

**3.203**    Nonpriority creditor's name and mailing address

**CARL WYANT**

**514 Stafford Ave**

**Erie**            **PA**     **16508-1727**

Date or dates debt was incurred    **2/11/2020**

Last 4 digits of account number    **2   8   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.00**

---

**3.204**    Nonpriority creditor's name and mailing address

**CARLOS GUEVARA**

**703 W Atlanta Ave**

**Phoenix**          **AZ**     **85041-3923**

Date or dates debt was incurred    **1/24/2018**

Last 4 digits of account number    **3   8   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$182.82**

---

Debtor   __MMD Holdings, LLC_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

---

**3.205**   **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                **$64.79**
                                                                                *Check all that apply.*

**Carlos RAMOS**                                                               ☐ Contingent

**4100 ISLAND BLVD**                                                           ☐ Unliquidated

**UNIT 604**                                                                   ☐ Disputed

                                                                               **Basis for the claim:**
**NORTH MIAMI BEACH**        **FL**      **33160**                             **Consumer refund/prepayment**

Date or dates debt was incurred      **11/29/2019**                           **Is the claim subject to offset?**
                                                                               ☑ No
Last 4 digits of account number      **4   6   7   9**                         ☐ Yes

---

**3.206**   **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                **$14.99**
                                                                                *Check all that apply.*

**CAROL DACQUA**                                                               ☐ Contingent

**199 BERGEN AVE.**                                                            ☐ Unliquidated

**THOROFARE, NJ 8086**                                                         ☐ Disputed

                                                                               **Basis for the claim:**
                                                                               **Consumer refund/prepayment**

Date or dates debt was incurred      **5/18/2020**                            **Is the claim subject to offset?**
                                                                               ☑ No
Last 4 digits of account number      **2   7   3   7**                         ☐ Yes

---

**3.207**   **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                **$19.52**
                                                                                *Check all that apply.*

**CARSON SCHLAMP**                                                             ☐ Contingent

**16625 64th Ave W**                                                           ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
**Lynnwood**         **WA**      **98037-2765**                                **Consumer refund/prepayment**

Date or dates debt was incurred      **3/23/2020**                            **Is the claim subject to offset?**
                                                                               ☑ No
Last 4 digits of account number      **3   6   6   4**                         ☐ Yes

---

**3.208**   **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                **$35,314.33**
                                                                                *Check all that apply.*

**CASEMATE PUBLISHERS**                                                        ☐ Contingent

**1950 LAWRENCE RD**                                                           ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
**HAVERTOWN**        **PA**      **19083**                                     **TRADE**

Date or dates debt was incurred      **8/2/2019**                             **Is the claim subject to offset?**
                                                                               ☑ No
Last 4 digits of account number      **7   1   4   4**                         ☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.209** Nonpriority creditor's name and mailing address

CATHI CROSS

5021 TAFT BLVD APT 1302

WICHITA FALLS        TX       76308-5381

Date or dates debt was incurred    3/11/2019

Last 4 digits of account number    9  3  9  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$7.79

---

**3.210** Nonpriority creditor's name and mailing address

Cecilia Phan

1723 LOMBARDY STREET

LONGMONT        CO       80503

Date or dates debt was incurred    7/16/2020

Last 4 digits of account number    0  6  0  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$25.95

---

**3.211** Nonpriority creditor's name and mailing address

CEDRIC PETERSON #91012

500 Reformatory St

Hutchinson        KS       67501-3081

Date or dates debt was incurred    5/1/2017

Last 4 digits of account number    1  7  4  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$4.00

---

**3.212** Nonpriority creditor's name and mailing address

Celtic Bank

c/o Blue Vine Processor and

Servicer for Celtic Bank

401 Warren St.

Redwood City        CA       94063

Date or dates debt was incurred    4/29/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PPP Loan

Is the claim subject to offset?
☑ No
☐ Yes

$229,657.00

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.213** | Nonpriority creditor's name and mailing address |
|---|---|

CELTIC BANK CORPORATION

268 SOUTH STATE STREET

SUITE 300

SALT LAKE CITY          UT     84111

Date or dates debt was incurred          4/29/2020

Last 4 digits of account number          7   3   0   8

PPP-SBA LOAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**UNSECURED LOAN**

Is the claim subject to offset?
☑ No
☐ Yes

**$229,657.00**

---

| **3.214** | Nonpriority creditor's name and mailing address |
|---|---|

CHA & CHA II LLC

1303 MARSH LANE

CARROLLTON          TX     75006

Date or dates debt was incurred          3/8/2018

Last 4 digits of account number          __  __  N   A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**LEASE**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,272,756.52**

---

| **3.215** | Nonpriority creditor's name and mailing address |
|---|---|

Chalmer De Cecco

11309 LIME KILN ROAD

GRASS VALLEY          CA     95949

Date or dates debt was incurred          3/9/2020

Last 4 digits of account number          6   2   2   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.99**

---

| **3.216** | Nonpriority creditor's name and mailing address |
|---|---|

CHARLES BARNYCZ

475 CLAYTON ST

CENTRAL ISLIP          NY     11722

Date or dates debt was incurred          6/13/2017

Last 4 digits of account number          0   3   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$14.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.217**    Nonpriority creditor's name and mailing address

**CHARLES BECK**

**3038 Floraville Rd**

| Smithton | IL | 62285-3704 |
|---|---|---|

Date or dates debt was incurred    **1/23/2018**

Last 4 digits of account number    **8   5   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.50**

---

**3.218**    Nonpriority creditor's name and mailing address

**CHARLES BLASCO**

**17522 Plaza Marlena**

| San Diego | CA | 92128-1807 |
|---|---|---|

Date or dates debt was incurred    **3/9/2018**

Last 4 digits of account number    **8   5   1   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$34.34**

---

**3.219**    Nonpriority creditor's name and mailing address

**CHARLES BORRAGA**

**1723 Preston St**

| Radcliff | KY | 40160-9105 |
|---|---|---|

Date or dates debt was incurred    **5/14/2019**

Last 4 digits of account number    **2   5   9   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.93**

---

**3.220**    Nonpriority creditor's name and mailing address

**CHARLES BRANCH**

**6630 SPURWING LOOP**

**APT 201**

| Coeur D Alene | ID | 83815-7734 |
|---|---|---|

Date or dates debt was incurred    **4/8/2020**

Last 4 digits of account number    **8   1   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.99**

---

Debtor    **MMD Holdings, LLC**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.221**   **Nonpriority creditor's name and mailing address**

**CHARLES BURRIS**

**23348 277TH ST.**

_____

**WASHINGTON**          **OK**    **73093**

Date or dates debt was incurred    **3/11/2020**

Last 4 digits of account number    **3  2  3  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$19.85

---

**3.222**   **Nonpriority creditor's name and mailing address**

**CHARLES CONLEY JR**

**6779 Dugway Rd**

_____

**Canandaigua**          **NY**    **14424-8100**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **5  0  9  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$18.99

---

**3.223**   **Nonpriority creditor's name and mailing address**

**CHARLES CRANDALL**

**1703 Wright St**

_____

**Cadillac**          **MI**    **49601-8815**

Date or dates debt was incurred    **7/27/2020**

Last 4 digits of account number    **8  4  3  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.97

---

**3.224**   **Nonpriority creditor's name and mailing address**

**Charles Dykas**

**P.O. BOX 203**

**1275 HOLLOW ROAD**

**CLINTON CORNERS**          **NY**    **12514**

Date or dates debt was incurred    **12/15/2019**

Last 4 digits of account number    **5  4  8  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$16.99

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225** Nonpriority creditor's name and mailing address

**CHARLES FAULK**

**240 Crangle Rd**

Rossville     TN    38066-3118

Date or dates debt was incurred    2/15/2019

Last 4 digits of account number    0 6 3 8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.45**

---

**3.226** Nonpriority creditor's name and mailing address

**CHARLES FILLMAN**

**1038 Limekiln Pike**

Ambler     PA    19002-1612

Date or dates debt was incurred    11/14/2017

Last 4 digits of account number    7 4 9 3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.92**

---

**3.227** Nonpriority creditor's name and mailing address

**CHARLES FREED #37505**

**PO Box 1568**

Hutchinson     KS    67504-1568

Date or dates debt was incurred    1/31/2020

Last 4 digits of account number    7 9 6 9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

---

**3.228** Nonpriority creditor's name and mailing address

**CHARLES GANOTE**

**400 EAST SOUTHSIDE COURT**

LOUISVILLE     KY    40214

Date or dates debt was incurred    11/19/2019

Last 4 digits of account number    2 4 2 1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$54.98**

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

---

**3.229**  Nonpriority creditor's name and mailing address

**CHARLES GROSE**

**18 FAIR OAKS DR**

_____

**Milan**                    **OH**    **44846-9704**

Date or dates debt was incurred    **3/10/2020**

Last 4 digits of account number    **0   0   9   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$24.97

---

**3.230**  Nonpriority creditor's name and mailing address

**Charles Harding**

**216 NORTH FOURTH STREET**

_____

**TOWANDA**                  **PA**    **18848**

Date or dates debt was incurred    **7/19/2019**

Last 4 digits of account number    **0   8   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$32.00

---

**3.231**  Nonpriority creditor's name and mailing address

**CHARLES HARLESS**

**430 Annie Lou Dr**

_____

**Jacksonville**              **AL**    **36265-5839**

Date or dates debt was incurred    **1/9/2018**

Last 4 digits of account number    **3   0   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.95

---

**3.232**  Nonpriority creditor's name and mailing address

**Charles Jones**

**13220 S. 38TH PLACE**

_____

**PHOENIX**                  **AZ**    **85044**

Date or dates debt was incurred    **6/1/2020**

Last 4 digits of account number    **7   1   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.99

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.233 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CHARLES KEHRER**

**4609 ROCKY RIVER DR**

**APT 202**

| Cleveland | OH | 44135-3803 |
|---|---|---|

Date or dates debt was incurred   **4/3/2017**

Last 4 digits of account number   **5   2   7   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.20**

---

| 3.234 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CHARLES M TRAPANI JR**

**227 MADISON ST**

**SUITE 13-11A**

| NEW YORK | NY | 10002 |
|---|---|---|

Date or dates debt was incurred   **9/26/2019**

Last 4 digits of account number   **2   3   2   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$215.18**

---

| 3.235 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CHARLES MAGEE**

**6255 Judson Ave**

| Las Vegas | NV | 89156-5835 |
|---|---|---|

Date or dates debt was incurred   **4/20/2020**

Last 4 digits of account number   **5   0   2   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$32.97**

---

| 3.236 | **Nonpriority creditor's name and mailing address** |
|---|---|

**CHARLES MCCARTHY**

**9 River Path**

| Norfolk | MA | 02056-1212 |
|---|---|---|

Date or dates debt was incurred   **8/8/2017**

Last 4 digits of account number   **1   9   3   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.99**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

---

**3.237**  Nonpriority creditor's name and mailing address

**CHARLES NICHOLS**

**4305 Jacquelyn Dr**

_____

**Corpus Christi**          **TX**      **78412-2913**

Date or dates debt was incurred     **11/6/2018**

Last 4 digits of account number     **2   6   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$276.54**

---

**3.238**  Nonpriority creditor's name and mailing address

**CHARLES PEACOCK**

**11617 W Ginger Creek Dr**

_____

**Boise**          **ID**      **83713-3654**

Date or dates debt was incurred     **6/19/2019**

Last 4 digits of account number     **6   9   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.49**

---

**3.239**  Nonpriority creditor's name and mailing address

**CHARLES PLATT**

**6315 W Country Club Dr**

_____

**Homosassa**          **FL**      **34448-2568**

Date or dates debt was incurred     **2/20/2019**

Last 4 digits of account number     **0   2   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$245.33**

---

**3.240**  Nonpriority creditor's name and mailing address

**CHARLES RATLIFF**

**735 E 5th St**

_____

**Waldron**          **AR**      **72958-7048**

Date or dates debt was incurred     **5/22/2020**

Last 4 digits of account number     **5   3   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56.96**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

### 3.241 Nonpriority creditor's name and mailing address

**CHARLES RAY - C553378**

**PO BOX 300**

_____

**MARCY**                     **NY**     **13403**

Date or dates debt was incurred     **7/16/2019**

Last 4 digits of account number     **2  6  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$47.99**

### 3.242 Nonpriority creditor's name and mailing address

**Charles Rowan**

**2471 Posey Hill Rd**

_____

**Mount Juliet**            **TN**     **37122-5812**

Date or dates debt was incurred     **7/23/2019**

Last 4 digits of account number     **7  7  4  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$29.99**

### 3.243 Nonpriority creditor's name and mailing address

**CHARLES ROY ID C553378**

**PO Box 300**

_____

**Marcy**                     **NY**     **13403-0300**

Date or dates debt was incurred     **8/13/2019**

Last 4 digits of account number     **3  4  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$29.01**

### 3.244 Nonpriority creditor's name and mailing address

**Charles Ryan**

**9990 SW PAPAYA TREE CT**

_____

**PORT ST LUCIE**        **FL**     **34987**

Date or dates debt was incurred     **3/22/2020**

Last 4 digits of account number     **4  0  8  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.99**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.245**  **Nonpriority creditor's name and mailing address**

**CHARLES SAVAS**

**148 Medicine Bend Dr**

_____

| **Madison** | **AL** | **35758-7652** |

Date or dates debt was incurred   **12/10/2019**

Last 4 digits of account number   **5  1  9  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$55.34**

---

**3.246**  **Nonpriority creditor's name and mailing address**

**CHARLES SCHLOM**

**800 Lilac Dr**

_____

| **Algonquin** | **IL** | **60102-4292** |

Date or dates debt was incurred   **7/8/2019**

Last 4 digits of account number   **3  3  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.38**

---

**3.247**  **Nonpriority creditor's name and mailing address**

**CHARLES SCHWEITZER**

**4757 CREEK RD**

_____

| **ANDOVER** | **OH** | **44003** |

Date or dates debt was incurred   **8/6/2019**

Last 4 digits of account number   **4  5  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.50**

---

**3.248**  **Nonpriority creditor's name and mailing address**

**CHARLES SPAGNA**

**186 RIVER RD**

_____

| **NYACK** | **NY** | **10960** |

Date or dates debt was incurred   **8/19/2020**

Last 4 digits of account number   **2  6  4  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.249** Nonpriority creditor's name and mailing address

**CHARLES URLACHER #490388**

**9601 STEILACOOM BLVD S.W.**

**COMMISSARY WAREHOUSE BLDG #11B**

**LAKEWOOD**          **WA**     **98498**

Date or dates debt was incurred    **12/14/2020**

Last 4 digits of account number    **8  4  7  1**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$72.89**

**3.250** Nonpriority creditor's name and mailing address

**CHARLES VERPLANK**

**560 1st St SE**

**Hartley**          **IA**     **51346-1508**

Date or dates debt was incurred    **10/8/2019**

Last 4 digits of account number    **9  9  0  8**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$58.98**

**3.251** Nonpriority creditor's name and mailing address

**CHARLES WILLIAMS**

**209 Harris Manor Dr SW**

**Atlanta**          **GA**     **30311-2114**

Date or dates debt was incurred    **1/25/2018**

Last 4 digits of account number    **9  0  8  4**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.26**

**3.252** Nonpriority creditor's name and mailing address

**CHASE TEAL**

**7100 WELLSBEE PL**

**HOLLY SPRINGS**          **NC**     **27540**

Date or dates debt was incurred    **9/19/2019**

Last 4 digits of account number    **4  1  2  1**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.48**

Debtor __MMD Holdings, LLC_____     Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | | |
|---|---|---|
| **3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**CHERYL PLANE**

**77190 LAUPPE LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

$55.94

**CITRUS HEIGHTS**             **CA**     **95621**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     __1/16/2020__

**Is the claim subject to offset?**

Last 4 digits of account number     __3__ __8__ __1__ __5__

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Cheuksang Tsang**

**18 MIRANDA CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

$15.38

**ALAMEDA**             **CA**     **94502**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     __5/16/2019__

**Is the claim subject to offset?**

Last 4 digits of account number     __3__ __7__ __5__ __3__

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Chong W Lee**

**3652 LANDIS STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.99

**WEST LINN**             **OR**     **97068**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     __4/22/2020__

**Is the claim subject to offset?**

Last 4 digits of account number     __8__ __4__ __2__ __4__

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Chris Beach**

**1345 S Pershing Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.94

**Indianapolis**             **IN**     **46221-1432**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     __12/26/2019__

**Is the claim subject to offset?**

Last 4 digits of account number     __8__ __1__ __3__ __4__

☑ No
☐ Yes

---

Debtor **MMD Holdings, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.257** **Nonpriority creditor's name and mailing address**

Chris Heisman

10783 POSSUM HOLLOW RD.

SAINT PARIS        OH   43072

Date or dates debt was incurred   9/16/2019

Last 4 digits of account number   **2  7  3  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$56.43**

---

**3.258** **Nonpriority creditor's name and mailing address**

CHRIS HILL

E. 123 HEROY AVE

SPOKANE        WA   99207

Date or dates debt was incurred   12/11/2018

Last 4 digits of account number   **9  3  5  6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27.50**

---

**3.259** **Nonpriority creditor's name and mailing address**

CHRIS MCFADYEN

680 Stoddard Rd

Richmond        MI   48062-3106

Date or dates debt was incurred   5/18/2020

Last 4 digits of account number   **1  5  5  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11.39**

---

**3.260** **Nonpriority creditor's name and mailing address**

CHRIS PERRY

47 Woodland Park

Rochester        NY   14610-1401

Date or dates debt was incurred   5/20/2019

Last 4 digits of account number   **7  9  8  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7.86**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.261**    **Nonpriority creditor's name and mailing address**

**CHRIS RICE #79634**

**PO Box 1568**

_____

**Hutchinson**      **KS**    **67504-1568**

Date or dates debt was incurred    **5/24/2018**

Last 4 digits of account number    **4   8   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.06**

---

**3.262**    **Nonpriority creditor's name and mailing address**

**CHRIS RICHARDS**

**P.O. BOX 419**

_____

**BRIDGEPORT**      **TX**    **76426**

Date or dates debt was incurred    **7/2/2020**

Last 4 digits of account number    **9   2   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$47.97**

---

**3.263**    **Nonpriority creditor's name and mailing address**

**CHRIS TAYLOR**

**26342 Sugar Pine Dr**

_____

**Pioneer**      **CA**    **95666-9521**

Date or dates debt was incurred    **4/17/2018**

Last 4 digits of account number    **9   2   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.38**

---

**3.264**    **Nonpriority creditor's name and mailing address**

**CHRIS WOLF**

**750 EVERIST DR**

_____

**ABERDEEN**      **MD**    **21001**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **4   8   5   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.90**

---

Debtor   **MMD Holdings, LLC**                                              Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |

**Christina Garcia**

**4535 S Sawyer**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60632** | **Consumer refund/prepayment** |

Date or dates debt was incurred    **12/4/2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **0  0  8  9**

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.97 |

**Christine Hilliard**

**25011 OLDE TIMBER MILL ROAD**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **BRISTOL** | **VA** | **24202** | **Consumer refund/prepayment** |

Date or dates debt was incurred    **12/11/2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **5  4  3  1**

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.80 |

**CHRISTOPH BROWN**

**304 SPRING ST**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **SPENCER** | **WV** | **25276** | **Consumer refund/prepayment** |

Date or dates debt was incurred    **5/31/2016**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1  3  0  2**

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.98 |

**Christopher Barrett**

**1408 Rebecca Ln**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Saint Paul** | **MN** | **55122-2780** | **Consumer refund/prepayment** |

Date or dates debt was incurred    **12/3/2019**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **0  5  0  8**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|--------|----------------------|------------------------|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.269** Nonpriority creditor's name and mailing address

**CHRISTOPHER C TEW**

**3310 Kettering Pl**

**Greensboro**     **NC**     **27410-5906**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **7 3 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49.71**

---

**3.270** Nonpriority creditor's name and mailing address

**CHRISTOPHER CALDWELL**

**18128 Garden Manor Dr**

**Houston**     **TX**     **77084-6772**

Date or dates debt was incurred    **10/22/2019**

Last 4 digits of account number    **8 0 1 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.30**

---

**3.271** Nonpriority creditor's name and mailing address

**CHRISTOPHER CLARY**

**2 CREST KNOLLS ST SE**

**APT 8B**

**TAYLORSVILLE**     **NC**     **28681-2637**

Date or dates debt was incurred    **4/8/2020**

Last 4 digits of account number    **4 2 4 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.99**

---

**3.272** Nonpriority creditor's name and mailing address

**Christopher Cornette**

**21892 NW MONTEREY LOOP**

**POULSBO**     **WA**     **98370**

Date or dates debt was incurred    **4/21/2020**

Last 4 digits of account number    **8 4 1 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6.30**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.273** Nonpriority creditor's name and mailing address

Christopher Fleury

947 US ROUTE 9

SCHROON LAKE     NY     12870-2418

Date or dates debt was incurred    3/23/2020

Last 4 digits of account number    1   1   7   7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.11**

---

**3.274** Nonpriority creditor's name and mailing address

CHRISTOPHER GROSS

2455 ARMSTRONG PL

SANTA CLARA     CA     95050-5509

Date or dates debt was incurred    3/11/2019

Last 4 digits of account number    0   2   7   3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.19**

---

**3.275** Nonpriority creditor's name and mailing address

CHRISTOPHER LARRABEE

75 High Ridge Dr

Stafford     VA     22554-5542

Date or dates debt was incurred    7/28/2020

Last 4 digits of account number    9   4   3   0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.90**

---

**3.276** Nonpriority creditor's name and mailing address

christopher martino

26 CHERRY PLACE

NUTLEY, NJ 7110

Date or dates debt was incurred    1/12/2020

Last 4 digits of account number    2   2   6   6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$101.97**

---

Debtor __**MMD Holdings, LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.70 |

**3.277**  Nonpriority creditor's name and mailing address

**CHRISTOS ZIRPS**

**1902 Toll Bridge Ct**

_____

**Alexandria**            **VA**      **22308-2447**

Date or dates debt was incurred     **5/9/2017**

Last 4 digits of account number     **4   5   4   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                                    **$370.70**

---

**3.278**  Nonpriority creditor's name and mailing address

**CHUBB**

**202 HALL'S MILL ROAD**

_____

**WHITE HOUSE STATION**      **NJ**    **08889**

Date or dates debt was incurred     **11/21/2020**

Last 4 digits of account number     **0   0   1   C**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                                    **$1,059.00**

---

**3.279**  Nonpriority creditor's name and mailing address

**CHUBB**

**202 HALL'S MILL ROAD**

_____

**WHITE HOUSE STATION**      **NJ**    **08889**

Date or dates debt was incurred     **9/21/2019**

Last 4 digits of account number     **0   0   1   C**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                                    **$3,664.84**

---

**3.280**  Nonpriority creditor's name and mailing address

**CHUCK DAVIS**

**660 Oak Park Cir**

_____

**Merritt Island**           **FL**    **32953-4160**

Date or dates debt was incurred     **5/29/2020**

Last 4 digits of account number     **2   4   7   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                                    **$26.70**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.97 |
|---|---|---|---|

chuck hammock

775 Benwick Dr

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Brandon | MS | 39047-8109 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred        4/19/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        8   8   8   9

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.94 |
|---|---|---|---|

CHUCK MCCALLION

7206 Lathan Dr SE

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Owens Cross Roads | AL | 35763-8890 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred        10/24/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        4   1   9   9

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.40 |
|---|---|---|---|

Chung Kwok

1251 LISA LN

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| LOS ALTOS | CA | 94024 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred        12/1/2019

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        1   2   2   0

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.89 |
|---|---|---|---|

CHUNG-HSIAO WANG

102 Spruce Ln

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Louisville | KY | 40207-1701 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred        3/19/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        9   0   9   0

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.285**    Nonpriority creditor's name and mailing address

**CINCINNATI INS. CO.**

**P.O. BOX 14529**

**CINCINNATI**          **OH**    **45250**

Date or dates debt was incurred    **11/21/2019**

Last 4 digits of account number    **0    9    8    6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

$7,033.34

---

**3.286**    Nonpriority creditor's name and mailing address

**CINDI KNISELY**

**2058 Delaware Dr SE**

**New Philadelphia**          **OH**    **44663-3227**

Date or dates debt was incurred    **7/27/2020**

Last 4 digits of account number    **5    3    3    0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

**3.287**    Nonpriority creditor's name and mailing address

**Cindy Hancock**

**79 HARTINGTON DRIVE**

**MADISON**          **AL**    **35758**

Date or dates debt was incurred    **6/19/2019**

Last 4 digits of account number    **1    9    9    7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$104.72

---

**3.288**    Nonpriority creditor's name and mailing address

**CINDY MAMER**

**8 WATERVILLE LANE**

**SHREWSBURY, MA 1545**

Date or dates debt was incurred    **5/10/2019**

Last 4 digits of account number    **9    1    9    5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$57.56

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.289**    Nonpriority creditor's name and mailing address

CITY OF CARROLLTON

P O BOX 115120

CARROLLTON                    TX      75011

Date or dates debt was incurred      12/22/2020

Last 4 digits of account number      3   4   2   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Is the claim subject to offset?
☑ No
☐ Yes

$45.04

---

**3.290**    Nonpriority creditor's name and mailing address

CITY OF CARROLLTON

P O BOX 115120

CARROLLTON                    TX      75011

Date or dates debt was incurred      12/22/2020

Last 4 digits of account number      3   6   6   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Is the claim subject to offset?
☑ No
☐ Yes

$45.04

---

**3.291**    Nonpriority creditor's name and mailing address

CITY OF CARROLLTON

P O BOX 115120

CARROLLTON                    TX      75011

Date or dates debt was incurred      12/22/2020

Last 4 digits of account number      3   4   2   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Is the claim subject to offset?
☑ No
☐ Yes

$22.52

---

**3.292**    Nonpriority creditor's name and mailing address

CITY OF CARROLLTON

P O BOX 115120

CARROLLTON                    TX      75011

Date or dates debt was incurred      12/22/2020

Last 4 digits of account number      9   2   9   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY

Is the claim subject to offset?
☑ No
☐ Yes

$74.16

---

Debtor    **MMD Holdings, LLC**                            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.293**    **Nonpriority creditor's name and mailing address**

**CLAIR REDMOND**

**1204 METROPOLIS ST**

**METROPOLIS**      **IL**      **62960-1308**

Date or dates debt was incurred    12/11/2019

Last 4 digits of account number    5   4   8   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17.51**

---

**3.294**    **Nonpriority creditor's name and mailing address**

**Clare Ravenwood**

**4054 FLY ROAD RR1**

**VINELAND, ON L0R 2C0**

Date or dates debt was incurred    6/3/2019

Last 4 digits of account number    1   1   7   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.00**

---

**3.295**    **Nonpriority creditor's name and mailing address**

**CLARENCE DEVEZIN**

**3336 EDENBORN AVE**

**APT# 3**

**METAIRIE**      **LA**      **70002**

Date or dates debt was incurred    5/4/2018

Last 4 digits of account number    7   4   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.23**

---

**3.296**    **Nonpriority creditor's name and mailing address**

**CLARENCE R. BOWERS**

**286 Old Slash Rd**

**Troutdale**      **VA**      **24378-2436**

Date or dates debt was incurred    6/25/2018

Last 4 digits of account number    0   4   8   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.00**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.297** Nonpriority creditor's name and mailing address

**CLARENCE RUPNOW**

**1221 E. CIRCLE DR**

**BEAVER DAM** WI 53916

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **1/18/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **2 1 8 6**

**$26.99**

---

**3.298** Nonpriority creditor's name and mailing address

**CLASSIC WARSHIPS**

**P.O.BOX 57591**

**TUCSON** AZ 85732

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE**

Date or dates debt was incurred **1/1/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **N A**

**$4,390.20**

---

**3.299** Nonpriority creditor's name and mailing address

**CLAUD LENARD**

**P O BOX 89**

**COLLINSVILLE** OK 74021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **4/8/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **8 3 5 9**

**$33.97**

---

**3.300** Nonpriority creditor's name and mailing address

**CLAY P WILLIAMS**

**PO Box 425**

**Gillette** WY 82717-0425

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **10/26/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **2 1 6 4**

**$190.97**

---

Debtor    **MMD Holdings, LLC**_____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.301 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$72.86** |

**CLAYTON OUCHI**

**98-037 Lii Ipo St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Aiea** | **HI** | **96701-5218** |

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **5/29/2019**

Last 4 digits of account number    **8  0  5  8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$135.26** |

**CLAYTON RIDDLE**

**1587 COPLEY RD**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **WESTON** | **WV** | **26452-7190** |

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **3/19/2020**

Last 4 digits of account number    **6  8  6  8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$18.98** |

**CLIFFORD CONNELL**

**1048 RIDGE DR**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **SAND SPRINGS** | **OK** | **74063-6310** |

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **1  0  9  6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$56.89** |

**CLIFFORD WULFF**

**4545 N CANFIELD AVE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **NORRIDGE** | **IL** | **60706** |

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **12/27/2018**

Last 4 digits of account number    **3  9  1  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **MMD Holdings, LLC**                       Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.305**   **Nonpriority creditor's name and mailing address**

**CLYDE CROUPE**

**1110 Fidler Ln Apt 304**

**Silver Spring**         **MD**   **20910-3410**

Date or dates debt was incurred   **9/16/2019**

Last 4 digits of account number   **8   0   2   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.98**

---

**3.306**   **Nonpriority creditor's name and mailing address**

**COBI TOYS LLC**

**4422 GEVALIA DR**

**BROOKSVILLE**         **FL**   **34604**

Date or dates debt was incurred   **10/2/2019**

Last 4 digits of account number   **__ __ N A**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,254.73**

---

**3.307**   **Nonpriority creditor's name and mailing address**

**COLE FULKS**

**PO Box 164023**

**Fort Worth**         **TX**   **76161-4023**

Date or dates debt was incurred   **1/28/2020**

Last 4 digits of account number   **4   3   4   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19.86**

---

**3.308**   **Nonpriority creditor's name and mailing address**

**COLIN ODOM**

**1816 W Straford Dr**

**Chandler**         **AZ**   **85224-1218**

Date or dates debt was incurred   **7/31/2019**

Last 4 digits of account number   **3   6   3   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.99**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.32 |
| --- | --- | --- | --- |

**COLONIAL LIFE**

**PO BOX 1365**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**COLUMBIA**    **SC**    **29202**

Basis for the claim:
**BENEFITS**

Date or dates debt was incurred    **11/24/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5   9   5   2**

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.99 |
| --- | --- | --- | --- |

**CONNOR MCVAY**

**4312 WENDELL LANE**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**EUGENE**    **OR**    **97405**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/30/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1   2   6   8**

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.98 |
| --- | --- | --- | --- |

**CONRAD SCROGGINS**

**8621 SW 30TH AVE**

**APT 104**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**PORTLAND**    **OR**    **97219-3986**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/26/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4   1   4   0**

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.99 |
| --- | --- | --- | --- |

**CRAIG A. RICHARDSON**

**843 Mountain Valley Rd**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Laurel Springs**    **NC**    **28644-8806**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **1/28/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   2   8   6**

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.313 | Nonpriority creditor's name and mailing address |

**CRAIG FARROW**

**45108 Garretts Lake Rd**

_____

| **Shawnee** | **OK** | **74804-9486** |

Date or dates debt was incurred    **4/24/2019**

Last 4 digits of account number    **0   6   4   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

                                        $13.99

---

| 3.314 | Nonpriority creditor's name and mailing address |

**CRAIG HEINY**

**141 Hunt Ave**

_____

| **Evanston** | **WY** | **82930-4981** |

Date or dates debt was incurred    **2/20/2019**

Last 4 digits of account number    **5   5   2   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

                                        $6.82

---

| 3.315 | Nonpriority creditor's name and mailing address |

**CRAIG HENNINGFELD**

**5217 W Denton St Apt 101**

_____

| **Boise** | **ID** | **83706-1542** |

Date or dates debt was incurred    **12/27/2016**

Last 4 digits of account number    **6   6   4   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

                                        $40.43

---

| 3.316 | Nonpriority creditor's name and mailing address |

**CRAIG K PORTER**

**2900 BROOK DR**

_____

| **FALLS CHURCH** | **VA** | **22042** |

Date or dates debt was incurred    **4/18/2017**

Last 4 digits of account number    **3   1   1   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

                                        $10.06

---

Debtor      **MMD Holdings, LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.61 |

**Craig Penny**

**2019 MANHATTAN DRIVE.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wichita**              **KS**      **67204-5415**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **2/21/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   8   1   6**

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.21 |

**CURTIS ONEAL**

**3042 Charles Bryan Rd**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bartlett**             **TN**      **38134-3846**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **12/24/2019**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   5   0   0**

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.87 |

**Cyrus Tolman**

**2306 ACACIA ST.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LEAGUE CITY**          **TX**      **77573**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **6/23/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   8   6   1**

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.99 |

**DALE GREENAWALT**

**120 Marshall Dr**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Renfrew**              **PA**      **16053-9640**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **12/11/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   7   1   0**

| | |
|---|---|
| Debtor **MMD Holdings, LLC** | Case number (if known) |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.321**  **Nonpriority creditor's name and mailing address**

**DALE HEMPEL**

**3842 Bellewater Blvd**

Riverview          FL    33578-3100

Date or dates debt was incurred    6/4/2020

Last 4 digits of account number    **1 7 2 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$41.04**

---

**3.322**  **Nonpriority creditor's name and mailing address**

**DALE MARKOVICH**

**326 GOLF DR**

CORTLAND        OH    44410

Date or dates debt was incurred    7/6/2020

Last 4 digits of account number    **4 9 1 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32.97**

---

**3.323**  **Nonpriority creditor's name and mailing address**

**DALE MCCOURY**

**PO Box 517**

Elk Park         NC    28622-0517

Date or dates debt was incurred    4/21/2019

Last 4 digits of account number    **2 1 3 4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

---

**3.324**  **Nonpriority creditor's name and mailing address**

**DALE YONKERS**

**12221 Fillmore St**

West Olive        MI    49460-8986

Date or dates debt was incurred    3/28/2016

Last 4 digits of account number    **4 0 8 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.74**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325**   Nonpriority creditor's name and mailing address

**DALLAS COWBOYS**

**ONE AT&T WAY**

**ARLINGTON**      **TX**    **76011**

Date or dates debt was incurred   **3/1/2009**

Last 4 digits of account number   **7**   **6**   **3**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$186,051.51**

---

**3.326**   Nonpriority creditor's name and mailing address

**DAMIEN PERREIRA**

**2790 Kaupakalua Rd**

**Haiku**      **HI**    **96708-6028**

Date or dates debt was incurred   **5/26/2020**

Last 4 digits of account number   **7**   **7**   **8**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$111.46**

---

**3.327**   Nonpriority creditor's name and mailing address

**DAN BERRY**

**635 Clayton St**

**Denver**      **CO**    **80206-3812**

Date or dates debt was incurred   **9/15/2017**

Last 4 digits of account number   **0**   **5**   **5**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17.99**

---

**3.328**   Nonpriority creditor's name and mailing address

**DAN CLARK**

**807 Marseilles Ave**

**Upper Sandusky**      **OH**    **43351-1627**

Date or dates debt was incurred   **1/15/2020**

Last 4 digits of account number   **8**   **2**   **6**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.83**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.329**   Nonpriority creditor's name and mailing address

**DAN GLENNON**

**93 Irving Ter**

| | | |
|---|---|---|
| **Bloomfield** | **NJ** | **07003-3812** |

Date or dates debt was incurred    **1/14/2019**

Last 4 digits of account number    **9   1   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$6.48

---

**3.330**   Nonpriority creditor's name and mailing address

**Dan Grimestad**

**2002 90TH AVE N**

| | | |
|---|---|---|
| **MOORHEAD** | **MN** | **56560** |

Date or dates debt was incurred    **9/25/2019**

Last 4 digits of account number    **9   7   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$9.90

---

**3.331**   Nonpriority creditor's name and mailing address

**DAN LINDBOM**

**12193 SE 175TH LOOP**

| | | |
|---|---|---|
| **SUMMERFIELD** | **FL** | **34491** |

Date or dates debt was incurred    **7/16/2019**

Last 4 digits of account number    **2   6   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$42.98

---

**3.332**   Nonpriority creditor's name and mailing address

**Dan Walker**

**137 Dexter Dr**

| | | |
|---|---|---|
| **Martinsburg** | **WV** | **25405-5384** |

Date or dates debt was incurred    **9/18/2020**

Last 4 digits of account number    **6   9   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$51.57

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.333** Nonpriority creditor's name and mailing address

**DAN WALKER**

**P.O. BOX 412**

**HAVRE**     **MT**    **59501**

Date or dates debt was incurred   **5/15/2020**

Last 4 digits of account number   **5**   **8**   **1**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$54.98**

---

**3.334** Nonpriority creditor's name and mailing address

**Dana F Spratt**

**212 VISTA COURT**

**CHARLES TOWN**     **WV**    **25414**

Date or dates debt was incurred   **9/9/2020**

Last 4 digits of account number   **2**   **6**   **7**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$59.99**

---

**3.335** Nonpriority creditor's name and mailing address

**Dana Kopher**

**6511 Remus Dr**

**New Port Richey**     **FL**    **34653-5515**

Date or dates debt was incurred   **10/18/2019**

Last 4 digits of account number   **6**   **0**   **0**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$32.34**

---

**3.336** Nonpriority creditor's name and mailing address

**DANE KAROLAK**

**111 OLEAN RD**

**DERRICK CITY**     **PA**    **16727**

Date or dates debt was incurred   **7/17/2020**

Last 4 digits of account number   **9**   **6**   **7**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$451.54**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.337**   Nonpriority creditor's name and mailing address

**Daniel Banks**

**6411 CAPITOL PLAZA**

_____

_____

**OMAHA**                    **NE**      **68132**

Date or dates debt was incurred      **4/30/2020**

Last 4 digits of account number      **2   9   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$90.97

---

**3.338**   Nonpriority creditor's name and mailing address

**DANIEL C KELLY**

**PO Box 448**

_____

_____

**Springfield**              **KY**      **40069-0448**

Date or dates debt was incurred      **8/26/2020**

Last 4 digits of account number      **5   8   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8.96

---

**3.339**   Nonpriority creditor's name and mailing address

**DANIEL DACQUA**

**199 Bergen Ave**

_____

_____

**West Deptford**            **NJ**      **08086-2145**

Date or dates debt was incurred      **11/27/2018**

Last 4 digits of account number      **1   1   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$88.49

---

**3.340**   Nonpriority creditor's name and mailing address

**DANIEL DASILVA**

**891 LAKEKNOLL DR**

_____

_____

**SUNNYVALE**                **CA**      **94089-2557**

Date or dates debt was incurred      **7/2/2018**

Last 4 digits of account number      **0   9   6   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$55.02

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.341** Nonpriority creditor's name and mailing address

**DANIEL DESJARDINS**

**563 Walker Rd**

_____

Waynesville          NC     28786-8776

Date or dates debt was incurred     10/11/2019

Last 4 digits of account number     0   4   8   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.95**

---

**3.342** Nonpriority creditor's name and mailing address

**DANIEL JOHNSON**

**92928 KNAPPA DOCK ROAD**

_____

ASTORIA          OR     97103

Date or dates debt was incurred     10/23/2018

Last 4 digits of account number     2   6   8   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$40.47**

---

**3.343** Nonpriority creditor's name and mailing address

**DANIEL KINNE**

**8114 BRIDGEPORT WAY SW APT D**

_____

LAKEWOOD          WA     98499-2610

Date or dates debt was incurred     2/24/2019

Last 4 digits of account number     2   3   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.88**

---

**3.344** Nonpriority creditor's name and mailing address

**DANIEL L KIESTER**

**4188 N Player Dr**

_____

Coeur D Alene          ID     83815-1603

Date or dates debt was incurred     6/22/2020

Last 4 digits of account number     7   3   1   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.50**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.345** Nonpriority creditor's name and mailing address

**DANIEL MOCCERO**

**112 E Turnbull Ave**

_____

Havertown      PA    19083-2419

Date or dates debt was incurred    7/30/2020

Last 4 digits of account number    5 1 9 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.49

---

**3.346** Nonpriority creditor's name and mailing address

**DANIEL OWENS**

**1200 S Apache Dr**

_____

Wichita      KS    67207-2806

Date or dates debt was incurred    2/24/2020

Last 4 digits of account number    2 2 9 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.10

---

**3.347** Nonpriority creditor's name and mailing address

**DANIEL PODBREGER**

**4032 Kildare St**

_____

Eugene      OR    97404-1204

Date or dates debt was incurred    11/9/2018

Last 4 digits of account number    9 7 4 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$924.87

---

**3.348** Nonpriority creditor's name and mailing address

**DANIEL SOWERS**

**1826 S 41st St**

_____

Temple      TX    76504-6651

Date or dates debt was incurred    10/5/2020

Last 4 digits of account number    4 1 2 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$37.95

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.349**   Nonpriority creditor's name and mailing address

DANIEL THOMAS

76 Blue Lake Rd

_____

Greenville      SC    29617-6802

Date or dates debt was incurred    10/11/2019

Last 4 digits of account number    2   1   7   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$58.93**

---

**3.350**   Nonpriority creditor's name and mailing address

DANIEL WENDEL

58 E Meadow Ln

_____

Ellisville      MO    63021-4749

Date or dates debt was incurred    1/22/2019

Last 4 digits of account number    2   4   3   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$115.24**

---

**3.351**   Nonpriority creditor's name and mailing address

DANIEL WILLIAMS

9362 County Road 65 NE

_____

Deer River      MN    56636-2755

Date or dates debt was incurred    6/25/2019

Last 4 digits of account number    2   6   1   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.37**

---

**3.352**   Nonpriority creditor's name and mailing address

DANIEL WINEBERG

4599 Brookhill Ter

_____

Riverside      CA    92509-4046

Date or dates debt was incurred    7/25/2018

Last 4 digits of account number    2   1   6   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.62**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.353 | Nonpriority creditor's name and mailing address |
|---|---|

DANILO AGUILAR CUADRA

Colonia Centroamerica L825

A 301

MANAGUA, , 14048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

$62.05

Date or dates debt was incurred     1/15/2019

Last 4 digits of account number     7  7  2  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address |
|---|---|

DANNIE GILL

1620 Karmel Dr

Winston Salem          NC     27127-5808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

$0.04

Date or dates debt was incurred     12/19/2018

Last 4 digits of account number     5  0  9  8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address |
|---|---|

DANNY SCHWABENLAND

3430 S FAIRFAX ST

DENVER          CO     80222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

$57.70

Date or dates debt was incurred     2/28/2017

Last 4 digits of account number     3  3  1  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address |
|---|---|

DARCY R KUBA

3423 Alohea Ave

Honolulu          HI     96816-2207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

$52.46

Date or dates debt was incurred     2/27/2020

Last 4 digits of account number     0  0  6  1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.357** Nonpriority creditor's name and mailing address

**Darryl Hushaw**

**1858 TEAK COURT**

**HENDERSON**     **NV**    **89014**

Date or dates debt was incurred    4/15/2020

Last 4 digits of account number    5   7   3   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.98**

---

**3.358** Nonpriority creditor's name and mailing address

**DARRYL SMITH**

**129 Carter St**

**Saint Robert**     **MO**    **65584-4607**

Date or dates debt was incurred    7/9/2019

Last 4 digits of account number    1   0   8   8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.97**

---

**3.359** Nonpriority creditor's name and mailing address

**DARYL R WITT**

**PO Box 879271**

**Wasilla**     **AK**    **99687-9271**

Date or dates debt was incurred    1/15/2020

Last 4 digits of account number    7   2   6   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$113.88**

---

**3.360** Nonpriority creditor's name and mailing address

**DAVE DEVRIES**

**7246 S Pierson St**

**Littleton**     **CO**    **80127-2852**

Date or dates debt was incurred    10/27/2017

Last 4 digits of account number    1   9   1   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.00**

---

Debtor    **MMD Holdings, LLC**                  Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| | |
|---|---|
| **3.361**  Nonpriority creditor's name and mailing address | **$124.78** |

**Dave McWilliams**

**POB 471, 910 KEVIN COURT**

**SOUTH PEKIN**           IL      61564

Date or dates debt was incurred    **9/18/2020**

Last 4 digits of account number    **1  9  9  3**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.362**  Nonpriority creditor's name and mailing address | **$0.66** |

**DAVE SHREEVE**

**408 Donaldson Ct**

**Suisun City**           CA    94585-3751

Date or dates debt was incurred    **1/23/2019**

Last 4 digits of account number    **1  0  0  4**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.363**  Nonpriority creditor's name and mailing address | **$13.99** |

**Dave WINFREE**

**2195 Tamarack Cove Dr**

**Hastings**           MI    49058-7735

Date or dates debt was incurred    **9/15/2019**

Last 4 digits of account number    **3  8  8  7**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| **3.364**  Nonpriority creditor's name and mailing address | **$46.98** |

**DAVID  BOCOCK**

**26620 LORENZ ST**

**MADISON HEIGHTS**      MI    48071-3708

Date or dates debt was incurred    **2/12/2018**

Last 4 digits of account number    **9  2  5  5**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.365 | **Nonpriority creditor's name and mailing address** |
|---|---|

**DAVID A BURCHALEWSKI**

**63 GORDON AVE**

**WEST SENECA**          **NY**    **14224-1144**

Date or dates debt was incurred    **1/17/2020**

Last 4 digits of account number    **4  8  7  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.92

---

| 3.366 | **Nonpriority creditor's name and mailing address** |
|---|---|

**DAVID A. HUETT**

**230 S 25TH AVE APT B7**

**BRIGHTON**          **CO**    **80601-2657**

Date or dates debt was incurred    **12/31/2018**

Last 4 digits of account number    **1  7  9  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$32.95

---

| 3.367 | **Nonpriority creditor's name and mailing address** |
|---|---|

**David Ahlberg**

**306 EAST 200 SOUTH**

**VALPARAISO**          **IN**    **46383**

Date or dates debt was incurred    **1/15/2020**

Last 4 digits of account number    **6  2  9  0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$21.98

---

| 3.368 | **Nonpriority creditor's name and mailing address** |
|---|---|

**David Alexander**

**2626 Natchez Ct**

**League City**          **TX**    **77573-3034**

Date or dates debt was incurred    **8/11/2019**

Last 4 digits of account number    **2  7  3  5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$62.71

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$6.00** |
|---|---|---|---|

DAVID ALLEN

23201 Glenn Hill Cir

☐ Contingent
☐ Unliquidated
☐ Disputed

| Chugiak | AK | 99567-6281 |

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    12/24/2019

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    7   4   5   9

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$17.99** |
|---|---|---|---|

David B Wright

987 FOUNTAIN AVENUE

☐ Contingent
☐ Unliquidated
☐ Disputed

| MONTEREY | CA | 93940 |

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    12/21/2019

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    4   3   9   9

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$35.99** |
|---|---|---|---|

DAVID BACKES

34427 Bentley Pl

☐ Contingent
☐ Unliquidated
☐ Disputed

| Fremont | CA | 94555-2303 |

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    3/13/2020

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    4   1   7   3

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,234.89** |
|---|---|---|---|

DAVID BLESSING

8230 Furlong Cir

☐ Contingent
☐ Unliquidated
☐ Disputed

| Indianapolis | IN | 46256-4321 |

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    4/2/2019

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    8   4   7   5

Debtor___ **MMD Holdings, LLC**_____ Case number (if known)_____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.65** |

**DAVID BOESE**

**5595 S 930 E**

☐ Contingent
☐ Unliquidated
☐ Disputed

Wolcottville       IN      46795-9794

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred      12/27/2018

**Is the claim subject to offset?**

Last 4 digits of account number      6   3   9   1

☑ No
☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.30** |

**DAVID BRADSHAW**

**247 Tolstoy Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

Severna Park       MD      21146-2154

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred      10/30/2017

**Is the claim subject to offset?**

Last 4 digits of account number      2   9   6   8

☑ No
☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.93** |

**DAVID BRAFORD**

**1458 Kevin Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Redlands       CA      92373-5623

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred      10/10/2020

**Is the claim subject to offset?**

Last 4 digits of account number      3   2   3   7

☑ No
☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.28** |

**DAVID BRINKLEY**

**7592 ANN ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

RIVERDALE       GA      30274

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred      8/3/2020

**Is the claim subject to offset?**

Last 4 digits of account number      1   7   0   1

☑ No
☐ Yes

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                 Amount of claim

---

| 3.377 | Nonpriority creditor's name and mailing address |
|---|---|

**David Brown**

**921 N 1ST STREET**

_____

**FAIRMONT CITY**       **IL**     **62201**

Date or dates debt was incurred    **9/16/2019**

Last 4 digits of account number    **8**   **5**   **7**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$88.80**

---

| 3.378 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID CARNEY**

**1440 PLEASANT ST**

**APT 11**

**CINCINNATI**       **OH**    **45202**

Date or dates debt was incurred    **6/8/2016**

Last 4 digits of account number    **3**   **2**   **4**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$12.03**

---

| 3.379 | Nonpriority creditor's name and mailing address |
|---|---|

**David Carter**

**6 Saratoga Ct**

_____

**North Little Rock**       **AR**    **72116-4421**

Date or dates debt was incurred    **1/22/2020**

Last 4 digits of account number    **4**   **8**   **5**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$28.00**

---

| 3.380 | Nonpriority creditor's name and mailing address |
|---|---|

**DAVID CHAPMAN**

**2500 Sunrise Ave**

_____

**Lafayette**       **IN**    **47904-2330**

Date or dates debt was incurred    **5/29/2018**

Last 4 digits of account number    **4**   **1**   **3**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$19.24**

---

Debtor_____**MMD Holdings, LLC**_____ Case number (if known)_____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.381** Nonpriority creditor's name and mailing address

**DAVID CHARTIER**

**193 Turnpike Rd**

Montague          MA     01351-9570

Date or dates debt was incurred     **10/16/2019**

Last 4 digits of account number     **3   5   9   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.82**

---

**3.382** Nonpriority creditor's name and mailing address

**DAVID CIRILLO**

**160 Cherry St**

Malden          MA     02148-1633

Date or dates debt was incurred     **2/7/2019**

Last 4 digits of account number     **0   7   7   8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$222.20**

---

**3.383** Nonpriority creditor's name and mailing address

**DAVID CLAUSIUS**

**207 Peggy Dr**

Clarksville          TN     37042-3365

Date or dates debt was incurred     **9/28/2020**

Last 4 digits of account number     **3   4   3   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$26.00**

---

**3.384** Nonpriority creditor's name and mailing address

**DAVID CORCILIUS**

**2380 County Road 6**

Phelps          NY     14532-9534

Date or dates debt was incurred     **8/9/2019**

Last 4 digits of account number     **9   7   8   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.99**

---

Debtor    **MMD Holdings, LLC**              Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.98** |
|---|---|---|---|

**DAVID COX**

**510 W 4th St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Buchanan** | **MI** | **49107-1127** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **2/5/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **3 1 6 1**      ☒ No    ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.36** |
|---|---|---|---|

**David D Haddock**

**1521 N MIRROR ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **AMARILLO** | **TX** | **79107** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **1/20/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **1 3 4 0**      ☒ No    ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.03** |
|---|---|---|---|

**DAVID DANIELS**

**2202 62ND AVE NW LOT 6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **OLYMPIA** | **WA** | **98502-0907** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **3/26/2019**      **Is the claim subject to offset?**

Last 4 digits of account number    **8 8 0 0**      ☒ No    ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.24** |
|---|---|---|---|

**DAVID DERICKSON**

**7014 Strawberry Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Fort Wayne** | **IN** | **46825-3652** | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    **11/5/2015**      **Is the claim subject to offset?**

Last 4 digits of account number    **2 2 3 9**      ☒ No    ☐ Yes

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $29.99 |
|---|---|---|---|

**DAVID DEVOLT**

**P.O. BOX 803299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**     **TX**   **75380**     **Consumer refund/prepayment**

Date or dates debt was incurred   **1/16/2020**

   **Is the claim subject to offset?**

Last 4 digits of account number   **5  4  5  8**   ☑ No
☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.98 |
|---|---|---|---|

**DAVID DUDAS**

**6329 S. BANNING ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**GILBERT**     **AZ**   **85298**     **Consumer refund/prepayment**

Date or dates debt was incurred   **9/1/2020**

   **Is the claim subject to offset?**

Last 4 digits of account number   **1  9  2  6**   ☑ No
☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $82.98 |
|---|---|---|---|

**DAVID EASTMAN**

**PO Box 106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Harwich Port**     **MA**   **02646-0106**     **Consumer refund/prepayment**

Date or dates debt was incurred   **3/11/2020**

   **Is the claim subject to offset?**

Last 4 digits of account number   **7  0  8  8**   ☑ No
☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.01 |
|---|---|---|---|

**DAVID ECKHARDT**

**43403 140TH ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BLUE EARTH**     **MN**   **56013**     **Consumer refund/prepayment**

Date or dates debt was incurred   **2/24/2020**

   **Is the claim subject to offset?**

Last 4 digits of account number   **1  4  7  3**   ☑ No
☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.393 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

DAVID ELLISON

110 Sunnyside Dr

$57.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Oak Hill | WV | 25901-3365 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    10/24/2017

Last 4 digits of account number    **2 6 1 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

DAVID F. FERREE

516 N APPLE STREET

$87.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| GEORGETOWN | OH | 45121 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    10/5/2020

Last 4 digits of account number    **3 6 9 7**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

David Fuller

6660 OAKWOOD CIRCLE

$3.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| INDIAN HEAD | MD | 20640 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    9/15/2019

Last 4 digits of account number    **0 5 6 3**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

DAVID FUTRELL

187 COSTON RD LOT 3

$51.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| RICHLANDS | NC | 28574-7150 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    6/5/2018

Last 4 digits of account number    **4 0 6 0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.397** Nonpriority creditor's name and mailing address

**DAVID G QUEEN**

**3773 UNIVERSITY DR**

**APT 208**

**IRVINE** **CA** **92612-4668**

Date or dates debt was incurred **1/9/2018**

Last 4 digits of account number **9  0  2  8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$54.99**

**3.398** Nonpriority creditor's name and mailing address

**DAVID GARBERN**

**124 Tudor Dr**

**North Wales** **PA** **19454-1626**

Date or dates debt was incurred **12/10/2019**

Last 4 digits of account number **5  2  2  8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42.20**

**3.399** Nonpriority creditor's name and mailing address

**DAVID GETTY**

**706 Pleasantview Ave**

**Scotia** **NY** **12302-1619**

Date or dates debt was incurred **3/15/2018**

Last 4 digits of account number **3  4  8  0**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$90.94**

**3.400** Nonpriority creditor's name and mailing address

**DAVID GLEN RICE**

**1802 Swarthmore St**

**Alexandria** **LA** **71301-4524**

Date or dates debt was incurred **7/18/2019**

Last 4 digits of account number **2  2  3  7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.00**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                     Amount of claim

**3.401**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                   **$56.99**
_Check all that apply._

DAVID HALL                                     ☐ Contingent

1007 Princeton Ave                         ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

Princeton           WV     24740-3227       **Consumer refund/prepayment**

Date or dates debt was incurred     9/4/2018       **Is the claim subject to offset?**

Last 4 digits of account number     7   5   5   1     ☑ No
                                               ☐ Yes

**3.402**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                   **$74.96**
_Check all that apply._

DAVID HARTMAN                               ☐ Contingent

2 Alexander Ave                           ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

New Bloomfield        PA     17068-8021       **Consumer refund/prepayment**

Date or dates debt was incurred     3/17/2020       **Is the claim subject to offset?**

Last 4 digits of account number     2   5   4   4     ☑ No
                                                 ☐ Yes

**3.403**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                   **$12.95**
_Check all that apply._

DAVID HARVEY                                 ☐ Contingent

1501 Chestnut St                        ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

Pekin                IL     61554-2242       **Consumer refund/prepayment**

Date or dates debt was incurred     10/10/2017       **Is the claim subject to offset?**

Last 4 digits of account number     4   8   4   3     ☑ No
                                                 ☐ Yes

**3.404**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                   **$216.49**
_Check all that apply._

DAVID HAYNES                                ☐ Contingent

1100 COLMAR DRIVE                     ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

PLANO               TX     75023-2808       **Consumer refund/prepayment**

Date or dates debt was incurred     5/8/2019       **Is the claim subject to offset?**

Last 4 digits of account number     0   7   1   5     ☑ No
                                                 ☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.405** Nonpriority creditor's name and mailing address

**DAVID HAYNES**

**1100 Colmar Dr**

**Plano**      **TX**    **75023-2808**

Date or dates debt was incurred    **1/19/2018**

Last 4 digits of account number    **9**   **4**   **5**   **7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.53**

---

**3.406** Nonpriority creditor's name and mailing address

**DAVID HIBSCHER**

**10233 Dallam Ln**

**Fort Worth**      **TX**    **76108-4997**

Date or dates debt was incurred    **6/22/2018**

Last 4 digits of account number    **5**   **7**   **5**   **9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.74**

---

**3.407** Nonpriority creditor's name and mailing address

**DAVID HOLDEMAN**

**3512 S 82nd St Apt 3**

**Omaha**      **NE**    **68124-4051**

Date or dates debt was incurred    **5/5/2020**

Last 4 digits of account number    **9**   **2**   **6**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.99**

---

**3.408** Nonpriority creditor's name and mailing address

**David Hornung**

**72 Beard Ave**

**Buffalo**      **NY**    **14214-1671**

Date or dates debt was incurred    **3/12/2020**

Last 4 digits of account number    **7**   **3**   **4**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.58**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.409**   **Nonpriority creditor's name and mailing address**

**DAVID HUFFMAN**

**1791 WOOD ST**

_____

**FORTUNA**    **CA**    **95540**

Date or dates debt was incurred    **5/7/2019**

Last 4 digits of account number    **3 7 4 2**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32.94**

---

**3.410**   **Nonpriority creditor's name and mailing address**

**DAVID KAISER**

**406 Waters Cemetery Rd**

_____

**Statesboro**    **GA**    **30458-4086**

Date or dates debt was incurred    **2/20/2019**

Last 4 digits of account number    **8 8 7 2**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.95**

---

**3.411**   **Nonpriority creditor's name and mailing address**

**DAVID KINGSLEY**

**773 Stone Arbor Dr**

_____

**Randleman**    **NC**    **27317-8176**

Date or dates debt was incurred    **10/8/2019**

Last 4 digits of account number    **3 3 2 1**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$67.88**

---

**3.412**   **Nonpriority creditor's name and mailing address**

**DAVID KROEN**

**103 MARY ANN DR.**

_____

**FRIENDSWOOD**    **TX**    **77546**

Date or dates debt was incurred    **4/22/2020**

Last 4 digits of account number    **2 5 1 3**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.87**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.413**   Nonpriority creditor's name and mailing address

**DAVID L SAMSEL**

**PO Box 329**

Orofino     ID     83544-0329

Date or dates debt was incurred     5/25/2018

Last 4 digits of account number     1   8   7   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$126.81**

**3.414**   Nonpriority creditor's name and mailing address

**DAVID MCCORMICK**

**1462 NW SARKISIAN DR**

SEAL ROCK     OR     97376

Date or dates debt was incurred     11/19/2019

Last 4 digits of account number     2   9   2   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$63.99**

**3.415**   Nonpriority creditor's name and mailing address

**DAVID MILLER**

**PO Box 15265**

Rio Rancho     NM     87174-0265

Date or dates debt was incurred     7/25/2018

Last 4 digits of account number     2   0   2   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$157.09**

**3.416**   Nonpriority creditor's name and mailing address

**DAVID NORMAN**

**11334 CUMBERLAND RD**

DEMOTTE     IN     46310

Date or dates debt was incurred     11/22/2019

Last 4 digits of account number     3   3   0   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$67.97**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.417**  Nonpriority creditor's name and mailing address

**DAVID PADRINO**

**6341 Antares Rd NE**

_____

_____

**Albuquerque**                **NM**      **87111-1219**

Date or dates debt was incurred      **1/23/2019**

Last 4 digits of account number      **6   6   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?

☑ No
☐ Yes

**$19.94**

---

**3.418**  Nonpriority creditor's name and mailing address

**DAVID PHALEN**

**9608 Oviedo St**

_____

_____

**San Diego**                **CA**      **92129-3828**

Date or dates debt was incurred      **11/20/2018**

Last 4 digits of account number      **8   7   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?

☑ No
☐ Yes

**$18.89**

---

**3.419**  Nonpriority creditor's name and mailing address

**DAVID PIERRE**

**7600 IRVING AVE N**

_____

_____

**BROOKLYN PARK**                **MN**      **55444**

Date or dates debt was incurred      **6/19/2020**

Last 4 digits of account number      **0   3   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?

☑ No
☐ Yes

**$14.04**

---

**3.420**  Nonpriority creditor's name and mailing address

**DAVID POLK**

**1206 JENNER AVE**

**APT 21**

_____

**EFFINGHAM**                **IL**      **62401-1622**

Date or dates debt was incurred      **1/14/2020**

Last 4 digits of account number      **9   1   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?

☑ No
☐ Yes

**$63.06**

---

Debtor   **MMD Holdings, LLC**        Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

---

**3.421**   Nonpriority creditor's name and mailing address

**DAVID PREIS**

**3213 MYRLE ST APT D**

**ALTON**          **IL**     **62002-4899**

Date or dates debt was incurred    **3/28/2017**

Last 4 digits of account number    **4**   **9**   **5**   **2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$3.00**

---

**3.422**   Nonpriority creditor's name and mailing address

**DAVID QUEEN**

**3773 UNIVERSITY DRIVE**

**APT 208**

**IRVINE**         **CA**     **92612**

Date or dates debt was incurred    **9/27/2019**

Last 4 digits of account number    **3**   **7**   **6**   **6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.04**

---

**3.423**   Nonpriority creditor's name and mailing address

**DAVID REINHART**

**1250 N Hemlock Rd**

**Charlestown**        **NH**    **03603-4628**

Date or dates debt was incurred    **10/19/2017**

Last 4 digits of account number    **7**   **2**   **8**   **9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$120.42**

---

**3.424**   Nonpriority creditor's name and mailing address

**DAVID RICE**

**1802 VIRGINIA ST**

**NORMAN**        **OK**     **73071**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **4**   **9**   **6**   **7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$5.02**

---

Debtor     **MMD Holdings, LLC**                       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.425**   **Nonpriority creditor's name and mailing address**

DAVID RICHMOND

647 Robert St

Lansing             MI     48910-5434

Date or dates debt was incurred     5/14/2018

Last 4 digits of account number    1   8   9   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$17.48**

---

**3.426**   **Nonpriority creditor's name and mailing address**

DAVID SCHREYER

PO Box 321

Clarence          NY     14031-0321

Date or dates debt was incurred     11/20/2018

Last 4 digits of account number    1   7   0   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$163.94**

---

**3.427**   **Nonpriority creditor's name and mailing address**

DAVID SEARFOSS

23 Walnut St

White Haven       PA     18661-3900

Date or dates debt was incurred     4/17/2018

Last 4 digits of account number    8   0   2   2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$133.80**

---

**3.428**   **Nonpriority creditor's name and mailing address**

DAVID SHERMAN

161 SMITH BALLARD ST

APT 3

RICHMOND        KY     40475-2837

Date or dates debt was incurred     6/13/2017

Last 4 digits of account number    3   4   3   6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$142.48**

---

Debtor    **MMD Holdings, LLC**                                   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.429**  Nonpriority creditor's name and mailing address

DAVID SILVEYRA

1450 S McBride Ave

_____

Commerce                    CA        90040-5617

Date or dates debt was incurred    5/21/2020

Last 4 digits of account number    0   3   8   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$30.99**

---

**3.430**  Nonpriority creditor's name and mailing address

DAVID SOWLES

3706 PLAINS DR

_____

SHEPPARD                    MT        59079

Date or dates debt was incurred    1/31/2020

Last 4 digits of account number    8   5   3   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.99**

---

**3.431**  Nonpriority creditor's name and mailing address

DAVID SWEENEY

1558 REBECCA

_____

MEMPHIS                    TN        38111

Date or dates debt was incurred    6/25/2019

Last 4 digits of account number    7   7   8   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

**3.432**  Nonpriority creditor's name and mailing address

DAVID THOMPSON

10240 Frasure Helber Rd

_____

Logan                    OH        43138-9580

Date or dates debt was incurred    12/12/2017

Last 4 digits of account number    9   6   1   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$72.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.433** Nonpriority creditor's name and mailing address

DAVID THOMPSON

PO Box 1007

Palmer AK 99645-1007

Date or dates debt was incurred 9/4/2018

Last 4 digits of account number 5 7 8 9

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$71.05

**3.434** Nonpriority creditor's name and mailing address

DAVID THRUSH

3718 76TH ST

KENOSHA WI 53142

Date or dates debt was incurred 1/8/2019

Last 4 digits of account number 0 7 5 0

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$121.87

**3.435** Nonpriority creditor's name and mailing address

DAVID TONDREAU

12044 E Louisiana Ave

Aurora CO 80012-4256

Date or dates debt was incurred 7/15/2020

Last 4 digits of account number 9 8 0 1

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35.99

**3.436** Nonpriority creditor's name and mailing address

DAVID VAUGHN

292 HOMBERG RD

GOLCONDA IL 62938

Date or dates debt was incurred 8/24/2018

Last 4 digits of account number 8 4 7 7

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.10

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.437**    **Nonpriority creditor's name and mailing address**

David Vickerman

2704 Perry Ln

| Alvin | TX | 77511-3821 |
|---|---|---|

Date or dates debt was incurred    **1/9/2020**

Last 4 digits of account number    **4   4   2   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$21.64**

---

**3.438**    **Nonpriority creditor's name and mailing address**

DAVID WAHL

90 HOWARD ST

APT 204

| WELLSVILLE | NY | 14895 |
|---|---|---|

Date or dates debt was incurred    **7/6/2020**

Last 4 digits of account number    **1   9   3   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$24.89**

---

**3.439**    **Nonpriority creditor's name and mailing address**

DAVID WARGO

412 ALVARADO DR SE APT 206W

| ALBUQUERQUE | NM | 87108-2951 |
|---|---|---|

Date or dates debt was incurred    **12/14/2017**

Last 4 digits of account number    **0   7   9   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$54.89**

---

**3.440**    **Nonpriority creditor's name and mailing address**

DAVID WENCEL

4512 S Whipple St

| Chicago | IL | 60632-2541 |
|---|---|---|

Date or dates debt was incurred    **7/29/2019**

Last 4 digits of account number    **4   9   0   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$89.60**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|

---

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.441**    Nonpriority creditor's name and mailing address

David Wood

2812 LINCOLN AVE

ALAMEDA      CA    94501

Date or dates debt was incurred    5/1/2020

Last 4 digits of account number    7   1   6   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22.99**

---

**3.442**    Nonpriority creditor's name and mailing address

DAVID ZYLKA

2325 W 10TH ST

DULUTH      MN    55806

Date or dates debt was incurred    3/3/2020

Last 4 digits of account number    2   5   1   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6.01**

---

**3.443**    Nonpriority creditor's name and mailing address

DEAN DOYLE

2421 MADISON ST

APT 39

CLARKSVILLE      TN    37043

Date or dates debt was incurred    2/3/2020

Last 4 digits of account number    6   6   7   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$23.99**

---

**3.444**    Nonpriority creditor's name and mailing address

DEBORAH DOYLE

27950 E 77th St S

Broken Arrow      OK    74014-2606

Date or dates debt was incurred    10/6/2020

Last 4 digits of account number    8   5   1   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5.91**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.74 |
|---|---|---|---|

**DEL ANDREW**

**5844 BUSHBERRY CT.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| WINSTON SALEM | NC | 27105 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    10/10/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  1  7  6

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.97 |
|---|---|---|---|

**DENIS KAMINSKI**

**76 COREY LN APT 3**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| NIANTIC | CT | 06357-1343 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    5/29/2018

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    2  0  2  8

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.50 |
|---|---|---|---|

**Denis McGurin**

**6515 Wood Pointe Dr**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Glenn Dale | MD | 20769-2116 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    7/24/2019

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    2  4  9  6

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.05 |
|---|---|---|---|

**DENNIS B MEYNEN**

**12658 Wilson Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Fork | MD | 21051-9707 |
|---|---|---|

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred    7/25/2018

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  0  8  7

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.449**   Nonpriority creditor's name and mailing address

**DENNIS BAKER**

**76 Mansfield Ave**

**Shelby**                          **OH**      **44875-1646**

Date or dates debt was incurred      **7/3/2018**

Last 4 digits of account number      **3   5   3   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$70.21

---

**3.450**   Nonpriority creditor's name and mailing address

**DENNIS BARTON**

**1899 N WESTWOOD #C PMB-301**

**POPLAR BLUFF**                     **MO**      **63901**

Date or dates debt was incurred      **10/30/2018**

Last 4 digits of account number      **6   3   5   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$3.90

---

**3.451**   Nonpriority creditor's name and mailing address

**DENNIS DITMER**

**229 Mooreland Ave**

**Carlisle**                        **PA**      **17013-3723**

Date or dates debt was incurred      **11/19/2019**

Last 4 digits of account number      **8   1   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$45.98

---

**3.452**   Nonpriority creditor's name and mailing address

**DENNIS KEY**

**1189 La Vida Ln**

**Arroyo Grande**                   **CA**      **93420-7112**

Date or dates debt was incurred      **6/29/2018**

Last 4 digits of account number      **2   1   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$6.00

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.94 |
|---|---|---|---|

**DENNIS KIICK**

**144 RED HILL CIRCLE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| SPEEDWELL | TN | 37870 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    1/23/2019

**Is the claim subject to offset?**

Last 4 digits of account number    2 0 5 3

☑ No
☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.71 |
|---|---|---|---|

**DENNIS MAKOWSKI**

**413 E Saint Clair St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Almont | MI | 48003-8702 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    1/22/2019

**Is the claim subject to offset?**

Last 4 digits of account number    9 7 1 5

☑ No
☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.98 |
|---|---|---|---|

**DENNIS MCCAHON**

**16 Orchard Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Chelmsford | MA | 01824-1324 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    5/14/2019

**Is the claim subject to offset?**

Last 4 digits of account number    0 5 1 8

☑ No
☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.45 |
|---|---|---|---|

**DENNIS NAKATA**

**55 S KUKUI ST APT 810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| HONOLULU | HI | 96813-2313 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred    6/1/2017

**Is the claim subject to offset?**

Last 4 digits of account number    2 0 6 3

☑ No
☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.457 | Nonpriority creditor's name and mailing address |
|---|---|

**DENNIS PAULSEN**

**2827 Lorton Ave**

**Davenport**      **IA**     **52803-2153**

Date or dates debt was incurred    **7/23/2019**

Last 4 digits of account number    **1   5   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$46.89**

---

| 3.458 | Nonpriority creditor's name and mailing address |
|---|---|

**DENNIS PAULSEN**

**2827 LORTON AVE.**

**DAVENPORT**      **IA**     **52803**

Date or dates debt was incurred    **1/23/2020**

Last 4 digits of account number    **9   5   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$23.27**

---

| 3.459 | Nonpriority creditor's name and mailing address |
|---|---|

**DENNIS SEELY**

**840 N SPRUCE ST LOT 32**

**RAPID CITY**      **SD**     **57701-1352**

Date or dates debt was incurred    **9/17/2019**

Last 4 digits of account number    **0   3   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$39.95**

---

| 3.460 | Nonpriority creditor's name and mailing address |
|---|---|

**DENNIS SZTABA**

**38942 MOUNT KISCO DR**

**STERLING HEIGHTS**      **MI**     **48310**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **6   1   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$11.41**

---

Debtor     **MMD Holdings, LLC**                                          Case number (if known) _____

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

**3.461**  Nonpriority creditor's name and mailing address

**DENNIS WALKER**

**1838 N 37th Pl**

_____

**Phoenix**                    **AZ**        **85008-3912**

Date or dates debt was incurred     **1/14/2020**

Last 4 digits of account number     **2   1   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$43.97

---

**3.462**  Nonpriority creditor's name and mailing address

**DENNIS WERTZ**

**4041 MAHER ST**

_____

**NAPA**                    **CA**        **94558-2242**

Date or dates debt was incurred     **12/19/2018**

Last 4 digits of account number     **5   5   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12.73

---

**3.463**  Nonpriority creditor's name and mailing address

**DENNIS WRIGHT**

**10930 PALOMINO BEND**

_____

**SAN ANTONIO**                    **TX**        **78254**

Date or dates debt was incurred     **6/21/2019**

Last 4 digits of account number     **3   2   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13.59

---

**3.464**  Nonpriority creditor's name and mailing address

**DEREK SHAW**

**26 BROADWAY STREET EAST**

**PARIS, ON N3L2R4**

_____

Date or dates debt was incurred     **2/8/2019**

Last 4 digits of account number     **1   6   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7.95

---

Debtor    **MMD Holdings, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.465**   Nonpriority creditor's name and mailing address

**derek smith**

**6639 Brunning Glen Ct**

**Charlotte**      **NC**    **28215-3708**

Date or dates debt was incurred    **4/7/2020**

Last 4 digits of account number    **0 7 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26.99**

---

**3.466**   Nonpriority creditor's name and mailing address

**DERRICK HARLAND #445553**

**PO BOX 300**

**DORM 304**

**MARCY**      **NY**    **13403-0300**

Date or dates debt was incurred    **8/20/2019**

Last 4 digits of account number    **0 2 9 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.05**

---

**3.467**   Nonpriority creditor's name and mailing address

**DERRYL ICAMEN**

**9546 METRO ST**

**DOWNEY**      **CA**    **90240**

Date or dates debt was incurred    **8/7/2015**

Last 4 digits of account number    **5 0 7 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.08**

---

**3.468**   Nonpriority creditor's name and mailing address

**DEVIN BLEDSOE**

**3813 AMBER WAY CIR SW**

**ROANOKE**      **VA**    **24018**

Date or dates debt was incurred    **3/26/2020**

Last 4 digits of account number    **2 2 5 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.41**

---

Debtor    **MMD Holdings, LLC**          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| | |
|---|---|
| **3.469**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$3.00** |

**DEWAIN A SHUPP**

**160 Bernoulli St**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**

**Reno**       **NV**     **89506-8704**     **Consumer refund/prepayment**

Date or dates debt was incurred    **1/15/2019**     Is the claim subject to offset?

Last 4 digits of account number    **5  7  2  4**     ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.470**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$17.88** |

**DICK RIEGER**

**4711 W HWY 22**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**

**HORNBEAK**       **TN**     **38232**     **Consumer refund/prepayment**

Date or dates debt was incurred    **3/26/2019**     Is the claim subject to offset?

Last 4 digits of account number    **3  8  4  6**     ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.471**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$206.96** |

**DICK SIROLA**

**468 Coon Hill Rd**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**

**Colchester**       **VT**     **05446-7344**     **Consumer refund/prepayment**

Date or dates debt was incurred    **4/10/2017**     Is the claim subject to offset?

Last 4 digits of account number    **9  1  4  3**     ☑ No    ☐ Yes

---

| | |
|---|---|
| **3.472**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$55.94** |

**DICK STALEY**

**910 Golden Prados Dr**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**

**Diamond Bar**       **CA**     **91765-1928**     **Consumer refund/prepayment**

Date or dates debt was incurred    **6/4/2018**     Is the claim subject to offset?

Last 4 digits of account number    **4  9  2  4**     ☑ No    ☐ Yes

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.473 | Nonpriority creditor's name and mailing address |
|---|---|

**DJS INTL. SERVICES, INC.**

**4215 GATEWAY DRIVE**

**SUITE 100**

**COLLEYVILLE**      **TX**    **76034**

Date or dates debt was incurred    **9/23/2020**

Last 4 digits of account number    **A   C   X   1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

     **$4,129.08**

---

| 3.474 | Nonpriority creditor's name and mailing address |
|---|---|

**DON BOOTH**

**PO Box 497**

**Stevenson**      **WA**    **98648-0497**

Date or dates debt was incurred    **9/18/2019**

Last 4 digits of account number    **4   6   1   8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

     **$3.00**

---

| 3.475 | Nonpriority creditor's name and mailing address |
|---|---|

**DON BRENNAN**

**3101 W Kinley Blvd**

**McHenry**      **IL**    **60050-8277**

Date or dates debt was incurred    **3/23/2020**

Last 4 digits of account number    **0   4   7   0**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

     **$13.29**

---

| 3.476 | Nonpriority creditor's name and mailing address |
|---|---|

**DON DEPEW**

**6 BARON DEHIRSH RD**

**CROMPOND**      **NY**    **10517**

Date or dates debt was incurred    **10/19/2020**

Last 4 digits of account number    **0   7   4   5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

     **$15.99**

---

Debtor      **MMD Holdings, LLC**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

---

**3.477**  Nonpriority creditor's name and mailing address

**DON HARMON**

**PO Box 1646**

_____

**Corpus Christi**          **TX**      **78403-1646**

Date or dates debt was incurred      **8/6/2019**

Last 4 digits of account number      **4  2  5  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.19**

---

**3.478**  Nonpriority creditor's name and mailing address

**DON HERING**

**2822 100th St E**

_____

**Northfield**          **MN**      **55057-4351**

Date or dates debt was incurred      **5/29/2018**

Last 4 digits of account number      **7  1  9  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$250.90**

---

**3.479**  Nonpriority creditor's name and mailing address

**DON KERUTIS**

**5623 Cecil St**

_____

**Detroit**          **MI**      **48210-1963**

Date or dates debt was incurred      **4/10/2020**

Last 4 digits of account number      **6  7  0  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.06**

---

**3.480**  Nonpriority creditor's name and mailing address

**DON MCFARLAND**

**OSWEGO HEALTH AND REHAB**

**1104 OHIO ST**

**OSWEGO**          **KS**      **67356**

Date or dates debt was incurred      **12/27/2017**

Last 4 digits of account number      **3  6  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.70**

---

Debtor   **MMD Holdings, LLC**                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.481**   Nonpriority creditor's name and mailing address

**DON PRITCHARD**

**PO Box 221**

**Nevis**        **MN**    **56467-0221**

Date or dates debt was incurred    **2/19/2020**

Last 4 digits of account number    **4   3   8   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$60.48**

---

**3.482**   Nonpriority creditor's name and mailing address

**DON TAYLOR**

**317 N SCOTT ST TRLR 1**

**RANTOUL**       **IL**    **61866-1475**

Date or dates debt was incurred    **5/22/2018**

Last 4 digits of account number    **0   3   3   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.94**

---

**3.483**   Nonpriority creditor's name and mailing address

**DON VAN EKEREN**

**135 E MAIN ST**

**BOX 179**

**HARTFORD**       **IA**    **50118-0179**

Date or dates debt was incurred    **7/25/2018**

Last 4 digits of account number    **2   6   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.05**

---

**3.484**   Nonpriority creditor's name and mailing address

**DONALD AUGUSTYNIAK**

**9627 S 87th Ave**

**Palos Hills**       **IL**    **60465-1105**

Date or dates debt was incurred    **6/15/2020**

Last 4 digits of account number    **0   2   5   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.99**

---

Debtor    **MMD Holdings, LLC**                Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.485**    Nonpriority creditor's name and mailing address

**DONALD BERHENT**

**807 Glenhurst Rd**

**Willowick**      **OH**     **44095-4312**

Date or dates debt was incurred    **1/17/2019**

Last 4 digits of account number    **4**   **7**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.19**

---

**3.486**    Nonpriority creditor's name and mailing address

**DONALD DOUGLAS**

**422 AUTUMN CT**

**COLUMBIA**      **IL**     **62236**

Date or dates debt was incurred    **1/26/2018**

Last 4 digits of account number    **2**   **5**   **6**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.94**

---

**3.487**    Nonpriority creditor's name and mailing address

**Donald George Colomb**

**38399 MENKE RD.**

**HEMPSTEAD**      **TX**     **77445**

Date or dates debt was incurred    **4/21/2020**

Last 4 digits of account number    **6**   **9**   **1**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47.61**

---

**3.488**    Nonpriority creditor's name and mailing address

**DONALD GINGERICH**

**PO BOX 14**

**PARNELL**      **IA**     **52325**

Date or dates debt was incurred    **2/20/2019**

Last 4 digits of account number    **2**   **5**   **0**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.05**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.489**    **Nonpriority creditor's name and mailing address**

**Donald Grant**

**17 Huckleberry Ln**

_____

**Ballston Lake**    **NY**    **12019-1529**

Date or dates debt was incurred    **3/15/2020**

Last 4 digits of account number    **1 1 8 4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$30.98**

---

**3.490**    **Nonpriority creditor's name and mailing address**

**DONALD JOHNSON**

**25 Rash Rd**

_____

**Asheville**    **NC**    **28806-1831**

Date or dates debt was incurred    **6/1/2018**

Last 4 digits of account number    **4 1 7 0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.98**

---

**3.491**    **Nonpriority creditor's name and mailing address**

**Donald Jones**

**1037 BARRENS VILLAGE COURT**

_____

**ROANOKE**    **VA**    **24019**

Date or dates debt was incurred    **9/17/2020**

Last 4 digits of account number    **4 9 6 9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

**3.492**    **Nonpriority creditor's name and mailing address**

**DONALD KABEL**

**431 Lewis St**

_____

**Watervliet**    **MI**    **49098-9345**

Date or dates debt was incurred    **9/16/2019**

Last 4 digits of account number    **0 9 1 2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$47.34**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|--------|----------------------|------------------------|

**Part 2:     Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.493**   Nonpriority creditor's name and mailing address

Donald Laffranchi

1348 LONGSPUR CT

MCKINLEYVILLE               CA        95519

Date or dates debt was incurred        6/8/2019

Last 4 digits of account number        3    3    2    4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$27.63**

---

**3.494**   Nonpriority creditor's name and mailing address

DONALD LAKIE

6456 Carson Dr

East Syracuse               NY        13057-1503

Date or dates debt was incurred        9/24/2019

Last 4 digits of account number        1    5    6    9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

**3.495**   Nonpriority creditor's name and mailing address

DONALD LOWE JR

1418 BIG LEAF LOOP

APEX                        NC        27502

Date or dates debt was incurred        9/9/2020

Last 4 digits of account number        0    9    8    0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$4.00**

---

**3.496**   Nonpriority creditor's name and mailing address

DONALD LOWERY

219 S Cherry St

Hartford City               IN        47348-2402

Date or dates debt was incurred        4/18/2017

Last 4 digits of account number        8    9    3    8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$25.15**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** Nonpriority creditor's name and mailing address

**DONALD SHROFF**

**9052 E 40th St**

**Tulsa**      **OK**    **74145-3713**

Date or dates debt was incurred    **2/27/2019**

Last 4 digits of account number    **1**   **5**   **8**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.99**

---

**3.498** Nonpriority creditor's name and mailing address

**DONALD SMILEY #313532**

**IB-43**

**COYOTE RIDGE CORRECTIONS CTR**

**P O BOX 769**

**CONNELL**      **WA**    **99326**

Date or dates debt was incurred    **8/20/2020**

Last 4 digits of account number    **0**   **8**   **5**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.99**

---

**3.499** Nonpriority creditor's name and mailing address

**DONALD WIXSON**

**2155 ALPINE VIEW DR**

**RESCUE**      **CA**    **95672**

Date or dates debt was incurred    **3/15/2019**

Last 4 digits of account number    **1**   **6**   **2**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.99**

---

**3.500** Nonpriority creditor's name and mailing address

**DONALD WOOD**

**7009 E Mesa Grande Dr**

**Tucson**      **AZ**    **85715-3230**

Date or dates debt was incurred    **3/19/2019**

Last 4 digits of account number    **5**   **3**   **9**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.11**

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.501**    Nonpriority creditor's name and mailing address

**Donn Calkins**

**4696 Olde Bailey Way**

_____

| **Columbus** | **OH** | **43213-2026** |

Date or dates debt was incurred    **11/29/2019**

Last 4 digits of account number    **3   2   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$96.75

---

**3.502**    Nonpriority creditor's name and mailing address

**DOOLITTLE MEDIA LTD**

**DOOLITTLE LANE**

**TOTTERNHOE**

**EATON BRAY**

Date or dates debt was incurred    **8/12/2019**

Last 4 digits of account number    **A   D   M   O**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$7,515.90

---

**3.503**    Nonpriority creditor's name and mailing address

**DOUG DE VELBISS**

**2821 FOX PLACE**

_____

| **NAMPA** | **ID** | **83687** |

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **4   8   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$19.30

---

**3.504**    Nonpriority creditor's name and mailing address

**DOUGLAS BINISH**

**2110 Xanthus Ln N**

_____

| **Minneapolis** | **MN** | **55447-2056** |

Date or dates debt was incurred    **7/11/2017**

Last 4 digits of account number    **7   4   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$125.74

---

Debtor  __MMD Holdings, LLC_____  Case number (if known) _____

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.56 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

| 3.505 | Nonpriority creditor's name and mailing address |
|---|---|

__DOUGLAS DENNING_____

__403 BELMONT ST_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Labelle_____ __FL___ __33935-9647___

**Basis for the claim:**  __Consumer refund/prepayment___

Date or dates debt was incurred    __8/4/2020___

Last 4 digits of account number    __2   3   3   2__

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$90.56**

---

| 3.506 | Nonpriority creditor's name and mailing address |

__DOUGLAS FERGUSON_____

__3014 GRAND FIELDS LN._____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__MEMPHIS_____ __TN___ __38119___

**Basis for the claim:**  __Consumer refund/prepayment___

Date or dates debt was incurred    __5/29/2020___

Last 4 digits of account number    __1   1   3   6__

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$12.09**

---

| 3.507 | Nonpriority creditor's name and mailing address |

__DOUGLAS G BELL_____

__1117 Summer Ave_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Burlingame_____ __CA___ __94010-3336___

**Basis for the claim:**  __Consumer refund/prepayment___

Date or dates debt was incurred    __1/9/2018___

Last 4 digits of account number    __8   9   2   1__

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$67.73**

---

| 3.508 | Nonpriority creditor's name and mailing address |

__DOUGLAS J MAJOR_____

__5644 INVERCHAPEL RD_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__SPRINGFIELD_____ __VA___ __22151-2026___

**Basis for the claim:**  __Consumer refund/prepayment___

Date or dates debt was incurred    __9/21/2020___

Last 4 digits of account number    __3   3   0   0__

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$43.99**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.509**  **Nonpriority creditor's name and mailing address**

**Douglas Niebla**

**826 W 31ST ST**

_____

**HIALEAH**      **FL**   **33012**

Date or dates debt was incurred   **4/10/2020**

Last 4 digits of account number   **4  9  2  8**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$55.99**

---

**3.510**  **Nonpriority creditor's name and mailing address**

**DOUGLAS ROMAN**

**4500 BASELINE RD**

**APT #2102**

**BOULDER**    **CO**   **80303-8216**

Date or dates debt was incurred   **8/24/2018**

Last 4 digits of account number   **1  2  3  4**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$8.00**

---

**3.511**  **Nonpriority creditor's name and mailing address**

**Douglas Wilde**

**15803 Peach Walker Dr**

_____

**Bowie**    **MD**   **20716-1651**

Date or dates debt was incurred   **3/10/2020**

Last 4 digits of account number   **7  5  4  2**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$20.99**

---

**3.512**  **Nonpriority creditor's name and mailing address**

**DR KARL KING**

**2207 Bancroft St Apt 807**

_____

**Houston**    **TX**   **77027-3723**

Date or dates debt was incurred   **4/21/2017**

Last 4 digits of account number   **5  4  1  8**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$129.61**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11.00** |
|---|---|---|---|

**DR. REGIS H. RHEB PHD**

**4215 Slater Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Nottingham | **MD** | **21236-2721** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **7/27/2018**

Last 4 digits of account number    **9 7 4 3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.05** |
|---|---|---|---|

**DUANE CHASE**

**1529 LINCOLN ST APT 1**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| RED BLUFF | **CA** | **96080-2693** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **11/7/2019**

Last 4 digits of account number    **3 9 0 5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$86.97** |
|---|---|---|---|

**DUANE FRISBY**

**1085 S 600 E**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Payson | **UT** | **84651-4559** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/17/2020**

Last 4 digits of account number    **4 0 4 4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.99** |
|---|---|---|---|

**DUANE HARMELINK**

**420 E Adams Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Riverton | **WY** | **82501-4413** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **8/15/2019**

Last 4 digits of account number    **9 3 1 7**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.517** Nonpriority creditor's name and mailing address

DUSTIN DIAS

1638 GENTEEL RIDGE ROAD

WELLSBURG     WV     26070

Date or dates debt was incurred    12/17/2019

Last 4 digits of account number    4   8   3   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

$21.10

---

**3.518** Nonpriority creditor's name and mailing address

DUSTIN SMITH

5951 Ocala Ct

Galloway     OH     43119-8561

Date or dates debt was incurred    10/25/2018

Last 4 digits of account number    8   1   2   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

$1.74

---

**3.519** Nonpriority creditor's name and mailing address

Dwight Abrell

35000 ABRELL LANE

FREEDOM     IN     47431

Date or dates debt was incurred    6/4/2020

Last 4 digits of account number    6   2   9   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

$9.99

---

**3.520** Nonpriority creditor's name and mailing address

DWIGHT FAULTERSACK

11031 SANDY SPRING DR

NEKOOSA     WI     54457

Date or dates debt was incurred    11/20/2018

Last 4 digits of account number    7   7   5   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

$94.61

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.521** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$25.97**

**DWIGHT LEEVY**

**4448 RIVER RIDGE CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**PHILADELPHIA**      **PA**      **19129**      **Consumer refund/prepayment**

Date or dates debt was incurred    **4/8/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **2  1  0  8**

☒ No
☐ Yes

---

| | |
|---|---|
| **3.522** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$24.99**

**E DUARTE**

**6850 Deer Run Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Alexandria**      **VA**      **22306-1124**      **Consumer refund/prepayment**

Date or dates debt was incurred    **5/4/2017**

**Is the claim subject to offset?**

Last 4 digits of account number    **2  8  4  0**

☒ No
☐ Yes

---

| | |
|---|---|
| **3.523** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$33.89**

**E MARTINEZ**

**368 HAMILTON ST**

**APT D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SOMERSET**      **NJ**      **08873-5528**      **Consumer refund/prepayment**

Date or dates debt was incurred    **11/16/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **1  3  8  2**

☒ No
☐ Yes

---

| | |
|---|---|
| **3.524** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$15.99**

**EAN ALEXANDER**

**2140 N Springfield Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**      **IL**      **60647-3439**      **Consumer refund/prepayment**

Date or dates debt was incurred    **2/24/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **1  3  2  2**

☒ No
☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.47** |
|---|---|---|---|

**EARL BERLIN**

**1707 Hickory Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Antonio | TX | 78264-4217 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   1/25/2018

Is the claim subject to offset?

Last 4 digits of account number   6  0  3  9

☑ No
☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.29** |
|---|---|---|---|

**EARL BONNECARRE**

**6216 E Cochise Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Scottsdale | AZ | 85253-1218 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   7/31/2017

Is the claim subject to offset?

Last 4 digits of account number   9  8  5  8

☑ No
☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101.73** |
|---|---|---|---|

**EARL SHAMWELL**

**1407 Kennedy St NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Washington | DC | 20011-6824 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   4/24/2019

Is the claim subject to offset?

Last 4 digits of account number   8  5  3  1

☑ No
☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.98** |
|---|---|---|---|

**EARL SWANSON**

**303 S Kline St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Aberdeen | SD | 57401-4451 |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   8/20/2018

Is the claim subject to offset?

Last 4 digits of account number   1  0  0  3

☑ No
☐ Yes

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.529 | Nonpriority creditor's name and mailing address |
|---|---|

**EARL TAITT MD**

**4151 HUNTERS PARK LN**

**STE 100**

**ORLANDO**          **FL**     **32837-3617**

Date or dates debt was incurred      **6/25/2018**

Last 4 digits of account number      **3  8  6  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$47.98

---

| 3.530 | Nonpriority creditor's name and mailing address |
|---|---|

**EARL W FRIESE**

**105 W SURREY RD**

**FARWELL**          **MI**     **48622**

Date or dates debt was incurred      **10/10/2019**

Last 4 digits of account number      **0  4  5  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$179.90

---

| 3.531 | Nonpriority creditor's name and mailing address |
|---|---|

**EARL W WANKLIN III**

**1414 ASHTON GLENN DRIVE**

**SURFSIDE BEACH**          **SC**     **29575**

Date or dates debt was incurred      **11/6/2018**

Last 4 digits of account number      **3  9  7  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$47.93

---

| 3.532 | Nonpriority creditor's name and mailing address |
|---|---|

**EARNEST BAKER**

**PO Box 200**

**Ignacio**          **CO**     **81137-0200**

Date or dates debt was incurred      **12/11/2018**

Last 4 digits of account number      **1  9  7  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27.94

---

Debtor    **MMD Holdings, LLC**                  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.533**   **Nonpriority creditor's name and mailing address**

**ED BARBER**

**5511 Waxhaw Hwy**

_____

**Monroe**         **NC**    **28112-6757**

Date or dates debt was incurred    **6/20/2017**

Last 4 digits of account number    **5  8  5  6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.04**

---

**3.534**   **Nonpriority creditor's name and mailing address**

**Ed Beck**

**2107 SHADY BEND**

_____

**Pearland**         **TX**    **77581**

Date or dates debt was incurred    **8/12/2020**

Last 4 digits of account number    **4  9  6  2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.15**

---

**3.535**   **Nonpriority creditor's name and mailing address**

**ED TYLER**

**8113 Lee Jackson Cir**

_____

**Spotsylvania**       **VA**    **22553-3819**

Date or dates debt was incurred    **12/4/2018**

Last 4 digits of account number    **2  6  3  1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$62.51**

---

**3.536**   **Nonpriority creditor's name and mailing address**

**EDDIE PAUL**

**1909 JIM ARMSTRONG RD**

_____

**KNOXVILLE**        **TN**    **37914**

Date or dates debt was incurred    **9/30/2019**

Last 4 digits of account number    **8  2  8  9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.19**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.537**   Nonpriority creditor's name and mailing address

**EDGAR EAKIN #121724 M5-263**

**HCF**

**PO BOX 1568**

**HUTCHINSON**          **KS**      **67504**

Date or dates debt was incurred    **10/13/2020**

Last 4 digits of account number     **1   2   1   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$50.89**

---

**3.538**   Nonpriority creditor's name and mailing address

**EDISON CEDENO**

**3507 Windsor Ave**

**Kansas City**          **MO**      **64123-1137**

Date or dates debt was incurred    **8/3/2020**

Last 4 digits of account number     **4   6   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.01**

---

**3.539**   Nonpriority creditor's name and mailing address

**EDMUND COWLEY**

**339 E 1st St**

**Litchfield**          **MN**      **55355-2230**

Date or dates debt was incurred    **8/9/2019**

Last 4 digits of account number     **1   6   2   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.35**

---

**3.540**   Nonpriority creditor's name and mailing address

**EDMUND F PLASECKI**

**9947 CAMBRIDGE CT APT C**

**MOKENA**          **IL**      **60448-7913**

Date or dates debt was incurred    **1/26/2018**

Last 4 digits of account number     **1   3   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.64**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.541**   Nonpriority creditor's name and mailing address      **$36.89**

**EDMUND PIASECKI**

**9947 Cambridge Ct # C**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mokena**    **IL**    **60448-7913**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **5/14/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**   **1**   **2**   **5**

---

**3.542**   Nonpriority creditor's name and mailing address      **$17,116.68**

**EDUARD MODEL ACCESSORIES, SPOL.S R.O.**

**MIROVA 170**

**435 21**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**OBRNICE, CZE**

Basis for the claim: **TRADE**

Date or dates debt was incurred   **10/25/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3**   **8**   **5**

---

**3.543**   Nonpriority creditor's name and mailing address      **$1.99**

**EDWARD BRYAN**

**156 DONNER AVE**

**APT B**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ROSEVILLE**    **CA**    **95678**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **5/12/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**   **3**   **0**   **7**

---

**3.544**   Nonpriority creditor's name and mailing address      **$21.58**

**EDWARD CRAWFORD**

**5154 W 140th St**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Hawthorne**    **CA**    **90250-6523**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **11/27/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9**   **2**   **2**   **0**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.545** Nonpriority creditor's name and mailing address

**Edward Dvorak**

**69 RUS SIMS HEIGHTS**

**GROTON, CT 6340**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred  **10/31/2019**

Last 4 digits of account number  **0  2  4  8**

Is the claim subject to offset?
☑ No
☐ Yes

$20.50

---

**3.546** Nonpriority creditor's name and mailing address

**EDWARD EARLY**

**115 EAST MELROSE AVE.**

**APT 225A**

**BALTIMORE**       **MD     21212**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred  **2/2/2018**

Last 4 digits of account number  **7  3  7  0**

Is the claim subject to offset?
☑ No
☐ Yes

$17.99

---

**3.547** Nonpriority creditor's name and mailing address

**EDWARD FISHER**

**7632 MIDWOOD DR**

**NORTH CHARLESTON**       **SC     29420**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred  **2/27/2020**

Last 4 digits of account number  **2  8  3  6**

Is the claim subject to offset?
☑ No
☐ Yes

$14.00

---

**3.548** Nonpriority creditor's name and mailing address

**EDWARD GILLIGAN**

**9101 Barberry Ln**

**Hickory Hills**       **IL     60457-1213**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred  **9/13/2019**

Last 4 digits of account number  **2  1  1  5**

Is the claim subject to offset?
☑ No
☐ Yes

$26.58

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

---

**3.549**   Nonpriority creditor's name and mailing address

**EDWARD HERNANDEZ**

**34 Adrianne Ln**

**Staten Island**               **NY**    **10303-2139**

Date or dates debt was incurred     **5/29/2018**

Last 4 digits of account number     **8   7   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$61.83

---

**3.550**   Nonpriority creditor's name and mailing address

**Edward Kee**

**213 SOUTH 9TH ST**

**PO BOX 83**

**COOPERSBURG**               **PA**    **18036**

Date or dates debt was incurred     **1/12/2020**

Last 4 digits of account number     **8   3   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$28.00

---

**3.551**   Nonpriority creditor's name and mailing address

**EDWARD KENAVAN**

**4712 Sullivan Blvd**

**Virginia Beach**               **VA**    **23455-5802**

Date or dates debt was incurred     **8/13/2019**

Last 4 digits of account number     **5   2   9   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$3.39

---

**3.552**   Nonpriority creditor's name and mailing address

**EDWARD SHEDLOCK**

**626 N Main St**

**Wilkes Barre**               **PA**    **18705-1741**

Date or dates debt was incurred     **3/15/2019**

Last 4 digits of account number     **3   2   5   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$6.40

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.553**   Nonpriority creditor's name and mailing address

**EDWARD SONJU**

**PO Box 273**

**Kalispell**              **MT**      **59903-0273**

Date or dates debt was incurred     **1/7/2020**

Last 4 digits of account number      **5   8   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$60.94**

---

**3.554**   Nonpriority creditor's name and mailing address

**Edward VanHuss**

**2017 Holbeach Dr**

**Murfreesboro**              **TN**      **37130-5851**

Date or dates debt was incurred     **9/16/2020**

Last 4 digits of account number      **6   7   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$151.98**

---

**3.555**   Nonpriority creditor's name and mailing address

**Edward Wisniewski**

**3790 SALEM LN**

**CLOVIS**              **CA**      **93619**

Date or dates debt was incurred     **7/16/2019**

Last 4 digits of account number      **2   3   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.99**

---

**3.556**   Nonpriority creditor's name and mailing address

**EDWARD WITLEN**

**3749 Planters Creek Cir E**

**Jacksonville**              **FL**      **32224-7667**

Date or dates debt was incurred     **8/17/2020**

Last 4 digits of account number      **6   4   2   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.00**

---

Debtor     **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                    Amount of claim

---

**3.557**   Nonpriority creditor's name and mailing address

**EDWARD ZIRKEL**

**209 W VINE AVE**

_____

**MESA**                **AZ**     **85210**

Date or dates debt was incurred    **8/6/2020**

Last 4 digits of account number    **0**   **5**   **5**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$63.98**

---

**3.558**   Nonpriority creditor's name and mailing address

**EDWIN MORALES - ICC 1073**

**8536 NW 66TH ST**

_____

**MIAMI**             **FL**     **33195**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **6**   **4**   **5**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.11**

---

**3.559**   Nonpriority creditor's name and mailing address

**EDWIN QUIROZ**

**PO Box 572**

_____

**Rixeyville**          **VA**     **22737-0572**

Date or dates debt was incurred    **12/15/2017**

Last 4 digits of account number    **4**   **1**   **6**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.13**

---

**3.560**   Nonpriority creditor's name and mailing address

**Eli Raisovich Jr.**

**5019 W 12TH ST**

_____

**SPEEDWAY**         **IN**     **46224**

Date or dates debt was incurred    **3/16/2020**

Last 4 digits of account number    **6**   **8**   **4**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.98**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.561**   Nonpriority creditor's name and mailing address

**ELI WEISS**

**7165 Magruder St**

| La Mesa | CA | 91942-1416 |
|---|---|---|

Date or dates debt was incurred    3/7/2017

Last 4 digits of account number    0   9   4   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5.99

---

**3.562**   Nonpriority creditor's name and mailing address

**Eliot Brown**

**194 EAST CHESTER STREET**

| KINGSTON | NY | 12401 |
|---|---|---|

Date or dates debt was incurred    3/22/2020

Last 4 digits of account number    6   9   0   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$51.98

---

**3.563**   Nonpriority creditor's name and mailing address

**ELLIOT FLIETNER**

**732 Cty Rd D**

| Phillips | WI | 54555-1446 |
|---|---|---|

Date or dates debt was incurred    12/27/2017

Last 4 digits of account number    4   4   8   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$18.99

---

**3.564**   Nonpriority creditor's name and mailing address

**ELLIOTT DEWAR**

**114 MC LEAN ST**

| LEWISVILLE | MN | 56060 |
|---|---|---|

Date or dates debt was incurred    3/23/2020

Last 4 digits of account number    6   9   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1.36

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.565** Nonpriority creditor's name and mailing address

**ELVIN FAGINS**

**PO BOX 720515**

**SAN JOSE**     **CA**    **95172**

Date or dates debt was incurred    **4/14/2020**

Last 4 digits of account number    **8**   **3**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$10.52**

---

**3.566** Nonpriority creditor's name and mailing address

**EMBASSY SUITES**

**2401 BASS PRO DR**

**GRAPEVINE**     **TX**    **76051**

Date or dates debt was incurred    **6/19/2020**

Last 4 digits of account number    **7**   **6**   **3**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$14,000.00**

---

**3.567** Nonpriority creditor's name and mailing address

**EMERSON AYRES**

**PO Box 211206**

**Royal Palm Beach**     **FL**    **33421-1206**

Date or dates debt was incurred    **5/23/2019**

Last 4 digits of account number    **7**   **4**   **5**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$340.04**

---

**3.568** Nonpriority creditor's name and mailing address

**EMERY HICKS**

**1980 MILNER ST**

**ALEXANDER CITY**     **AL**    **35010-6618**

Date or dates debt was incurred    **6/13/2019**

Last 4 digits of account number    **7**   **1**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$88.87**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.569** Nonpriority creditor's name and mailing address

EMIL ORENICK

4780 BRIAR RD

CLEVELAND          OH      44135

Date or dates debt was incurred      11/6/2018

Last 4 digits of account number      3   9   9   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$27.20

---

**3.570** Nonpriority creditor's name and mailing address

EMIL SALINAZ

846 Bidwell St

West Saint Paul          MN      55118-5718

Date or dates debt was incurred      3/29/2019

Last 4 digits of account number      9   9   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$4.21

---

**3.571** Nonpriority creditor's name and mailing address

EMPLOYEE SOLUTIONS LP

1518 LEGACY DRIVE

SUITE 240B

FRISCO          TX      75034

Date or dates debt was incurred      1/3/2020

Last 4 digits of account number      1   9   3   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SERVICE

Is the claim subject to offset?
☑ No
☐ Yes

$3,001.72

---

**3.572** Nonpriority creditor's name and mailing address

ENOS MAST

6693 Route 305

Belfast          NY      14711-8653

Date or dates debt was incurred      11/13/2019

Last 4 digits of account number      1   7   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$4.46

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.573** Nonpriority creditor's name and mailing address

Eric Biffle

11708 Norwegian Wood Dr

Austin                    TX        78758-3559

Date or dates debt was incurred    3/18/2020

Last 4 digits of account number    0  0  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$45.45**

---

**3.574** Nonpriority creditor's name and mailing address

ERIC EVANS

917 College Ln

Allentown                 PA        18103-4614

Date or dates debt was incurred    3/14/2019

Last 4 digits of account number    4  8  6  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$45.98**

---

**3.575** Nonpriority creditor's name and mailing address

Eric Flesher

615 EAST GRANT ST.

OLYPHANT                  PA        18447

Date or dates debt was incurred    7/15/2019

Last 4 digits of account number    2  8  2  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$66.50**

---

**3.576** Nonpriority creditor's name and mailing address

ERIC FOWLER

434 Nevin St Fl 1

Lancaster                 PA        17603-3358

Date or dates debt was incurred    5/15/2020

Last 4 digits of account number    3  9  2  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$6.07**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.577 | Nonpriority creditor's name and mailing address |

**ERIC GRIESEMER**

**5130 N Placita Del Lazo**

_____

**Tucson**       **AZ**     **85750-1535**

Date or dates debt was incurred    **1/22/2019**

Last 4 digits of account number    **3   9   0   8**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$64.94**

---

| 3.578 | Nonpriority creditor's name and mailing address |

**Eric Hannah**

**473 BAKER AVE.**

**VENTURA, CA., CA 93004**

_____

Date or dates debt was incurred    **3/28/2020**

Last 4 digits of account number    **2   9   7   9**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$68.97**

---

| 3.579 | Nonpriority creditor's name and mailing address |

**Eric Klein**

**2946 Evening Dew Dr**

_____

**Woodstock**       **MD**     **21163-1498**

Date or dates debt was incurred    **9/17/2019**

Last 4 digits of account number    **2   4   2   7**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.12**

---

| 3.580 | Nonpriority creditor's name and mailing address |

**ERIC MORRIS**

**4258 SIMMS ROAD**

_____

**LAKELAND**       **FL**     **33810-0402**

Date or dates debt was incurred    **12/12/2018**

Last 4 digits of account number    **5   9   8   9**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$135.93**

---

Debtor     **MMD Holdings, LLC**           Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                            Amount of claim

**3.581**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$95.94**

**ERIC ODELL**                                 *Check all that apply.*

**3410 N PACIFIC HWY SPC 21**          ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

**MEDFORD**         **OR**     **97501-1308**     Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **7/16/2019**     Is the claim subject to offset?

Last 4 digits of account number    **6**   **4**   **3**   **3**     ☑ No    ☐ Yes

---

**3.582**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$248.13**

**ERIC STEIGER #158418**                    *Check all that apply.*

**986 Norwich New London Tpke**        ☐ Contingent
                                           ☐ Unliquidated
                                           ☐ Disputed

**Uncasville**        **CT**     **06382-1928**     Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **4/9/2019**     Is the claim subject to offset?

Last 4 digits of account number    **9**   **6**   **8**   **1**     ☑ No    ☐ Yes

---

**3.583**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$16.00**

**ERICK WIZARD OLDHAM**                 *Check all that apply.*

**81 KENWICK ROAD**                     ☐ Contingent

**KENWICK**                              ☐ Unliquidated

**PERTH, , 6107**                       ☐ Disputed

                                          Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **1/13/2017**     Is the claim subject to offset?

Last 4 digits of account number    **2**   **1**   **6**   **4**     ☑ No    ☐ Yes

---

**3.584**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$4.99**

**ERIN MORHART**                       *Check all that apply.*

**914 VAUGHAN STREET W**              ☐ Contingent

**MOOSE JAW, SK S6H 5N8**             ☐ Unliquidated
                                           ☐ Disputed

                                          Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **4/17/2020**     Is the claim subject to offset?

Last 4 digits of account number    **4**   **4**   **0**   **7**     ☑ No    ☐ Yes

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.585** Nonpriority creditor's name and mailing address

Ernest Galvan

BROWNSVILLE POSTAL CENTER

1225 N EXPRESSWAY STE C1-103

BROWNSVILLE     TX     78520

Date or dates debt was incurred    8/17/2019

Last 4 digits of account number    2   4   2   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$2.16**

---

**3.586** Nonpriority creditor's name and mailing address

ERNEST TRUMAN

313 HOMECREST RD

JACKSON     MI     49201

Date or dates debt was incurred    12/11/2017

Last 4 digits of account number    6   2   9   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$20.00**

---

**3.587** Nonpriority creditor's name and mailing address

ERNESTO VIDAL

701 N INTERNATIONAL BLVD

STE 119-287

HIDALGO     TX     78557

Date or dates debt was incurred    12/21/2018

Last 4 digits of account number    6   6   5   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$75.57**

---

**3.588** Nonpriority creditor's name and mailing address

esteban garcia

610 South Ave

Jim Thorpe     PA     18229-1119

Date or dates debt was incurred    10/9/2019

Last 4 digits of account number    7   4   2   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$66.91**

---

Debtor      **MMD Holdings, LLC** _____      Case number (if known) _____

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.589 | Nonpriority creditor's name and mailing address |
|---|---|

**ETSUO MOROHOSHI**

**9700 FOREST GLEN PLACE**

**LAS VEGAS**          **NV**      **89134**

Date or dates debt was incurred      **1/23/2019**

Last 4 digits of account number      **5   9   1   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

| 3.590 | Nonpriority creditor's name and mailing address |
|---|---|

**EUGENE BIGAOUETTE**

**193 COUNTY ROUTE 44**

**ARGYLE**          **NY**      **12809**

Date or dates debt was incurred      **5/19/2019**

Last 4 digits of account number      **9   7   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$142.93**

| 3.591 | Nonpriority creditor's name and mailing address |
|---|---|

**EUGENE BOSS**

**135 NW 2ND AVE**

**ONTARIO**          **OR**      **97914**

Date or dates debt was incurred      **3/7/2019**

Last 4 digits of account number      **2   4   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.89**

| 3.592 | Nonpriority creditor's name and mailing address |
|---|---|

**Eugene Gaffney**

**373 Zion Rd**

**Hillsborough**          **NJ**      **08844-2515**

Date or dates debt was incurred      **11/14/2019**

Last 4 digits of account number      **5   6   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.593** | Nonpriority creditor's name and mailing address

**EUGENE RUSH**

**1561 PALMETTO TYRONE RD**

_____

**SHARPSBURG**    **GA**   **30277**

Date or dates debt was incurred   **1/15/2020**

Last 4 digits of account number   **0  1  9  5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$65.98**

---

**3.594** | Nonpriority creditor's name and mailing address

**EVELYN JANSEN**

**LUDWIG-TRICK-STR. 28**

**KEHL, , 77694**

_____

Date or dates debt was incurred   **3/17/2017**

Last 4 digits of account number   **3  5  3  0**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$106.27**

---

**3.595** | Nonpriority creditor's name and mailing address

**EVERETT VACUUM**

**2318 BROADWAY**

_____

**EVERETT**    **WA**   **98201**

Date or dates debt was incurred   **6/25/2019**

Last 4 digits of account number   **4  9  4  8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.21**

---

**3.596** | Nonpriority creditor's name and mailing address

**FAKE ACCOUNT**

**1115 CROWLEY DR**

_____

**CARROLLTON**    **TX**   **75006**

Date or dates debt was incurred   **7/31/2019**

Last 4 digits of account number   **4  1  9  9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$8.41**

---

Debtor    **MMD Holdings, LLC**      Case number (if known)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.597**   Nonpriority creditor's name and mailing address

FALCON INDUSTRIES

P.O. BOX 42-093

HOMEDALE

WELINGTON, NZL .

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred    7/4/2020

Last 4 digits of account number    __ __ N A

Is the claim subject to offset?
☑ No
☐ Yes

$2,737.35

---

**3.598**   Nonpriority creditor's name and mailing address

FARON BAKER

6315 E 1200 S # 90

Geneva      IN    46740-9408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred    6/13/2019

Last 4 digits of account number    0 9 9 1

Is the claim subject to offset?
☑ No
☐ Yes

$0.10

---

**3.599**   Nonpriority creditor's name and mailing address

FATHER RONALD LEE GREEN M.M.

P O BOX 156

WORCESTER      NY    12197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred    4/10/2017

Last 4 digits of account number    5 4 8 6

Is the claim subject to offset?
☑ No
☐ Yes

$31.00

---

**3.600**   Nonpriority creditor's name and mailing address

FEDERAL EXPRESS CORP.

942 SOUTH SHADY GROVE ROAD

MEMPHIS      TN    38120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred    5/26/2020

Last 4 digits of account number    2 5 0 4

Is the claim subject to offset?
☑ No
☐ Yes

$72,368.80

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | | |
|---|---|---|
| **3.601** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6,289.07** |

**FEDEX FREIGHT**

**2200 FORWARD DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HARRISON**      **AR**    **72602-0840**     **TRADE**

Date or dates debt was incurred    **4/15/2020**     Is the claim subject to offset?

Last 4 digits of account number    **4  7  4  9**     ☑ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.602** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$678.72** |

**FEDEX FREIGHT**

**2200 FORWARD DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HARRISON**      **AR**    **72602-0840**     **TRADE**

Date or dates debt was incurred    **8/11/2020**     Is the claim subject to offset?

Last 4 digits of account number    **2  7  0  4**     ☑ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.603** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,988.35** |

**FEDEX TRADE NETWORKS TRANSPORT & BROKERA**

**128 DEARBORN STREET**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**BUFFALO**      **NY**    **14207-3198**     **TRADE**

Date or dates debt was incurred    **9/18/2019**     Is the claim subject to offset?

Last 4 digits of account number    **3  2  8  7**     ☑ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.604** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$7.22** |

**FELIPE PALIZA**

**10326 WELLEBY ISLES LN**

**APT/SUITE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**SUNRISE**      **FL**    **33351-8295**     **Consumer refund/prepayment**

Date or dates debt was incurred    **12/29/2016**     Is the claim subject to offset?

Last 4 digits of account number    **0  5  5  3**     ☑ No    ☐ Yes

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

**3.605**  Nonpriority creditor's name and mailing address

**FORD MOTOR CREDIT**

**NATIONAL BANKRUPTCY SERVICE CENTER**

**PO BOX 62180**

**COLORADO SPRINGS**          **CO**      **80962**

Date or dates debt was incurred        **7/16/2018**

Last 4 digits of account number        **1   4   5   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEASE**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,829.82**

---

**3.606**  Nonpriority creditor's name and mailing address

**FORREST BLOOM**

**28730 Diesing Dr**

**Madison Hts**          **MI**      **48071-4542**

Date or dates debt was incurred        **8/24/2018**

Last 4 digits of account number        **5   6   5   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.06**

---

**3.607**  Nonpriority creditor's name and mailing address

**FOY MCDAVID JR**

**515 RENFORD ROAD**

**APT B515**

**KNOXVILLE**          **TN**      **37919-4377**

Date or dates debt was incurred        **10/30/2018**

Last 4 digits of account number        **2   8   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.19**

---

**3.608**  Nonpriority creditor's name and mailing address

**FRANCIS ANGELIC**

**1155 CLEVENGER DR**

**ARROYO GRANDE**          **CA**      **93420-1810**

Date or dates debt was incurred        **6/29/2017**

Last 4 digits of account number        **3   0   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$26.64**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.609**  Nonpriority creditor's name and mailing address

**FRANCIS E MASSET**

**123 HILLCREST TRAILER CT**

**TAYLORVILLE**          **IL**    **62568**

Date or dates debt was incurred    **3/27/2017**

Last 4 digits of account number    **3  3  9  2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

**3.610**  Nonpriority creditor's name and mailing address

**FRANCOIS MORIN**

**115-A NARCISSE-POIRIER**

**BLAINVILLE, QC J7C5C5**

Date or dates debt was incurred    **10/17/2020**

Last 4 digits of account number    **2  9  7  5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.99**

**3.611**  Nonpriority creditor's name and mailing address

**FRANK BLANKOWSKI**

**20326 KENSINGTON WAY**

**LAKEVILLE**          **MN**    **55044**

Date or dates debt was incurred    **5/7/2020**

Last 4 digits of account number    **3  7  0  0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.99**

**3.612**  Nonpriority creditor's name and mailing address

**FRANK BRENNAN**

**524 N WEST BLVD**

**NJ VETS HOME**

**VINELAND**          **NJ**    **08360-2895**

Date or dates debt was incurred    **4/12/2017**

Last 4 digits of account number    **9  1  1  9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$52.53**

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.613**   **Nonpriority creditor's name and mailing address**

FRANK BURGHART

370 Hillside Rd

King Of Prussia     PA     19406-3153

Date or dates debt was incurred    7/16/2019

Last 4 digits of account number    4   3   4   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$248.96

---

**3.614**   **Nonpriority creditor's name and mailing address**

FRANK COLUCCI

366 Charles St

Iselin     NJ     08830-1244

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    8   6   4   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.30

---

**3.615**   **Nonpriority creditor's name and mailing address**

FRANK FIALKOWSKI

291 Riverboat Rd

Dayton     NV     89403-8028

Date or dates debt was incurred    8/27/2018

Last 4 digits of account number    7   8   2   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.99

---

**3.616**   **Nonpriority creditor's name and mailing address**

FRANK FRISONE

27614 86th Ave E

Graham     WA     98338-9101

Date or dates debt was incurred    5/16/2017

Last 4 digits of account number    5   3   5   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.04

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.617**  Nonpriority creditor's name and mailing address

**FRANK GIORGIO**

**4228 2ND AVE N**

_____

**ST PETERSBURG**          **FL**      **33713**

Date or dates debt was incurred          **12/20/2019**

Last 4 digits of account number      **6   2   9   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$24.98**

---

**3.618**  Nonpriority creditor's name and mailing address

**FRANK HOLM**

**25333 Elder Ave**

_____

**Moreno Valley**          **CA**      **92557-7502**

Date or dates debt was incurred          **2/20/2019**

Last 4 digits of account number      **7   0   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19.99**

---

**3.619**  Nonpriority creditor's name and mailing address

**Frank J Koval**

**2514 Pinoak Ln**

_____

**Reston**          **VA**      **20191-4229**

Date or dates debt was incurred          **8/23/2019**

Last 4 digits of account number      **7   9   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$141.40**

---

**3.620**  Nonpriority creditor's name and mailing address

**Frank McBride**

**5117 Violet Bank Dr**

_____

**Virginia Beach**          **VA**      **23464-5623**

Date or dates debt was incurred          **1/20/2020**

Last 4 digits of account number      **6   7   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

---

Debtor   **MMD Holdings, LLC**                      Case number (if known)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

**3.621**  Nonpriority creditor's name and mailing address

**FRANK NUANEZ,  JR.**

**25978 N 165th Ln**

**Surprise**         **AZ**    **85387-6850**

Date or dates debt was incurred   **3/23/2020**

Last 4 digits of account number   **4**  **6**  **4**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.99**

---

**3.622**  Nonpriority creditor's name and mailing address

**FRANK PEACOCK**

**2212 Whitewater Dr**

**Bertram**         **TX**    **78605-4173**

Date or dates debt was incurred   **7/15/2015**

Last 4 digits of account number   **7**  **0**  **1**  **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$71.27**

---

**3.623**  Nonpriority creditor's name and mailing address

**Frank Randall**

**7700 Via Bueno NE**

**Albuquerque**         **NM**    **87113-1285**

Date or dates debt was incurred   **3/31/2020**

Last 4 digits of account number   **1**  **0**  **2**  **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.39**

---

**3.624**  Nonpriority creditor's name and mailing address

**FRANK SCHIFFEL**

**N 1711 BRIDGEWOOD LN**

**ELLENSBURG**         **WA**    **98926**

Date or dates debt was incurred   **6/25/2020**

Last 4 digits of account number   **4**  **2**  **8**  **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.32**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.625** Nonpriority creditor's name and mailing address

**FRANK SCOTT**

**3940 Scott Rd**

_____

**State College** **PA** **16801-2534**

Date or dates debt was incurred    **10/30/2018**

Last 4 digits of account number    **2   9   4   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.65**

---

**3.626** Nonpriority creditor's name and mailing address

**FRANKLIN CUNUPP #333002**

**990 WISACKY HWY**

**LEE C.I.**

_____

**BISHOPVILLE** **SC** **29010-1775**

Date or dates debt was incurred    **1/30/2017**

Last 4 digits of account number    **3   9   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.28**

---

**3.627** Nonpriority creditor's name and mailing address

**FRED BENNAGE**

**201 N BLOSSOM ST APT 17**

_____

**SHENANDOAH** **IA** **51601-1241**

Date or dates debt was incurred    **10/9/2016**

Last 4 digits of account number    **5   0   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.07**

---

**3.628** Nonpriority creditor's name and mailing address

**FRED D HARRIS III**

**5427 INDIAN PIPE ST**

_____

**SAN ANTONIO** **TX** **78242**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **6   5   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.68**

---

Debtor   **MMD Holdings, LLC**                                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.629** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fred Matas**

**70-875 DILLON ROAD   SPACE#5**

$52.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DESERT HOT SPRINGS**          **CA**     **92241**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **11/29/2019**

Last 4 digits of account number     **3   1   0   6**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.630** | **Nonpriority creditor's name and mailing address** |
|---|---|

**FRED W. JONES**

**22 SHANDA CT**

$1.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**HAMILTON**          **OH**     **45013**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **12/31/2019**

Last 4 digits of account number     **5   6   8   0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.631** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fred Wiedmann**

**47 Bellamy Rd**

$22.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dover**          **NH**     **03820-4326**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **11/28/2019**

Last 4 digits of account number     **8   9   7   9**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.632** | **Nonpriority creditor's name and mailing address** |
|---|---|

**FREDERICK BANKS**

**10763 Alum Springs Rd**

$21.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Culpeper**          **VA**     **22701-7021**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred     **3/17/2020**

Last 4 digits of account number     **9   0   2   0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.633 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FREDERICK BRYAN**

**910 Riddick Rd**

**Millington**   **TN**   **38053-5165**

Date or dates debt was incurred   **4/30/2018**

Last 4 digits of account number   **5   4   0   6**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☒ No
☐ Yes

$131.90

---

| 3.634 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FREDRICK GOETTSCHE**

**1027 Taylor Rd**

**Brighton**   **MI**   **48114-7615**

Date or dates debt was incurred   **4/16/2020**

Last 4 digits of account number   **8   8   6   9**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.33

---

| 3.635 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FREDRICK WENDT**

**10295 Bennit Ln**

**Argonne**   **WI**   **54511-8912**

Date or dates debt was incurred   **11/13/2019**

Last 4 digits of account number   **1   3   6   2**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.60

---

| 3.636 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FRONTIER COMMUNICATIONS**

**P.O. BOX 709**

**SOUTH WINDSOR**   **CT**   **06074-9998**

Date or dates debt was incurred   **10/13/2020**

Last 4 digits of account number   **6   0   7   5**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **UTILITY**

**Is the claim subject to offset?**
☒ No
☐ Yes

$409.59

---

Debtor    **MMD Holdings, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.637 | Nonpriority creditor's name and mailing address |
|---|---|

**FÃ¡bio Fintelman**

**CondomÃnio ImpÃ©rio dos Nobre**

**Quadra 4 conjunto A casa 07-A**

**SOBRADINHO, , 73251-901**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **7/10/2019**

Last 4 digits of account number    **6  2  1  6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$126.70**

| 3.638 | Nonpriority creditor's name and mailing address |
|---|---|

**G BRUNI**

**84111 Lola Dr**

**Diamondhead          MS    39525-4053**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **2/11/2020**

Last 4 digits of account number    **6  7  7  7**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.99**

| 3.639 | Nonpriority creditor's name and mailing address |
|---|---|

**GABRIEL CHACON**

**601 N Oak St**

**Santa Paula          CA    93060-1734**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/16/2019**

Last 4 digits of account number    **5  3  4  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.89**

| 3.640 | Nonpriority creditor's name and mailing address |
|---|---|

**Gabriel Gonzalez**

**Soler 1168**

**ZARATE, , 2800**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/6/2019**

Last 4 digits of account number    **7  4  0  1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$169.98**

Debtor　　**MMD Holdings, LLC**　　　　　　　　　　　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　　**Amount of claim**

---

**3.641**　Nonpriority creditor's name and mailing address

**GABRIEL PALMIERI**

**1606 GOFF CIRCLE**

_____

**CORDELE**　　　　　**GA**　　**31015**

Date or dates debt was incurred　　**10/26/2020**

Last 4 digits of account number　　**0　6　9　6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$156.92**

---

**3.642**　Nonpriority creditor's name and mailing address

**gabriel rodriguez**

**10400 NW 33RD STREET SUITE 250**

_____

**DORAL**　　　　　**FL**　　**33172**

Date or dates debt was incurred　　**4/3/2020**

Last 4 digits of account number　　**7　4　5　9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.98**

---

**3.643**　Nonpriority creditor's name and mailing address

**GABRIELE DE PLANO**

**6319 Brocketts Xing**

_____

**Alexandria**　　　　**VA**　　**22315-3552**

Date or dates debt was incurred　　**12/16/2019**

Last 4 digits of account number　　**0　9　1　7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.80**

---

**3.644**　Nonpriority creditor's name and mailing address

**GALE GEMBER**

**200 East St**

_____

**New Virginia**　　　　**IA**　　**50210**

Date or dates debt was incurred　　**7/25/2018**

Last 4 digits of account number　　**4　3　5　7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.99**

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.645** Nonpriority creditor's name and mailing address

**GARALD G GASKO**

**3138 S Normal Ave**

_____

**Chicago** IL **60616-3110**

Date or dates debt was incurred  **1/24/2018**

Last 4 digits of account number  **6  6  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$52.48

---

**3.646** Nonpriority creditor's name and mailing address

**GARFIELD DAVISTER**

**E274 Hill Rd**

_____

**Luxemburg** WI **54217-7634**

Date or dates debt was incurred  **6/14/2019**

Last 4 digits of account number  **9  3  1  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$43.78

---

**3.647** Nonpriority creditor's name and mailing address

**GARO POSHOGHLIAN**

**124 ROGER CHAFFEE SQUARE**

_____

**BEAR** DE **19701**

Date or dates debt was incurred  **6/6/2020**

Last 4 digits of account number  **4  9  7  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$61.77

---

**3.648** Nonpriority creditor's name and mailing address

**GARRETT M LIBY**

**912 HAMPTON LN**

_____

**CANTON** MO **63435**

Date or dates debt was incurred  **12/10/2019**

Last 4 digits of account number  **2  7  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.37

---

Debtor **MMD Holdings, LLC**                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.649 | Nonpriority creditor's name and mailing address |
|---|---|

**GARRY MACNAB**

**10610 111 ST NW #105**

**EDMONTON, AB T5H 3E9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$8.99

Date or dates debt was incurred      **9/10/2019**

Last 4 digits of account number      **3  1  1  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address |
|---|---|

**garry mayer**

**6444 mckenzie dr.**

**DUNCAN, BC V9L 5R9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$23.99

Date or dates debt was incurred      **10/6/2020**

Last 4 digits of account number      **1  2  6  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address |
|---|---|

**GARRY PARK**

**98-517 Kamahao Pl Apt B**

**Pearl City**                    **HI      96782-2405**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$3.96

Date or dates debt was incurred      **3/3/2020**

Last 4 digits of account number      **2  4  1  8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address |
|---|---|

**GARY ATKINS**

**3023 Wedgewood Dr**

**Fayetteville**                  **NC      28301-7602**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$270.57

Date or dates debt was incurred      **4/30/2019**

Last 4 digits of account number      **3  6  6  7**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

     Amount of claim

| | | |
|---|---|---|
| **3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**GARY BEACH**

**509 W AGENCY RD TRLR 17**

   **$3.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **W BURLINGTON** | **IA** | **52655-1618** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **10/30/2017**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **5 8 8 9**

---

| | | |
|---|---|---|
| **3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**GARY BILKE**

**226 Ayers Cir**

   **$83.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Grant** | **AL** | **35747-9416** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **9/26/2019**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **9 7 2 1**

---

| | | |
|---|---|---|
| **3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**GARY BURKHARDT**

**4409 Willys Pkwy**

   **$21.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Toledo** | **OH** | **43612-2131** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **8/15/2019**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **7 6 0 9**

---

| | | |
|---|---|---|
| **3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**GARY CHAMBERS**

**60 Cliff Dr**

   **$145.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Saint Louis** | **MO** | **63125-4041** |
|---|---|---|

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **6/23/2020**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **9 5 8 2**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.657** Nonpriority creditor's name and mailing address

**GARY CONKLIN**

**8356 SW PFAFFLE ST APT 122**

_____

**PORTLAND**     **OR**    **97223-8479**

Date or dates debt was incurred    **2/13/2020**

Last 4 digits of account number    **5   4   8   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$308.40**

---

**3.658** Nonpriority creditor's name and mailing address

**GARY CURTIS**

**13176 Rhonda Dr**

_____

**Denham Springs**    **LA**    **70706-0236**

Date or dates debt was incurred    **9/5/2019**

Last 4 digits of account number    **3   9   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.49**

---

**3.659** Nonpriority creditor's name and mailing address

**GARY DAILEY**

**6224 Big Oak Ln**

_____

**Charlotte**    **NC**    **28227-2421**

Date or dates debt was incurred    **12/9/2019**

Last 4 digits of account number    **1   9   4   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.37**

---

**3.660** Nonpriority creditor's name and mailing address

**GARY DOGAN**

**3110 MEADOWWOOD RD**

_____

**ROANOKE**    **VA**    **24014**

Date or dates debt was incurred    **3/15/2019**

Last 4 digits of account number    **6   3   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$36.24**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.661** Nonpriority creditor's name and mailing address

GARY E MYERS

5317 W Wheatridge Ln

West Jordan      UT      84081-5839

Date or dates debt was incurred    5/29/2020

Last 4 digits of account number    1   7   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$49.97

---

**3.662** Nonpriority creditor's name and mailing address

GARY GAAD

243 S HELM

FRESNO      CA      93727

Date or dates debt was incurred    3/12/2020

Last 4 digits of account number    2   8   8   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$80.97

---

**3.663** Nonpriority creditor's name and mailing address

GARY GARSIDE

1102 W Oxford Dr

Tempe      AZ      85283-1600

Date or dates debt was incurred    8/1/2019

Last 4 digits of account number    0   6   9   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$87.96

---

**3.664** Nonpriority creditor's name and mailing address

GARY GERLACH

980 CLAYTON ST

COMMERCE      GA      30529-2802

Date or dates debt was incurred    6/5/2018

Last 4 digits of account number    0   5   3   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$26.97

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.665** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.08** |
|---|---|---|---|

Check all that apply.

**GARY GREENMAN**

**9521 W Appling Dr**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Boise | ID | 83704-4104 | **Consumer refund/prepayment** |
|---|---|---|---|

| Date or dates debt was incurred | 1/3/2020 | **Is the claim subject to offset?** |
|---|---|---|

| Last 4 digits of account number | 7 5 8 3 | ☑ No ☐ Yes |
|---|---|---|

---

| **3.666** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26.20** |
|---|---|---|---|

Check all that apply.

**GARY HAARS**

**8745 McKenzie Farm Dr**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Ooltewah | TN | 37363-5990 | **Consumer refund/prepayment** |
|---|---|---|---|

| Date or dates debt was incurred | 12/10/2019 | **Is the claim subject to offset?** |
|---|---|---|

| Last 4 digits of account number | 1 6 4 5 | ☑ No ☐ Yes |
|---|---|---|

---

| **3.667** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1.00** |
|---|---|---|---|

Check all that apply.

**GARY HEIDEN**

**4820 S EQUITY DR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| SIOUX FALLS | SD | 57106 | **Consumer refund/prepayment** |
|---|---|---|---|

| Date or dates debt was incurred | 7/2/2019 | **Is the claim subject to offset?** |
|---|---|---|

| Last 4 digits of account number | 4 3 3 6 | ☑ No ☐ Yes |
|---|---|---|

---

| **3.668** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$580.86** |
|---|---|---|---|

Check all that apply.

**GARY HUNTER**

**1047 RODEO WAY**

**APT 16**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| SACRAMENTO | CA | 95819-3837 | **Consumer refund/prepayment** |
|---|---|---|---|

| Date or dates debt was incurred | 6/29/2018 | **Is the claim subject to offset?** |
|---|---|---|

| Last 4 digits of account number | 5 0 0 5 | ☑ No ☐ Yes |
|---|---|---|

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.669**   Nonpriority creditor's name and mailing address     **$15.99**

**GARY KAWABATA**

**4240 SHADY TRAIL CT**

**APT 206**

**NAPERVILLE**    **IL**    **60564**

Date or dates debt was incurred   **5/30/2020**

Last 4 digits of account number   **5 6 0 0**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.670**   Nonpriority creditor's name and mailing address     **$32.33**

**GARY KRUGER**

**308 Dorsey Dr**

**Franklin**    **NC**    **28734-8248**

Date or dates debt was incurred   **7/19/2019**

Last 4 digits of account number   **9 6 3 9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.671**   Nonpriority creditor's name and mailing address     **$176.78**

**GARY LAFOLLETT**

**PO BOX 1363**

**HILLSBORO**    **OR**    **97123**

Date or dates debt was incurred   **10/23/2018**

Last 4 digits of account number   **0 3 8 7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.672**   Nonpriority creditor's name and mailing address     **$76.98**

**Gary Leemaster**

**20901 Gorgonia St**

**Woodland Hills**    **CA**    **91364-5512**

Date or dates debt was incurred   **12/21/2019**

Last 4 digits of account number   **8 1 6 1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.673 | Nonpriority creditor's name and mailing address |
|---|---|

GARY MCCLOSKEY

3170 MAPLELEAF DR

APT 2004

LEXINGTON KY 40509

Date or dates debt was incurred  5/15/2020

Last 4 digits of account number  3  6  4  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.99

---

| 3.674 | Nonpriority creditor's name and mailing address |
|---|---|

GARY MYERS

1130 W Bradshaw Ave

Delphi IN 46923-8547

Date or dates debt was incurred  5/18/2020

Last 4 digits of account number  5  4  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.58

---

| 3.675 | Nonpriority creditor's name and mailing address |
|---|---|

GARY NAU

502 Hazlett Ave

Wheeling WV 26003-6927

Date or dates debt was incurred  7/25/2018

Last 4 digits of account number  4  0  8  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$70.59

---

| 3.676 | Nonpriority creditor's name and mailing address |
|---|---|

GARY NORDGREN

1436 Glen Hill Dr

Glendale Heights IL 60139-2707

Date or dates debt was incurred  12/27/2016

Last 4 digits of account number  7  6  8  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.99

---

Debtor   __MMD Holdings, LLC_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.677** | Nonpriority creditor's name and mailing address

__GARY PARCHAN__

__13736 Cornishcrest Rd__

__Whittier_____ __CA____ __90605-3353__

Date or dates debt was incurred    __9/10/2018__

Last 4 digits of account number    __3__ __6__ __8__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$18.56

---

**3.678** | Nonpriority creditor's name and mailing address

__GARY POWELL__

__2060 S 233rd St__

__Des Moines_____ __WA____ __98198-7578__

Date or dates debt was incurred    __6/16/2020__

Last 4 digits of account number    __6__ __8__ __9__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$7.99

---

**3.679** | Nonpriority creditor's name and mailing address

__GARY SAITO__

__94-1008 Leihaku St__

__Waipahu_____ __HI____ __96797-5256__

Date or dates debt was incurred    __11/7/2019__

Last 4 digits of account number    __2__ __8__ __8__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$3.03

---

**3.680** | Nonpriority creditor's name and mailing address

__GARY SCHUETTE__

__1627 N 15th St__

__Sheboygan_____ __WI____ __53081-2405__

Date or dates debt was incurred    __11/27/2018__

Last 4 digits of account number    __8__ __1__ __9__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$49.39

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.681**   Nonpriority creditor's name and mailing address

**GARY SCHULTZ**

**317 Broad St**

Reading     **PA**    **19608-1149**

Date or dates debt was incurred    **12/11/2018**

Last 4 digits of account number    **4**   **8**   **2**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$12.95**

---

**3.682**   Nonpriority creditor's name and mailing address

**GARY TURNER**

**4167 Yeager Rd**

Douglasville     **GA**    **30135-3854**

Date or dates debt was incurred    **4/30/2019**

Last 4 digits of account number    **5**   **9**   **9**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$61.97**

---

**3.683**   Nonpriority creditor's name and mailing address

**GARY VANDERPOOL**

**1945 Garden Ave**

Redding     **CA**    **96001-1229**

Date or dates debt was incurred    **2/2/2018**

Last 4 digits of account number    **8**   **4**   **8**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$110.96**

---

**3.684**   Nonpriority creditor's name and mailing address

**GARY WELSH**

**415 Correas St**

Half Moon Bay     **CA**    **94019-1892**

Date or dates debt was incurred    **1/29/2018**

Last 4 digits of account number    **7**   **8**   **4**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$195.19**

---

| Debtor | MMD Holdings, LLC | | Case number (if known) | |
|---|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.685** Nonpriority creditor's name and mailing address

GARY YOUNG

2635 Rochelle Ave

| Arcadia | CA | 91006-5040 |
|---|---|---|

Date or dates debt was incurred **3/23/2020**

Last 4 digits of account number **4  9  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9.60

---

**3.686** Nonpriority creditor's name and mailing address

GARY YOUNG

48 Helena St

| East Brunswick | NJ | 08816-3935 |
|---|---|---|

Date or dates debt was incurred **11/17/2017**

Last 4 digits of account number **7  9  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7.45

---

**3.687** Nonpriority creditor's name and mailing address

GAYLA JONES

110 N. ROYAL

P.O. B OX 281

| ROYALTON | IL | 62983 |
|---|---|---|

Date or dates debt was incurred **12/10/2019**

Last 4 digits of account number **2  6  3  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10.51

---

**3.688** Nonpriority creditor's name and mailing address

Gemma Dehnbostel

219 FLAME AVE

| MAITLAND | FL | 32751 |
|---|---|---|

Date or dates debt was incurred **12/3/2019**

Last 4 digits of account number **5  5  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35.99

---

Debtor      **MMD Holdings, LLC**                                   Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.11** |

**GENE A. TRUMBO**

**110 Lake St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lakeside**          **IA**     **50588-7794**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred     **1/17/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **9  2  8  7**

---

| **3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.98** |

**GEOFFREY EASTMAN**

**251 Pawnee St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Battle Creek**          **MI**     **49014-5454**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred     **6/9/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2  4  9  1**

---

| **3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.46** |

**GEORGE ACKLEY**

**202 Lennox Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cape May**          **NJ**     **08204-3837**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred     **9/24/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **7  9  8  2**

---

| **3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.10** |

**GEORGE B BACON**

**11525 E RIVERCREST DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SPOKANE VALLEY**          **WA**     **99206**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred     **12/10/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2  7  7  8**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.693** Nonpriority creditor's name and mailing address

GEORGE CACHOIR

132 Laurel Ln

Wantagh      NY    11793-2774

Date or dates debt was incurred    4/28/2017

Last 4 digits of account number    5 5 6 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.00

---

**3.694** Nonpriority creditor's name and mailing address

GEORGE COLEY

2 Wood Owl Ct

Sterling      VA    20164-5510

Date or dates debt was incurred    5/28/2019

Last 4 digits of account number    5 8 7 9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$27.07

---

**3.695** Nonpriority creditor's name and mailing address

GEORGE DROMBOSKY

97 Englewood Blvd

Hamilton      NJ    08610-1028

Date or dates debt was incurred    7/16/2019

Last 4 digits of account number    5 2 4 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$29.50

---

**3.696** Nonpriority creditor's name and mailing address

GEORGE EMMENDORFER

2815 S Deerfield Ave

Lansing      MI    48911-1756

Date or dates debt was incurred    7/11/2017

Last 4 digits of account number    9 9 0 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$73.92

---

Debtor   **MMD Holdings, LLC**                    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.697 | Nonpriority creditor's name and mailing address |
|---|---|

**GEORGE GASSMAN**

**1606 Pulliam St**

_____

North Chesterfield         VA      23235-4148

Date or dates debt was incurred     1/19/2018

Last 4 digits of account number     3  3  4  7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$70.73**

| 3.698 | Nonpriority creditor's name and mailing address |
|---|---|

**GEORGE GIPSON**

**10912 CHANERA AVE**

_____

INGLEWOOD         CA      90303

Date or dates debt was incurred     8/13/2018

Last 4 digits of account number     4  8  9  7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$82.94**

| 3.699 | Nonpriority creditor's name and mailing address |
|---|---|

**George Man**

**7 HILLIARD PL**

**ETOBICOKE, ON M9R 2N1**

_____

Date or dates debt was incurred     7/11/2020

Last 4 digits of account number     0  8  1  0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.94**

| 3.700 | Nonpriority creditor's name and mailing address |
|---|---|

**GEORGE MARSH**

**325 Longhill St**

_____

Springfield         MA      01108-1413

Date or dates debt was incurred     12/22/2016

Last 4 digits of account number     3  2  4  3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17.99**

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.701** Nonpriority creditor's name and mailing address

GEORGE MCDONOUGH

8509 GREENWOOD AVE

#3

TAKOMA PARK          MD     20912

Date or dates debt was incurred      4/24/2019

Last 4 digits of account number      1  7  9  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$33.99

---

**3.702** Nonpriority creditor's name and mailing address

GEORGE MURPHY

12378 Johnson St NE

Blaine          MN     55434-2834

Date or dates debt was incurred      3/22/2019

Last 4 digits of account number      4  1  4  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$67.18

---

**3.703** Nonpriority creditor's name and mailing address

GEORGE PAGE III

1814 Watercrest Dr

Houston          TX     77008-1241

Date or dates debt was incurred      4/17/2019

Last 4 digits of account number      5  9  7  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$24.89

---

**3.704** Nonpriority creditor's name and mailing address

GEORGE SLACK

625 46th Avenue Way

Greeley          CO     80634-2005

Date or dates debt was incurred      12/10/2019

Last 4 digits of account number      5  3  1  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$9.61

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.705** Nonpriority creditor's name and mailing address

**GEORGE SMITH**

**580 Oakstone Dr**

| Roswell | GA | 30075-3328 |
|---|---|---|

Date or dates debt was incurred    **3/4/2019**

Last 4 digits of account number    **0 4 1 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$94.94

---

**3.706** Nonpriority creditor's name and mailing address

**GEORGE TRAGER**

**16806 Glenburn Ave**

| Torrance | CA | 90504-2021 |
|---|---|---|

Date or dates debt was incurred    **4/16/2019**

Last 4 digits of account number    **8 2 8 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$131.79

---

**3.707** Nonpriority creditor's name and mailing address

**GEORGE WYNN**

**428 E 22ND ST**

| BROOKLYN | NY | 11226 |
|---|---|---|

Date or dates debt was incurred    **4/5/2019**

Last 4 digits of account number    **5 3 8 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16.55

---

**3.708** Nonpriority creditor's name and mailing address

**GERALD A. CONOVER**

**PO Box 7**

| Wilbur | WA | 99185-0007 |
|---|---|---|

Date or dates debt was incurred    **1/28/2019**

Last 4 digits of account number    **4 6 6 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25.89

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.709** Nonpriority creditor's name and mailing address

Gerald Aldridge

1091 NE SUNRISE ST

PRINEVILLE     OR     97754

Date or dates debt was incurred     6/21/2019

Last 4 digits of account number     0  3  0  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$60.00

---

**3.710** Nonpriority creditor's name and mailing address

GERALD B COLEMAN

1517 Buena Vista Dr

Denton     TX     76210-3843

Date or dates debt was incurred     8/7/2019

Last 4 digits of account number     4  4  7  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$0.26

---

**3.711** Nonpriority creditor's name and mailing address

GERALD CHRISTIAN

1825 Sonoma Blvd Apt 511

Vallejo     CA     94590-6057

Date or dates debt was incurred     1/23/2018

Last 4 digits of account number     9  0  6  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$29.31

---

**3.712** Nonpriority creditor's name and mailing address

GERALD HENDRICKSON

615 LAKE STREET

PO BOX 186

CASCADE     WI     53011

Date or dates debt was incurred     10/9/2020

Last 4 digits of account number     2  2  6  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$71.27

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|--------|------------------------|-------------------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.713** Nonpriority creditor's name and mailing address

Gerald Hendrickson

PO BOX 186

CASCADE                    WI        53011

Date or dates debt was incurred        3/7/2019

Last 4 digits of account number        6   5   4   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$694.99

**3.714** Nonpriority creditor's name and mailing address

GERALD HOLDEN

302 Roberts Ave NW

Cooperstown                ND        58425-7509

Date or dates debt was incurred        1/22/2019

Last 4 digits of account number        1   7   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$29.05

**3.715** Nonpriority creditor's name and mailing address

GERALD NASH

3400 Palmer Dr

Amarillo                   TX        79109-3979

Date or dates debt was incurred        9/7/2017

Last 4 digits of account number        3   2   9   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$46.60

**3.716** Nonpriority creditor's name and mailing address

Gerald Powell

2525 OLD OAKS DR

WACO                       TX        76710

Date or dates debt was incurred        6/16/2020

Last 4 digits of account number        3   9   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$4.32

| Debtor | MMD Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|

### Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.717** Nonpriority creditor's name and mailing address

**GERALD STEELE**

**506 SUSANA AVE**

**REDONDO BEACH**        **CA**        **90277**

Date or dates debt was incurred        **9/21/2020**

Last 4 digits of account number        **3  9  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.99**

---

**3.718** Nonpriority creditor's name and mailing address

**GERRIE M BAER**

**1115 Bluewater Dr**

**Monticello**        **IN**        **47960-1603**

Date or dates debt was incurred        **3/28/2019**

Last 4 digits of account number        **0  6  5  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49.44**

---

**3.719** Nonpriority creditor's name and mailing address

**Gert Stoss**

**Lloyd-G.-Wells-Strasse 29**

**BERLIN, , 14163**

Date or dates debt was incurred        **4/10/2019**

Last 4 digits of account number        **8  9  4  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$62.95**

---

**3.720** Nonpriority creditor's name and mailing address

**GEXA ENERGY**

**20455 STATE HIGHWAY 249**

**SUITE 200**

**HOUSTON**        **TX**        **77070**

Date or dates debt was incurred        **1/6/2021**

Last 4 digits of account number        **3  8  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**UTILITY**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$514.33**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.721** Nonpriority creditor's name and mailing address

**GEXA ENERGY**

**20455 STATE HIGHWAY 249**

**SUITE 200**

**HOUSTON**  TX  77070

Date or dates debt was incurred    1/6/2021

Last 4 digits of account number    3  8  5  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**UTILITY**

Is the claim subject to offset?
☑ No
☐ Yes

$346.38

---

**3.722** Nonpriority creditor's name and mailing address

**GILBERT OCHOA**

**367 W OAKWOOD DR**

**TULARE**  CA  93274

Date or dates debt was incurred    5/25/2018

Last 4 digits of account number    6  1  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$35.47

---

**3.723** Nonpriority creditor's name and mailing address

**GIRARD STROUD**

**2405 BROOKSIDE PARKWAY**

**NEW BERLIN**  WI  53151

Date or dates debt was incurred    4/10/2018

Last 4 digits of account number    1  0  1  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$111.16

---

**3.724** Nonpriority creditor's name and mailing address

**GLEN CARROLL**

**PO Box 63**

**Greenbush**  ME  04418-0063

Date or dates debt was incurred    2/11/2020

Last 4 digits of account number    5  0  4  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$16.99

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.725** Nonpriority creditor's name and mailing address

**GLEN QUIRING**

**PO BOX 201**

**HENDERSON** NE 68371-0201

Date or dates debt was incurred **5/18/2020**

Last 4 digits of account number **6 7 7 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$106.49**

---

**3.726** Nonpriority creditor's name and mailing address

**GLENN DAVIS**

**314 Crowley Rd**

**Sabattus** ME 04280-4607

Date or dates debt was incurred **12/27/2017**

Last 4 digits of account number **0 8 6 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$325.84**

---

**3.727** Nonpriority creditor's name and mailing address

**GLENN MARTIN**

**4197 Peppertown Rd**

**Mechanicsville** VA 23111-4941

Date or dates debt was incurred **9/21/2020**

Last 4 digits of account number **5 0 0 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$116.48**

---

**3.728** Nonpriority creditor's name and mailing address

**GLENN SHEATHELM**

**1530 Beardsley Ave**

**Muskegon** MI 49441-3112

Date or dates debt was incurred **12/27/2016**

Last 4 digits of account number **6 6 5 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.60**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.729**   Nonpriority creditor's name and mailing address

**Gloye Robert**

**1642D BRANHAM LN**

_____

**SAN JOSE**      **CA**    **95118**

Date or dates debt was incurred    **3/8/2020**

Last 4 digits of account number    **6**   **7**   **8**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.99**

---

**3.730**   Nonpriority creditor's name and mailing address

**GORDON ALLEN**

**11 Caroline Ave**

_____

**Shrewsbury**      **MA**    **01545-5203**

Date or dates debt was incurred    **12/27/2018**

Last 4 digits of account number    **3**   **1**   **6**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.09**

---

**3.731**   Nonpriority creditor's name and mailing address

**GORDON E CLARK**

**5149 NE 37th St**

_____

**Kansas City**      **MO**    **64117-2728**

Date or dates debt was incurred    **5/7/2020**

Last 4 digits of account number    **9**   **5**   **3**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$96.48**

---

**3.732**   Nonpriority creditor's name and mailing address

**GORDON S HOSELTON**

**PO BOX 331**

_____

**BROWNVILLE**      **NY**    **13615**

Date or dates debt was incurred    **12/29/2015**

Last 4 digits of account number    **1**   **0**   **0**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$134.90**

---

Debtor   **MMD Holdings, LLC**            Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.733**  Nonpriority creditor's name and mailing address

GORDON WILLIAMS

9105 Armadillo Trl

Evergreen        CO    80439-6225

Date or dates debt was incurred   10/13/2020

Last 4 digits of account number   **0**  **0**  **3**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**($4.51)**

---

**3.734**  Nonpriority creditor's name and mailing address

Graciela Barrï¿½n

888 S. DOUGLAS RD. 888

UNIT 505

CORAL GABLES      FL    33134

Date or dates debt was incurred   11/19/2019

Last 4 digits of account number   **4**  **5**  **6**  **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.85**

---

**3.735**  Nonpriority creditor's name and mailing address

GRAHAM BANNERMAN

10530 US Highway 117 N

Willard        NC    28478-7766

Date or dates debt was incurred   1/22/2019

Last 4 digits of account number   **3**  **2**  **4**  **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.93**

---

**3.736**  Nonpriority creditor's name and mailing address

Graham Cameron

396 Forced Rd

RUSSELL, ON K4R 1E5

Date or dates debt was incurred   5/17/2019

Last 4 digits of account number   **5**  **9**  **2**  **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.98**

---

Debtor **MMD Holdings, LLC**               Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.737 | Nonpriority creditor's name and mailing address |
|---|---|

GRAINGER

100 GRAINGER PARKWAY

LAKE FOREST       IL     60045

Date or dates debt was incurred    8/12/2020

Last 4 digits of account number    9  7  8  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$109.33**

---

| 3.738 | Nonpriority creditor's name and mailing address |
|---|---|

Grant Mayberry

3155 Grangemont Rd

Glendale       CA    91206-1122

Date or dates debt was incurred    8/18/2019

Last 4 digits of account number    8  2  9  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$51.93**

---

| 3.739 | Nonpriority creditor's name and mailing address |
|---|---|

GRANT R. JOHNSON

193 The Point Ln

Church View      VA    23032-2115

Date or dates debt was incurred    7/19/2019

Last 4 digits of account number    8  1  8  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$116.28**

---

| 3.740 | Nonpriority creditor's name and mailing address |
|---|---|

GREG BRADLEY

16510 DEER HAVEN RUN

ROSHARON      TX    77583

Date or dates debt was incurred    12/30/2019

Last 4 digits of account number    5  6  6  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$78.98**

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.741** Nonpriority creditor's name and mailing address

GREG BROWN

1025 CONKEY ST

HAMMOND          IN     46320

Date or dates debt was incurred    10/20/2020

Last 4 digits of account number    9  7  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$19.98**

---

**3.742** Nonpriority creditor's name and mailing address

GREG BROWN

1025 Conkey St

Hammond          IN     46320-2737

Date or dates debt was incurred    7/9/2018

Last 4 digits of account number    2  0  7  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$14.99**

---

**3.743** Nonpriority creditor's name and mailing address

GREG HORWITZ

1204 MAGNOLIA DR

CARROLLTON          TX     75007

Date or dates debt was incurred    9/28/2018

Last 4 digits of account number    5  3  2  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$4.28**

---

**3.744** Nonpriority creditor's name and mailing address

GREG NORVILL

4116 NW 34th St

Oklahoma City          OK     73112-3146

Date or dates debt was incurred    3/17/2020

Last 4 digits of account number    3  9  5  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

**$118.55**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.745** Nonpriority creditor's name and mailing address

**GREG OGILVIE**

**1426 E Paradise Ave**

**Visalia**          **CA**       **93292-5593**

Date or dates debt was incurred          **12/24/2019**

Last 4 digits of account number          **5   9   2   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$160.18**

---

**3.746** Nonpriority creditor's name and mailing address

**GREG PROPER**

**340 MAINE STREET**

**APT 1**

**RENO**          **NV**       **89502**

Date or dates debt was incurred          **3/7/2019**

Last 4 digits of account number          **1   7   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$72.72**

---

**3.747** Nonpriority creditor's name and mailing address

**GREG VAUGHT**

**1361 S Salt Pond Ave**

**Marshall**          **MO**       **65340-3042**

Date or dates debt was incurred          **7/19/2019**

Last 4 digits of account number          **9   9   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29.99**

---

**3.748** Nonpriority creditor's name and mailing address

**GREGGORY SHIBUYA**

**12432 Allin St**

**Los Angeles**          **CA**       **90066-6806**

Date or dates debt was incurred          **2/26/2019**

Last 4 digits of account number          **2   5   2   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.19**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.749 | Nonpriority creditor's name and mailing address |
|---|---|

**GREGORY CAMPBELL**

**5129 REDMAN RD**

**BROCKPORT** NY 14420

| Date or dates debt was incurred | 10/9/2020 |
|---|---|

| Last 4 digits of account number | 2 3 7 8 |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$51.99**

| 3.750 | Nonpriority creditor's name and mailing address |
|---|---|

**Gregory D Smith**

**2449 WOODBRIDGE WAY**

**SCHERTZ** TX 78154

| Date or dates debt was incurred | 10/19/2019 |
|---|---|

| Last 4 digits of account number | 3 6 4 7 |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.23**

| 3.751 | Nonpriority creditor's name and mailing address |
|---|---|

**GREGORY DUNN**

**1521 Bent Tree Dr**

**Wooster** OH 44691-5931

| Date or dates debt was incurred | 12/26/2020 |
|---|---|

| Last 4 digits of account number | 8 1 4 4 |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.15**

| 3.752 | Nonpriority creditor's name and mailing address |
|---|---|

**GREGORY JEIN**

**4770 CHERRYWOOD AVE**

**Los Angeles** CA 90018-4011

| Date or dates debt was incurred | 1/28/2019 |
|---|---|

| Last 4 digits of account number | 1 0 0 5 |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$48.97**

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.753 | **Nonpriority creditor's name and mailing address** |

**GREGORY SASSONE**

**4 Main St # 99**

_____

Allenhurst        NJ      07711-1129

Date or dates debt was incurred    **6/10/2019**

Last 4 digits of account number    **4  2  5  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.40**

---

| 3.754 | **Nonpriority creditor's name and mailing address** |

**GREGORY WHITFIELD**

**735 KINGS RUN DR**

**APT 70**

CINCINNATI        OH      45232

Date or dates debt was incurred    **5/14/2020**

Last 4 digits of account number    **0  5  2  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.05**

---

| 3.755 | **Nonpriority creditor's name and mailing address** |

**GT PRODUCTS**

**501 INDUSTRIAL BLVD**

GRAPEVINE        TX      76051

Date or dates debt was incurred    **11/12/2020**

Last 4 digits of account number    **__  __  N  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$979.72**

---

| 3.756 | **Nonpriority creditor's name and mailing address** |

**GUIDELINES PUBLICATIONS LTD**

**UNIT 6 KENSWORTH GATE**

**200-204 HIGH STREET SOUTH**

**DUNSTABLE**

Date or dates debt was incurred    **6/30/2019**

Last 4 digits of account number    **__  M  M  D**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,144.95**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 191

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.757**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$24.79**
                                                                       *Check all that apply.*
**Guy Borgeson**                                                       ☐ Contingent
**8228 SNOW EGRET WAY**                                                ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**
**FORT WORTH**              **TX**      **76118**                       **Consumer refund/prepayment**

Date or dates debt was incurred     **12/27/2019**                     Is the claim subject to offset?
                                                                       ☑ No
Last 4 digits of account number     **5   6   2   1**                  ☐ Yes

**3.758**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$9.94**
                                                                       *Check all that apply.*
**GUY BRINGLEY**                                                       ☐ Contingent
**3303 Evergreen Cir**                                                 ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**
**Walworth**                **NY**      **14568-9401**                  **Consumer refund/prepayment**

Date or dates debt was incurred     **1/31/2020**                      Is the claim subject to offset?
                                                                       ☑ No
Last 4 digits of account number     **7   7   6   5**                  ☐ Yes

**3.759**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$157.09**
                                                                       *Check all that apply.*
**GUY SIMS**                                                           ☐ Contingent
**PO Box 1121**                                                        ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**
**McDonough**               **GA**      **30253-1121**                  **Consumer refund/prepayment**

Date or dates debt was incurred     **4/19/2019**                      Is the claim subject to offset?
                                                                       ☑ No
Last 4 digits of account number     **7   7   3   8**                  ☐ Yes

**3.760**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$13.20**
                                                                       *Check all that apply.*
**Hanchang Kuo**                                                       ☐ Contingent
**199 Indian Hill Pl**                                                 ☐ Unliquidated
                                                                       ☐ Disputed

_____                               **Basis for the claim:**
**Fremont**                 **CA**      **94539-6831**                  **Consumer refund/prepayment**

Date or dates debt was incurred     **9/14/2019**                      Is the claim subject to offset?
                                                                       ☑ No
Last 4 digits of account number     **3   5   7   8**                  ☐ Yes

---

Debtor    **MMD Holdings, LLC**                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                            Amount of claim

**3.761**  Nonpriority creditor's name and mailing address

**HANS MOHNEN**

**2801 Cahawba Trl**

_____

**Birmingham**        **AL**    **35243-3033**

Date or dates debt was incurred    **12/17/2019**

Last 4 digits of account number    **3**  **4**  **6**  **0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.50**

---

**3.762**  Nonpriority creditor's name and mailing address

**HANS SKALLE**

**17605 BREEZY POINT ROAD**

_____

**WOODLAND**        **MN**    **55391**

Date or dates debt was incurred    **7/1/2020**

Last 4 digits of account number    **2**  **9**  **7**  **7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$274.87**

---

**3.763**  Nonpriority creditor's name and mailing address

**HARDING TRAVIS**

**1810 Pine Log Rd**

_____

**Skippers**        **VA**    **23879-2420**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **5**  **7**  **8**  **2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$114.49**

---

**3.764**  Nonpriority creditor's name and mailing address

**HAROLD DOW**

**PO Box 429**

_____

**Corinth**        **ME**    **04427-0429**

Date or dates debt was incurred    **6/22/2020**

Last 4 digits of account number    **5**  **2**  **7**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$18.37**

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.25 |
|---|---|---|---|

**HAROLD HYNES**

**3311 Laurel Fork Dr**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Kingwood | TX | 77339-1346 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **11/20/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0 5 1 4**

---

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.60 |
|---|---|---|---|

**HAROLD MORRIS**

**321 N Centre St Apt 2**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Cumberland | MD | 21502-2202 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **4/9/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2 4 6 5**

---

| 3.767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.25 |
|---|---|---|---|

**Harold Sanford**

**4070 ALTA VISTA AVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| SANTA ROSA | CA | 95404-1903 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **2/17/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5 1 5 7**

---

| 3.768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $204.02 |
|---|---|---|---|

**HARRY GRAF**

**1340 NE 13th Ave**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Ft Lauderdale | FL | 33304-1829 |

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **4/20/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3 6 8 0**

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.96 |

HARRY HAUGER

1933 W BAKERSVILLE EDIE RD

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| SOMERSET | PA | 15501 |

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred     8/20/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     3   0   0   8

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.02 |

HARRY KIRSCHNER

2395 Sunset Dr

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Ventura | CA | 93001-2450 |

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred     4/18/2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     5   3   1   4

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.99 |

HARRY WARNER

5001 PACIFIC AVE APT 123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| TACOMA | WA | 98408-7651 |

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred     9/16/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     7   5   9   1

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.87 |

HARVEY ROBART

33 Garner Rd

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Dorchester | MA | 02122-2411 |

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred     11/6/2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     1   2   0   4

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.773** Nonpriority creditor's name and mailing address

Hava Gordon

621 RACE STREET

DENVER    CO    80206

Date or dates debt was incurred    12/4/2019

Last 4 digits of account number    4  7  7  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$14.99**

---

**3.774** Nonpriority creditor's name and mailing address

HECTOR RAMOS

620 E 137TH ST APT 16D

BRONX    NY    10454-3126

Date or dates debt was incurred    12/15/2017

Last 4 digits of account number    0  9  9  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$181.44**

---

**3.775** Nonpriority creditor's name and mailing address

HECTOR TORRES

518 Clayton St

Victoria    TX    77905-0626

Date or dates debt was incurred    5/21/2019

Last 4 digits of account number    9  3  6  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.30**

---

**3.776** Nonpriority creditor's name and mailing address

HENRY GEORGEFF

133 KAY AVE

SHEBOYGAN FALLS    WI    53085

Date or dates debt was incurred    7/12/2019

Last 4 digits of account number    0  6  5  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.98**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.777** Nonpriority creditor's name and mailing address

**Henry Nottingham**

**9809 Carlton Hills Blvd**

_____

**Santee** **CA** **92071-1346**

Date or dates debt was incurred **10/9/2019**

Last 4 digits of account number **4 1 3 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$47.41**

---

**3.778** Nonpriority creditor's name and mailing address

**HENRY PUGH**

**201 W TAZEWELL ST**

**APT 216**

**NORFOLK** **VA** **23510**

Date or dates debt was incurred **11/2/2018**

Last 4 digits of account number **0 2 1 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$71.97**

---

**3.779** Nonpriority creditor's name and mailing address

**HERBERT BUYARSKI**

**1701 15th Ave**

_____

**Menominee** **MI** **49858-2527**

Date or dates debt was incurred **6/4/2018**

Last 4 digits of account number **1 9 4 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$60.84**

---

**3.780** Nonpriority creditor's name and mailing address

**HERBERT JOY**

**33 WOODLAND HEIGHTS DR APT 21**

_____

**Island Falls** **ME** **04747-4351**

Date or dates debt was incurred **8/9/2019**

Last 4 digits of account number **9 3 5 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.89**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.781** Nonpriority creditor's name and mailing address

**HOBBY MERCHANDISER**

**83 SOUTH STREET**

**SUITE 307**

**FREEHOLD**          **NJ**      **07728**

Date or dates debt was incurred      **6/13/2019**

Last 4 digits of account number      __ __ **N  A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,850.00**

---

**3.782** Nonpriority creditor's name and mailing address

**HOLTZBRINK PUBLISHERS LLC, DBA - MPS**

**16365 JAMES MADISON HIGHWAY**

**GORDONSVILLE**      **VA**      **22942**

Date or dates debt was incurred      **2/26/2020**

Last 4 digits of account number      **6  7  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,081.40**

---

**3.783** Nonpriority creditor's name and mailing address

**HORNBY AMERICA**

**PO BOX 99670**

**LAKEWOOD**      **WA**      **98496**

Date or dates debt was incurred      **11/21/2019**

Last 4 digits of account number      **2  0  9  2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,078.78**

---

**3.784** Nonpriority creditor's name and mailing address

**HOWARD GONG**

**1933 Calle Dulce**

**Glendale**      **CA**      **91208-3022**

Date or dates debt was incurred      **12/24/2019**

Last 4 digits of account number      **6  5  8  4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.50**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.98 |

**Howard Weaver**

**26818 Capay St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Esparto**                        **CA**    **95627-2027**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred        **9/21/2020**

**Is the claim subject to offset?**

Last 4 digits of account number        **6  9  4  4**

☑ No
☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.89 |

**HUBERT TUOHY**

**308 College Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Newtown Square**              **PA**    **19073-3308**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred        **12/4/2017**

**Is the claim subject to offset?**

Last 4 digits of account number        **9  7  4  7**

☑ No
☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.99 |

**humphreys john**

**4750 LUDWIG ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MURRYSVILLE**                **PA**    **15668**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred        **4/8/2020**

**Is the claim subject to offset?**

Last 4 digits of account number        **7  5  1  5**

☑ No
☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,400.00 |

**HYPERSCALE**

**9 YVONNE CRESENT**

**GEORGES HALL, AUS NSW 2198**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**TRADE**

Date or dates debt was incurred        **8/1/2019**

**Is the claim subject to offset?**

Last 4 digits of account number        **_  _  N  A**

☑ No
☐ Yes

---

Debtor     **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |

**IGOR UGARKIN**

**342 W 71ST ST**

**APT 7B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NEW YORK**      **NY**    **10023-3556**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/17/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3   7   7   8**

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.05** |

**INGRID STEELE**

**210 WEST YANONALI ST**

**APT 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SANTA BARBARA**      **CA**    **93101-3536**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/1/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   7   2   2**

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,152.69** |

**INLAND PRINTING CORPORATION**

**PO BOX 414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SYOSSET**      **NY**    **11791**

**Basis for the claim:** **TRADE**

Date or dates debt was incurred    **10/10/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **__ __ N A**

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.19** |

**IRWIN ROBINSON**

**504B Belford Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Monroe Township**      **NJ**    **08831-7621**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **9/24/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5   1   6   1**

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.793**   **Nonpriority creditor's name and mailing address**

**ISMAEL FRANCO**

**358 W VINYARD RD**

_____

**DUNCANVILLE**      **TX**    **75137**

Date or dates debt was incurred   **5/20/2020**

Last 4 digits of account number   **8  9  1  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$27.05**

---

**3.794**   **Nonpriority creditor's name and mailing address**

**J & C A/C SERVICES LLC**

**3301 CONFLANS ROAD**

**SUITE 208**

**IRVING**      **TX**    **75061**

Date or dates debt was incurred   **12/11/2019**

Last 4 digits of account number   **__  __  N  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.795**   **Nonpriority creditor's name and mailing address**

**J Blake Hardy**

**3801 QUAIL LODGE CT.**

_____

**ROUND ROCK**      **TX**    **78664**

Date or dates debt was incurred   **11/30/2019**

Last 4 digits of account number   **4  7  1  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.97**

---

**3.796**   **Nonpriority creditor's name and mailing address**

**JACK AVENT**

**311 Spring St**

_____

**Louisburg**      **NC**    **27549-2427**

Date or dates debt was incurred   **1/29/2018**

Last 4 digits of account number   **1  6  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$76.94**

---

Debtor **MMD Holdings, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

---

**3.797**   Nonpriority creditor's name and mailing address

**JACK COLLINS**

**523 S WASHINGTON ST**

**Milford**             **DE**    **19963-3797**

Date or dates debt was incurred    **3/19/2020**

Last 4 digits of account number    **1**   **8**   **3**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$27.00

---

**3.798**   Nonpriority creditor's name and mailing address

**Jack Delong**

**2632 SW 111th St**

**Oklahoma City**        **OK**    **73170-2409**

Date or dates debt was incurred    **3/31/2020**

Last 4 digits of account number    **2**   **7**   **0**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.49

---

**3.799**   Nonpriority creditor's name and mailing address

**JACK J COCO**

**1613 Mountain Laurel Dr**

**Keller**             **TX**    **76248-8289**

Date or dates debt was incurred    **3/12/2019**

Last 4 digits of account number    **3**   **2**   **2**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$9.88

---

**3.800**   Nonpriority creditor's name and mailing address

**JACK K CARR**

**2392 Douglas Rd Trlr 43**

**Ferndale**          **WA**    **98248-9503**

Date or dates debt was incurred    **1/9/2018**

Last 4 digits of account number    **6**   **9**   **7**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$96.35

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.801**   Nonpriority creditor's name and mailing address      **$8.98**

**JACK MCCLELLAN**

**141 NE BROWNING T.**

**MADISON**      **FL**    **32340**

Date or dates debt was incurred    **5/10/2019**

Last 4 digits of account number    **1  1  5  9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.802**   Nonpriority creditor's name and mailing address      **$26.74**

**JACK MCINTOSH**

**563 YELLOWSTONE LANE**

**LENOIR CITY**      **TN**    **37771**

Date or dates debt was incurred    **8/16/2019**

Last 4 digits of account number    **2  6  0  2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.803**   Nonpriority creditor's name and mailing address      **$62.40**

**JACQUES DUQUETTE**

**PO Box 127**

**Bovey**      **MN**    **55709-0127**

Date or dates debt was incurred    **3/11/2019**

Last 4 digits of account number    **2  6  9  7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.804**   Nonpriority creditor's name and mailing address      **$12.85**

**JAIME REGALADO**

**2259 N NAGLE AVE**

**CHICAGO**      **IL**    **60707**

Date or dates debt was incurred    **2/6/2018**

Last 4 digits of account number    **5  9  9  5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.805** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**JAMES ANDERSON**

**9652 WISE RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4.58**

__GREENVILLE__ **MI** __48838__

**Basis for the claim:**
__Consumer refund/prepayment__

Date or dates debt was incurred __3/30/2017__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __5__ __0__ __4__ __1__

---

**3.806** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**JAMES BABCOCK**

**4675 Frazier Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$165.82**

__Chico__ **CA** __95973-9249__

**Basis for the claim:**
__Consumer refund/prepayment__

Date or dates debt was incurred __4/3/2017__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __3__ __7__ __8__ __1__

---

**3.807** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**JAMES BELL**

**706 Ivy St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$17.04**

__Carson City__ **NV** __89703-2430__

**Basis for the claim:**
__Consumer refund/prepayment__

Date or dates debt was incurred __3/19/2019__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __3__ __3__ __2__ __4__

---

**3.808** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**JAMES BINDER**

**202 S PARK ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.53**

__WESTMONT__ **IL** __60559__

**Basis for the claim:**
__Consumer refund/prepayment__

Date or dates debt was incurred __4/4/2019__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __6__ __2__ __7__ __4__

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| **3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.07** |
|---|---|---|---|

**James Booty**

**235 Happy Hollow Dr**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Montgomery**      **AL**      **36109-3731**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **5/22/2019**

Last 4 digits of account number    **6 9 4 9**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.810** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14.98** |
|---|---|---|---|

**JAMES BOSSERMAN**

**245 Myers Rd**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**York Springs**      **PA**      **17372-9773**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **6/29/2020**

Last 4 digits of account number    **8 4 7 9**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$58.95** |
|---|---|---|---|

**JAMES BRINTON**

**192 Finley Cir**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mountville**      **SC**      **29370-4101**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **12/19/2018**

Last 4 digits of account number    **0 1 2 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.98** |
|---|---|---|---|

**JAMES BROWN**

**141 Casimir Dr**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**New Castle**      **DE**      **19720-4520**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **1/23/2018**

Last 4 digits of account number    **3 4 1 3**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.813** Nonpriority creditor's name and mailing address

JAMES CHMIEL

2210 W WALTON ST

_____

CHICAGO     IL     60622

Date or dates debt was incurred     2/6/2018

Last 4 digits of account number     8   1   9   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.70**

---

**3.814** Nonpriority creditor's name and mailing address

James Coman

14 OLD NEWFOUND RD

_____

LEICESTER     NC     28748

Date or dates debt was incurred     7/28/2019

Last 4 digits of account number     5   4   4   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$45.88**

---

**3.815** Nonpriority creditor's name and mailing address

JAMES COOK

2825 Wise Ave NW

_____

Canton     OH     44708-1647

Date or dates debt was incurred     12/28/2017

Last 4 digits of account number     8   2   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$46.84**

---

**3.816** Nonpriority creditor's name and mailing address

JAMES CUNNINGHAM

11900 Barryknoll Ln Apt 3127

_____

Houston     TX     77024-4325

Date or dates debt was incurred     11/26/2019

Last 4 digits of account number     2   4   3   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.22**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|--------|----------------------|------------------------|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.817** Nonpriority creditor's name and mailing address

**JAMES D GAMBLER #55706**

**PO BOX 1568 HCF**

**HUTCHINSON**     **KS**     **67504-1568**

Date or dates debt was incurred    **6/20/2017**

Last 4 digits of account number    **9 7 7 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.48**

---

**3.818** Nonpriority creditor's name and mailing address

**James D Nugent**

**316 Elk Run St**

**Elk Run Heights**     **IA**     **50707-1310**

Date or dates debt was incurred    **5/22/2019**

Last 4 digits of account number    **8 9 5 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.99**

---

**3.819** Nonpriority creditor's name and mailing address

**JAMES D. SHUNK**

**PO Box 122**

**Lebo**     **KS**     **66856-0122**

Date or dates debt was incurred    **10/16/2019**

Last 4 digits of account number    **1 8 5 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.820** Nonpriority creditor's name and mailing address

**JAMES DAVIS**

**2612 Fir St**

**El Paso**     **TX**     **79925-5304**

Date or dates debt was incurred    **6/15/2020**

Last 4 digits of account number    **4 0 4 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.48**

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.50** |

**JAMES DEYOUNG**

**3279 Rose St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Ravenna **OH** 44266-1715

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred **6/1/2020**

**Is the claim subject to offset?**

Last 4 digits of account number **7 0 9 2**

- ☑ No
- ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.99** |

**JAMES DUNCAN**

**283 Vina Brown Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Stearns **KY** 42647-6113

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred **10/2/2020**

**Is the claim subject to offset?**

Last 4 digits of account number **3 4 8 9**

- ☑ No
- ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.99** |

**JAMES DUSHEK**

**425 SW 10th Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Oak Harbor **WA** 98277-3145

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred **10/16/2019**

**Is the claim subject to offset?**

Last 4 digits of account number **9 4 4 4**

- ☑ No
- ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.95** |

**JAMES EDICK SR**

**7735 CECILIA ROAD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

NORTH SYRACUSE **NY** 13212-1857

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred **10/23/2018**

**Is the claim subject to offset?**

Last 4 digits of account number **2 6 3 6**

- ☑ No
- ☐ Yes

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.825**   Nonpriority creditor's name and mailing address

**JAMES ELLIOTT**

**906 N. MANOR DR**

**HORSESHOE BEND**     **AR**    **72512**

Date or dates debt was incurred   **1/28/2019**

Last 4 digits of account number   **1 5 3 7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$28.48

---

**3.826**   Nonpriority creditor's name and mailing address

**JAMES EPLING**

**8800 Yates Ter**

**Brooklyn Park**     **MN**    **55443-1663**

Date or dates debt was incurred   **12/19/2017**

Last 4 digits of account number   **8 5 9 4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$36.99

---

**3.827**   Nonpriority creditor's name and mailing address

**JAMES FIGUEROA**

**139 Bryan Blvd**

**Havelock**     **NC**    **28532-2701**

Date or dates debt was incurred   **6/19/2018**

Last 4 digits of account number   **1 3 2 8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$58.84

---

**3.828**   Nonpriority creditor's name and mailing address

**JAMES FISCHER**

**226 Seward Ave**

**Grand Forks**     **ND**    **58203-1663**

Date or dates debt was incurred   **11/15/2017**

Last 4 digits of account number   **4 9 0 2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$33.13

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

---

**Part 2:**     **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | | |
|---|---|---|
| **3.829** | **Nonpriority creditor's name and mailing address** | **$161.44** |

**JAMES FORD**

**176 Snail Lake Rd**

_____

| Shoreview | MN | 55126-2126 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     **8/8/2017**

Last 4 digits of account number     **7   5   1   5**

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.830** | **Nonpriority creditor's name and mailing address** | **$103.99** |

**JAMES GIBBONS**

**1949 Whitingham Ln**

_____

| Hoffman Estates | IL | 60169-2553 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     **7/29/2020**

Last 4 digits of account number     **3   7   6   7**

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.831** | **Nonpriority creditor's name and mailing address** | **$41.99** |

**JAMES GILMER**

**8317 Yolanda Rd**

_____

| Henrico | VA | 23229-4153 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     **5/26/2020**

Last 4 digits of account number     **0   4   9   1**

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.832** | **Nonpriority creditor's name and mailing address** | **$172.98** |

**James Goldsmith**

**4577 EL CAPITAN PL**

_____

| CAMARILLO | CA | 93012 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     **12/13/2019**

Last 4 digits of account number     **7   3   1   9**

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.833 | Nonpriority creditor's name and mailing address |
|---|---|

__JAMES HALLEAD__

__8925 VERONA RD APT 6__

__BATTLE CREEK__        __MI__    __49014-9457__

Date or dates debt was incurred    __12/14/2020__

Last 4 digits of account number    __6__  __5__  __2__  __5__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$24.95

| 3.834 | Nonpriority creditor's name and mailing address |
|---|---|

__JAMES HENSLEY__

__965 Lakewood Cir__

__Culpeper__        __VA__    __22701-2985__

Date or dates debt was incurred    __10/7/2020__

Last 4 digits of account number    __2__  __2__  __9__  __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

($15.99)

| 3.835 | Nonpriority creditor's name and mailing address |
|---|---|

__JAMES HERDA__

__23621 Old Highway 30__

__Caldwell__        __ID__    __83607-7787__

Date or dates debt was incurred    __8/27/2019__

Last 4 digits of account number    __0__  __9__  __9__  __9__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$41.00

| 3.836 | Nonpriority creditor's name and mailing address |
|---|---|

__JAMES HICKMAN__

__12722 TULIA CIRCLE__

__SAN ANTONIO__        __TX__    __78253__

Date or dates debt was incurred    __1/24/2017__

Last 4 digits of account number    __6__  __1__  __3__  __6__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$8.36

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.837 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JAMES HICKMAN**

**626 COLLEGE ST**

| **MACON** | **GA** | **31201-1746** |

Date or dates debt was incurred    **1/24/2017**

Last 4 digits of account number    **3   0   5   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.00**

---

| 3.838 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**James Higgins**

**7632 CASTLETON FARMS N DR**

| **Indianapolis** | **IN** | **46256** |

Date or dates debt was incurred    **11/21/2019**

Last 4 digits of account number    **0   9   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.99**

---

| 3.839 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JAMES HUDSON**

**1706 W INDIANA AVE**

| **SOUTH BEND** | **IN** | **46613-1230** |

Date or dates debt was incurred    **9/26/2019**

Last 4 digits of account number    **3   7   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.00**

---

| 3.840 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JAMES HUNTER**

**221 EAST 2ND ST**

| **MOUNT CARMEL** | **PA** | **17851** |

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **3   0   2   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.81**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.841** Nonpriority creditor's name and mailing address

**James Joyce**

**1638 Petri Pl**

_____

**San Jose** **CA** **95118-2836**

Date or dates debt was incurred **10/4/2019**

Last 4 digits of account number **8  2  0  3**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.64**

---

**3.842** Nonpriority creditor's name and mailing address

**JAMES KRENZ**

**2750 S 47th St**

_____

**Milwaukee** **WI** **53219-3215**

Date or dates debt was incurred **12/27/2017**

Last 4 digits of account number **2  2  7  4**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$613.69**

---

**3.843** Nonpriority creditor's name and mailing address

**JAMES L. TENNYSON**

**1814 Lake Ridge St**

_____

**Atwater** **CA** **95301-4904**

Date or dates debt was incurred **12/13/2018**

Last 4 digits of account number **1  9  7  0**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$455.18**

---

**3.844** Nonpriority creditor's name and mailing address

**JAMES LADOWSKI**

**73 Hillwood Dr**

_____

**Cheektowaga** **NY** **14227-3217**

Date or dates debt was incurred **11/18/2019**

Last 4 digits of account number **8  0  6  4**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.51**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.845 | Nonpriority creditor's name and mailing address |
|---|---|

**JAMES LAHMANN**

**7449 OLD TIMBER TRAILS**

_____

**NEW LOTHROP**     **MI**    **48460**

Date or dates debt was incurred    12/2/2020

Last 4 digits of account number    1   7   9   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.25**

---

| 3.846 | Nonpriority creditor's name and mailing address |
|---|---|

**James Lash**

**1519 NE CENTER ST.**

_____

**SHERIDAN**     **OR**    **97378**

Date or dates debt was incurred    7/31/2019

Last 4 digits of account number    5   8   5   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17.94**

---

| 3.847 | Nonpriority creditor's name and mailing address |
|---|---|

**JAMES LYLE**

**79835 Horseshoe Rd**

_____

**La Quinta**     **CA**    **92253-4323**

Date or dates debt was incurred    4/10/2019

Last 4 digits of account number    2   3   7   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$90.69**

---

| 3.848 | Nonpriority creditor's name and mailing address |
|---|---|

**JAMES M HAMM**

**608 E MAIN ST**

_____

**HAVANA**     **IL**    **62644**

Date or dates debt was incurred    5/12/2020

Last 4 digits of account number    7   1   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$326.37**

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.849** **Nonpriority creditor's name and mailing address**

james mahery

416 W FARRELL ST.

_____

NIOTA                TN      37826

Date or dates debt was incurred      9/13/2019

Last 4 digits of account number     1  9  6  0

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21.90**

---

**3.850** **Nonpriority creditor's name and mailing address**

JAMES MARTIN

34038 22ND PLACE SW

_____

FEDERAL WAY          WA      98023

Date or dates debt was incurred      2/14/2020

Last 4 digits of account number     4  0  2  8

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$134.56**

---

**3.851** **Nonpriority creditor's name and mailing address**

JAMES MARTIN HITTS

12331 Magic Ln

_____

Weeki Wachee         FL      34614-2646

Date or dates debt was incurred      3/7/2017

Last 4 digits of account number     4  5  6  2

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25.99**

---

**3.852** **Nonpriority creditor's name and mailing address**

JAMES MCARTHUR

1822 CLEVELAND ST.

APT # 3

HOLLYWOOD            FL      33020

Date or dates debt was incurred      8/3/2017

Last 4 digits of account number     9  7  6  8

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1.97**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.853** Nonpriority creditor's name and mailing address

**JAMES MCGILTON 318-152**

**2500 Avon Belden Rd**

**Grafton**          **OH**     **44044-9802**

Date or dates debt was incurred     **8/8/2017**

Last 4 digits of account number     **6   8   8   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.14**

---

**3.854** Nonpriority creditor's name and mailing address

**JAMES MCMILLAN**

**17118 N Rice Rd**

**Princeville**          **IL**     **61559-9522**

Date or dates debt was incurred     **1/6/2017**

Last 4 digits of account number     **0   5   1   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$32.98**

---

**3.855** Nonpriority creditor's name and mailing address

**JAMES MCMULLIN**

**622 WALL ST**

**APT# E402**

**LOS ANGELES**          **CA**     **90014-2314**

Date or dates debt was incurred     **7/6/2020**

Last 4 digits of account number     **1   9   8   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.81**

---

**3.856** Nonpriority creditor's name and mailing address

**JAMES MEADORS**

**415 Bethune St**

**Kershaw**          **SC**     **29067-1838**

Date or dates debt was incurred     **5/18/2020**

Last 4 digits of account number     **4   1   2   3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$71.98**

---

Debtor    **MMD Holdings, LLC**         Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.857**   Nonpriority creditor's name and mailing address

**JAMES MEEHAN**

**2707 SW 33RD AVE**

**APT 403**

**OCALA**      **FL**    **34474**

Date or dates debt was incurred   **12/10/2019**

Last 4 digits of account number   **1**   **5**   **7**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.80**

---

**3.858**   Nonpriority creditor's name and mailing address

**JAMES MORRIS**

**1658 DERBY ROAD**

**APPALACHIA**      **VA**    **24216**

Date or dates debt was incurred   **10/10/2020**

Last 4 digits of account number   **1**   **6**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.91**

---

**3.859**   Nonpriority creditor's name and mailing address

**JAMES MORTON**

**PO Box 665**

**Palacios**      **TX**    **77465-0665**

Date or dates debt was incurred   **5/29/2019**

Last 4 digits of account number   **2**   **3**   **4**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$46.60**

---

**3.860**   Nonpriority creditor's name and mailing address

**JAMES MOULD**

**6550 2nd St**

**Independence**      **OH**    **44131-4726**

Date or dates debt was incurred   **8/24/2017**

Last 4 digits of account number   **3**   **3**   **2**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.99**

---

Debtor   **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.861**   Nonpriority creditor's name and mailing address

**JAMES MPISTOLARIDES**

**12303 ABNEY DR**

**APT A**

_____

**Austin**    **TX**    **78729-4831**

Date or dates debt was incurred    **4/1/2020**

Last 4 digits of account number    **1  9  7  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.70**

---

**3.862**   Nonpriority creditor's name and mailing address

**JAMES N PARRISH**

**510 EGREMONT RD**

**GREAT BARRINGTON, MA 1230**

_____

Date or dates debt was incurred    **1/23/2020**

Last 4 digits of account number    **6  4  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28.02**

---

**3.863**   Nonpriority creditor's name and mailing address

**JAMES OSMER**

**1001 S MAYFLOWER RD**

**LOT 68**

_____

**SOUTH BEND**    **IN**    **46619-3911**

Date or dates debt was incurred    **3/27/2019**

Last 4 digits of account number    **7  8  9  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$239.06**

---

**3.864**   Nonpriority creditor's name and mailing address

**JAMES PETERS**

**PO Box 565**

_____

**Linn Creek**    **MO**    **65052-0565**

Date or dates debt was incurred    **12/14/2017**

Last 4 digits of account number    **6  8  2  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.73**

---

Debtor___**MMD Holdings, LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.865** Nonpriority creditor's name and mailing address

**JAMES PHILLIPS**

**1313 IVORY ST.**

**KINGSPORT**      **TN**    **37660**

Date or dates debt was incurred    **12/6/2019**

Last 4 digits of account number    **0**   **6**   **3**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

---

**3.866** Nonpriority creditor's name and mailing address

**JAMES POWELL**

**3313 Chester Grove Rd**

**Upper Marlboro**    **MD**    **20774-2414**

Date or dates debt was incurred    **12/22/2017**

Last 4 digits of account number    **3**   **4**   **7**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.90**

---

**3.867** Nonpriority creditor's name and mailing address

**JAMES PRATT**

**1020 SUGAR LN APT 118**

**PALESTINE**    **TX**    **75801-6146**

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **4**   **8**   **3**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$64.37**

---

**3.868** Nonpriority creditor's name and mailing address

**JAMES R CHMELA**

**4223 42nd Ave S**

**Seattle**    **WA**    **98118-1325**

Date or dates debt was incurred    **2/6/2018**

Last 4 digits of account number    **9**   **2**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.62**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                       Amount of claim

---

**3.869**    **Nonpriority creditor's name and mailing address**

**JAMES R STACY**

**34 Poplar St**

_____

**Cincinnati**              **OH**     **45216-2447**

Date or dates debt was incurred    **6/24/2019**

Last 4 digits of account number    **5**   **3**   **4**   **1**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42.98**

---

**3.870**    **Nonpriority creditor's name and mailing address**

**JAMES RENKEN**

**134 Cedar Ct**

_____

**Norristown**          **PA**     **19401-1636**

Date or dates debt was incurred    **3/22/2019**

Last 4 digits of account number    **1**   **8**   **5**   **8**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$79.98**

---

**3.871**    **Nonpriority creditor's name and mailing address**

**James Shock**

**8310 SUTTERFIELD DR**

_____

**COLORADO SPRINGS**     **CO**     **80920**

Date or dates debt was incurred    **10/21/2019**

Last 4 digits of account number    **6**   **6**   **5**   **3**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.99**

---

**3.872**    **Nonpriority creditor's name and mailing address**

**JAMES SQUIRES**

**1653 Norfolk Ave**

_____

**Westchester**          **IL**     **60154-4429**

Date or dates debt was incurred    **9/7/2017**

Last 4 digits of account number    **8**   **8**   **7**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17.24**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.873**   **Nonpriority creditor's name and mailing address**

JAMES SUTTER

1269 SANDY LANE

HAZEL GREEN     WI    53811

Date or dates debt was incurred    9/20/2019

Last 4 digits of account number    3   7   2   2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10.99**

---

**3.874**   **Nonpriority creditor's name and mailing address**

JAMES SWIERCZ

2783 S BARRIE RD

BAD AXE     MI    48413-9391

Date or dates debt was incurred    10/2/2020

Last 4 digits of account number    1   9   3   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$42.98**

---

**3.875**   **Nonpriority creditor's name and mailing address**

JAMES THOMAS

104 Sharrett Rd

Otego     NY    13825-1102

Date or dates debt was incurred    10/17/2017

Last 4 digits of account number    1   7   9   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$306.40**

---

**3.876**   **Nonpriority creditor's name and mailing address**

JAMES THOMAS

1900 Efland Dr

Greensboro     NC    27408-4114

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    7   0   7   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21.40**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.877** Nonpriority creditor's name and mailing address

JAMES THOMAS

PO Box 963

Lyman      WY      82937-0963

Date or dates debt was incurred    6/22/2020

Last 4 digits of account number    9   2   3   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$52.48**

---

**3.878** Nonpriority creditor's name and mailing address

James Turek

1721 Jonathan Dr

Fort Dodge      IA      50501-7622

Date or dates debt was incurred    12/22/2019

Last 4 digits of account number    7   4   6   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.21**

---

**3.879** Nonpriority creditor's name and mailing address

james tyler

144 Indian Creek Rd

Cumberland Furnace      TN      37051-9101

Date or dates debt was incurred    10/18/2019

Last 4 digits of account number    6   7   2   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37.94**

---

**3.880** Nonpriority creditor's name and mailing address

JAMES WAGGONER

PO Box 603

Hays      MT      59527-0603

Date or dates debt was incurred    9/5/2017

Last 4 digits of account number    0   8   1   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.35**

---

Debtor  __**MMD Holdings, LLC**_____  Case number (if known) _____

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.881** | **Nonpriority creditor's name and mailing address** |

**James Wentzel**

**1649 OVERBROOK RD.**

**LYNDHURST**          **OH**     **44124**

Date or dates debt was incurred     **11/13/2019**

Last 4 digits of account number     **4   5   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$37.98

---

| | |
|---|---|
| **3.882** | **Nonpriority creditor's name and mailing address** |

**JAMES WILSON**

**110 N 12th Ave**

**Hiawatha**          **IA**     **52233-1833**

Date or dates debt was incurred     **5/26/2020**

Last 4 digits of account number     **5   2   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$47.98

---

| | |
|---|---|
| **3.883** | **Nonpriority creditor's name and mailing address** |

**JAMES WILSON**

**18446 GALWAY AVE**

**SAINT ALBANS**          **NY**     **11412**

Date or dates debt was incurred     **1/7/2019**

Last 4 digits of account number     **6   3   8   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$22.99

---

| | |
|---|---|
| **3.884** | **Nonpriority creditor's name and mailing address** |

**JANICE YOUNKIN**

**162 EDWARDS ST**

**NANTY GLO**          **PA**     **15943**

Date or dates debt was incurred     **4/8/2020**

Last 4 digits of account number     **4   7   9   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$324.48

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.885** Nonpriority creditor's name and mailing address

**JANOS CARPENTER**

**1051 N 200 W**

_____

**MAPLETON**            **UT**    **84664**

Date or dates debt was incurred    **12/17/2019**

Last 4 digits of account number    **1   2   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$254.80**

---

**3.886** Nonpriority creditor's name and mailing address

**JANUSZ NIEDZWIECKI**

**10812 Breezy Lawn Rd**

_____

**Spring Grove**            **IL**    **60081-9656**

Date or dates debt was incurred    **10/27/2019**

Last 4 digits of account number    **5   8   9   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$86.83**

---

**3.887** Nonpriority creditor's name and mailing address

**JASON HOLLAND**

**9161 Sulivan Ct**

_____

**Atascadero**            **CA**    **93422-6020**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **1   5   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.25**

---

**3.888** Nonpriority creditor's name and mailing address

Jason Mckendry

**3902 CUTTY SARK RD**

_____

**MIDDLE RIVER**            **MD**    **21220**

Date or dates debt was incurred    **1/14/2020**

Last 4 digits of account number    **2   4   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.99**

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.889**   **Nonpriority creditor's name and mailing address**

**JASON R HOGELAND**

**P.O. BOX 248**

_____

**BLOUNTSVILLE**    **AL**    **35031**

Date or dates debt was incurred    **6/13/2017**

Last 4 digits of account number    **6 1 8 3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$3.95

---

**3.890**   **Nonpriority creditor's name and mailing address**

**JASON WALKER**

**20245 N 32ND DR**

**APT 284**

**PHOENIX**    **AZ**    **85027**

Date or dates debt was incurred    **5/29/2020**

Last 4 digits of account number    **6 8 4 6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.46

---

**3.891**   **Nonpriority creditor's name and mailing address**

**JASON WHEELER**

**19040 RIDGE RD.**

_____

**CATOOSA**    **OK**    **74015**

Date or dates debt was incurred    **5/29/2019**

Last 4 digits of account number    **7 4 6 8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$18.00

---

**3.892**   **Nonpriority creditor's name and mailing address**

**JAY ANDERSON**

**145 S 570 E**

_____

**Salina**    **UT**    **84654-5519**

Date or dates debt was incurred    **4/25/2019**

Last 4 digits of account number    **7 7 0 6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$22.99

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $61.52 |

**Jay Everett**

**PO Box 180774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Arlington | TX | 76096-0774 |

**Consumer refund/prepayment**

Date or dates debt was incurred   12/20/2019

**Is the claim subject to offset?**

Last 4 digits of account number   9  5  9  6

☑ No
☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $73.94 |

**JAY HUEY**

**809-B CUESTA DR**

**PMB 114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| MOUNTAIN VIEW | CA | 94040-3669 |

**Consumer refund/prepayment**

Date or dates debt was incurred   1/29/2018

**Is the claim subject to offset?**

Last 4 digits of account number   1  6  9  4

☑ No
☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $239.20 |

**JAY IANNACITO**

**4820 SANTA CRUZ AVE**

**UNIT #3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| SAN DIEGO | CA | 92107 |

**Consumer refund/prepayment**

Date or dates debt was incurred   4/20/2020

**Is the claim subject to offset?**

Last 4 digits of account number   0  5  5  4

☑ No
☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3.80 |

**JAY KUTSCH**

**385 NORTH CHARLOTTE ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| POTSTOWN | PA | 19464 |

**Consumer refund/prepayment**

Date or dates debt was incurred   3/27/2019

**Is the claim subject to offset?**

Last 4 digits of account number   5  3  7  2

☑ No
☐ Yes

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.897 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**JAY ROGERS**

**13438 Marlette Dr**

| La Mirada | CA | 90638-2813 |
|-----------|----|-----------|

Date or dates debt was incurred    **11/14/2017**

Last 4 digits of account number    **7  9  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.94**

---

| 3.898 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**JAY STARK**

**10023 Parkersburg Rd NW**

| Frostburg | MD | 21532-3229 |
|-----------|----|-----------|

Date or dates debt was incurred    **3/17/2020**

Last 4 digits of account number    **8  6  7  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.99**

---

| 3.899 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Jay Thorson**

**4750 Gate Way**

| Santa Barbara | CA | 93110-1387 |
|---------------|----|-----------|

Date or dates debt was incurred    **7/24/2019**

Last 4 digits of account number    **4  5  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.50**

---

| 3.900 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**JEFF ANDERSON**

**W1269 Buttercup Ct**

| Berlin | WI | 54923-8330 |
|--------|----|-----------|

Date or dates debt was incurred    **11/14/2019**

Last 4 digits of account number    **2  1  4  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$57.63**

---

Debtor   **MMD Holdings, LLC**                       Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.901**   Nonpriority creditor's name and mailing address

**JEFF BOGGS**

**1507 BRANTLEY RD**

**KANNAPOLIS**      **NC**    **28083**

Date or dates debt was incurred    **11/20/2018**

Last 4 digits of account number    **8**   **8**   **4**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.24**

---

**3.902**   Nonpriority creditor's name and mailing address

**JEFF DAVIS**

**2105 E 34th St**

**Tucson**      **AZ**    **85713-3805**

Date or dates debt was incurred    **4/18/2018**

Last 4 digits of account number    **2**   **8**   **8**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$48.37**

---

**3.903**   Nonpriority creditor's name and mailing address

**Jeff Hull**

**32558 ENGLISH TURN**

**AVON LAKE**      **OH**    **44012**

Date or dates debt was incurred    **10/27/2019**

Last 4 digits of account number    **4**   **3**   **1**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$41.21**

---

**3.904**   Nonpriority creditor's name and mailing address

**JEFF MARION**

**7138 Lakeshore Dr**

**Racine**      **WI**    **53402-1290**

Date or dates debt was incurred    **6/4/2018**

Last 4 digits of account number    **2**   **3**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$69.49**

---

Debtor      **MMD Holdings, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.905**   Nonpriority creditor's name and mailing address

**JEFF PIERPONT**

**30 Mohawk Trl**

Guilford                        **CT**     **06437-1107**

Date or dates debt was incurred     **10/29/2019**

Last 4 digits of account number     **8   4   8   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$71.95**

---

**3.906**   Nonpriority creditor's name and mailing address

**JEFF SEVELA**

**6121 W EXCELL AVE**

SPOKANE                     **WA     99208**

Date or dates debt was incurred     **5/21/2020**

Last 4 digits of account number     **7   4   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$32.99**

---

**3.907**   Nonpriority creditor's name and mailing address

**JEFF SHELLY**

**2330 San Marco Dr**

Los Angeles                 **CA     90068-2735**

Date or dates debt was incurred     **12/13/2019**

Last 4 digits of account number     **0   1   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$35.70**

---

**3.908**   Nonpriority creditor's name and mailing address

**JEFF SMITH**

**1031 ABBEY CT APT 3**

HOLLAND                     **MI     49423-7487**

Date or dates debt was incurred     **12/23/2019**

Last 4 digits of account number     **0   4   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$75.49**

---

Debtor    **MMD Holdings, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

**3.909** | **Nonpriority creditor's name and mailing address**

Jeff Welling

4000 TWEEDSMUIR ROAD

MOSELEY          VA      23120

Date or dates debt was incurred      12/8/2019

Last 4 digits of account number      8   6   2   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$29.62

---

**3.910** | **Nonpriority creditor's name and mailing address**

JEFF WILLOUGHBY

2477 SR 12

BURGOON          OH      43407

Date or dates debt was incurred      8/13/2019

Last 4 digits of account number      1   1   3   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$0.10

---

**3.911** | **Nonpriority creditor's name and mailing address**

JEFFERY MARONDE

324 WESTPARK CT

APT 506

CAMARILLO          CA      93012-7811

Date or dates debt was incurred      3/21/2018

Last 4 digits of account number      0   5   6   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$53.31

---

**3.912** | **Nonpriority creditor's name and mailing address**

JEFFREY BOGARD

17328 E ADRIATIC PL

APT # X103

AURORA          CO      80013

Date or dates debt was incurred      2/11/2019

Last 4 digits of account number      0   2   5   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$127.04

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

| 3.913 | Nonpriority creditor's name and mailing address |
|---|---|

**JEFFREY CLARKE**

**955 TUMBLIN KLING RD**

**UNIT 112**

**FORT PIERCE**     **FL**    **34982-6919**

Date or dates debt was incurred    **1/15/2019**

Last 4 digits of account number    **9 5 1 9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$157.75**

---

| 3.914 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey Eng**

**205-13 34TH AVE**

**BAYSIDE**     **NY**    **11361**

Date or dates debt was incurred    **1/27/2020**

Last 4 digits of account number    **3 6 8 3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37.09**

---

| 3.915 | Nonpriority creditor's name and mailing address |
|---|---|

**Jeffrey F. Martin**

**10692 Julie St NE**

**Alliance**     **OH**    **44601-8300**

Date or dates debt was incurred    **12/19/2019**

Last 4 digits of account number    **4 0 5 9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$103.98**

---

| 3.916 | Nonpriority creditor's name and mailing address |
|---|---|

**JEFFREY FRICKSTAD**

**700 Arizona St SE**

**Albuquerque**     **NM**    **87108-3755**

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **2 2 6 7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$38.29**

---

Debtor   **MMD Holdings, LLC**     Case number (if known)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.917** Nonpriority creditor's name and mailing address

**JEFFREY HUFFMAN**

**8440 SHIELDS DRIVE**

**UNIT 103**

**SAGINAW**     **MI**     **48609**

Date or dates debt was incurred     **5/20/2020**

Last 4 digits of account number     **2  9  7  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.94**

---

**3.918** Nonpriority creditor's name and mailing address

**JEFFREY J KABERLEIN**

**510 W EASTMAN ST**

**APT 2H**

**ARLINGTON HEIGHTS**     **IL**     **60005**

Date or dates debt was incurred     **3/24/2020**

Last 4 digits of account number     **9  0  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.15**

---

**3.919** Nonpriority creditor's name and mailing address

**JEFFREY J. LAWRENCE #190393**

**PO BOX 57**

**MARION**     **OH**     **43301-0057**

Date or dates debt was incurred     **2/2/2018**

Last 4 digits of account number     **0  8  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$69.76**

---

**3.920** Nonpriority creditor's name and mailing address

**Jeffrey Jones**

**740 Elliott Ct**

**Iowa City**     **IA**     **52246-1824**

Date or dates debt was incurred     **11/28/2019**

Last 4 digits of account number     **3  2  5  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$69.30**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.921** Nonpriority creditor's name and mailing address

**JEFFREY KABERLEIN**

**510 W EASTMAN ST**

**APT 2H**

**Arlington Heights**      **IL**     **60005-1328**

Date or dates debt was incurred    **11/14/2019**

Last 4 digits of account number    **2 0 2 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.60**

---

**3.922** Nonpriority creditor's name and mailing address

**JEFFREY KANNER**

**8004 Criswell Cres**

**Raleigh**      **NC**    **27615-8089**

Date or dates debt was incurred    **11/19/2019**

Last 4 digits of account number    **6 2 5 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.923** Nonpriority creditor's name and mailing address

**JEFFREY KLEM**

**UNIT 6050 BOX 264**

**DPO, AE 09892-0264**

Date or dates debt was incurred    **2/14/2017**

Last 4 digits of account number    **0 3 4 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.99**

---

**3.924** Nonpriority creditor's name and mailing address

**JEFFREY KLEM**

**UNIT 6050 BOX 264**

**DPO, AE 09892-0264**

Date or dates debt was incurred    **9/10/2018**

Last 4 digits of account number    **3 0 8 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.99**

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**3.925**  Nonpriority creditor's name and mailing address

**JEFFREY L TICK**

**34 Dogwood Ln**

_____

**Middletown**                    **NY**    **10940-8477**

Date or dates debt was incurred    **4/3/2017**

Last 4 digits of account number    **5  1  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.53**

---

**3.926**  Nonpriority creditor's name and mailing address

**JEFFREY P JOHNSON**

**4735 E 7th Rd**

_____

**Earlville**                    **IL**    **60518-6216**

Date or dates debt was incurred    **8/10/2020**

Last 4 digits of account number    **9  1  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$95.52**

---

**3.927**  Nonpriority creditor's name and mailing address

**JEFFREY SCHMIDT**

**PO BOX 2561**

_____

**TARPON SPGS**                    **FL**    **34688-2561**

Date or dates debt was incurred    **12/4/2017**

Last 4 digits of account number    **5  1  3  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$181.18**

---

**3.928**  Nonpriority creditor's name and mailing address

**Jeffrey Stone**

**1417 LAKEWOOD CIRCLE**

_____

**KENT**                    **OH**    **44240**

Date or dates debt was incurred    **10/21/2019**

Last 4 digits of account number    **5  7  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$58.45**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.929** Nonpriority creditor's name and mailing address

JEFFREY SWADER

324 Hundred Acre Ln

_____

Eminence          KY      40019-5555

Date or dates debt was incurred    4/4/2018

Last 4 digits of account number    3  2  0  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$66.98**

**3.930** Nonpriority creditor's name and mailing address

JEFFREY VAN DAM

1920 W. 11TH ST.

_____

UPLAND          CA      91786

Date or dates debt was incurred    6/23/2020

Last 4 digits of account number    3  7  5  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$44.09**

**3.931** Nonpriority creditor's name and mailing address

Jeffrey West

715 Morningside Dr NE

_____

Albuquerque          NM      87110-7736

Date or dates debt was incurred    8/15/2019

Last 4 digits of account number    6  0  4  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$30.75**

**3.932** Nonpriority creditor's name and mailing address

JERALD GASKILL

416 ROBINS WALK RD

_____

SALUDA          SC      29138

Date or dates debt was incurred    9/30/2020

Last 4 digits of account number    6  2  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$30.98**

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.933 | Nonpriority creditor's name and mailing address |
|---|---|

JEREMIAH MCCONNELL

3 W CALIFORNIA ST

_____

OSAGE CITY            KS      66523

Date or dates debt was incurred     10/27/2020

Last 4 digits of account number      4   5   9   8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$66.48

| 3.934 | Nonpriority creditor's name and mailing address |
|---|---|

Jeremy Johnson

256 Trim Rd

_____

Morrisonville          NY    12962-3948

Date or dates debt was incurred     8/22/2019

Last 4 digits of account number      3   0   1   2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.68

| 3.935 | Nonpriority creditor's name and mailing address |
|---|---|

JEROME QUILL

703 QUINCE ST APT 111

_____

OMAK                 WA    98841-9577

Date or dates debt was incurred     11/14/2017

Last 4 digits of account number      8   1   6   3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$71.07

| 3.936 | Nonpriority creditor's name and mailing address |
|---|---|

JEROME RIBET

5321 SONOMA DR APT 2

_____

PLEASANTON           CA    94566-8106

Date or dates debt was incurred     6/8/2016

Last 4 digits of account number      7   5   7   5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.82

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.937**    Nonpriority creditor's name and mailing address

**Jerry Anderson**

**14510 N HOOD LANE**

**MEAD**                    **WA**    **99021**

Date or dates debt was incurred        **9/23/2020**

Last 4 digits of account number        **1    0    7    1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$35.98**

---

**3.938**    Nonpriority creditor's name and mailing address

**JERRY DAVIS**

**3232 NE 69th Ave**

**Portland**                    **OR**    **97213-5228**

Date or dates debt was incurred        **1/29/2018**

Last 4 digits of account number        **0    0    9    5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.00**

---

**3.939**    Nonpriority creditor's name and mailing address

**JERRY KIRK**

**41 E Hanover St**

**Wellsville**                    **NY**    **14895-1620**

Date or dates debt was incurred        **9/24/2018**

Last 4 digits of account number        **2    2    4    5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.72**

---

**3.940**    Nonpriority creditor's name and mailing address

**Jerry L Wells**

**33350 WOODLANDS DRIVE**

**LILLIAN**                    **AL**    **36549**

Date or dates debt was incurred        **10/25/2019**

Last 4 digits of account number        **1    0    3    1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$26.17**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.41** |
|---|---|---|---|

**JERRY SMALLEY**

**712 Indian Springs Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Waco      TX     76708-9741

Date or dates debt was incurred    6/11/2018

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0   4   1   2

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.95** |
|---|---|---|---|

**JERRY WHITEFIELD**

**PO BOX 1644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

BROOKINGS      OR    97415

Date or dates debt was incurred    2/3/2020

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    0   1   8   8

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.04** |
|---|---|---|---|

**JERRY ZUHLSDORF #33678**

**328 KINGSWAY DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

NORTH MANKATO      MN    56003-1227

Date or dates debt was incurred    9/5/2017

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    3   6   7   8

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.99** |
|---|---|---|---|

**Jerzy Kapustka**

**POD LASEM 6**

**TANOWO, ZA 72-004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    8/27/2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2   5   1   1

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.945 | Nonpriority creditor's name and mailing address |
|---|---|

**JESPER WOBBE**

**PRINS BURIS BEJ 52  MEJDAL**

**HOLSTEBRO, , 7500**

$93.34

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/1/2018**

Last 4 digits of account number    **7  9  8  5**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address |
|---|---|

**Jesse Sloan**

**14014 Moorpark St Apt 304**

**Sherman Oaks**     **CA**    **91423-3494**

$178.95

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/12/2019**

Last 4 digits of account number    **5  5  2  7**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address |
|---|---|

**JESSIE DAVIS #358628**

**LEE C.I. F6A RM#2141**

**990 WISACKY HIGHWAY**

**BISHOPVILLE**     **SC**    **29010-1775**

$10.95

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/27/2019**

Last 4 digits of account number    **6  6  1  8**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address |
|---|---|

**Jesus Acosta**

**PO BOX 821**

**ARLINGTON**     **VA**    **22216**

$27.44

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/30/2019**

Last 4 digits of account number    **4  7  0  5**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.949**  Nonpriority creditor's name and mailing address

**JEWETT COLE, III**

**25 COVENTRY COVE**

_____

**EADS**                    **TN**      **38028**

Date or dates debt was incurred    **2/6/2020**

Last 4 digits of account number    **6  4  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3.24

---

**3.950**  Nonpriority creditor's name and mailing address

**JIM BANACH**

**5154 S ROCKWELL ST**

_____

**CHICAGO**                **IL**      **60632**

Date or dates debt was incurred    **5/22/2020**

Last 4 digits of account number    **0  8  1  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1.60

---

**3.951**  Nonpriority creditor's name and mailing address

**Jim Cullum**

**624 SAN FRANCIS AVE**

_____

**STOCKTON**               **CA**      **95210**

Date or dates debt was incurred    **7/22/2019**

Last 4 digits of account number    **9  8  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8.76

---

**3.952**  Nonpriority creditor's name and mailing address

**JIM GRATER**

**1136 S Johnson St**

_____

**Lakewood**               **CO**      **80232-5113**

Date or dates debt was incurred    **1/24/2018**

Last 4 digits of account number    **9  0  7  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$127.00

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|--------|-------------------|------------------------|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.953** Nonpriority creditor's name and mailing address

JIM HULING

200 PIERCE AVE APT 501B

MACON     GA     31204-0613

Date or dates debt was incurred    2/5/2019

Last 4 digits of account number    9   6   2   2

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$124.33**

---

**3.954** Nonpriority creditor's name and mailing address

JIM MARTIN

1405 Chester Ave

Arcata     CA     95521-6823

Date or dates debt was incurred    4/16/2019

Last 4 digits of account number    2   1   8   5

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$6.99**

---

**3.955** Nonpriority creditor's name and mailing address

JIM MARTINEZ

PO Box 974

Lynnwood     WA     98046-0974

Date or dates debt was incurred    11/16/2017

Last 4 digits of account number    5   1   7   3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$11.99**

---

**3.956** Nonpriority creditor's name and mailing address

JIM MC MAHON

13432 4th Ave SW

Burien     WA     98146-3339

Date or dates debt was incurred    11/2/2017

Last 4 digits of account number    3   7   0   3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.55**

---

Debtor   **MMD Holdings, LLC**        Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |

JIM MCELHANEY

1719 JEFFERSON AVE TRLR 11

☐ Contingent
☐ Unliquidated
☐ Disputed

WASHINGTON     PA   15301

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   6/25/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2 3 8 5

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.31 |

Jim McLaughlin

2912 Sugar Wood Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

League City     TX   77573-5901

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   1/11/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   5 8 8 6

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.58 |

Jim Odell

1030 E ROBINDALE RD

☐ Contingent
☐ Unliquidated
☐ Disputed

LAS VEGAS     NV   89123

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   12/24/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3 7 3 5

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.39 |

JIM RAYNES

31 Chauncey Creek Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Kittery Point     ME   03905-5202

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   7/19/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3 5 7 6

---

Debtor    **MMD Holdings, LLC**          Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.961**    Nonpriority creditor's name and mailing address

**JIM RILEY**

**599 STATE ROUTE 146**

**DELANSON**        **NY**    **12053**

Date or dates debt was incurred    **12/4/2018**

Last 4 digits of account number    **4**   **0**   **7**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.89**

---

**3.962**    Nonpriority creditor's name and mailing address

**JIM ROTRAMEL**

**134 CASTLE HILL DR**

**FREDERICKSBURG**      **VA**    **22406**

Date or dates debt was incurred    **9/25/2018**

Last 4 digits of account number    **0**   **8**   **3**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.98**

---

**3.963**    Nonpriority creditor's name and mailing address

**JIMMIE SIBLE**

**327 Rodriguez Ave**

**Shafter**        **CA**    **93263-2539**

Date or dates debt was incurred    **4/13/2020**

Last 4 digits of account number    **3**   **2**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.96**

---

**3.964**    Nonpriority creditor's name and mailing address

**JIMMIE YOUNG**

**7316 STATE HWY 215 N**

**BLAIR**        **SC**    **29015**

Date or dates debt was incurred    **3/27/2020**

Last 4 digits of account number    **7**   **2**   **0**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.45**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.965 | Nonpriority creditor's name and mailing address |
|---|---|

**JIMMY COX**

**237 S Louisiana Ave**

| Mangum | OK | 73554-5013 |
|---|---|---|

Date or dates debt was incurred    **8/21/2018**

Last 4 digits of account number    **2   8   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$117.92**

---

| 3.966 | Nonpriority creditor's name and mailing address |
|---|---|

**JIMMY FROST**

**5718 Springs Ave**

| Myrtle Beach | SC | 29577-2318 |
|---|---|---|

Date or dates debt was incurred    **7/2/2018**

Last 4 digits of account number    **8   2   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$37.98**

---

| 3.967 | Nonpriority creditor's name and mailing address |
|---|---|

**JODY JOHNSON**

**408 OAK STREET**

| SWEET GRASS | MT | 59484 |
|---|---|---|

Date or dates debt was incurred    **5/30/2020**

Last 4 digits of account number    **5   5   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.99**

---

| 3.968 | Nonpriority creditor's name and mailing address |
|---|---|

**JOE ALCANTAR**

**13821 Kinbrook St**

| Sylmar | CA | 91342-1745 |
|---|---|---|

Date or dates debt was incurred    **12/31/2018**

Last 4 digits of account number    **4   9   9   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.49**

---

Debtor     **MMD Holdings, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.969** | Nonpriority creditor's name and mailing address

**JOE ARNOLD**

**3916 Lake Ln**

_____

**Moab**                    **UT**     **84532-3735**

Date or dates debt was incurred     **12/10/2019**

Last 4 digits of account number     **7   6   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19.91**

---

**3.970** | Nonpriority creditor's name and mailing address

**JOE BRULOTTE**

**35 Airport Rd**

_____

**White Riv Jct**            **VT**     **05001-6024**

Date or dates debt was incurred     **5/25/2018**

Last 4 digits of account number     **7   2   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.90**

---

**3.971** | Nonpriority creditor's name and mailing address

**JOE HUFFMAN**

**766 Ashley Ln**

_____

**Orlando**                  **FL**     **32825-3376**

Date or dates debt was incurred     **9/29/2017**

Last 4 digits of account number     **2   7   7   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

---

**3.972** | Nonpriority creditor's name and mailing address

**JOE JENKINS**

**194 Dyke Branch Rd**

_____

**Dover**                    **DE**     **19901-1542**

Date or dates debt was incurred     **6/29/2017**

Last 4 digits of account number     **3   6   4   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.973**   Nonpriority creditor's name and mailing address

**JOE LORTIE**

**12246 PARKSTREAM TER**

**HERNDON** VA **20170**

Date or dates debt was incurred   **3/13/2019**

Last 4 digits of account number   **6   2   3   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$71.71

---

**3.974**   Nonpriority creditor's name and mailing address

**JOE MORALES**

**1336 Vito Romero Rd SW**

**Albuquerque** NM **87105-4615**

Date or dates debt was incurred   **4/21/2017**

Last 4 digits of account number   **5   4   2   8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.98

---

**3.975**   Nonpriority creditor's name and mailing address

**JOE THOMPSON**

**323 Rileyville Rd**

**Ringoes** NJ **08551-1502**

Date or dates debt was incurred   **7/31/2017**

Last 4 digits of account number   **4   2   2   9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$116.98

---

**3.976**   Nonpriority creditor's name and mailing address

**JOEL MORRIS**

**345 3RD ST**

**INTERNATIONAL FALLS** MN **56649**

Date or dates debt was incurred   **12/10/2019**

Last 4 digits of account number   **7   7   4   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.80

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.977** Nonpriority creditor's name and mailing address

JOEL SMELTER

633 VIRGINIA RD

UNIT 213

CRYSTAL LAKE                IL        60014

Date or dates debt was incurred        12/14/2018

Last 4 digits of account number        9   2   9   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$85.92

---

**3.978** Nonpriority creditor's name and mailing address

JOEY PODOLAN

82 Ball Park Rd

Sharpsville                PA        16150-3002

Date or dates debt was incurred        4/6/2018

Last 4 digits of account number        7   6   1   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$13.01

---

**3.979** Nonpriority creditor's name and mailing address

John Alger

2 COBBLESTONE TRL

ORMOND BEACH                FL        32174

Date or dates debt was incurred        1/29/2020

Last 4 digits of account number        3   4   5   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$18.19

---

**3.980** Nonpriority creditor's name and mailing address

JOHN ALMERIGOTTI

8005 McLean St

Manassas                VA        20111-2120

Date or dates debt was incurred        11/4/2020

Last 4 digits of account number        7   3   9   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$3.19

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.981** Nonpriority creditor's name and mailing address

JOHN ANDERT

1538 33rd St

_____

Des Moines        IA        50311-2828

Date or dates debt was incurred    12/11/2018

Last 4 digits of account number    6  4  8  5

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.51**

---

**3.982** Nonpriority creditor's name and mailing address

JOHN ANDES

300 Estate Dr

_____

Mount Juliet        TN        37122-2032

Date or dates debt was incurred    1/14/2020

Last 4 digits of account number    2  9  3  6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47.64**

---

**3.983** Nonpriority creditor's name and mailing address

JOHN BAILEY

3231 S 121st St

_____

West Allis        WI        53227-3876

Date or dates debt was incurred    4/23/2019

Last 4 digits of account number    3  1  7  3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.49**

---

**3.984** Nonpriority creditor's name and mailing address

John Bank

1298 RAINBOW RIDGE

_____

MESQUITE        NV        89034

Date or dates debt was incurred    7/22/2019

Last 4 digits of account number    3  8  4  9

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.79**

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.985**    Nonpriority creditor's name and mailing address

**JOHN BECKMAN**

**1601 NW Andrews Ave**

_____

Lawton      OK    73507-3536

Date or dates debt was incurred    12/6/2019

Last 4 digits of account number    8   4   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$49.96**

---

**3.986**    Nonpriority creditor's name and mailing address

**John Bradford**

**29923 ERIC ST**

_____

Magnolia      TX    77355

Date or dates debt was incurred    6/25/2019

Last 4 digits of account number    5   8   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.61**

---

**3.987**    Nonpriority creditor's name and mailing address

**JOHN BRYANT**

**PO BOX 220**

_____

HAWTHORNE      CA    90251

Date or dates debt was incurred    9/12/2019

Last 4 digits of account number    1   3   2   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$163.93**

---

**3.988**    Nonpriority creditor's name and mailing address

**JOHN BUCKLES**

**8007 Hillmont Dr**

_____

Oakland      CA    94605-3522

Date or dates debt was incurred    12/4/2017

Last 4 digits of account number    7   8   6   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$27.40**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                             Amount of claim

---

**3.989** Nonpriority creditor's name and mailing address

JOHN CARSON

3920 NC HIGHWAY 86 S

_____

HILLSBOROUGH      NC    27278

Date or dates debt was incurred    11/27/2018

Last 4 digits of account number    2   9   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.95**

---

**3.990** Nonpriority creditor's name and mailing address

JOHN CHRISTAKIS

2887 ELKHART STREET

_____

LAKE STATION      IN    46405

Date or dates debt was incurred    9/21/2020

Last 4 digits of account number    4   3   8   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.02**

---

**3.991** Nonpriority creditor's name and mailing address

JOHN COLE

2800 WILLOWCREST CIR.

_____

HOWELL      MI    48843

Date or dates debt was incurred    12/13/2018

Last 4 digits of account number    4   3   9   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$112.95**

---

**3.992** Nonpriority creditor's name and mailing address

John Cooney

3852 CONDOR ST

_____

BELTON      TX    76513

Date or dates debt was incurred    2/23/2019

Last 4 digits of account number    2   5   4   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.98**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.993**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$5.96**
*Check all that apply.*

**John Cox**

**2903 JEFFERSON ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BELLEVUE**      **NE**    **68005**      **Consumer refund/prepayment**

Date or dates debt was incurred    **11/29/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **5 8 7 6**      ☑ No
☐ Yes

---

**3.994**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$36.28**
*Check all that apply.*

**JOHN COYNE #97182**

**PO BOX 2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LANSING**      **KS**    **66043**      **Consumer refund/prepayment**

Date or dates debt was incurred    **11/26/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **4 6 2 9**      ☑ No
☐ Yes

---

**3.995**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$116.58**
*Check all that apply.*

**JOHN D HOFFMAN**

**1332 State Route 96**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Waterloo**      **NY**    **13165-8508**      **Consumer refund/prepayment**

Date or dates debt was incurred    **10/1/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **2 1 4 6**      ☑ No
☐ Yes

---

**3.996**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$61.25**
*Check all that apply.*

**JOHN D. T. HRONEK**

**891 N AINTREE PARK**

**PRIVATE RD NEAR I-271**

**NOT APT.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MAYFIELD VILLAGE**      **OH**    **44143-3426**      **Consumer refund/prepayment**

Date or dates debt was incurred    **11/13/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **8 3 1 0**      ☑ No
☐ Yes

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.997**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$7.99**

**JOHN DARTER**

**3527 E Pine Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fresno**      **CA**    **93703-4138**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **1/18/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   4   5   8**

---

**3.998**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$69.25**

**JOHN DAVIS**

**14907 EAST 138TH ST NORTH**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**COLLINSVILLE**      **OK**    **74021**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **5/3/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   3   4   2**

---

**3.999**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$208.20**

**JOHN DOLL JR**

**3747 Greenswitch Rd**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Decatur**      **IL**    **62526-9612**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **1/20/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   8   9   7**

---

**3.1000**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$27.95**

**John Donovan**

**21204 Dakota Rd**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Easton**      **KS**    **66020-7037**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **10/3/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   6   9   4**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1001** Nonpriority creditor's name and mailing address

JOHN DREWICZ

14 Colburn Rd

Reading       MA    01867-1626

Date or dates debt was incurred    6/12/2018

Last 4 digits of account number    8   7   9   0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.99**

---

**3.1002** Nonpriority creditor's name and mailing address

John Eberts

2746 KAVALIER DR.

PALM HARBOR      FL    34684

Date or dates debt was incurred    8/1/2019

Last 4 digits of account number    2   8   3   7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31.94**

---

**3.1003** Nonpriority creditor's name and mailing address

JOHN ERICKSON

4320 DEARBORN AVE

HAMMOND      IN    46327

Date or dates debt was incurred    12/9/2020

Last 4 digits of account number    1   4   9   0

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$161.97**

---

**3.1004** Nonpriority creditor's name and mailing address

JOHN FIGUERRES

94-214 Pailolo Pl

Waipahu      HI    96797-5634

Date or dates debt was incurred    7/29/2019

Last 4 digits of account number    5   4   1   7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.00**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:     Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1005**   Nonpriority creditor's name and mailing address

**JOHN FOSTER #71996**

**LANSING CORRECTIONAL FACILITY**

**P O BOX 2**

**LANSING**　　　　　**KS**　　　**66043**

Date or dates debt was incurred     **4/9/2019**

Last 4 digits of account number     **7   8   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$175.44**

---

**3.1006**   Nonpriority creditor's name and mailing address

**JOHN GAJEWSKI**

**50-30 BROADWAY**

**APT 1G**

**WOODSIDE**　　　　**NY**　　　**11377**

Date or dates debt was incurred     **10/10/2018**

Last 4 digits of account number     **5   4   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$105.41**

---

**3.1007**   Nonpriority creditor's name and mailing address

**JOHN GIFFORD**

**PO Box 309**

**Browns Mills**　　　**NJ**　　**08015-0309**

Date or dates debt was incurred     **6/23/2020**

Last 4 digits of account number     **6   8   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.19**

---

**3.1008**   Nonpriority creditor's name and mailing address

**JOHN HEDSTROM**

**814 E Illinois St**

**Wheaton**　　　　**IL**　　　**60187-5635**

Date or dates debt was incurred     **5/31/2019**

Last 4 digits of account number     **9   9   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.05**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1009**    Nonpriority creditor's name and mailing address

**JOHN JS KIRK**

**1633 MARGARET DR**

**FORREST CITY**          **AR      72335**

Date or dates debt was incurred          **1/14/2019**

Last 4 digits of account number          **6    7    6    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$52.61

---

**3.1010**    Nonpriority creditor's name and mailing address

**John Kaufmann**

**9380 TYLER ST**

**CROWN POINT**          **IN      46307**

Date or dates debt was incurred          **12/31/2019**

Last 4 digits of account number          **8    4    7    6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.99

---

**3.1011**    Nonpriority creditor's name and mailing address

**JOHN KINT**

**7504 Bowerman Rd**

**Horton**          **MI      49246-9521**

Date or dates debt was incurred          **7/11/2016**

Last 4 digits of account number          **6    7    1    7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$156.20

---

**3.1012**    Nonpriority creditor's name and mailing address

**JOHN KIRK**

**PO Box 629**

**Forrest City**          **AR      72336-0629**

Date or dates debt was incurred          **5/23/2017**

Last 4 digits of account number          **2    6    8    6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$49.42

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1013** Nonpriority creditor's name and mailing address

JOHN KLOCKOWSKI

57845 Crumstown Hwy

South Bend                    IN        46619-9716

Date or dates debt was incurred     5/9/2017

Last 4 digits of account number     2   4   2   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.1014** Nonpriority creditor's name and mailing address

John Lazar

15111 FREEMAN AVE, #24

LAWNDALE                      CA        90260

Date or dates debt was incurred     1/17/2020

Last 4 digits of account number     4   9   2   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$28.00**

---

**3.1015** Nonpriority creditor's name and mailing address

JOHN LINDQUIST

PO BOX 71

605 N HWY 86

LAKEFIELD                     MN        56150-0071

Date or dates debt was incurred     10/30/2018

Last 4 digits of account number     3   8   5   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$79.92**

---

**3.1016** Nonpriority creditor's name and mailing address

JOHN LINGSWEILER

22410 Kathryn Ave

Torrance                      CA        90505-2204

Date or dates debt was incurred     10/23/2018

Last 4 digits of account number     0   8   6   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$254.57**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

**3.1017**   Nonpriority creditor's name and mailing address

**JOHN LONG**

**1115 CROWLEY DR**

_____

**CARROLLTON**          **TX**      **75006**

Date or dates debt was incurred        **9/4/2020**

Last 4 digits of account number        **3   6   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

($17.63)

---

**3.1018**   Nonpriority creditor's name and mailing address

**John Luetich**

**3328 172ND ST**

_____

**FLUSHING**          **NY**      **11358**

Date or dates debt was incurred        **12/16/2019**

Last 4 digits of account number        **5   5   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20.98

---

**3.1019**   Nonpriority creditor's name and mailing address

**JOHN MARTIN**

**1373 Washington Square Dr**

_____

**Chipley**          **FL**      **32428-6079**

Date or dates debt was incurred        **1/3/2018**

Last 4 digits of account number        **6   2   1   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$21.98

---

**3.1020**   Nonpriority creditor's name and mailing address

**JOHN MAYKO**

**907 25th St NW**

_____

**Canton**          **OH**      **44709-3718**

Date or dates debt was incurred        **3/11/2020**

Last 4 digits of account number        **5   8   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$125.25

---

| Debtor | MMD Holdings, LLC | | Case number (if known) | |
|---|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1021** Nonpriority creditor's name and mailing address

JOHN MAZE

2505 6th St

Cuyahoga Falls          OH     44221-2429

Date or dates debt was incurred     10/9/2020

Last 4 digits of account number     1  9  1  1

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$39.73

---

**3.1022** Nonpriority creditor's name and mailing address

JOHN MOORE

17206 146TH AVE SE

RENTON          WA     98058

Date or dates debt was incurred     12/12/2017

Last 4 digits of account number     8  8  1  2

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$49.01

---

**3.1023** Nonpriority creditor's name and mailing address

John Murphy

2640 DOWNER AVE

RICHMOND          CA     94804

Date or dates debt was incurred     7/28/2020

Last 4 digits of account number     0  6  1  2

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9.99

---

**3.1024** Nonpriority creditor's name and mailing address

JOHN NICHOLS

3515 SUMMERVILLE RD 130

PHENIX CITY          AL     36867

Date or dates debt was incurred     3/20/2018

Last 4 digits of account number     2  9  2  3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$44.97

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1025** Nonpriority creditor's name and mailing address

__JOHN ORMISTON__

__8018 Robert St__

_____

__Taylor__                    __MI__    __48180-2306__

Date or dates debt was incurred    __3/8/2019__

Last 4 digits of account number    __4   4   1   8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

**$38.67**

---

**3.1026** Nonpriority creditor's name and mailing address

__JOHN OSOLKOWSKI__

__PO Box 487__

_____

__Rogue River__              __OR__    __97537-0487__

Date or dates debt was incurred    __11/1/2018__

Last 4 digits of account number    __0   7   4   4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

**$3.98**

---

**3.1027** Nonpriority creditor's name and mailing address

__JOHN OTOOLE__

__42 Steinhardt Ave__

_____

__Old Bridge__               __NJ__    __08857-3420__

Date or dates debt was incurred    __2/20/2019__

Last 4 digits of account number    __5   3   5   3__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

**$39.98**

---

**3.1028** Nonpriority creditor's name and mailing address

__john p mercer__

__5309 DEFORD RD__

_____

__VIRGINIA BEACH__           __VA__    __23455__

Date or dates debt was incurred    __7/10/2019__

Last 4 digits of account number    __6   7   9   0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

**$33.50**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1029** Nonpriority creditor's name and mailing address

JOHN PEDERSON JR

PO Box 418

Hillsboro      ND    58045-0418

Date or dates debt was incurred    1/30/2017

Last 4 digits of account number    1   9   2   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.24

---

**3.1030** Nonpriority creditor's name and mailing address

JOHN PLANINSHEK

394 OLD LINE AVE

LAUREL      MD    20724

Date or dates debt was incurred    9/24/2020

Last 4 digits of account number    9   3   2   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$19.99

---

**3.1031** Nonpriority creditor's name and mailing address

JOHN PRZYBYLINSKI

152 Jerome Pl

Bloomfield      NJ    07003-4916

Date or dates debt was incurred    8/23/2018

Last 4 digits of account number    7   5   0   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.90

---

**3.1032** Nonpriority creditor's name and mailing address

JOHN PUGH

PO BOX 500

DELPHI      IN    46923

Date or dates debt was incurred    3/13/2019

Last 4 digits of account number    2   3   9   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$83.04

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1033** Nonpriority creditor's name and mailing address

JOHN REAGOSO

4912 29TH ROAD SOUTH

ARLINGTON          VA      22206

Date or dates debt was incurred      7/15/2020

Last 4 digits of account number      5  5  3  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$192.23**

**3.1034** Nonpriority creditor's name and mailing address

John Recine

92 Redwood Ave

Edison          NJ      08817-4327

Date or dates debt was incurred      10/5/2019

Last 4 digits of account number      0  2  3  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$46.74**

**3.1035** Nonpriority creditor's name and mailing address

JOHN RODGERS

740 Eastmont Dr Apt 2B

Greensburg          PA      15601-3453

Date or dates debt was incurred      9/12/2019

Last 4 digits of account number      2  4  2  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.99**

**3.1036** Nonpriority creditor's name and mailing address

JOHN RODGERS

740 EASTMONT DR 2B

GREENSBURG          PA      15601

Date or dates debt was incurred      7/6/2017

Last 4 digits of account number      7  0  4  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$80.93**

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1037** Nonpriority creditor's name and mailing address

**JOHN RODGERS**

**740 EASTMONT DR 2B**

_____

**GREENSBURG** **PA** **15601-3453**

Date or dates debt was incurred **6/19/2019**

Last 4 digits of account number **1 9 1 9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$335.55**

---

**3.1038** Nonpriority creditor's name and mailing address

**JOHN RUFF**

**963 W Big Bear Ln**

_____

**Logan** **KS** **67646-5035**

Date or dates debt was incurred **3/1/2018**

Last 4 digits of account number **3 9 4 1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$128.95**

---

**3.1039** Nonpriority creditor's name and mailing address

**JOHN RUIZ**

**814 N Rockwell St**

_____

**Chicago** **IL** **60622-4552**

Date or dates debt was incurred **8/9/2019**

Last 4 digits of account number **8 8 0 1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.00**

---

**3.1040** Nonpriority creditor's name and mailing address

**JOHN S WHITE**

**300 Newman Ct**

_____

**Sterling** **VA** **20164-2528**

Date or dates debt was incurred **5/1/2017**

Last 4 digits of account number **2 5 1 3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.00**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1041** Nonpriority creditor's name and mailing address

**JOHN SCHUMAN**

**2745 N Pershing Ave**

**San Bernardino**           **CA**      **92405-3537**

Date or dates debt was incurred        **10/10/2018**

Last 4 digits of account number        **0   0   6   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$373.15

---

**3.1042** Nonpriority creditor's name and mailing address

**JOHN SCOTT**

**265 W MALLARD CIR**

**SIERRA VISTA**            **AZ**      **85635**

Date or dates debt was incurred        **1/14/2020**

Last 4 digits of account number        **6   2   4   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$82.98

---

**3.1043** Nonpriority creditor's name and mailing address

**JOHN SEALINE**

**13470 Taylorstown Rd**

**Leesburg**              **VA**      **20176-6162**

Date or dates debt was incurred        **4/20/2017**

Last 4 digits of account number        **9   4   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$58.56

---

**3.1044** Nonpriority creditor's name and mailing address

**JOHN SMITH**

**2301-51 ST, APT 1**

**LUBBOCK**              **TX**      **79412**

Date or dates debt was incurred        **11/19/2020**

Last 4 digits of account number        **0   7   4   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.64

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.1045**   **Nonpriority creditor's name and mailing address**

**JOHN SPANOVICH**

**9845 Lake Mist Dr**

_____

**Grasston**        **MN**   **55030-2137**

Date or dates debt was incurred   **8/14/2017**

Last 4 digits of account number   **9   9   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.43**

---

**3.1046**   **Nonpriority creditor's name and mailing address**

**JOHN STIEGLER**

**1565 N Wildflower Dr Apt 711**

_____

**Casa Grande**        **AZ**   **85122-6072**

Date or dates debt was incurred   **8/15/2019**

Last 4 digits of account number   **8   7   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.98**

---

**3.1047**   **Nonpriority creditor's name and mailing address**

**JOHN STIMITZ**

**78-72 80TH STREET**

_____

**GLENDALE**        **NY**   **11385**

Date or dates debt was incurred   **5/17/2019**

Last 4 digits of account number   **1   3   8   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.95**

---

**3.1048**   **Nonpriority creditor's name and mailing address**

John Stott

**2429 MOONSTONE DR**

_____

**CRESTVIEW**        **FL**   **32536**

Date or dates debt was incurred   **9/24/2019**

Last 4 digits of account number   **3   7   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.94 |

**JOHN T ADAMS**

**5959 66TH AVE APT 112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SACRAMENTO**    **CA**    **95823-2641**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **12/14/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **2 2 1 6**

---

| 3.1050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.20 |

**John T. Herndon**

**922 JUTLAND LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FORT COLLINS**    **CO**    **80524**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **7/11/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **4 0 9 8**

---

| 3.1051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.50 |

**JOHN TATE**

**1029 Dakota St SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Albuquerque**    **NM**    **87108-4921**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **12/10/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **1 6 4 9**

---

| 3.1052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.99 |

**John Tibbs**

**883 W BIRCH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NIXA**    **MO**    **65714**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred **7/27/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **6 9 0 1**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1053**   Nonpriority creditor's name and mailing address

**JOHN TREGO**

**PO Box 38**

_____

**Rock Hall**      **MD**    **21661-0038**

Date or dates debt was incurred    **5/23/2019**

Last 4 digits of account number    **1**   **8**   **2**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.06**

---

**3.1054**   Nonpriority creditor's name and mailing address

**JOHN TRUESDALE**

**3710 E Shepherd Pl**

_____

**Tucson**      **AZ**    **85713-4234**

Date or dates debt was incurred    **11/17/2017**

Last 4 digits of account number    **1**   **1**   **5**   **8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.03**

---

**3.1055**   Nonpriority creditor's name and mailing address

**JOHN WARD**

**112 W Piedmont St**

_____

**Keyser**      **WV**    **26726-2739**

Date or dates debt was incurred    **8/3/2018**

Last 4 digits of account number    **8**   **9**   **5**   **4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.23**

---

**3.1056**   Nonpriority creditor's name and mailing address

John Willey

**2301 NW122 ND STREET**

**2813**

**OKLAHOMA CITY**      **OK**    **73120**

Date or dates debt was incurred    **5/3/2020**

Last 4 digits of account number    **8**   **5**   **7**   **3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$53.97**

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.19 |

**3.1057** Nonpriority creditor's name and mailing address

JOHN WOOD

918 E High St

Colorado Springs          CO      80903-3505

Date or dates debt was incurred        2/7/2019

Last 4 digits of account number      3   0   6   3

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim:** $1.19

---

**3.1058** Nonpriority creditor's name and mailing address

JOHN YOUNG

2191 GREAT OAK DR

MILFORD          MI      48380

Date or dates debt was incurred        12/28/2020

Last 4 digits of account number      1   7   2   9

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim:** $20.38

---

**3.1059** Nonpriority creditor's name and mailing address

JOHNNIE WILSON #1665138

7405 HWY 75 S

UNIT GOREE

HUNTSVILLE          TX      77344

Date or dates debt was incurred        1/17/2019

Last 4 digits of account number      8   7   8   4

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim:** $0.13

---

**3.1060** Nonpriority creditor's name and mailing address

JOHNNY BOWMAN

PO Box 365

Polkville          NC      28136-0365

Date or dates debt was incurred        10/1/2018

Last 4 digits of account number      6   3   5   8

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Amount of claim:** $0.10

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1061**   Nonpriority creditor's name and mailing address

**JOHNNY BOWMAN**

**PO BOX 365**

_____

**POLKVILLE**                     **NC      28136**

Date or dates debt was incurred      **12/5/2019**

Last 4 digits of account number      **4   7   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.06**

---

**3.1062**   Nonpriority creditor's name and mailing address

**JOHNNY DOSTER**

**PO Box 1101**

_____

**Pasadena**                     **CA      91102-1101**

Date or dates debt was incurred      **2/6/2018**

Last 4 digits of account number      **8   4   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$136.40**

---

**3.1063**   Nonpriority creditor's name and mailing address

**JON BUMPS**

**2433 Marsha Ct**

_____

**Riverside**                     **CA      92506-5031**

Date or dates debt was incurred      **10/20/2020**

Last 4 digits of account number      **8   9   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.00**

---

**3.1064**   Nonpriority creditor's name and mailing address

**Jon Pospisil**

**1412 BLACKMORE RD.**

_____

**CLEVELAND HEIGHTS**             **OH      44118**

Date or dates debt was incurred      **4/10/2020**

Last 4 digits of account number      **5   9   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.99**

---

Debtor    **MMD Holdings, LLC**                  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    Amount of claim

---

**3.1065**   Nonpriority creditor's name and mailing address

**JON-PAUL DUBOIS**

**32 Parker St**

_____

**Laconia**            **NH**     **03246-2735**

Date or dates debt was incurred    **1/30/2019**

Last 4 digits of account number    **5**   **9**   **3**   **2**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

             **$211.87**

---

**3.1066**   Nonpriority creditor's name and mailing address

**JONATHAN SLEPKO**

**254 DOUGLAS HIGHWAY**

**LAMOINE, ME 4605**

_____

Date or dates debt was incurred    **11/20/2019**

Last 4 digits of account number    **8**   **9**   **3**   **2**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

             **$3.00**

---

**3.1067**   Nonpriority creditor's name and mailing address

**JONATHAN SMITH**

**1201 Shady Run Ave**

_____

**Pittsburgh**         **PA**     **15234-1830**

Date or dates debt was incurred    **11/28/2016**

Last 4 digits of account number    **9**   **8**   **6**   **2**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

             **$61.07**

---

**3.1068**   Nonpriority creditor's name and mailing address

**JORDAN JONES**

**56 Legend Rd**

_____

**Benbrook**         **TX**     **76132-1036**

Date or dates debt was incurred    **9/26/2019**

Last 4 digits of account number    **9**   **0**   **7**   **5**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

             **$1.24**

---

Debtor    **MMD Holdings, LLC**         Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1069**   Nonpriority creditor's name and mailing address

jorge arnau

690 SW 1ST COURT

APT 1926

MIAMI      FL    33130

Date or dates debt was incurred    8/7/2019

Last 4 digits of account number    6   0   3   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.95**

---

**3.1070**   Nonpriority creditor's name and mailing address

JOSE GALLARDO

96 SLATER ST APT 212

WEBSTER      MA    01570-2366

Date or dates debt was incurred    10/8/2019

Last 4 digits of account number    3   8   6   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$48.89**

---

**3.1071**   Nonpriority creditor's name and mailing address

JOSE HENRIQUEZ

2074 Hidden Falls Dr

Folsom      CA    95630-6343

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    6   0   0   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.51**

---

**3.1072**   Nonpriority creditor's name and mailing address

JOSEF D HYATT

21 BLUFFWALK DR

GARLAND      TX    75040

Date or dates debt was incurred    9/13/2018

Last 4 digits of account number    1   6   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.58**

---

Debtor **MMD Holdings, LLC** _____     Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1073**   Nonpriority creditor's name and mailing address

**JOSEPH ANDALIKIEWICZ**

**346 N 61st St**

_____

**Kansas City**            **KS**      **66102-3208**

Date or dates debt was incurred    **10/11/2019**

Last 4 digits of account number    **3   1   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.98**

---

**3.1074**   Nonpriority creditor's name and mailing address

**JOSEPH BOBROWSKY**

**239 S West St**

_____

**Shenandoah**            **PA**      **17976-2244**

Date or dates debt was incurred    **3/7/2017**

Last 4 digits of account number    **6   7   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.32**

---

**3.1075**   Nonpriority creditor's name and mailing address

**JOSEPH BOKKON**

**4447 Weddell St**

_____

**Dearborn Heights**            **MI**      **48125-3031**

Date or dates debt was incurred    **3/27/2019**

Last 4 digits of account number    **5   4   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.46**

---

**3.1076**   Nonpriority creditor's name and mailing address

**JOSEPH BOWEN**

**5566 County Road 18**

_____

**Ozark**            **AL**      **36360-5627**

Date or dates debt was incurred    **11/9/2020**

Last 4 digits of account number    **8   9   9   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$54.75**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1077 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.07 |

JOSEPH BOYLE

9322 THIRD AVE

STE 332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BROOKLYN          NY    11209          **Consumer refund/prepayment**

Date or dates debt was incurred    7/17/2019

**Is the claim subject to offset?**

Last 4 digits of account number    8  6  0  2

☒ No
☐ Yes

---

| 3.1078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.04 |

JOSEPH BOYLE

8835 23RD AVENUE

APT. #D9

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BROOKLYN          NY    11214          **Consumer refund/prepayment**

Date or dates debt was incurred    2/13/2020

**Is the claim subject to offset?**

Last 4 digits of account number    7  2  0  9

☒ No
☐ Yes

---

| 3.1079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.99 |

JOSEPH CHIARAMONTE

8714 26TH AVE

BASEMENT APT

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BROOKLYN          NY    11214          **Consumer refund/prepayment**

Date or dates debt was incurred    5/29/2018

**Is the claim subject to offset?**

Last 4 digits of account number    5  3  6  7

☒ No
☐ Yes

---

| 3.1080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.98 |

JOSEPH CHRISTIANI

104 TURNER ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEDHAM          MA    02026-3734          **Consumer refund/prepayment**

Date or dates debt was incurred    5/8/2020

**Is the claim subject to offset?**

Last 4 digits of account number    6  5  2  4

☒ No
☐ Yes

---

Debtor     **MMD Holdings, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         Amount of claim

---

**3.1081**   Nonpriority creditor's name and mailing address

**JOSEPH CORBINE**

**PO Box 1043**

_____

**Fort Benton**      **MT**    **59442-1043**

Date or dates debt was incurred    **8/22/2019**

Last 4 digits of account number    **0  6  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

         **$23.99**

---

**3.1082**   Nonpriority creditor's name and mailing address

**JOSEPH D AMICO**

**PO BOX 589**

_____

**VAN BUREN**      **AR**    **72957**

Date or dates debt was incurred    **11/6/2018**

Last 4 digits of account number    **7  7  1  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

         **$114.06**

---

**3.1083**   Nonpriority creditor's name and mailing address

**Joseph DeLuca**

**610 Woodthrush Ct**

_____

**Mount Laurel**      **NJ**    **08054-2127**

Date or dates debt was incurred    **10/20/2019**

Last 4 digits of account number    **9  4  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

         **$21.99**

---

**3.1084**   Nonpriority creditor's name and mailing address

**JOSEPH DINUCCI**

**227 Grant Ave # 2**

_____

**Brooklyn**      **NY**    **11208-1811**

Date or dates debt was incurred    **5/30/2017**

Last 4 digits of account number    **2  4  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

         **$185.73**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1085**   **Nonpriority creditor's name and mailing address**

**JOSEPH DUFFIELD**

**203 N PINE ST**

_____

**BLOOMFIELD**      **IA**     **52537-1429**

Date or dates debt was incurred    **10/18/2017**

Last 4 digits of account number    **5**   **1**   **7**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$12.39**

---

**3.1086**   **Nonpriority creditor's name and mailing address**

**JOSEPH GALKA**

**224 Glenview Loop**

_____

**Saint Cloud**      **MN**     **56303-4866**

Date or dates debt was incurred    **1/15/2020**

Last 4 digits of account number    **7**   **6**   **6**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$24.98**

---

**3.1087**   **Nonpriority creditor's name and mailing address**

**JOSEPH GREEN**

**1511 Marie St Apt 8**

_____

**Trenton**      **MI**     **48183-2652**

Date or dates debt was incurred    **11/27/2017**

Last 4 digits of account number    **8**   **2**   **3**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7.40**

---

**3.1088**   **Nonpriority creditor's name and mailing address**

**JOSEPH GUAIMANO**

**97 Main St # 4**

_____

**Manasquan**      **NJ**     **08736-3037**

Date or dates debt was incurred    **8/10/2020**

Last 4 digits of account number    **2**   **1**   **1**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$14.09**

---

Debtor **MMD Holdings, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1089**   Nonpriority creditor's name and mailing address

**JOSEPH HACKING**

**22 Ivy Rd**

**Lake Ozark**     **MO**     **65049-6765**

Date or dates debt was incurred    **6/4/2018**

Last 4 digits of account number    **0   2   5   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$39.98**

---

**3.1090**   Nonpriority creditor's name and mailing address

**JOSEPH HAHN**

**8212 Lookout Ln**

**Frederick**     **MD**     **21702-2550**

Date or dates debt was incurred    **4/23/2019**

Last 4 digits of account number    **8   4   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$14.39**

---

**3.1091**   Nonpriority creditor's name and mailing address

**JOSEPH K SMITH**

**471 Lembeck Lake Rd**

**De Soto**     **MO**     **63020-3609**

Date or dates debt was incurred    **5/7/2019**

Last 4 digits of account number    **1   9   2   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$67.89**

---

**3.1092**   Nonpriority creditor's name and mailing address

**JOSEPH LOMAX**

**512 S DOUGLAS**

**APT 1**

**ELK POINT**     **SD**     **57025-0988**

Date or dates debt was incurred    **2/9/2017**

Last 4 digits of account number    **4   1   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1093** Nonpriority creditor's name and mailing address

Joseph Lucia

21-1B TOEHEE PLACE

ISLIP                     NY     11751

Date or dates debt was incurred     8/17/2019

Last 4 digits of account number     6   2   3   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$33.14

---

**3.1094** Nonpriority creditor's name and mailing address

JOSEPH MARTINEZ

190 ROCKMONT CIRCLE

SACRAMENTO                CA     95835

Date or dates debt was incurred     8/24/2020

Last 4 digits of account number     1   0   4   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$1.70

---

**3.1095** Nonpriority creditor's name and mailing address

JOSEPH MATRANGA

5220 KING ARTHUR CIR

ROSEDALE                  MD     21237

Date or dates debt was incurred     6/16/2020

Last 4 digits of account number     9   2   5   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$9.98

---

**3.1096** Nonpriority creditor's name and mailing address

JOSEPH MCDONALD

70 Madison Rd

Swansea                   MA     02777-3125

Date or dates debt was incurred     3/16/2017

Last 4 digits of account number     8   7   6   3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$12.00

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1097**   Nonpriority creditor's name and mailing address

**JOSEPH PAUL KENNEDY**

**1857 TARPON STREET SW**

**SHALLOTTE**          **NC**     **28470**

Date or dates debt was incurred          **1/3/2018**

Last 4 digits of account number          **8   8   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.85

---

**3.1098**   Nonpriority creditor's name and mailing address

**JOSEPH RAPOZO**

**1037 N 7th St**

**Lompoc**          **CA**     **93436-3623**

Date or dates debt was incurred          **3/14/2019**

Last 4 digits of account number          **2   5   9   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.94

---

**3.1099**   Nonpriority creditor's name and mailing address

**Joseph Rocamora**

**649 WEST 34TH ST.**

**SUITE 102 PS**

**Los Angeles**          **CA**     **90089**

Date or dates debt was incurred          **1/28/2020**

Last 4 digits of account number          **8   8   2   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$17.86

---

**3.1100**   Nonpriority creditor's name and mailing address

**JOSEPH TERRANOVA**

**PO Box 825**

**Gloversville**          **NY**     **12078-0825**

Date or dates debt was incurred          **7/1/2020**

Last 4 digits of account number          **9   9   3   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$38.46

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1101** Nonpriority creditor's name and mailing address

JOSEPH TRAHAN

10 Wickham Ct

Fredericksburg          VA      22405-2852

Date or dates debt was incurred    5/1/2017

Last 4 digits of account number    3   4   8   8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$33.58

---

**3.1102** Nonpriority creditor's name and mailing address

JOSEPH VERMINSKI

311 N DOXTATOR ST APT 1

ROME                NY      13440-3143

Date or dates debt was incurred    5/26/2020

Last 4 digits of account number    0   0   6   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$170.12

---

**3.1103** Nonpriority creditor's name and mailing address

Joseph Vilardo

67 Mount Hope Ave

Ticonderoga          NY      12883-1108

Date or dates debt was incurred    11/19/2019

Last 4 digits of account number    3   3   6   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$14.99

---

**3.1104** Nonpriority creditor's name and mailing address

Joseph Voketitis

2026 Fire Tower Ln

Ijamsville          MD      21754-8738

Date or dates debt was incurred    4/15/2020

Last 4 digits of account number    9   9   1   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$20.99

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.1105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |

JOSHUA BRONSON #546564

NWCX-L

960 ST RT 212

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

TIPTONVILLE      TN    38079

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   6/26/2020

Last 4 digits of account number   0 3 8 6

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.72 |

JUAN A MORALES

JARDINES DEL CARIBE

MM13 CALLE 40

PONCE, , 00728-2672

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   4/5/2019

Last 4 digits of account number   3 9 5 7

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.01 |

JUAN A MORALES

75 BUSH ST APT 1B

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

BROOKLYN      NY    11231

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   10/22/2020

Last 4 digits of account number   4 4 8 5

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.99 |

JUAN CARLOS ARANDA

10 Palmer Ave

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Staten Island      NY    10302-2103

**Basis for the claim:**
Consumer refund/prepayment

Date or dates debt was incurred   10/4/2016

Last 4 digits of account number   9 3 3 4

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor  **MMD Holdings, LLC**                                          Case number (if known)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.1109** Nonpriority creditor's name and mailing address

**JUAN MANUEL NUNEZ**

**701 N INTERNATIONAL BLVD #119**

**STE 190**

**HIDALGO**                    **TX**     **78557**

Date or dates debt was incurred      **6/23/2020**

Last 4 digits of account number      **2   0   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$31.65

---

**3.1110** Nonpriority creditor's name and mailing address

**JUAN MANUEL NUNEZ**

**701 N. INTERNATIONAL BLVD.**

**STE. 119-190**

**HIDALGO**                    **TX**     **78557**

Date or dates debt was incurred      **11/16/2020**

Last 4 digits of account number      **4   5   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$12.30

---

**3.1111** Nonpriority creditor's name and mailing address

**JUAN MANUEL NUNEZ**

**701 N. INTERNATIONAL BLVD.**

**SUITE 119 - 190**

**HIDALGO**                    **TX**     **78557**

Date or dates debt was incurred      **12/10/2019**

Last 4 digits of account number      **4   6   5   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$54.58

---

**3.1112** Nonpriority creditor's name and mailing address

Juan Solorzano

**1555 GALVEZ AVE STE 400**

**SAN FRANCISCO**            **CA**     **94124-1707**

Date or dates debt was incurred      **10/21/2019**

Last 4 digits of account number      **3   1   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$30.92

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1113** **Nonpriority creditor's name and mailing address**

**JUAN V VALENTIN**

**144 E ROBERTS AVE**

_____

**WILDWOOD**          **NJ**     **08260-4631**

Date or dates debt was incurred     **5/8/2018**

Last 4 digits of account number     **7  8  3  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$31.99**

---

**3.1114** **Nonpriority creditor's name and mailing address**

**JULIAN GHIZDAREANU**

**540 COMMERCE ST**

_____

**SOUTHLAKE**          **TX**     **76092**

Date or dates debt was incurred     **7/2/2020**

Last 4 digits of account number     **9  7  1  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20.55**

---

**3.1115** **Nonpriority creditor's name and mailing address**

**JULIAN WNUK**

**8745 S Monticello Cir**

_____

**Granbury**          **TX**     **76049-4770**

Date or dates debt was incurred     **5/24/2018**

Last 4 digits of account number     **1  9  4  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27.05**

---

**3.1116** **Nonpriority creditor's name and mailing address**

**JULIE RAU**

**4210 Hunters Creek Rd**

_____

**Metamora**          **MI**     **48455-9223**

Date or dates debt was incurred     **4/2/2019**

Last 4 digits of account number     **5  2  7  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$41.22**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1117**   Nonpriority creditor's name and mailing address

**JULIO CASTILLO**

**2295 AARON ST**

**APT 112**

**PORT CHARLOTTE**     **FL**    **33952**

Date or dates debt was incurred    **3/12/2018**

Last 4 digits of account number    **6   4   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$38.57

---

**3.1118**   Nonpriority creditor's name and mailing address

**Julio Cesar Ramirez Meinguer**

**Calle Laja 156**

**Col. El Progreso**

**La Paz, B.C.S., CA 23084**

Date or dates debt was incurred    **10/9/2018**

Last 4 digits of account number    **1   3   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$52.05

---

**3.1119**   Nonpriority creditor's name and mailing address

**JUNIOR MEHAFFY**

**139 Maple Dr**

**Mediapolis**     **IA**    **52637-9763**

Date or dates debt was incurred    **2/15/2019**

Last 4 digits of account number    **0   2   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$59.20

---

**3.1120**   Nonpriority creditor's name and mailing address

**JUSTIN WEST**

**32128 Palmer Rd**

**Westland**     **MI**    **48186-4759**

Date or dates debt was incurred    **1/22/2019**

Last 4 digits of account number    **8   0   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$56.84

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1121**   Nonpriority creditor's name and mailing address

JUSTINJ MADDEN

935 Hacienda Cir

Rohnert Park    CA    94928-6005

Date or dates debt was incurred    3/7/2020

Last 4 digits of account number    8 0 7 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$214.93

---

**3.1122**   Nonpriority creditor's name and mailing address

K HORNE

67 SAND HILL CIRCLE

RUTLAND, VT 5701

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    4 8 4 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$9.30

---

**3.1123**   Nonpriority creditor's name and mailing address

KARL CAPALBO

70 BLAKE ST

APT 4Y

LEWISTON, ME 4240

Date or dates debt was incurred    9/25/2020

Last 4 digits of account number    1 0 7 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$7.89

---

**3.1124**   Nonpriority creditor's name and mailing address

KARL IMMELMANN

14316 SE 13TH ST

VANCOUVER    WA    98683

Date or dates debt was incurred    10/29/2020

Last 4 digits of account number    8 3 9 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$125.00

---

Debtor __MMD Holdings, LLC__ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1125** **Nonpriority creditor's name and mailing address**

KARL NASH

PO BOX 50055

_____

AMARILLO          TX        79159-0055

Date or dates debt was incurred        12/13/2018

Last 4 digits of account number       0    4    6    1

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$358.40

---

**3.1126** **Nonpriority creditor's name and mailing address**

KARL SEE

1219 ANDERSON DR

_____

LEESVILLE          LA        71446

Date or dates debt was incurred        1/27/2020

Last 4 digits of account number       1    3    1    6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$74.99

---

**3.1127** **Nonpriority creditor's name and mailing address**

KATHRYN MILLS WOODSUM

1601 MAIN ST.

P.O. BOX 378

KENTS HILL, ME 4349

_____

Date or dates debt was incurred        1/3/2020

Last 4 digits of account number       5    4    9    6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$63.48

---

**3.1128** **Nonpriority creditor's name and mailing address**

Keenan Chittester

13613 S 37th St

_____

Phoenix          AZ        85044-4570

Date or dates debt was incurred        9/14/2019

Last 4 digits of account number       2    3    9    2

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$20.01

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1129** Nonpriority creditor's name and mailing address

**KEITH BERRY**

**1003 N.13TH STEET**

SAINT JOSEPH          MO      64501

Date or dates debt was incurred      2/5/2020

Last 4 digits of account number      4   5   1   7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$150.35

---

**3.1130** Nonpriority creditor's name and mailing address

**KEITH CLAMPITT**

**1917 LAKE POINT DR APT 4**

MADISON          WI      53713-1681

Date or dates debt was incurred      11/14/2017

Last 4 digits of account number      0   3   7   0

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$249.98

---

**3.1131** Nonpriority creditor's name and mailing address

**KEITH COLIN 80713**

**1 Chimney Point Dr**

Ogdensburg          NY      13669-2212

Date or dates debt was incurred      3/1/2018

Last 4 digits of account number      8   9   9   8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.00

---

**3.1132** Nonpriority creditor's name and mailing address

**KEITH LOMAS**

**1212 H STREET**

**SPC 120**

RAMONA          CA      92065-2854

Date or dates debt was incurred      11/20/2018

Last 4 digits of account number      4   5   0   5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$1.26

---

Debtor **MMD Holdings, LLC**        Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1133** Nonpriority creditor's name and mailing address

**KEITH SHELL**

**607 Shell Creek Rd**

**Roan Mountain**      **TN**    **37687-3252**

Date or dates debt was incurred    12/28/2017

Last 4 digits of account number    1   3   8   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$75.83**

---

**3.1134** Nonpriority creditor's name and mailing address

**KEITH SLIZEWSKI**

**1333 Dollar Lake Rd**

**Eagle River**      **WI**    **54521-8977**

Date or dates debt was incurred    12/14/2018

Last 4 digits of account number    5   5   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$211.62**

---

**3.1135** Nonpriority creditor's name and mailing address

**KEITH WEISBERG**

**37217 N CONESTOGA TRL APT 12**

**APT 12**

**CAVE CREEK**      **AZ**    **85331-8864**

Date or dates debt was incurred    5/29/2019

Last 4 digits of account number    7   1   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$3.00**

---

**3.1136** Nonpriority creditor's name and mailing address

**KEITH WILLIAMSON**

**78 Huguenot Dr**

**Mastic Beach**      **NY**    **11951-6502**

Date or dates debt was incurred    2/26/2018

Last 4 digits of account number    3   0   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$20.44**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1137**  Nonpriority creditor's name and mailing address

**KELLEY CALLAHAN**

**705 Village Green Pkwy**

| Newport News | VA | 23602-7024 |
|---|---|---|

Date or dates debt was incurred    **11/19/2019**

Last 4 digits of account number    **7  6  7  3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.22

---

**3.1138**  Nonpriority creditor's name and mailing address

**Kelly Alisann Snedeker**

**PO BOX 347**

| ELBERT | CO | 80106 |
|---|---|---|

Date or dates debt was incurred    **5/14/2019**

Last 4 digits of account number    **1  1  1  5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$38.99

---

**3.1139**  Nonpriority creditor's name and mailing address

**KELLY COTTLE**

**4817 Oakwood Cir**

| Gastonia | NC | 28056-9031 |
|---|---|---|

Date or dates debt was incurred    **12/17/2019**

Last 4 digits of account number    **5  9  2  1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.21

---

**3.1140**  Nonpriority creditor's name and mailing address

**KELLY MCENROE**

**136**

**HARDING AVE.**

| VENTURA | CA | 93003 |
|---|---|---|

Date or dates debt was incurred    **12/16/2019**

Last 4 digits of account number    **4  8  4  8**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.40

---

Debtor   **MMD Holdings, LLC**                                                 Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1141** Nonpriority creditor's name and mailing address

**KELVIN TANG**

**72 BAY 13TH ST APT 4**

**BROOKLYN**        **NY**    **11214-3614**

Date or dates debt was incurred    **6/14/2018**

Last 4 digits of account number    **9   5   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47.98**

---

**3.1142** Nonpriority creditor's name and mailing address

**KEN BURKE**

**1963 Shadow Rock Dr**

**Kingwood**        **TX**    **77339-2235**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **7   1   5   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.49**

---

**3.1143** Nonpriority creditor's name and mailing address

**KEN CARTER**

**2300 OAKSHIRE LANE**

**APT 206**

**PUEBLO**        **CO**    **81001**

Date or dates debt was incurred    **3/23/2020**

Last 4 digits of account number    **3   5   7   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$37.45**

---

**3.1144** Nonpriority creditor's name and mailing address

**KEN HINSON**

**228 Cedar St**

**Hohenwald**        **TN**    **38462-1102**

Date or dates debt was incurred    **6/29/2018**

Last 4 digits of account number    **3   8   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1145** | Nonpriority creditor's name and mailing address

**KEN LAMURY**

**4617 S Laura St**

**Wichita**      **KS**      **67216-1946**

Date or dates debt was incurred    **6/26/2017**

Last 4 digits of account number    **6**   **8**   **6**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$74.74

---

**3.1146** | Nonpriority creditor's name and mailing address

**KEN MEACHAM**

**1623 N Apperson Way**

**Kokomo**      **IN**      **46901-2380**

Date or dates debt was incurred    **8/6/2020**

Last 4 digits of account number    **1**   **9**   **2**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$32.98

---

**3.1147** | Nonpriority creditor's name and mailing address

**Ken Schmidt**

**9304 S 27th Ave**

**Bellevue**      **NE**      **68147-8416**

Date or dates debt was incurred    **12/8/2019**

Last 4 digits of account number    **9**   **1**   **8**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$22.46

---

**3.1148** | Nonpriority creditor's name and mailing address

**KEN TAYLOR**

**247 Meeting House Cove Rd**

**Cherokee**      **NC**      **28719-6456**

Date or dates debt was incurred    **7/23/2019**

Last 4 digits of account number    **3**   **3**   **4**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$87.47

---

Debtor __MMD Holdings, LLC_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1149 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$6.31

**KENNETH A BURKET**

**113 Madison Cir**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Horseheads          NY     14845-2251      **Consumer refund/prepayment**

Date or dates debt was incurred     2/6/2018        **Is the claim subject to offset?**

Last 4 digits of account number     9   2   2   0     ☑ No
                                                      ☐ Yes

| 3.1150 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$30.94

**KENNETH A KOPPENAL**

**329 N 7TH ST**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

PROSPECT PARK       NJ     07508-2123      **Consumer refund/prepayment**

Date or dates debt was incurred     11/13/2017      **Is the claim subject to offset?**

Last 4 digits of account number     7   8   8   8     ☑ No
                                                      ☐ Yes

| 3.1151 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$152.50

**KENNETH CARNER**

**2016 Sauber Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Rockford            IL     61103-3729      **Consumer refund/prepayment**

Date or dates debt was incurred     12/19/2018      **Is the claim subject to offset?**

Last 4 digits of account number     2   8   1   3     ☑ No
                                                      ☐ Yes

| 3.1152 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$47.84

**KENNETH CHAMBERS**

**1020 Winslow St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Punxsutawney        PA     15767-4439      **Consumer refund/prepayment**

Date or dates debt was incurred     3/15/2019       **Is the claim subject to offset?**

Last 4 digits of account number     2   5   2   2     ☑ No
                                                      ☐ Yes

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1153** Nonpriority creditor's name and mailing address

KENNETH CORLEY

3112 N Wisconsin St

Hobart     IN    46342-1151

Date or dates debt was incurred    9/24/2018

Last 4 digits of account number    5 0 9 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$168.94

---

**3.1154** Nonpriority creditor's name and mailing address

KENNETH EVERHARDT

318 Beach 85th St Apt B302

Rockaway Beach    NY    11693-1453

Date or dates debt was incurred    6/18/2019

Last 4 digits of account number    5 4 8 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$59.92

---

**3.1155** Nonpriority creditor's name and mailing address

KENNETH MAYER

2208 Friendship St

Philadelphia    PA    19149-1323

Date or dates debt was incurred    1/23/2018

Last 4 digits of account number    3 9 9 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$170.18

---

**3.1156** Nonpriority creditor's name and mailing address

KENNETH MCNABB

PO Box 6272

Moore    OK    73153-0272

Date or dates debt was incurred    11/7/2019

Last 4 digits of account number    6 1 5 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$81.92

---

Debtor    **MMD Holdings, LLC**             Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1157**   Nonpriority creditor's name and mailing address

**KENNETH MROSS**

**396 Laurel Lake Rd**

_____

**Bartonsville**       **PA**    **18321-7782**

Date or dates debt was incurred    **11/6/2018**

Last 4 digits of account number    **2**   **8**   **9**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.00**

---

**3.1158**   Nonpriority creditor's name and mailing address

**KENNETH OWCZARCZAK**

**1000 Kennedys Lndg Unit 4**

_____

**Cincinnati**       **OH**    **45245-5127**

Date or dates debt was incurred    **3/9/2020**

Last 4 digits of account number    **1**   **2**   **1**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.99**

---

**3.1159**   Nonpriority creditor's name and mailing address

**KENNETH PETIT**

**1001 Marsh Grass Way Unit D**

_____

**Charleston**       **SC**    **29492-8259**

Date or dates debt was incurred    **2/24/2019**

Last 4 digits of account number    **0**   **0**   **8**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.99**

---

**3.1160**   Nonpriority creditor's name and mailing address

**KENNETH SAYRE**

**14058 BEE CAVE PARKWAY**

**BDLG B**

**BEE CAVE**       **TX**    **78738**

Date or dates debt was incurred    **11/11/2019**

Last 4 digits of account number    **4**   **4**   **7**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$465.09**

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

KENNETH STEWART

PO Box 273

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Matheny      WV    24860-0273

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   9/18/2019

**Is the claim subject to offset?**

Last 4 digits of account number   0   5   1   8

- ☑ No
- ☐ Yes

---

| 3.1162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.06 |

KENNETH TREADWAY

276 FOXCROFT DR

RR 3

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

ASHEVILLE      NC    28806-9515

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   4/13/2018

**Is the claim subject to offset?**

Last 4 digits of account number   9   4   3   9

- ☑ No
- ☐ Yes

---

| 3.1163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.18 |

KENT FARLEY

PO BOX 4073

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

T OR C      NM    87901-8073

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   10/23/2018

**Is the claim subject to offset?**

Last 4 digits of account number   2   6   3   4

- ☑ No
- ☐ Yes

---

| 3.1164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.99 |

KENT KLUESENER

7251 W. GREEN SPRINGS RD

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

INDIANAPOLIS      IN    46214-3820

**Basis for the claim:** Consumer refund/prepayment

Date or dates debt was incurred   5/23/2019

**Is the claim subject to offset?**

Last 4 digits of account number   9   9   2   6

- ☑ No
- ☐ Yes

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1165** Nonpriority creditor's name and mailing address

Kent Ramsey

8620 NE 26th Pl

_____

Clyde Hill                    WA        98004-1608

Date or dates debt was incurred    4/21/2020

Last 4 digits of account number    0   4   1   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$51.97

---

**3.1166** Nonpriority creditor's name and mailing address

KENT WILCOX

2375 NE Lindsey Dr

_____

Hillsboro                    OR        97124-4106

Date or dates debt was incurred    7/30/2020

Last 4 digits of account number    5   9   4   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$7.98

---

**3.1167** Nonpriority creditor's name and mailing address

KERRY SEARS

22079 Fawn River Rd

_____

Sturgis                    MI        49091-8214

Date or dates debt was incurred    11/22/2019

Last 4 digits of account number    3   6   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$59.97

---

**3.1168** Nonpriority creditor's name and mailing address

KEVIN CONLEY

709 Brewer St Apt 2

_____

Marshall                    MI        49068-9629

Date or dates debt was incurred    5/19/2020

Last 4 digits of account number    7   4   5   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$14.01

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1169** Nonpriority creditor's name and mailing address

**KEVIN HENSEL**

**1433 POPLAR ROAD**

_____

**FEASTERVILLE**      **PA**    **19053**

Date or dates debt was incurred    12/9/2019

Last 4 digits of account number    9   2   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$36.12**

---

**3.1170** Nonpriority creditor's name and mailing address

**Kevin Hutchinson**

**21012 FALLING OAKS ROAD**

_____

**Redding**      **CA**    **96003**

Date or dates debt was incurred    1/8/2019

Last 4 digits of account number    3   9   0   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$7.99**

---

**3.1171** Nonpriority creditor's name and mailing address

**Kevin Kentner**

**101 MCLELLAN DRIVE**

**#4026**

_____

**SOUTH SAN FRANCISCO**      **CA**    **94080**

Date or dates debt was incurred    2/4/2020

Last 4 digits of account number    2   3   9   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$7.95**

---

**3.1172** Nonpriority creditor's name and mailing address

**Kevin Larios**

**1703 S Mansfield Dr**

_____

**Stillwater**      **OK**    **74074-2329**

Date or dates debt was incurred    11/22/2019

Last 4 digits of account number    6   5   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$5.21**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1173 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin McClure**

**54 Sylvester Ave**

**Webster Groves**          **MO**      **63119-3007**

Date or dates debt was incurred          **11/27/2019**

Last 4 digits of account number          **0   2   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:          **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.96**

---

| 3.1174 | Nonpriority creditor's name and mailing address |
|---|---|

**KEVIN MOORE**

**7875 Chancellor Dr**

**Colorado Springs**          **CO**      **80920-7081**

Date or dates debt was incurred          **7/27/2018**

Last 4 digits of account number          **6   4   5   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:          **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42.93**

---

| 3.1175 | Nonpriority creditor's name and mailing address |
|---|---|

**KEVIN QUEEN**

**6109 Madison St**

**Coloma**          **MI**      **49038-9335**

Date or dates debt was incurred          **6/14/2019**

Last 4 digits of account number          **6   1   8   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:          **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.06**

---

| 3.1176 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Sison**

**Lot 15-17blk 46 V Carmona St N**

**BF Homes**

**PARANAQUE, , 1720**

Date or dates debt was incurred          **9/26/2019**

Last 4 digits of account number          **2   6   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:          **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$136.94**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1177**   Nonpriority creditor's name and mailing address      **$0.19**

**KEVIN WILLIAMS**

**1826 ETHAN WAY**

**APT 58**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SACRAMENTO**    **CA**    **95825-0967**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **6/4/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   2   9   1**

---

**3.1178**   Nonpriority creditor's name and mailing address      **$10.50**

**Kevon Huntley**

**41 BROOKWOOD DR**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SOUTHINGTON**    **CT**    **06489-1862**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **12/17/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   2   9   0**

---

**3.1179**   Nonpriority creditor's name and mailing address      **$173.20**

**KINZER TERMITE & PEST**

**1042 E JETER ROAD**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**BARTONVILLE**    **TX**    **76226**

Basis for the claim: **TRADE**

Date or dates debt was incurred   **8/14/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **_ _ N A**

---

**3.1180**   Nonpriority creditor's name and mailing address      **$18.94**

**KIP BAILEY**

**2314 Chestnut St**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Redding**    **CA**    **96001-3022**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred   **7/25/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   0   3   9**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1181** Nonpriority creditor's name and mailing address

**KIRK E. VANDER BOGART**

**116 Rotterdam St**

Schenectady        **NY**    **12306-1524**

Date or dates debt was incurred    **9/24/2018**

Last 4 digits of account number    **4  2  7  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.89**

---

**3.1182** Nonpriority creditor's name and mailing address

**KIRK KENNEDY**

**PO Box 87**

Bickleton        **WA**    **99322-0087**

Date or dates debt was incurred    **3/13/2020**

Last 4 digits of account number    **7  1  1  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.25**

---

**3.1183** Nonpriority creditor's name and mailing address

**Kirk Skaggs**

**17644 SE 299TH**

KENT        **WA**    **98042**

Date or dates debt was incurred    **6/6/2019**

Last 4 digits of account number    **1  2  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.00**

---

**3.1184** Nonpriority creditor's name and mailing address

**KONRAD M. DAHL**

**2869 NW 52nd Ter**

Margate        **FL**    **33063-1617**

Date or dates debt was incurred    **6/24/2019**

Last 4 digits of account number    **6  6  4  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.60**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1185**   **Nonpriority creditor's name and mailing address**

**KURT EHERENMAN**

**403 ELIZABETH AVE.**

**LAFAYETTE**     **CO**    **80026**

Date or dates debt was incurred   1/8/2020

Last 4 digits of account number   5   9   7   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.50**

---

**3.1186**   **Nonpriority creditor's name and mailing address**

**KURT HAGER**

**736 Sheffield Dr**

**Springfield**     **OH**    **45506-3740**

Date or dates debt was incurred   11/20/2018

Last 4 digits of account number   6   9   5   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.47**

---

**3.1187**   **Nonpriority creditor's name and mailing address**

**KURT HALLQUIST**

**2010 HANCOCK STREET**

**PORT HURON**     **MI**    **48060**

Date or dates debt was incurred   3/20/2017

Last 4 digits of account number   7   7   3   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$220.75**

---

**3.1188**   **Nonpriority creditor's name and mailing address**

**KURT KUBEREK**

**5925 Coakley Dr**

**King George**     **VA**    **22485-2442**

Date or dates debt was incurred   3/18/2019

Last 4 digits of account number   3   0   7   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.00**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.1189**   Nonpriority creditor's name and mailing address

**LAFAYETTE SUPPLY**

**1000 SCHELL LANE**

**PHOENIXVILLE**     **PA**    **19460**

Date or dates debt was incurred    **6/18/2020**

Last 4 digits of account number    **0  4  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$6,019.63**

---

**3.1190**   Nonpriority creditor's name and mailing address

**LANCE GUILLOT**

**4147 GRIFFIN GROVE**

**SILSBEE**     **TX**    **77656**

Date or dates debt was incurred    **4/3/2018**

Last 4 digits of account number    **9  8  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$3.20**

---

**3.1191**   Nonpriority creditor's name and mailing address

**LANCE POMERENKE**

**24 Marion Ln**

**Canterbury**     **CT**    **06331-1924**

Date or dates debt was incurred    **9/30/2019**

Last 4 digits of account number    **7  4  0  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$32.04**

---

**3.1192**   Nonpriority creditor's name and mailing address

**LARRY BETZELBERGER**

**23 Point East Ct**

**Pekin**     **IL**    **61554-5377**

Date or dates debt was incurred    **11/13/2019**

Last 4 digits of account number    **3  2  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$6.90**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1193** Nonpriority creditor's name and mailing address

**LARRY BLOEMAN**

**914 Harriet St**

_____

Evansville          IN          47710-2108

Date or dates debt was incurred     6/13/2017

Last 4 digits of account number     0   4   8   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.97

---

**3.1194** Nonpriority creditor's name and mailing address

**Larry Charbonneau**

**257 FARRELL RD**

_____

WILLSBORO          NY          12996

Date or dates debt was incurred     10/21/2019

Last 4 digits of account number     4   2   5   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$27.07

---

**3.1195** Nonpriority creditor's name and mailing address

**LARRY CRIPE**

**2114 W. GRANT ROAD PMB 85**

**PMB 85**

_____

TUCSON          AZ          85745

Date or dates debt was incurred     3/8/2019

Last 4 digits of account number     5   3   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$10.14

---

**3.1196** Nonpriority creditor's name and mailing address

**LARRY DICK**

**1531 104th St NW**

_____

Grove          OK          74344-4604

Date or dates debt was incurred     8/19/2019

Last 4 digits of account number     5   3   0   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$14.50

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.1197** Nonpriority creditor's name and mailing address | **$78.89** |

**LARRY E LAHAY**

**19 E JOHNSON ST APT A**

**BONNE TERRE**        **MO**    **63628-1560**

Date or dates debt was incurred    **5/22/2018**

Last 4 digits of account number    **4  8  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1198** Nonpriority creditor's name and mailing address | **$103.17** |

**LARRY EHLE**

**PO Box 1025**

**Polson**        **MT**    **59860-1025**

Date or dates debt was incurred    **9/5/2017**

Last 4 digits of account number    **2  9  8  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1199** Nonpriority creditor's name and mailing address | **$54.97** |

**LARRY GREEN**

**7 JOSHUA WAY**

**#311**

**ESSEX JUNCTION, VT 5452**

Date or dates debt was incurred    **12/31/2020**

Last 4 digits of account number    **7  4  5  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1200** Nonpriority creditor's name and mailing address | **$3.98** |

**LARRY HATT**

**1025 N GILBERT ST**

**ANAHEIM**        **CA**    **92801**

Date or dates debt was incurred    **5/8/2018**

Last 4 digits of account number    **3  3  1  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1201** Nonpriority creditor's name and mailing address

**LARRY HUGHES**

**PO Box 308**

Hammon      OK    73650-0308

Date or dates debt was incurred    10/16/2019

Last 4 digits of account number    6   3   5   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.45**

---

**3.1202** Nonpriority creditor's name and mailing address

**LARRY KIELL**

**2817 Lisa Ln**

Kansas City      MO    64129-1250

Date or dates debt was incurred    7/9/2019

Last 4 digits of account number    9   9   5   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$35.88**

---

**3.1203** Nonpriority creditor's name and mailing address

**LARRY LINLEY**

**70 WILDWOOD LANE**

SPRINGVILLE      AL    35146

Date or dates debt was incurred    4/10/2019

Last 4 digits of account number    5   8   4   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$28.94**

---

**3.1204** Nonpriority creditor's name and mailing address

**Larry McKinney**

**1511 DOGWOOD DR.**

ELKHART      IN    46514

Date or dates debt was incurred    3/19/2020

Last 4 digits of account number    5   0   6   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.99**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.1205 | Nonpriority creditor's name and mailing address |

**LARRY NICHOLSON**

**PO Box 2538**

_____

**Calcutta**          **OH**    **43920-0538**

Date or dates debt was incurred    **4/3/2017**

Last 4 digits of account number    **4  8  1  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27.55**

---

| 3.1206 | Nonpriority creditor's name and mailing address |

**LARRY PAUL**

**5160 Southlake Dr**

_____

**Evansville**          **IN**    **47715-7629**

Date or dates debt was incurred    **6/13/2019**

Last 4 digits of account number    **5  1  0  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$58.89**

---

| 3.1207 | Nonpriority creditor's name and mailing address |

**LARRY PIERCE**

**2110 State St**

_____

**North Bend**          **OR**    **97459-1366**

Date or dates debt was incurred    **8/24/2018**

Last 4 digits of account number    **0  0  9  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$145.85**

---

| 3.1208 | Nonpriority creditor's name and mailing address |

**LARRY REED**

**5150 E Michigan St**

_____

**Indianapolis**          **IN**    **46219-5628**

Date or dates debt was incurred    **1/27/2020**

Last 4 digits of account number    **4  7  0  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$117.97**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1209** Nonpriority creditor's name and mailing address

LARRY SMITH

31277 Dukes Bridge Rd

Cordova          MD     21625-2139

Date or dates debt was incurred          9/28/2018

Last 4 digits of account number          1   9   0   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.00

**3.1210** Nonpriority creditor's name and mailing address

LARRY SNODGRASS

713 Cherry St

Findlay          OH     45840-5832

Date or dates debt was incurred          3/26/2019

Last 4 digits of account number          8   5   4   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$15.92

**3.1211** Nonpriority creditor's name and mailing address

LARRY WOOLRIDGE

2026 Norhurst Way N

Catonsville          MD     21228-4114

Date or dates debt was incurred          2/14/2017

Last 4 digits of account number          4   1   7   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.95

**3.1212** Nonpriority creditor's name and mailing address

LAURENCE BAYER

7021 Westavia Dr

Knoxville          TN     37909-1118

Date or dates debt was incurred          12/31/2019

Last 4 digits of account number          3   4   5   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.98

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1213** | Nonpriority creditor's name and mailing address

**LAURENCE CRIPE**

**3383 W SOPHIA ST**

**TUCSON**       **AZ**     **85741-2051**

Date or dates debt was incurred    **6/15/2020**

Last 4 digits of account number    **2 4 8 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$167.97**

---

**3.1214** | Nonpriority creditor's name and mailing address

**LAWRENCE B. JENSEN**

**975 County Road Y**

**Brussels**       **WI**     **54204-9695**

Date or dates debt was incurred    **3/2/2018**

Last 4 digits of account number    **7 0 4 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$147.50**

---

**3.1215** | Nonpriority creditor's name and mailing address

**LAWRENCE CICCARELLI JR**

**35 COUNTRY WALK**

**SHELTON, CT 6484**

Date or dates debt was incurred    **9/27/2020**

Last 4 digits of account number    **1 0 8 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$79.99**

---

**3.1216** | Nonpriority creditor's name and mailing address

**Lawrence David**

**316 ELDRIDGE AVE**

**MILL VALLEY**       **CA**     **94941**

Date or dates debt was incurred    **10/21/2019**

Last 4 digits of account number    **4 2 3 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.85**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1217** Nonpriority creditor's name and mailing address

**LAWRENCE STAAB**

**324 Apple Tree Dr**

_____

**Jeffersonville** **VT** **05464-9337**

Date or dates debt was incurred **10/12/2020**

Last 4 digits of account number **4 5 6 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$8.99

---

**3.1218** Nonpriority creditor's name and mailing address

**LAYLA BATARSEH**

**8610 LARKVIEW LN**

_____

**FX STATION** **VA** **22039**

Date or dates debt was incurred **12/10/2019**

Last 4 digits of account number **4 8 2 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$10.50

---

**3.1219** Nonpriority creditor's name and mailing address

**Layne Robinette**

**33 N. 3000 WEST**

_____

**WEST POINT** **UT** **84015**

Date or dates debt was incurred **4/3/2020**

Last 4 digits of account number **0 2 2 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$57.98

---

**3.1220** Nonpriority creditor's name and mailing address

**LEE BOYD**

**2404 Homestead Dr**

_____

**Mesquite** **TX** **75181-4770**

Date or dates debt was incurred **7/12/2017**

Last 4 digits of account number **1 5 2 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$18.01

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1221**   Nonpriority creditor's name and mailing address

**Lee McMurry**

**3815 DENFELD AVENUE**

**KENSINGTON**    **MD**    **20895**

Date or dates debt was incurred    **12/2/2019**

Last 4 digits of account number    **2**   **6**   **4**   **3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$142.74**

---

**3.1222**   Nonpriority creditor's name and mailing address

**LEN GRANGER**

**1946 W Cushing St**

**Decatur**    **IL**    **62526-3614**

Date or dates debt was incurred    **3/3/2020**

Last 4 digits of account number    **8**   **7**   **3**   **7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.60**

---

**3.1223**   Nonpriority creditor's name and mailing address

**LEN ROSE**

**8611 Keister Rd**

**Germantown**    **OH**    **45327-7553**

Date or dates debt was incurred    **2/5/2019**

Last 4 digits of account number    **3**   **0**   **4**   **7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.09**

---

**3.1224**   Nonpriority creditor's name and mailing address

**LEO KELLER**

**1721 FIR ST**

**PAMPA**    **TX**    **79065**

Date or dates debt was incurred    **2/20/2019**

Last 4 digits of account number    **2**   **3**   **6**   **6**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.03**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

| 3.1225 | **Nonpriority creditor's name and mailing address** |

**LEO YOUNG**

**708 N BOSQUE ST**

**BOX 77**

_____

**MERIDIAN**           **TX**      **76665-0077**

| Date or dates debt was incurred | **9/9/2019** |

| Last 4 digits of account number | **3  5  5  0** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.11

---

| 3.1226 | **Nonpriority creditor's name and mailing address** |

**LEON FOLKERTS**

**3434 Avenue X**

_____

_____

**Timken**           **KS**      **67575-7691**

| Date or dates debt was incurred | **9/18/2019** |

| Last 4 digits of account number | **2  5  7  4** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.98

---

| 3.1227 | **Nonpriority creditor's name and mailing address** |

**LEONARD GUZEWICH**

**2662 W Pelston St**

_____

_____

**Tucson**           **AZ**      **85746-9638**

| Date or dates debt was incurred | **5/29/2018** |

| Last 4 digits of account number | **5  8  4  5** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.89

---

| 3.1228 | **Nonpriority creditor's name and mailing address** |

**Leonard Harrison**

**225 PARKVIEW DR**

_____

_____

**SOUDERTON**           **PA**      **18964**

| Date or dates debt was incurred | **5/27/2019** |

| Last 4 digits of account number | **5  5  0  1** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.13

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1229**   **Nonpriority creditor's name and mailing address**

**LEOPOLDO FUHRMANN**

**AVE. JUAREZ 116 , CENTRO, P O**

**P O BOX 32**

**SAN PERDO, 0 27800**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **12/11/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   8   1   7**

     **$111.98**

---

**3.1230**   **Nonpriority creditor's name and mailing address**

**LEOPOLDO PEREA CARDENAS**

**3902 AMBERWOOD DR**

**ADDISON**      **TX**    **75001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/25/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   0   2   3**

     **$45.45**

---

**3.1231**   **Nonpriority creditor's name and mailing address**

**LESLIE SCHAFBUCH**

**PO Box 115**

**Middle Amana**      **IA**    **52307-0115**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/7/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   2   1   2**

     **$113.89**

---

**3.1232**   **Nonpriority creditor's name and mailing address**

**LEWIS ELSTON**

**1555 Windmere Dr**

**Mountain Home**      **ID**    **83647-2497**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/8/2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   2   3   2**

     **$68.98**

---

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1233**   Nonpriority creditor's name and mailing address      **$1.99**

**LEWIS HURST**

**17030 130TH AVE**

**APT 10E**

**JAMAICA**     **NY**    **11434-6007**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

| Date or dates debt was incurred | **10/1/2020** |
|---|---|
| Last 4 digits of account number | **2 4 8 9** |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1234**   Nonpriority creditor's name and mailing address      **$624.76**

**LEWIS LAWRENCE**

**2808 Duberry St**

**Bay City**     **TX**    **77414-6808**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

| Date or dates debt was incurred | **11/27/2017** |
|---|---|
| Last 4 digits of account number | **7 2 6 3** |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1235**   Nonpriority creditor's name and mailing address      **$6.35**

**Lewis Levin**

**65 Sheath Dr**

**Sedona**     **AZ**    **86336-6510**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

| Date or dates debt was incurred | **9/15/2019** |
|---|---|
| Last 4 digits of account number | **0 9 6 1** |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1236**   Nonpriority creditor's name and mailing address      **$26.99**

**LINDA ZITTERICH**

**1111 Odessa Haskell St**

**Benton**     **AR**    **72015-8935**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

| Date or dates debt was incurred | **6/29/2020** |
|---|---|
| Last 4 digits of account number | **0 7 4 6** |

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.1237 | Nonpriority creditor's name and mailing address |
|---|---|

**LIONEL REID**

**P.O.BOX 14303**

**FARRARMERE, 0 1518**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **2/15/2019**

Last 4 digits of account number    **1 5 7 8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$93.69

---

| 3.1238 | Nonpriority creditor's name and mailing address |
|---|---|

**LLOYD NELSON**

**159 E 400 N**

**Richfield    UT    84701-2150**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/19/2018**

Last 4 digits of account number    **4 6 0 7**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27.99

---

| 3.1239 | Nonpriority creditor's name and mailing address |
|---|---|

**LLOYD THOMPSON**

**P O BOX 709**

**EVERGLADES CITY    FL    34139**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **7/6/2020**

Last 4 digits of account number    **7 2 8 2**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$84.59

---

| 3.1240 | Nonpriority creditor's name and mailing address |
|---|---|

**LORENZO DIAZ**

**5470 W 24TH AVE APT 207**

**HIALEAH    FL    33016-4812**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **12/27/2018**

Last 4 digits of account number    **6 0 7 1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14.57

---

Debtor___**MMD Holdings, LLC**_____ Case number (if known)_____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1241** Nonpriority creditor's name and mailing address

**LOUIS ANDERS**

**20 N Yorktown Rd**

**Macomb**          **IL**     **61455-9326**

Date or dates debt was incurred     **8/13/2019**

Last 4 digits of account number     **2  2  2  2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$42.84**

---

**3.1242** Nonpriority creditor's name and mailing address

**LOUIS GINES**

**240 E TREMONT AVE**

**APT 4E**

**BRONX**          **NY**     **10457**

Date or dates debt was incurred     **1/3/2018**

Last 4 digits of account number     **7  9  8  7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.58**

---

**3.1243** Nonpriority creditor's name and mailing address

**LOUIS MCALISTER**

**1205 N 7th St**

**Conroe**          **TX**     **77301-2451**

Date or dates debt was incurred     **10/30/2018**

Last 4 digits of account number     **4  0  8  4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.10**

---

**3.1244** Nonpriority creditor's name and mailing address

**LOUIS R WALKER**

**486 S Norias Rd**

**Monticello**          **FL**     **32344-5442**

Date or dates debt was incurred     **4/19/2018**

Last 4 digits of account number     **2  8  4  7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$224.94**

---

Debtor    **MMD Holdings, LLC**      Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1245** Nonpriority creditor's name and mailing address

**LOUIS SCHLAMER**

**804 POPLAR ST**

**THEBES**      IL    62990

Date or dates debt was incurred    **10/19/2020**

Last 4 digits of account number    **2  6  4  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$147.97

---

**3.1246** Nonpriority creditor's name and mailing address

**LOUIS SOMBATI**

**486 Farnham Ave**

**Lincoln Park**      MI    48146-2831

Date or dates debt was incurred    **3/10/2020**

Last 4 digits of account number    **9  5  9  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$675.98

---

**3.1247** Nonpriority creditor's name and mailing address

**LOUIS STEFANO**

**4108 Glenview St**

**Philadelphia**      PA    19135-2110

Date or dates debt was incurred    **11/1/2019**

Last 4 digits of account number    **0  9  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$44.15

---

**3.1248** Nonpriority creditor's name and mailing address

**LOWELL HOUPT**

**9988 Grotto Rd**

**Terre Haute**      IN    47805-9785

Date or dates debt was incurred    **10/14/2020**

Last 4 digits of account number    **2  5  4  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$10.49

---

Debtor    **MMD Holdings, LLC**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1249** Nonpriority creditor's name and mailing address

**LOWELL KROMMES**

**10811 Smithville Western Rd**

Jeromesville      OH    44840-9502

Date or dates debt was incurred    4/3/2017

Last 4 digits of account number    2   6   8   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$245.09**

---

**3.1250** Nonpriority creditor's name and mailing address

**Lowell Walker**

**8296 KINDRED SPIRIT LN**

ST AUGUSTINE      FL    32092

Date or dates debt was incurred    5/9/2019

Last 4 digits of account number    9   5   8   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.94**

---

**3.1251** Nonpriority creditor's name and mailing address

**LUCIEN FREDERICK**

**200 TERRELL DR**

SLIDELL      LA    70460

Date or dates debt was incurred    8/29/2019

Last 4 digits of account number    8   4   5   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.91**

---

**3.1252** Nonpriority creditor's name and mailing address

**Luigi Gianfrancesco**

**114 PARK AVE**

Williston park      NY    11596

Date or dates debt was incurred    1/13/2020

Last 4 digits of account number    7   8   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

---

Debtor   **MMD Holdings, LLC**                            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1253**  **Nonpriority creditor's name and mailing address**

**LUIS PACHECO**

**5943 WEST EDDY ST #2F**

_____

| CHICAGO | IL | 60634 |
|---|---|---|

Date or dates debt was incurred   **2/20/2019**

Last 4 digits of account number   **5  7  3  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.75**

---

**3.1254**  **Nonpriority creditor's name and mailing address**

**LYLE SLIZEWSKI**

**1969 Lighthouse Lodge Rd**

_____

| Eagle River | WI | 54521-9010 |
|---|---|---|

Date or dates debt was incurred   **4/10/2018**

Last 4 digits of account number   **3  9  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$51.11**

---

**3.1255**  **Nonpriority creditor's name and mailing address**

**LYNTON LLC**

**2717 COMMERCIAL CENTER BLVD**

**SUITE E200**

| KATY | TX | 77494 |
|---|---|---|

Date or dates debt was incurred   **7/2/2019**

Last 4 digits of account number   **N  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$26,000.00**

---

**3.1256**  **Nonpriority creditor's name and mailing address**

**M JOHNSON**

**5312 Mikewood Dr**

_____

| Waterford | MI | 48327-2033 |
|---|---|---|

Date or dates debt was incurred   **4/24/2018**

Last 4 digits of account number   **5  7  3  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$42.99**

---

Debtor   **MMD Holdings, LLC**           Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.1257**    Nonpriority creditor's name and mailing address      **As of the petition filing date, the claim is:**        **$9.69**
*Check all that apply.*

**M. HICKMAN**

**32 Sawin St**                          ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

Arlington           MA    02474-5533      **Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **11/27/2017**      **Is the claim subject to offset?**

Last 4 digits of account number    **0 8 3 5**      ☑ No
                                              ☐ Yes

---

**3.1258**    Nonpriority creditor's name and mailing address      **As of the petition filing date, the claim is:**        **$21.98**
*Check all that apply.*

**Mac Crossett**

**14202 W SHERIAC CIR**                  ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

WICHITA           KS    67235      **Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **2/23/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **1 6 5 9**      ☑ No
                                              ☐ Yes

---

**3.1259**    Nonpriority creditor's name and mailing address      **As of the petition filing date, the claim is:**        **$0.92**
*Check all that apply.*

**MALCOM TAUNAH**

**226 CHEROKEE**                     ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

GERONIMO        OK    73543      **Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **1/7/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **0 4 5 0**      ☑ No
                                              ☐ Yes

---

**3.1260**    Nonpriority creditor's name and mailing address      **As of the petition filing date, the claim is:**        **$25.99**
*Check all that apply.*

**Marc Aubain**

**6581 Estate Mandahl**                ☐ Contingent

**ST THOMAS, VI 802**                ☐ Unliquidated
                                       ☐ Disputed

                                   **Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **4/17/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **7 8 2 7**      ☑ No
                                              ☐ Yes

---

Debtor   **MMD Holdings, LLC**                                             Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.1261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.98 |

**Marc Hochhauser**

**6121 OLENTANGY RIVER ROAD**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**WORTHINGTON**          **OH**      **43085**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **1/22/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **6   4   2   8**

| 3.1262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.99 |

**MARCO T PAREDES**

**2300 SW 1 AVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**MIAMI**              **FL**      **33129**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **10/8/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **3   8   3   2**

| 3.1263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.95 |

**Margaret McLaughlin**

**146 ANCHOR DRIVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**WINFIELD**            **AL**      **35594**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **8/12/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **2   9   1   7**

| 3.1264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.99 |

**MARGARET OHARTIGAN**

**5001 NE GARFIELD AVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PORTALND**            **OR**      **97211**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **10/22/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   4   7   7**

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1265 | Nonpriority creditor's name and mailing address |
|---|---|

MARGUERITE RUMINSKI

16956 BURR OAK DR

_____

HOMER GLEN            IL      60491

Date or dates debt was incurred      10/14/2020

Last 4 digits of account number      4   6   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$48.00**

| 3.1266 | Nonpriority creditor's name and mailing address |
|---|---|

Marian Willauer

43  QUINN LEA RD

_____

HARPERS FERRY         WV     25425

Date or dates debt was incurred      5/30/2019

Last 4 digits of account number      1   1   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.49**

| 3.1267 | Nonpriority creditor's name and mailing address |
|---|---|

MARIO GIANNASI

220 LAUREL ST APT 2

_____

WAUKEE               IA     50263-8526

Date or dates debt was incurred      1/23/2018

Last 4 digits of account number      0   7   6   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$77.34**

| 3.1268 | Nonpriority creditor's name and mailing address |
|---|---|

MARK ALLEN

376 Sky Valley Cir

_____

Seymour              TN     37865-5084

Date or dates debt was incurred      3/8/2019

Last 4 digits of account number      8   1   8   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$61.08**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1269**   Nonpriority creditor's name and mailing address

**MARK BLACK**

**280 WINONA AVENUE**

_____

**WASHINGTON**      **PA**    **15301**

Date or dates debt was incurred    **11/21/2019**

Last 4 digits of account number    **1**   **4**   **3**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$87.85**

---

**3.1270**   Nonpriority creditor's name and mailing address

**Mark Blakeley**

**3164 SE Banyan St**

_____

**Stuart**      **FL**    **34997-7895**

Date or dates debt was incurred    **3/11/2020**

Last 4 digits of account number    **9**   **6**   **1**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.99**

---

**3.1271**   Nonpriority creditor's name and mailing address

**MARK BUGAS**

**613 LIGHT ST**

**FRONT APT**

**SALISBURY**      **MD**    **21801-5860**

Date or dates debt was incurred    **3/10/2020**

Last 4 digits of account number    **7**   **4**   **3**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.45**

---

**3.1272**   Nonpriority creditor's name and mailing address

**Mark Christianson**

**8330 28th Ave NW**

_____

**Seattle**      **WA**    **98117-4517**

Date or dates debt was incurred    **12/18/2019**

Last 4 digits of account number    **1**   **3**   **8**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.99**

---

Debtor **MMD Holdings, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1273** Nonpriority creditor's name and mailing address

**MARK COLLYER**

**5 Hart Rd**

Newburyport      MA    01950-1810

Date or dates debt was incurred    7/27/2020

Last 4 digits of account number    7   7   4   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.75**

---

**3.1274** Nonpriority creditor's name and mailing address

**MARK CONWAY**

**3506 Cloudy Ridge Rd**

Austin      TX    78734-2033

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    4   7   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.38**

---

**3.1275** Nonpriority creditor's name and mailing address

**MARK CORCORAN**

**1319 SE ELLSWORTH RD**

**APT 37**

VANCOUVER      WA    98664-6152

Date or dates debt was incurred    10/8/2019

Last 4 digits of account number    2   2   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$53.50**

---

**3.1276** Nonpriority creditor's name and mailing address

**Mark Decoteau**

**PO BOX 196**

**WATERVILLE VALLEY, NH 3215**

Date or dates debt was incurred    4/17/2020

Last 4 digits of account number    5   5   8   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.75**

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1277** | **Nonpriority creditor's name and mailing address**

**MARK DODSON**

**2531 E Hancock St**

_____

**Muskogee**    **OK**    **74403-8910**

Date or dates debt was incurred    **2/11/2020**

Last 4 digits of account number    **2**   **4**   **3**   **7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.99**

---

**3.1278** | **Nonpriority creditor's name and mailing address**

**MARK EATOUGH**

**P O BOX 1281**

_____

**NOKOMIS**    **FL**    **34274**

Date or dates debt was incurred    **7/28/2020**

Last 4 digits of account number    **9**   **3**   **6**   **3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.65**

---

**3.1279** | **Nonpriority creditor's name and mailing address**

**MARK ELROD**

**210 Hiwassee Ave NE**

_____

**Cleveland**    **TN**    **37312-4823**

Date or dates debt was incurred    **10/16/2019**

Last 4 digits of account number    **6**   **3**   **6**   **8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$194.69**

---

**3.1280** | **Nonpriority creditor's name and mailing address**

**MARK EMLING**

**8514 Avon Belden Rd**

_____

**North Ridgeville**    **OH**    **44039-3814**

Date or dates debt was incurred    **4/11/2017**

Last 4 digits of account number    **4**   **9**   **8**   **6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$215.03**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.1281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$1.63

**MARK FRALEY**

**4408-B 4TH RD NORTH**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **ARLINGTON** | **VA** | **22203** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **5/9/2019**

**Is the claim subject to offset?**

Last 4 digits of account number   **4   9   2   4**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.1282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$19.99

**MARK FRANKE**

**13422 BLACK GUM CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **CHANTILLY** | **VA** | **20151** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **6/25/2019**

**Is the claim subject to offset?**

Last 4 digits of account number   **5   4   1   0**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.1283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$7.52

**MARK GILMORE**

**4151 Midrose Trl**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75287-2791** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **1/16/2020**

**Is the claim subject to offset?**

Last 4 digits of account number   **1   2   6   9**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.1284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

($1.49)

**MARK GREGORY**

**3560 HILL AIRY DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **OXFORD** | **NC** | **27565** |
|---|---|---|

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **10/13/2020**

**Is the claim subject to offset?**

Last 4 digits of account number   **8   9   7   3**

☑ No
☐ Yes

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1285**   **Nonpriority creditor's name and mailing address**

**MARK HALL**

**963 REBECCA LN**

_____

**OAK HARBOR**      **WA**    **98277**

Date or dates debt was incurred    **9/7/2018**

Last 4 digits of account number    **1  6  8  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$3.04**

---

**3.1286**   **Nonpriority creditor's name and mailing address**

**MARK HALL**

**461 GEMINI DR**

_____

**PAHRUMP**      **NV**    **89060**

Date or dates debt was incurred    **3/9/2017**

Last 4 digits of account number    **3  9  6  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$36.89**

---

**3.1287**   **Nonpriority creditor's name and mailing address**

**MARK HURLOW**

**5387 DIANA COMMON**

_____

**FREMONT**      **CA**    **94555**

Date or dates debt was incurred    **3/11/2020**

Last 4 digits of account number    **4  9  1  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$19.13**

---

**3.1288**   **Nonpriority creditor's name and mailing address**

**MARK JACOBER**

**6027 Moore St**

_____

Arvada      **CO**    **80004-4711**

Date or dates debt was incurred    **7/17/2018**

Last 4 digits of account number    **1  1  5  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$243.96**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1289 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK KRACKO**

**3470 CANNON PL APT I33**

**BRONX**      **NY**    **10463-4334**

Date or dates debt was incurred    **4/3/2018**

Last 4 digits of account number    **1 6 4 4**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.44**

---

| 3.1290 | Nonpriority creditor's name and mailing address |
|---|---|

**mark larkman**

**3898 Knots Lndg**

**Medina**      **OH**    **44256-6120**

Date or dates debt was incurred    **2/13/2020**

Last 4 digits of account number    **4 3 9 9**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$44.94**

---

| 3.1291 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK LEUTZINGER**

**PO Box 791**

**Glendora**      **CA**    **91740-0791**

Date or dates debt was incurred    **5/22/2018**

Last 4 digits of account number    **9 1 9 9**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$162.07**

---

| 3.1292 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK MULLEN**

**904 20th St S**

**Arlington**      **VA**    **22202-2616**

Date or dates debt was incurred    **6/17/2019**

Last 4 digits of account number    **9 2 6 1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1293** Nonpriority creditor's name and mailing address

**MARK ODOM**

**1408 Old Bildad Rd**

_____

Smithville          TN     37166-8303

Date or dates debt was incurred    1/28/2020

Last 4 digits of account number    3  7  2  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$5.99

---

**3.1294** Nonpriority creditor's name and mailing address

**MARK REEVE**

**1340 S A RD**

_____

MITCHELL          NE     69357

Date or dates debt was incurred    11/6/2018

Last 4 digits of account number    3  8  0  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$3.95

---

**3.1295** Nonpriority creditor's name and mailing address

**MARK RICH**

**4801 Chester St**

_____

Spencer          OK     73084-2561

Date or dates debt was incurred    10/27/2017

Last 4 digits of account number    2  9  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$67.62

---

**3.1296** Nonpriority creditor's name and mailing address

**MARK SMALLIN**

**1 Celia Ct**

_____

Pacifica          CA     94044-4242

Date or dates debt was incurred    2/16/2018

Last 4 digits of account number    2  8  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$510.29

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1297** Nonpriority creditor's name and mailing address

MARK SPECHT

PO Box 782

Jensen Beach     FL     34958-0782

Date or dates debt was incurred    8/27/2018

Last 4 digits of account number    5   8   6   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

**$9.05**

---

**3.1298** Nonpriority creditor's name and mailing address

Mark Sullivan

1119 ROSALIA DR

1119 ROSALIA DR

NOVATO     CA     94945

Date or dates debt was incurred    5/10/2019

Last 4 digits of account number    9   6   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

**$76.00**

---

**3.1299** Nonpriority creditor's name and mailing address

MARK TOWNS

100 Fox Hill Rd SW

Milledgeville     GA     31061-9739

Date or dates debt was incurred    9/28/2020

Last 4 digits of account number    0   4   3   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

**$80.98**

---

**3.1300** Nonpriority creditor's name and mailing address

MARK UPTON

469 Back Winterport Rd

Hampden     ME     04444-1120

Date or dates debt was incurred    8/17/2017

Last 4 digits of account number    1   0   3   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☒ No
☐ Yes

**$19.19**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1301 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK VALENTINE**

**6525 COTTONWOOD ST NE.**

_____

**SALEM** **OR** **97317**

Date or dates debt was incurred **9/20/2019**

Last 4 digits of account number **7 4 1 6**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.00**

| 3.1302 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK WILLIAMS**

**821 Lafayette Dr NE**

_____

**Albuquerque** **NM** **87106-2040**

Date or dates debt was incurred **7/6/2017**

Last 4 digits of account number **7 3 0 9**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32.12**

| 3.1303 | Nonpriority creditor's name and mailing address |
|---|---|

**MARK ZUIDEMA**

**PO BOX 803**

**211 MAIN ST**

_____

**HILGER** **MT** **59451**

Date or dates debt was incurred **7/30/2018**

Last 4 digits of account number **1 3 1 6**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.99**

| 3.1304 | Nonpriority creditor's name and mailing address |
|---|---|

**Markus Grutke**

**201 N PHOENIX RD**

_____

**PHOENIX** **OR** **97535**

Date or dates debt was incurred **12/8/2019**

Last 4 digits of account number **2 5 6 5**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56.79**

Debtor     **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.1305**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          **$6,852.16**
_Check all that apply._

**MARLIN BUSINESS BANK**

**300 FELLOWSHIP ROAD**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**MOUNT LAUREL**      **NJ**    **08054**      **LEASE**

Date or dates debt was incurred    **8/21/2015**      Is the claim subject to offset?

Last 4 digits of account number    **4   8   6   8**     ☑ No     ☐ Yes

---

**3.1306**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          **$190.69**
_Check all that apply._

**MARTIN CIMO**

**2991 FRIENDS RD**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ANNAPOLIS**      **MD**    **21401-7221**      **Consumer refund/prepayment**

Date or dates debt was incurred    **4/17/2018**      Is the claim subject to offset?

Last 4 digits of account number    **6   5   5   5**     ☑ No     ☐ Yes

---

**3.1307**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          **$47.40**
_Check all that apply._

**MARTIN GRAY**

**1032 Riverton St**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**North Brunswick**      **NJ**    **08902-2256**      **Consumer refund/prepayment**

Date or dates debt was incurred    **12/4/2018**      Is the claim subject to offset?

Last 4 digits of account number    **7   2   5   4**     ☑ No     ☐ Yes

---

**3.1308**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          **$58.36**
_Check all that apply._

**MARTIN J SCHMITZ**

**38 N NEMAH RD W**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**SOUTH BEND**      **WA**    **98586**      **Consumer refund/prepayment**

Date or dates debt was incurred    **11/13/2019**      Is the claim subject to offset?

Last 4 digits of account number    **6   9   2   1**     ☑ No     ☐ Yes

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1309** Nonpriority creditor's name and mailing address

**MARTIN KIRK**

**400 W CLARK ST APT 2**

**MEDFORD**            OR      97501

Date or dates debt was incurred     3/7/2019

Last 4 digits of account number     5   2   7   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$196.41

---

**3.1310** Nonpriority creditor's name and mailing address

**MARTIN L MEDLEY**

**4417 Tennessee Ave**

Chattanooga            TN      37409-1645

Date or dates debt was incurred     3/27/2019

Last 4 digits of account number     3   9   9   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$82.72

---

**3.1311** Nonpriority creditor's name and mailing address

**MARTIN MONTANO**

**PO Box 146**

Pirtleville            AZ      85626-0146

Date or dates debt was incurred     10/25/2016

Last 4 digits of account number     3   4   0   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$177.23

---

**3.1312** Nonpriority creditor's name and mailing address

**MARY PATTERSON**

**6 MARTIN DR**

LANSDOWNE            PA      19050

Date or dates debt was incurred     10/10/2020

Last 4 digits of account number     0   7   5   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$14.40

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1313** Nonpriority creditor's name and mailing address

**MASON REDDIX**

**2709 Encino Ave**

**Bay City**      **TX**    **77414-2741**

Date or dates debt was incurred    **6/8/2016**

Last 4 digits of account number    **4 6 6 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.70

---

**3.1314** Nonpriority creditor's name and mailing address

**Matt Christensen**

**5311 QUEENSBERRY AVE**

**SPRINGFIELD**      **VA**    **22151**

Date or dates debt was incurred    **11/3/2020**

Last 4 digits of account number    **8 1 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$51.74

---

**3.1315** Nonpriority creditor's name and mailing address

**Matt Ferdock**

**32 Weaver Rd**

**Zionsville**      **PA**    **18092-2922**

Date or dates debt was incurred    **3/15/2019**

Last 4 digits of account number    **7 6 4 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$55.94

---

**3.1316** Nonpriority creditor's name and mailing address

**MATT GREBY**

**2152 W. 21ST STREET**

**CHICAGO**      **IL**    **60608**

Date or dates debt was incurred    **12/26/2019**

Last 4 digits of account number    **3 1 0 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.70

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.1317**  Nonpriority creditor's name and mailing address

**Matt Morgan**

**1047 Cumberland Dr**

_____

Auburn                    AL        36830-5131

Date or dates debt was incurred        9/15/2019

Last 4 digits of account number        4   6   6   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.42**

---

**3.1318**  Nonpriority creditor's name and mailing address

**MATTHEW CAMPOS**

**1201 S 10TH AVE APT 20**

_____

SAFFORD                    AZ        85546-3449

Date or dates debt was incurred        6/17/2020

Last 4 digits of account number        6   5   9   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.24**

---

**3.1319**  Nonpriority creditor's name and mailing address

**MATTHEW DUDECK**

**543A S MARKET STREET**

_____

ELYSBURG                    PA        17824

Date or dates debt was incurred        1/16/2020

Last 4 digits of account number        5   6   7   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$34.99**

---

**3.1320**  Nonpriority creditor's name and mailing address

**MATTHEW EYRICH**

**14653 S 23rd Pl**

_____

Phoenix                    AZ        85048-4320

Date or dates debt was incurred        12/10/2019

Last 4 digits of account number        2   3   4   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.10**

---

Debtor    **MMD Holdings, LLC**         Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1321** Nonpriority creditor's name and mailing address

**MATTHEW GUILFOYLE**

**2410 Florence Dr**

Westminster       MD      21158-3134

Date or dates debt was incurred    6/8/2016

Last 4 digits of account number    1   3   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.99**

---

**3.1322** Nonpriority creditor's name and mailing address

**MATTHEW MAIBAUM**

**10640 Butterfield Rd**

Los Angeles       CA      90064-4314

Date or dates debt was incurred    9/11/2018

Last 4 digits of account number    9   2   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$88.06**

---

**3.1323** Nonpriority creditor's name and mailing address

**MATTHEW MATTSON**

**876 GOSHEN RD**

**WALDOBORO, ME 4572**

Date or dates debt was incurred    1/31/2020

Last 4 digits of account number    7   6   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.07**

---

**3.1324** Nonpriority creditor's name and mailing address

**MATTHEW MORVANT**

**2923 Mesquite Dr**

Carrollton       TX      75007-4838

Date or dates debt was incurred    10/6/2020

Last 4 digits of account number    7   0   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$39.40**

---

Debtor **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.1325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.99 |

**Matthew Teeuwen**

**135 EVERETT STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LAKEWOOD**            **CO**    **80226**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **4/18/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   2   3   3**

---

| 3.1326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.41 |

**MATTHEW TSUE**

**101 W CENTRAL TEXAS EXPY APT 1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**KILLEEN**            **TX**    **76541-2557**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/14/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   9   8   2**

---

| 3.1327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.91 |

**MAURICE SHULTZ**

**715 WALNUT DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**RIO DELL**            **CA**    **95562**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **1/23/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   6   6   5**

---

| 3.1328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.99 |

**MAXINE AUSTIN**

**29 Blue Ridge Dr E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sidney**            **ME**    **04330-2501**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **7/17/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   6   0   9**

Debtor   **MMD Holdings, LLC**         Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1329**   Nonpriority creditor's name and mailing address

**MEDIA HOUSE COMMUNICATIONS LTD**

**PO BOX 1606**

**BEDFORD**

**BEDFORDSHIRE, GBR MK40 9FH**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$598.50**

Basis for the claim:
**TRADE**

Date or dates debt was incurred    **9/18/2019**

Last 4 digits of account number    __ __ **N A**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1330**   Nonpriority creditor's name and mailing address

**MEL DANIELSON**

**1600 Lincoln St**

**North Chicago**     **IL**     **60064-2116**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$28.82**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/5/2018**

Last 4 digits of account number    __ **3 9 0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1331**   Nonpriority creditor's name and mailing address

**MELISSA MANGAN**

**839 Centerville Rd**

**Columbia**     **IL**     **62236-3205**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2.04**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/5/2020**

Last 4 digits of account number    **0 2 3 2**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1332**   Nonpriority creditor's name and mailing address

**MELVIN MEYER**

**1115 Illinois St**

**Rawlins**     **WY**     **82301-4842**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$10.25**

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/27/2017**

Last 4 digits of account number    **8 1 5 4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **MMD Holdings, LLC**                         Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1333** Nonpriority creditor's name and mailing address

**MERLE COOK**

**16 MEMORY LN**

**BILLINGS**           **MT**    **59101**

Date or dates debt was incurred   **2/20/2019**

Last 4 digits of account number   **9  3  6  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.19**

---

**3.1334** Nonpriority creditor's name and mailing address

**MICHAEL W KUTCH**

**24 LOIS LANE**

**MOUNT HOLLY, NJ 8060**

Date or dates debt was incurred   **1/18/2019**

Last 4 digits of account number   **3  8  8  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1.00**

---

**3.1335** Nonpriority creditor's name and mailing address

**MICHAEL BARGERSTOCK**

**70 Scott Ridge Rd**

**Harmony**         **PA**    **16037-9744**

Date or dates debt was incurred   **8/5/2020**

Last 4 digits of account number   **0  6  1  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$14.25**

---

**3.1336** Nonpriority creditor's name and mailing address

**MICHAEL BELTRAN**

**PO Box 3956**

**Albuquerque**       **NM**    **87190-3956**

Date or dates debt was incurred   **6/9/2020**

Last 4 digits of account number   **3  7  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$42.28**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.1337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.99 |
|---|---|---|---|

Michael Bentley

P.O.BOX 2406

| MAGNOLIA | AR | 71754 |
|---|---|---|

Date or dates debt was incurred      9/10/2020

Last 4 digits of account number      5  8  4  9

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

| **3.1338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.97 |
|---|---|---|---|

MICHAEL BISCAN

10517 MONTERAY PLACE CIR

APT 20

| Louisville | KY | 40272-3994 |
|---|---|---|

Date or dates debt was incurred      2/20/2019

Last 4 digits of account number      7  8  2  3

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

| **3.1339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.15 |
|---|---|---|---|

MICHAEL BRADY

1921 Walnut St

| San Angelo | TX | 76901-2581 |
|---|---|---|

Date or dates debt was incurred      12/5/2019

Last 4 digits of account number      8  7  3  6

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

| **3.1340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.20 |
|---|---|---|---|

MICHAEL BROOKS

815 DUNNS MOUNTAIN RD APT 410

| SALISBURY | NC | 28146-6881 |
|---|---|---|

Date or dates debt was incurred      8/7/2018

Last 4 digits of account number      2  4  5  9

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 337 |
|---|---|---|

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.1341**   Nonpriority creditor's name and mailing address                                                       **$41.24**

**MICHAEL CANTY**

**1415 Duncan Rd**

_____

**Frankfort**                    **KY**        **40601-8231**

Date or dates debt was incurred        **4/23/2019**

Last 4 digits of account number       **3   3   5   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1342**   Nonpriority creditor's name and mailing address                                                       **$31.98**

**MICHAEL CLYBURN**

**1014 GALENA AVE**

_____

**GALENA**                    **KS**        **66739**

Date or dates debt was incurred        **1/14/2020**

Last 4 digits of account number       **2   4   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1343**   Nonpriority creditor's name and mailing address                                                       **$17.95**

**MICHAEL DONAHUE**

**1015 Kingston Ave**

_____

**Racine**                    **WI**        **53402-3933**

Date or dates debt was incurred        **3/13/2018**

Last 4 digits of account number       **5   7   2   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1344**   Nonpriority creditor's name and mailing address                                                       **$18.99**

**Michael Dugan**

**2085 W County Road 300 S**

_____

**Danville**                    **IN**        **46122-9285**

Date or dates debt was incurred        **1/12/2020**

Last 4 digits of account number       **3   3   2   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1345** Nonpriority creditor's name and mailing address

**Michael Duquette**

**1785 Westcreek Drive**

**PICKERING, ON L1V 6J8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/15/2019**

Last 4 digits of account number    **3  6  8  8**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$66.95**

---

**3.1346** Nonpriority creditor's name and mailing address

**MICHAEL ELLIS**

**12605 TOLMAN RD**

**FAIRFAX          VA     22033**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **8/31/2018**

Last 4 digits of account number    **5  4  0  2**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$30.39**

---

**3.1347** Nonpriority creditor's name and mailing address

**MICHAEL F. LEWIS**

**49 Water St**

**Caribou          ME     04736-1717**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **11/6/2018**

Last 4 digits of account number    **7  2  9  7**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.20**

---

**3.1348** Nonpriority creditor's name and mailing address

**MICHAEL FERGUSON**

**1309 Wayland St**

**Plainview          TX     79072-4805**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/29/2020**

Last 4 digits of account number    **1  3  8  8**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$72.50**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1349** Nonpriority creditor's name and mailing address

**Michael Flisnick**

**6 Coquina Lake Way**

_____

Ormond Beach          FL     32174-1860

Date or dates debt was incurred   9/13/2019

Last 4 digits of account number   3  1  8  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$73.14

---

**3.1350** Nonpriority creditor's name and mailing address

**MICHAEL FOLD**

**128 SOUTH RITTERS LANE**

_____

OWINGS MILLS          MD     21117

Date or dates debt was incurred   12/10/2019

Last 4 digits of account number   6  1  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$16.31

---

**3.1351** Nonpriority creditor's name and mailing address

**MICHAEL FRIEDRICH**

**215 E. HAZELTINE. AVE.**

_____

KENMORE          NY     14217

Date or dates debt was incurred   7/17/2020

Last 4 digits of account number   4  7  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$240.00

---

**3.1352** Nonpriority creditor's name and mailing address

**MICHAEL GAWRELUK JR**

**4349 French Landing Rd**

_____

North Las Vegas          NV     89031-4250

Date or dates debt was incurred   5/14/2018

Last 4 digits of account number   4  8  8  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$52.94

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.1353**   Nonpriority creditor's name and mailing address

**MICHAEL GILLMAN**

**309 CHICAGO AVE.**

**ABERDEEN**      **WA**    **98520**

Date or dates debt was incurred    5/14/2020

Last 4 digits of account number    8   0   9   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.15**

---

**3.1354**   Nonpriority creditor's name and mailing address

**MICHAEL GRANADOS**

**14903 Ben Ali**

**San Antonio**      **TX**    **78248-0935**

Date or dates debt was incurred    2/11/2020

Last 4 digits of account number    5   9   5   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$60.61**

---

**3.1355**   Nonpriority creditor's name and mailing address

**MICHAEL HAWLEY-JONES**

**8817 Hollowstone Way**

**Sacramento**      **CA**    **95828-5592**

Date or dates debt was incurred    6/21/2019

Last 4 digits of account number    0   5   6   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.45**

---

**3.1356**   Nonpriority creditor's name and mailing address

**MICHAEL HURLEY**

**5 Elmwood Ave**

**Saugus**      **MA**    **01906-3519**

Date or dates debt was incurred    3/28/2019

Last 4 digits of account number    1   5   9   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.80**

---

Debtor    **MMD Holdings, LLC**              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1357**    Nonpriority creditor's name and mailing address

MICHAEL JACOB

606 N 12th St

Bismarck      ND     58501-4301

Date or dates debt was incurred    11/10/2016

Last 4 digits of account number    2   3   1   2

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$225.24**

---

**3.1358**    Nonpriority creditor's name and mailing address

MICHAEL JENSEN

850 HANN AVE

DIXON      IL     61021

Date or dates debt was incurred    1/22/2019

Last 4 digits of account number    3   7   1   4

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.99**

---

**3.1359**    Nonpriority creditor's name and mailing address

MICHAEL JOHNSTON

2771 Ruth St

Philadelphia      PA     19134-3464

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    7   0   2   9

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.40**

---

**3.1360**    Nonpriority creditor's name and mailing address

MICHAEL KENIK

PO Box 3

Davenport      NY     13750-0003

Date or dates debt was incurred    12/21/2017

Last 4 digits of account number    2   1   8   3

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.03**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1361**  Nonpriority creditor's name and mailing address

**MICHAEL KESSLER**

**19197 Beland St**

_____

**Detroit**                    **MI**      **48234-3523**

Date or dates debt was incurred     **3/23/2020**

Last 4 digits of account number      **9   4   3   7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.89**

---

**3.1362**  Nonpriority creditor's name and mailing address

**MICHAEL L BARRY**

**10 Twisting Ln**

_____

**Wantagh**                    **NY**      **11793-1918**

Date or dates debt was incurred     **7/22/2016**

Last 4 digits of account number      **1   6   3   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$90.86**

---

**3.1363**  Nonpriority creditor's name and mailing address

**MICHAEL L SMITH**

**210 W. LEMON AVE**

**APT. 35**

_____

**MONROVIA**                    **CA**      **91016**

Date or dates debt was incurred     **10/23/2019**

Last 4 digits of account number      **9   7   7   7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.95**

---

**3.1364**  Nonpriority creditor's name and mailing address

**MICHAEL LANCE**

**709 S Walnut St**

_____

**Cleburne**                    **TX**      **76033-6203**

Date or dates debt was incurred     **1/24/2018**

Last 4 digits of account number      **6   8   9   9**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$67.54**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.1365**   Nonpriority creditor's name and mailing address

**MICHAEL LAVOIE**

**5364 Fox Hill Dr**

_____

**Peachtree Corners**     **GA**    **30092-1609**

Date or dates debt was incurred    **10/8/2019**

Last 4 digits of account number    **2  5  6  7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.41**

---

**3.1366**   Nonpriority creditor's name and mailing address

**Michael Lonigro**

**239 Keystone Dr**

_____

**Fenton**     **MO**    **63026-7600**

Date or dates debt was incurred    **3/24/2020**

Last 4 digits of account number    **2  8  8  9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19.94**

---

**3.1367**   Nonpriority creditor's name and mailing address

**Michael M Pollak**

**5544 WOODMEN RIDGE VW**

**APT 103**

_____

**COLORADO SPGS**     **CO**    **80923**

Date or dates debt was incurred    **8/28/2019**

Last 4 digits of account number    **3  0  6  9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$128.25**

---

**3.1368**   Nonpriority creditor's name and mailing address

**MICHAEL MC IALWAIN**

**525 PARK ST APT 6**

_____

**MINOT**     **ND**    **58701-4366**

Date or dates debt was incurred    **11/6/2018**

Last 4 digits of account number    **1  3  6  4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.00**

---

Debtor   **MMD Holdings, LLC**         Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1369** Nonpriority creditor's name and mailing address

MICHAEL MIXEN

6536 Yellow Stone Ct

_____

Columbus      GA    31909-3485

Date or dates debt was incurred    5/29/2020

Last 4 digits of account number    4   2   0   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47.75**

---

**3.1370** Nonpriority creditor's name and mailing address

Michael Morris

47278 Silver Slate Dr

_____

Lexington Park      MD    20653-2450

Date or dates debt was incurred    1/11/2020

Last 4 digits of account number    8   9   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28.00**

---

**3.1371** Nonpriority creditor's name and mailing address

MICHAEL MOYER

152 Rio Verde Cir

_____

Cheyenne      WY    82001-1916

Date or dates debt was incurred    8/4/2017

Last 4 digits of account number    2   9   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.98**

---

**3.1372** Nonpriority creditor's name and mailing address

MICHAEL NEWTON

605 Blake Ave SE

_____

Atlanta      GA    30316-2003

Date or dates debt was incurred    8/20/2018

Last 4 digits of account number    0   7   4   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29.99**

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| | |
|---|---|
| **3.1373**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.         **$5.95** |

**3.1373**   **Nonpriority creditor's name and mailing address**

**Michael Nolen**

**2316 SUSANANN DRIVE**

_____

**HAMPSTEAD**       **MD**    **21074**

Date or dates debt was incurred    **11/20/2019**

Last 4 digits of account number    **5**   **1**   **0**   **5**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $5.95**

---

**3.1374**   **Nonpriority creditor's name and mailing address**

**michael pervel**

**113 SANDY WOOD DR**

_____

**RINCON**       **GA**    **31326**

Date or dates debt was incurred    **5/23/2019**

Last 4 digits of account number    **8**   **6**   **0**   **8**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $32.99**

---

**3.1375**   **Nonpriority creditor's name and mailing address**

**MICHAEL PETIPRIN**

**5427 Williamette Ct**

_____

**Lapeer**       **MI**    **48446-8016**

Date or dates debt was incurred    **11/7/2017**

Last 4 digits of account number    **7**   **6**   **1**   **0**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $584.47**

---

**3.1376**   **Nonpriority creditor's name and mailing address**

**MICHAEL PHILLIPS**

**1960 Heidelberg Dr**

_____

**Loveland**       **OH**    **45140-2007**

Date or dates debt was incurred    **12/12/2017**

Last 4 digits of account number    **8**   **5**   **1**   **2**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $451.11**

Debtor     **MMD Holdings, LLC**                                   Case number (if known)

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.1377** | Nonpriority creditor's name and mailing address | **$42.73** |

**Michael Piehler**

**13314 SE 181st Pl**

Renton                    WA       98058-6845

Date or dates debt was incurred       12/10/2019

Last 4 digits of account number        6   2   3   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.1378** | Nonpriority creditor's name and mailing address | **$35.99** |

**MICHAEL RICE**

**596 W 5TH ST APT 21**

CHILLICOTHE                    OH       45601-2213

Date or dates debt was incurred       3/22/2019

Last 4 digits of account number        8   8   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.1379** | Nonpriority creditor's name and mailing address | **$55.88** |

**MICHAEL RICHARD**

**3357 Highland Rd**

Baton Rouge                    LA       70802-7923

Date or dates debt was incurred       5/22/2019

Last 4 digits of account number        8   8   9   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.1380** | Nonpriority creditor's name and mailing address | **$21.99** |

**MICHAEL ROUSH**

**8785 N 400 E**

UNION CITY                    IN       47390

Date or dates debt was incurred       2/3/2020

Last 4 digits of account number        8   3   0   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor     **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1381** Nonpriority creditor's name and mailing address

MICHAEL ROWLEY

2639 Comanche Creek Dr

_____

Brighton                CO        80601-3409

Date or dates debt was incurred        10/2/2018

Last 4 digits of account number        6    8    8    9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$4.99

---

**3.1382** Nonpriority creditor's name and mailing address

MICHAEL RUANE

44 Dakota Ave

_____

North Middletown        NJ        07748-5324

Date or dates debt was incurred        1/18/2019

Last 4 digits of account number        7    9    2    4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.59

---

**3.1383** Nonpriority creditor's name and mailing address

Michael Sacksteder

18 OAKVALE AVENUE

_____

BERKELEY                CA        94705

Date or dates debt was incurred        4/10/2020

Last 4 digits of account number        8    2    0    9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$47.48

---

**3.1384** Nonpriority creditor's name and mailing address

MICHAEL SARNOWSKI

12940 7 1/2 MILE RD

_____

CALEDONIA                WI        53108

Date or dates debt was incurred        11/6/2018

Last 4 digits of account number        3    8    2    6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$3.50

---

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims             page 348

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33.95** |

*Check all that apply.*

**MICHAEL SARNOWSKI**

**5975 SOUTH 35TH ST**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **MILWAUKEE** | **WI** | **53221** | **Consumer refund/prepayment** |

| Date or dates debt was incurred | **3/17/2020** | **Is the claim subject to offset?** |

| Last 4 digits of account number | **6  8  4  8** | ☑ No ☐ Yes |

---

| 3.1386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$261.25** |

*Check all that apply.*

**MICHAEL SCHIPONO**

**9004 Triple Ridge Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Fairfax Station** | **VA** | **22039-3003** | **Consumer refund/prepayment** |

| Date or dates debt was incurred | **4/29/2020** | **Is the claim subject to offset?** |

| Last 4 digits of account number | **5  5  6  2** | ☑ No ☐ Yes |

---

| 3.1387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$48.98** |

*Check all that apply.*

**MICHAEL SEIBERT**

**111 Cadillac Sq Apt 11L**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Detroit** | **MI** | **48226-4828** | **Consumer refund/prepayment** |

| Date or dates debt was incurred | **2/14/2017** | **Is the claim subject to offset?** |

| Last 4 digits of account number | **0  5  7  1** | ☑ No ☐ Yes |

---

| 3.1388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16.99** |

*Check all that apply.*

**MICHAEL SENIOR**

**38 Austin St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Hyde Park** | **MA** | **02136-1504** | **Consumer refund/prepayment** |

| Date or dates debt was incurred | **1/18/2017** | **Is the claim subject to offset?** |

| Last 4 digits of account number | **2  0  5  2** | ☑ No ☐ Yes |

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.1389 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**      **$36.48**
*Check all that apply.*

**MICHAEL SHANE**

**PO Box 393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Gilmanton | NH | 03237-0393 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **5/29/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **7  2  0  2**

☑ No
☐ Yes

---

| 3.1390 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**      **$10.51**
*Check all that apply.*

**Michael Shelley**

**6055 Carrie Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Beaumont | TX | 77713-4193 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **7/31/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **5  4  5  1**

☑ No
☐ Yes

---

| 3.1391 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**      **$23.79**
*Check all that apply.*

**Michael Sherpa**

**2419 LAGOON CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| EVANS | CO | 80620 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **1/29/2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **7  4  4  0**

☑ No
☐ Yes

---

| 3.1392 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**      **$78.13**
*Check all that apply.*

**MICHAEL SIBERT**

**111 Cadillac Sq**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Detroit | MI | 48226-2840 |
|---|---|---|

**Consumer refund/prepayment**

Date or dates debt was incurred    **10/30/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **2  3  9  5**

☑ No
☐ Yes

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1393** Nonpriority creditor's name and mailing address

MICHAEL SMITH

8905 EVERGREEN AVE APT 164

INDIANAPOLIS          IN          46240-2073

Date or dates debt was incurred          9/8/2017

Last 4 digits of account number          6  1  9  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$108.14**

---

**3.1394** Nonpriority creditor's name and mailing address

MICHAEL STAGGS

8057 County Road 4515

Larue          TX          75770-5316

Date or dates debt was incurred          5/14/2019

Last 4 digits of account number          0  3  9  9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.98**

---

**3.1395** Nonpriority creditor's name and mailing address

MICHAEL STASIAK

3819 White Ave

Baltimore          MD          21206-3435

Date or dates debt was incurred          4/26/2019

Last 4 digits of account number          6  7  7  9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.48**

---

**3.1396** Nonpriority creditor's name and mailing address

MICHAEL SUMMERS

11 William St

Andover          MA          01810-2617

Date or dates debt was incurred          12/10/2019

Last 4 digits of account number          5  9  7  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.16**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1397** Nonpriority creditor's name and mailing address

**MICHAEL W MEALS**

**16 Weist Rd**

Newville          PA      17241-8739

Date or dates debt was incurred      1/27/2020

Last 4 digits of account number      0   5   3   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41.98

---

**3.1398** Nonpriority creditor's name and mailing address

**MICHAEL WELLS**

**16 Greenway Dr**

Owego          NY      13827-3665

Date or dates debt was incurred      11/13/2019

Last 4 digits of account number      7   1   7   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15.99

---

**3.1399** Nonpriority creditor's name and mailing address

**MICHAEL WILSON**

**1661 Pee Rd Ste 1102**

Koloa          HI      96756-9568

Date or dates debt was incurred      2/1/2019

Last 4 digits of account number      5   4   2   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3.00

---

**3.1400** Nonpriority creditor's name and mailing address

**MICHAEL WOEHLERT**

**4348 Wallace Cir**

Tampa          FL      33611-3438

Date or dates debt was incurred      6/19/2020

Last 4 digits of account number      8   9   4   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$33.48

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                   **Amount of claim**

---

**3.1401**   **Nonpriority creditor's name and mailing address**

**Michael Zador**

**31221 MEADOW LANE NE**

_____

**WARREN**      **OH**    **44483**

Date or dates debt was incurred   **5/13/2019**

Last 4 digits of account number   **9**   **6**   **3**   **7**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

         **$7.50**

---

**3.1402**   **Nonpriority creditor's name and mailing address**

**MICHAEL ZVOLENSKY**

**9557 Staples Mill Dr**

_____

**Jacksonville**      **FL**    **32244-6337**

Date or dates debt was incurred   **7/24/2020**

Last 4 digits of account number   **4**   **1**   **0**   **1**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

         **$106.99**

---

**3.1403**   **Nonpriority creditor's name and mailing address**

**MICROSCALE INDUSTRIES INC**

**18435 BANDILIER CIRCLE**

_____

**FOUNTAIN VALLEY**      **CA**    **92708**

Date or dates debt was incurred   **1/24/2020**

Last 4 digits of account number   __   __   **N**   **A**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**TRADE**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

         **$292.70**

---

**3.1404**   **Nonpriority creditor's name and mailing address**

**Miguel Ferrer**

**5271 Columbia Rd**

_____

**Columbia**      **MD**    **21044-5510**

Date or dates debt was incurred   **10/27/2019**

Last 4 digits of account number   **7**   **5**   **2**   **9**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

         **$35.07**

---

Debtor      **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1405** | Nonpriority creditor's name and mailing address

**Mika Harviala**

**4118 DUCK CLUB RD**

**RAVENEL**           **SC**    **29470**

Date or dates debt was incurred    **8/12/2019**

Last 4 digits of account number    **2  9  0  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$76.15**

---

**3.1406** | Nonpriority creditor's name and mailing address

**MIKE ARNOLD**

**USCENTCOM / CCJ2-C**

**UNIT 61263**

**APO, AE 9309**

Date or dates debt was incurred    **9/20/2019**

Last 4 digits of account number    **8  9  3  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$66.99**

---

**3.1407** | Nonpriority creditor's name and mailing address

**Mike Ball**

**Miami Exhibits, Inc.**

**2655 W 6th Ave.**

**Hialeah**           **FL**    **33010**

Date or dates debt was incurred    **9/18/2020**

Last 4 digits of account number    **1  1  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$135.99**

---

**3.1408** | Nonpriority creditor's name and mailing address

**MIKE BEEBE**

**11531 312TH AVE**

**PRINCETON**         **MN**    **55371**

Date or dates debt was incurred    **6/7/2018**

Last 4 digits of account number    **0  5  5  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$31.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1409**   **Nonpriority creditor's name and mailing address**

**MIKE BRUCE**

**2350 Green St**

| Philomath | OR | 97370-9364 |
|-----------|----|-----------|

Date or dates debt was incurred   **3/28/2019**

Last 4 digits of account number   **6   7   5   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$46.93

---

**3.1410**   **Nonpriority creditor's name and mailing address**

**Mike Crosman**

**7406 DARTMOUTH AVE.**

| COLLEGE PARK | MD | 20740 |
|--------------|----|-------|

Date or dates debt was incurred   **8/26/2019**

Last 4 digits of account number   **7   7   8   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$44.94

---

**3.1411**   **Nonpriority creditor's name and mailing address**

**MIKE FREYER**

**13007 Azalea Ln NE**

| Cumberland | MD | 21502-6941 |
|------------|----|-----------|

Date or dates debt was incurred   **4/8/2017**

Last 4 digits of account number   **4   4   2   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$9.07

---

**3.1412**   **Nonpriority creditor's name and mailing address**

**MIKE GERHARD**

**8331 PARK DR**

| STANWOOD | WA | 98292 |
|----------|----|-------|

Date or dates debt was incurred   **9/24/2020**

Last 4 digits of account number   **2   0   2   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$37.99

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1413** Nonpriority creditor's name and mailing address

MIKE GERKING

210 ROE DAVIS AVE

HINES                    OR        97738

Date or dates debt was incurred        9/19/2017

Last 4 digits of account number        4  2  8  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$7.45

---

**3.1414** Nonpriority creditor's name and mailing address

MIKE GRADY

12377 Pen Mar Rd

Waynesboro              PA        17268-9461

Date or dates debt was incurred        11/23/2019

Last 4 digits of account number        5  5  9  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$7.09

---

**3.1415** Nonpriority creditor's name and mailing address

MIKE HAMM

172 Lake Frst

Canyon Lake              TX        78133-4406

Date or dates debt was incurred        12/10/2019

Last 4 digits of account number        1  5  8  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$45.89

---

**3.1416** Nonpriority creditor's name and mailing address

MIKE HANKINS

700 W HIGHWAY 287 S

BOWIE                    TX        76230

Date or dates debt was incurred        12/9/2020

Last 4 digits of account number        3  2  3  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$40.03

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                    Amount of claim

---

**3.1417**   Nonpriority creditor's name and mailing address

**MIKE HARSH**

**PO Box 412**

| | | |
|---|---|---|
| **Hubbell** | **MI** | **49934-0412** |

Date or dates debt was incurred    **8/6/2020**

Last 4 digits of account number    **2   5   1   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

                  **$22.00**

---

**3.1418**   Nonpriority creditor's name and mailing address

**MIKE JACKSON**

**1628 Bennington Hollow Ln**

| | | |
|---|---|---|
| **Reston** | **VA** | **20194-1616** |

Date or dates debt was incurred    **3/13/2019**

Last 4 digits of account number    **0   0   3   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

                  **$52.93**

---

**3.1419**   Nonpriority creditor's name and mailing address

**MIKE JUSTICE**

**1916 Johnson Rd**

| | | |
|---|---|---|
| **Granite City** | **IL** | **62040-3834** |

Date or dates debt was incurred    **3/3/2020**

Last 4 digits of account number    **9   3   2   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

                  **$141.94**

---

**3.1420**   Nonpriority creditor's name and mailing address

**MIKE KIRK**

**3522 PINECREST ROAD**

| | | |
|---|---|---|
| **TUSCALOOSA** | **AL** | **35404** |

Date or dates debt was incurred    **2/7/2019**

Last 4 digits of account number    **8   7   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

                  **$67.13**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1421**   Nonpriority creditor's name and mailing address

**MIKE MELTON**

**PO Box 176**

_____

**Carlton**      **WA**    **98814-0176**

Date or dates debt was incurred    **11/2/2018**

Last 4 digits of account number    **7  8  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$51.97

---

**3.1422**   Nonpriority creditor's name and mailing address

**MIKE MISHLER**

**1624 128th Ave NW**

_____

**Coon Rapids**      **MN**    **55448-1363**

Date or dates debt was incurred    **1/24/2018**

Last 4 digits of account number    **5  6  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$20.89

---

**3.1423**   Nonpriority creditor's name and mailing address

**MIKE MORAN**

**1400 STEINBECK DR APT P**

_____

**RALEIGH**      **NC**    **27609-6147**

Date or dates debt was incurred    **7/25/2018**

Last 4 digits of account number    **9  9  9  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$42.13

---

**3.1424**   Nonpriority creditor's name and mailing address

**MIKE MORMILE**

**300 GRAYSON TERRACE**

_____

**PLEASANT HILL**      **CA**    **94523**

Date or dates debt was incurred    **12/28/2018**

Last 4 digits of account number    **1  7  8  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$8.07

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1425 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $33.99 |

**Mike Niewiarowicz**

**5636 BLANCA ST**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**GOLDEN**    **CO**    **80403-2153**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **5/7/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7 4 3 5**

---

| 3.1426 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $100.98 |

**MIKE PIZINGER**

**537 S LAPORTE DR**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pueblo**    **CO**    **81007-1574**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **7/23/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0 2 9 3**

---

| 3.1427 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $25.94 |

**MIKE PREBECK**

**3319 Queensbury Dr**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Columbus**    **IN**    **47203-2673**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **8/20/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1 1 8 8**

---

| 3.1428 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $30.41 |

**MIKE ROIDER**

**1504 S ADAMS AVE**

**APT 207**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MARSHFIELD**    **WI**    **54449**

Basis for the claim: **Consumer refund/prepayment**

Date or dates debt was incurred    **3/3/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6 7 9 6**

Debtor    **MMD Holdings, LLC**                 Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1429**   Nonpriority creditor's name and mailing address

**Mike Slaughter**

**10359 Lochcrest Dr**

_____

**Cincinnati**      **OH**    **45231-2737**

Date or dates debt was incurred    **3/11/2020**

Last 4 digits of account number    **1   9   3   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32.75**

---

**3.1430**   Nonpriority creditor's name and mailing address

**MIKE SUTER**

**2885 US Highway 6 E**

_____

**Fremont**      **OH**    **43420-9593**

Date or dates debt was incurred    **7/31/2017**

Last 4 digits of account number    **8   9   6   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.00**

---

**3.1431**   Nonpriority creditor's name and mailing address

**MIKE TURNER**

**1115 S ELM DR APT 416**

_____

**LOS ANGELES**      **CA**    **90035-1136**

Date or dates debt was incurred    **2/25/2020**

Last 4 digits of account number    **0   7   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$74.98**

---

**3.1432**   Nonpriority creditor's name and mailing address

**MIKE WILLIS**

**612 E Stretch Island Rd S**

_____

**Grapeview**      **WA**    **98546-9655**

Date or dates debt was incurred    **2/2/2018**

Last 4 digits of account number    **1   9   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$110.41**

---

Debtor  __MMD Holdings, LLC_____  Case number (if known) _____

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.1433**  Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$2,392.00** |

**MOEBIUS MODELS**

**5515 MORENO ST.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MONTCLAIR**            **CA**    **91763**

**Basis for the claim:**  **TRADE**

Date or dates debt was incurred    **1/16/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ **N** **A**

---

**3.1434**  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**    **$29.87**

**MORRIS LEMBURG**

**PO Box 625**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bellaire**            **TX**    **77402-0625**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **3/28/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8**  **0**  **2**  **3**

---

**3.1435**  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**    **$739.50**

**MUNCK WILSON MANDALA, LLP**

**12770 COIT ROAD**

**SUITE 600**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**            **TX**    **75251**

**Basis for the claim:**  **SERVICE**

Date or dates debt was incurred    **5/15/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **D**  **H**  **6**  **0**

---

**3.1436**  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**    **$31.80**

**Myron Gelsinger**

**5560 Jennifer Ln**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Colorado Springs**        **CO**    **80917-1419**

**Basis for the claim:**  **Consumer refund/prepayment**

Date or dates debt was incurred    **3/26/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1**  **8**  **1**  **6**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.94 |
|---|---|---|---|

**MYRON R DAY**

**2344 Cassandra Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| Oroville | CA | 95965-9161 |
|---|---|---|

Date or dates debt was incurred **4/4/2019**

Last 4 digits of account number **0 0 0 5**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.25 |
|---|---|---|---|

**N J MALIN & ASSOCIATES LLC**

**P.O. BOX 797**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **TRADE**

| ADDISON | TX | 75001 |
|---|---|---|

Date or dates debt was incurred **8/28/2020**

Last 4 digits of account number **5 0 0 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.80 |
|---|---|---|---|

**N REDOBLE**

**1938 PAUOA RD APT B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| HONOLULU | HI | 96813-1580 |
|---|---|---|

Date or dates debt was incurred **3/1/2019**

Last 4 digits of account number **6 4 3 6**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.99 |
|---|---|---|---|

**Nancy Causey**

**4169 Ferncreek Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

| Fayetteville | NC | 28314-2535 |
|---|---|---|

Date or dates debt was incurred **12/14/2019**

Last 4 digits of account number **3 3 7 9**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **MMD Holdings, LLC**           Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1441** Nonpriority creditor's name and mailing address

**NATALIE ZAVALA**

**143 Booth Ln**

Richlands        **NC**    **28574-8113**

Date or dates debt was incurred   **5/14/2019**

Last 4 digits of account number   **3  4  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.60**

---

**3.1442** Nonpriority creditor's name and mailing address

**NATHAN BOLES**

**1506 NE 7th St**

Gainesville       **FL**    **32601-3748**

Date or dates debt was incurred   **7/25/2018**

Last 4 digits of account number   **4  6  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$40.89**

---

**3.1443** Nonpriority creditor's name and mailing address

**NATHAN SMITH**

**4542 E WASHINGTON**

FRESNO       **CA**    **93702**

Date or dates debt was incurred   **3/1/2019**

Last 4 digits of account number   **1  3  6  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.95**

---

**3.1444** Nonpriority creditor's name and mailing address

**NATHANIEL DEWAR**

**575 Gettysburg Rd**

Littlestown       **PA**    **17340-9771**

Date or dates debt was incurred   **9/26/2019**

Last 4 digits of account number   **7  3  7  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$143.73**

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1445**   Nonpriority creditor's name and mailing address

**Neal Hendrick**

**14450 Eddington Dr**

_____

**Chesterfield**     **MO**    **63017-2540**

Date or dates debt was incurred    **1/21/2020**

Last 4 digits of account number    **6**   **3**   **9**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$9.95**

---

**3.1446**   Nonpriority creditor's name and mailing address

**NEIL BUTLER**

**215 N. JACKSON**

_____

**ELGIN**     **IL**    **60123**

Date or dates debt was incurred    **1/18/2020**

Last 4 digits of account number    **7**   **5**   **4**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$18.94**

---

**3.1447**   Nonpriority creditor's name and mailing address

**NEIL I JACOBSON**

**14038 23rd Ave NE**

_____

**Seattle**     **WA**    **98125-3323**

Date or dates debt was incurred    **11/20/2018**

Last 4 digits of account number    **5**   **1**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.04**

---

**3.1448**   Nonpriority creditor's name and mailing address

**NEIL MANLEY**

**56 MAIN ST #2**

_____

**PERRY**     **NY**    **14530-1545**

Date or dates debt was incurred    **3/6/2020**

Last 4 digits of account number    **0**   **2**   **5**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$8.26**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1449** Nonpriority creditor's name and mailing address

**NICK MAGYAR**

**69168 Kessington Rd**

| **Union** | **MI** | **49130-9604** |
|---|---|---|

Date or dates debt was incurred     **12/19/2017**

Last 4 digits of account number     **0   8   3   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$18.08**

---

**3.1450** Nonpriority creditor's name and mailing address

**NICOLAS ALDERETE**

**1811 Washington Ave**

| **Houston** | **TX** | **77007-6130** |
|---|---|---|

Date or dates debt was incurred     **9/26/2020**

Last 4 digits of account number     **3   5   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.04**

---

**3.1451** Nonpriority creditor's name and mailing address

**NOELLE DONOVAN**

**2620 E 13TH STREET**

**# 6A**

| **BROOKLYN** | **NY** | **11235** |
|---|---|---|

Date or dates debt was incurred     **5/13/2019**

Last 4 digits of account number     **1   8   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.06**

---

**3.1452** Nonpriority creditor's name and mailing address

**NORBERTO DELA MERCED**

**7439 Lake Ct**

| **Rancho Cucamonga** | **CA** | **91730-1550** |
|---|---|---|

Date or dates debt was incurred     **11/6/2018**

Last 4 digits of account number     **8   1   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$57.59**

---

Debtor    **MMD Holdings, LLC**  _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.1453** | Nonpriority creditor's name and mailing address |
|---|---|

**NORM PAKULSKI**

**55 S 330 W**

_____

**IVINS**                    **UT**      **84738**

Date or dates debt was incurred      **4/10/2017**

Last 4 digits of account number      **1   7   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.99**

---

| **3.1454** | Nonpriority creditor's name and mailing address |
|---|---|

**Norman Hubler**

**2815 Curtis Ln**

_____

**Lansdale**                **PA**      **19446-5904**

Date or dates debt was incurred      **1/3/2020**

Last 4 digits of account number      **6   3   1   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$64.98**

---

| **3.1455** | Nonpriority creditor's name and mailing address |
|---|---|

**NORMAN MCCLAY**

**3960 3rd St**

_____

**Riverside**                **CA**      **92501-2728**

Date or dates debt was incurred      **8/22/2017**

Last 4 digits of account number      **0   3   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.99**

---

| **3.1456** | Nonpriority creditor's name and mailing address |
|---|---|

**NORMAN SAKAI**

**45-543 Apapane St**

_____

**Kaneohe**                **HI**      **96744-1913**

Date or dates debt was incurred      **10/4/2018**

Last 4 digits of account number      **6   9   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$346.96**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1457** Nonpriority creditor's name and mailing address

Norman Samuelson

152 PLANTATION DRIVE

_____

YOUNGSVILLE          NC      27596

Date or dates debt was incurred      10/14/2019

Last 4 digits of account number      4  1  8  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$43.96

---

**3.1458** Nonpriority creditor's name and mailing address

OFFICE DEPOT INC

PO BOX 630813

_____

CINCINNATI          OH      45263-0813

Date or dates debt was incurred      8/17/2020

Last 4 digits of account number      7  0  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Is the claim subject to offset?
☑ No
☐ Yes

$377.50

---

**3.1459** Nonpriority creditor's name and mailing address

ORLANDO OLIVO

3227 France Ave N

_____

Minneapolis          MN      55422-3210

Date or dates debt was incurred      7/9/2018

Last 4 digits of account number      1  8  5  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$69.89

---

**3.1460** Nonpriority creditor's name and mailing address

Oron Jacobs

381 SE CLEARWATER RIDGE

_____

SHELTON          WA      98584

Date or dates debt was incurred      3/13/2019

Last 4 digits of account number      5  1  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$31.94

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1461**   Nonpriority creditor's name and mailing address

OSCAR MERCADO MALDONADO

115 CALLE ANDRES VELEZ

ISABELA, PR 662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred   10/14/2020

Last 4 digits of account number   7  8  6  9

Is the claim subject to offset?
☑ No
☐ Yes

**$37.99**

---

**3.1462**   Nonpriority creditor's name and mailing address

OSCAR RODRIGUEZ

6955 W 26th Ave

Hialeah                    FL      33016-5455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred   4/19/2019

Last 4 digits of account number   6  5  7  5

Is the claim subject to offset?
☑ No
☐ Yes

**$71.98**

---

**3.1463**   Nonpriority creditor's name and mailing address

OSCAR SIMMONS

PO Box 1499

Maple Valley               WA      98038-1499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred   11/1/2019

Last 4 digits of account number   7  8  8  7

Is the claim subject to offset?
☑ No
☐ Yes

**$34.88**

---

**3.1464**   Nonpriority creditor's name and mailing address

OSCAR WATERS

1331 Littleton Cutoff Rd

Attalla                    AL      35954-5491

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Date or dates debt was incurred   7/22/2015

Last 4 digits of account number   4  9  5  1

Is the claim subject to offset?
☑ No
☐ Yes

**$4.03**

---

Debtor    **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1465**   Nonpriority creditor's name and mailing address

**OSHEL CHAPMAN**

**940 SPRING FORREST RD**

**APT 2-B**

**GREENVILLE**     **NC**    **27834-2124**

Date or dates debt was incurred    **5/4/2018**

Last 4 digits of account number    **8 1 0 7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$56.95**

---

**3.1466**   Nonpriority creditor's name and mailing address

**OSWALD THALMANN**

**107 HALSEY ROAD**

**PARSIPPANY, NJ 7054**

Date or dates debt was incurred    **7/6/2018**

Last 4 digits of account number    **0 9 7 7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1467**   Nonpriority creditor's name and mailing address

**OTTO PORST**

**330 W 3RD ST**

**APT 102A**

**BRIDGEPORT**     **PA**    **19405-1036**

Date or dates debt was incurred    **5/15/2019**

Last 4 digits of account number    **7 6 3 5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.46**

---

**3.1468**   Nonpriority creditor's name and mailing address

**PAMELA GEHM dba PCG CREATIVE LLC**

**54 RABBIT RUN RD**

**OXFORD**     **PA**    **19363**

Date or dates debt was incurred    **6/19/2019**

Last 4 digits of account number    **_ _ N A**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,564.00**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1469** Nonpriority creditor's name and mailing address

**PAMELA WELLEIN**

**7534 Saint Johns Rd**

**Glenville** **PA** **17329-9048**

Date or dates debt was incurred **12/4/2018**

Last 4 digits of account number **3 9 1 1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.99**

---

**3.1470** Nonpriority creditor's name and mailing address

**PANAGIOTIS NTAGKINIS**

**221 89th St**

**Brooklyn** **NY** **11209-5611**

Date or dates debt was incurred **2/19/2020**

Last 4 digits of account number **7 0 0 7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.00**

---

**3.1471** Nonpriority creditor's name and mailing address

**PART 2 PRINT/PETR SILHANEK**

**U KRCSKE VODARNY 63**

**140 00, PRAGUE 4**

**CZECH REPUBLIC, CZE .**

Date or dates debt was incurred **9/17/2019**

Last 4 digits of account number **__ __ N A**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,849.00**

---

**3.1472** Nonpriority creditor's name and mailing address

**PASQUALE RUSSO**

**764 WEST PORT ROAD**

**MARTINEZ** **GA** **30907**

Date or dates debt was incurred **10/23/2020**

Last 4 digits of account number **9 4 2 1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$125.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1473** Nonpriority creditor's name and mailing address

PAT LOCK

15 Sable Palm Dr

| Depew | NY | 14043-1218 |
|---|---|---|

Date or dates debt was incurred **12/7/2018**

Last 4 digits of account number **9 5 6 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.08**

---

**3.1474** Nonpriority creditor's name and mailing address

PAT MCKEE #172274

990 WISACKY HWY

LEE C I  F6B #1224

| BISHOPVILLE | SC | 29010-1775 |
|---|---|---|

Date or dates debt was incurred **9/28/2017**

Last 4 digits of account number **7 8 6 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.55**

---

**3.1475** Nonpriority creditor's name and mailing address

PATRICIA HALL

109 Mary St

| Kingsport | TN | 37660-2390 |
|---|---|---|

Date or dates debt was incurred **3/22/2018**

Last 4 digits of account number **5 9 3 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.99**

---

**3.1476** Nonpriority creditor's name and mailing address

Patricia Hodson

5330 WALTERSDORFF ROAD

| SPRING GROVE | PA | 17362 |
|---|---|---|

Date or dates debt was incurred **8/24/2020**

Last 4 digits of account number **0 8 8 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.99**

---

Debtor **MMD Holdings, LLC**_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1477** Nonpriority creditor's name and mailing address

**PATRICK ABBOTT**

**1000 MACDADE BLVD APT A22**

**CHESTER** **PA** **19013-5233**

Date or dates debt was incurred **6/1/2020**

Last 4 digits of account number **1 0 0 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$44.22**

---

**3.1478** Nonpriority creditor's name and mailing address

**PATRICK BRETON**

**3319 Donegal Rd**

**El Paso** **TX** **79925-2808**

Date or dates debt was incurred **1/17/2018**

Last 4 digits of account number **5 7 3 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.10**

---

**3.1479** Nonpriority creditor's name and mailing address

**PATRICK BRIMMER**

**6881 S RACE ST APT 106**

**LITTLETON** **CO** **80122-1523**

Date or dates debt was incurred **1/29/2019**

Last 4 digits of account number **5 3 6 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.1480** Nonpriority creditor's name and mailing address

**PATRICK BUNCH**

**1726 Devon St**

**Ardmore** **OK** **73401-1739**

Date or dates debt was incurred **2/5/2020**

Last 4 digits of account number **8 3 2 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$57.98**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.1481** Nonpriority creditor's name and mailing address | **$85.97** |

PATRICK CEGLIO

PO Box 539

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Gardiner      MT    59030-0539

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    7/2/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    6   8   9   4

---

| | |
|---|---|
| **3.1482** Nonpriority creditor's name and mailing address | **$34.49** |

Patrick Cooney

801 S. LAKEVIEW DR.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

CROSS JUNCTION    VA    22625

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    5/8/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    4   9   9   4

---

| | |
|---|---|
| **3.1483** Nonpriority creditor's name and mailing address | **$270.89** |

PATRICK D ORTEGO

150 KERN ST., SPC 117

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

SALINAS    CA    93905

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    9/16/2019

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    0   4   5   5

---

| | |
|---|---|
| **3.1484** Nonpriority creditor's name and mailing address | **$42.99** |

PATRICK HAGAN

12290 NW 82nd Ct

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Chiefland    FL    32626-7935

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    8/3/2018

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    0   3   8   5

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1485** Nonpriority creditor's name and mailing address

**PATRICK KAIM**

**1001 E Culver Rd**

**Knox**      **IN**     **46534-2106**

Date or dates debt was incurred    **4/9/2019**

Last 4 digits of account number    **8**   **6**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.21**

---

**3.1486** Nonpriority creditor's name and mailing address

**Patrick Keady**

**2611 Lawrence Rd**

**Charlottesville**     **VA**    **22901-8946**

Date or dates debt was incurred    **9/4/2019**

Last 4 digits of account number    **0**   **0**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.93**

---

**3.1487** Nonpriority creditor's name and mailing address

**PATRICK LOGAN**

**241 Newport Cir**

**Brunswick**     **OH**    **44212-6203**

Date or dates debt was incurred    **11/27/2017**

Last 4 digits of account number    **8**   **1**   **5**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.45**

---

**3.1488** Nonpriority creditor's name and mailing address

**PATRICK MCKINSTRY**

**655 RICHMOND AVE**

**APT #123**

**SAN JOSE**     **CA**    **95128-5808**

Date or dates debt was incurred    **6/4/2018**

Last 4 digits of account number    **2**   **8**   **5**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.45**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1489** Nonpriority creditor's name and mailing address

**PATRICK ORNELLAS**

**1888 Vining Dr**

**San Leandro**        **CA**    **94579-2247**

Date or dates debt was incurred    **5/31/2019**

Last 4 digits of account number    **7 9 5 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.43**

---

**3.1490** Nonpriority creditor's name and mailing address

**PAUL A BAENEN**

**9525 COLLEGE WAY N**

**SEATTLE**        **WA**    **98103-3513**

Date or dates debt was incurred    **9/25/2019**

Last 4 digits of account number    **3 7 4 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$205.95**

---

**3.1491** Nonpriority creditor's name and mailing address

**PAUL ANNUNZIATA**

**1260 PILGRIM PL**

**DAYTONA BEACH**        **FL**    **32119-1565**

Date or dates debt was incurred    **4/9/2019**

Last 4 digits of account number    **8 1 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.20**

---

**3.1492** Nonpriority creditor's name and mailing address

**PAUL BADON**

**2222 Jordan Rd**

**Stevens Point**        **WI**    **54482-9611**

Date or dates debt was incurred    **5/21/2018**

Last 4 digits of account number    **1 3 4 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.99**

---

Debtor      **MMD Holdings, LLC**                                    Case number (if known) _____

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.1493** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$24.94** |

**Paul Budney**

**105-00 SHOREFRONT PARKWAY**

**APT, 5E**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**ROCKAWAY PARK**          **NY**      **11694**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **7/18/2019**

**Is the claim subject to offset?**

Last 4 digits of account number      **2   6   9   3**
☑ No
☐ Yes

---

**3.1494** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:      **$118.45**

**PAUL CONTRERAS**

**301 N Virginia Ave**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Azusa**          **CA**      **91702-3337**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **3/22/2019**

**Is the claim subject to offset?**

Last 4 digits of account number      **1   4   9   7**
☑ No
☐ Yes

---

**3.1495** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:      **$18.00**

**Paul Dupree**

**40 Vley Rd**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Scotia**          **NY**      **12302-2160**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **4/9/2019**

**Is the claim subject to offset?**

Last 4 digits of account number      **5   0   1   2**
☑ No
☐ Yes

---

**3.1496** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:      **$45.98**

**Paul Gaertner**

**5704 Pine Ln**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Crozet**          **VA**      **22932-9331**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred      **5/8/2020**

**Is the claim subject to offset?**

Last 4 digits of account number      **4   2   6   9**
☑ No
☐ Yes

Debtor   **MMD Holdings, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1497**   Nonpriority creditor's name and mailing address

**Paul Gentile**

**11 Sedgwick St**

Jamesburg         NJ     08831-1253

Date or dates debt was incurred    12/12/2019

Last 4 digits of account number    3   5   5   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$51.73**

---

**3.1498**   Nonpriority creditor's name and mailing address

**PAUL GHERSINI**

**312 E PRUNE AVE # A**

LOMPOC         CA     93436-4508

Date or dates debt was incurred    3/27/2019

Last 4 digits of account number    5   3   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.58**

---

**3.1499**   Nonpriority creditor's name and mailing address

**PAUL GLOVER**

**616 E 101st St**

Cleveland         OH     44108-1323

Date or dates debt was incurred    2/19/2020

Last 4 digits of account number    2   9   2   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40.76**

---

**3.1500**   Nonpriority creditor's name and mailing address

**PAUL GRUMBINE**

**132 Sawyer Hill Rd**

Canaan         NH     03741-7465

Date or dates debt was incurred    10/29/2019

Last 4 digits of account number    1   3   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.96**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1501** Nonpriority creditor's name and mailing address

**PAUL HASSELBECK**

**896 73rd Ave N**

St Petersburg      FL      33702-5220

Date or dates debt was incurred    5/16/2017

Last 4 digits of account number    5   4   3   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.77**

---

**3.1502** Nonpriority creditor's name and mailing address

**PAUL JANICKI**

**3763 N 97th St**

Milwaukee      WI      53222-2628

Date or dates debt was incurred    2/5/2019

Last 4 digits of account number    8   8   4   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$211.30**

---

**3.1503** Nonpriority creditor's name and mailing address

**PAUL JOHNSON**

**5905 KENWOOD AVE STE 2**

ROSEDALE      MD      21237-2060

Date or dates debt was incurred    6/19/2019

Last 4 digits of account number    8   5   2   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.92**

---

**3.1504** Nonpriority creditor's name and mailing address

**PAUL KITTELL**

**409 CAYUGA CREEK ROAD**

CHEEKTOWAGA      NY      14227

Date or dates debt was incurred    3/18/2020

Last 4 digits of account number    4   7   5   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$56.67**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1505** Nonpriority creditor's name and mailing address

**PAUL MCCARTY JR**

**S71W19622 MAPLE CT**

**MUSKEGO**      **WI**   **53150**

Date or dates debt was incurred  **10/3/2019**

Last 4 digits of account number  **0  6  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$62.95**

---

**3.1506** Nonpriority creditor's name and mailing address

**PAUL MCKITTEN**

**303 Allegheny Run**

**Simpsonville**      **SC**   **29681-4566**

Date or dates debt was incurred  **12/10/2019**

Last 4 digits of account number  **4  3  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$22.00**

---

**3.1507** Nonpriority creditor's name and mailing address

**Paul Merkle**

**7717 Creswell Rd Lot 18**

**Shreveport**      **LA**   **71106-6031**

Date or dates debt was incurred  **3/12/2020**

Last 4 digits of account number  **5  4  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$20.99**

---

**3.1508** Nonpriority creditor's name and mailing address

**Paul Misencik**

**465 Bunnyview Dr**

**Stratford**      **CT**   **06614-1909**

Date or dates debt was incurred  **1/11/2020**

Last 4 digits of account number  **7  9  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$32.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1509**  Nonpriority creditor's name and mailing address

**Paul Nakao**

**2259 Robinson Cir**

**Livermore**                    **CA**      **94550-7069**

Date or dates debt was incurred          **9/27/2019**

Last 4 digits of account number          **2  4  5  2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.45**

---

**3.1510**  Nonpriority creditor's name and mailing address

**PAUL O DONNELL**

**23223 SUMMIT ROAD**

**LOS GATOS**                    **CA**      **95033**

Date or dates debt was incurred          **10/6/2020**

Last 4 digits of account number          **0  4  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.24**

---

**3.1511**  Nonpriority creditor's name and mailing address

**Paul Prokop**

**32 Kilby St**

**Woburn**                    **MA**      **01801-2958**

Date or dates debt was incurred          **8/20/2019**

Last 4 digits of account number          **2  9  3  6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$52.94**

---

**3.1512**  Nonpriority creditor's name and mailing address

**PAUL STEMPFLY**

**8469 WHISPERING PINE CT**

**ZEELAND**                    **MI**      **49464**

Date or dates debt was incurred          **3/14/2019**

Last 4 digits of account number          **3  8  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.11**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1513** Nonpriority creditor's name and mailing address

**PAUL TENNY**

**162 Milford St**

**B12 A9**

Rochester   NY  14615-1813

Date or dates debt was incurred 2/24/2019

Last 4 digits of account number 2 6 7 0

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$63.99**

---

**3.1514** Nonpriority creditor's name and mailing address

**PAUL TRIMBLE**

**4557 Macdougall Ct**

South Bend   IN  46614-3546

Date or dates debt was incurred 12/16/2019

Last 4 digits of account number 3 7 2 3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.99**

---

**3.1515** Nonpriority creditor's name and mailing address

**PAUL Z MOORE**

**20545 Lace Cascade Rd**

Land O Lakes   FL  34637-5809

Date or dates debt was incurred 7/19/2018

Last 4 digits of account number 1 1 4 7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.89**

---

**3.1516** Nonpriority creditor's name and mailing address

**PAUL. NETTO**

**PO BOX 756**

**894 MILL RD.**

MEADOW VISTA   CA  95722-0756

Date or dates debt was incurred 6/11/2020

Last 4 digits of account number 8 9 8 2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1517**   Nonpriority creditor's name and mailing address

PEDRO MENDEZ

2475 PASEO DE LAS AMERICAS

# 3

SAN DIEGO          CA      92154-7255

Date or dates debt was incurred      1/9/2020

Last 4 digits of account number      0   6   4   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$117.33

---

**3.1518**   Nonpriority creditor's name and mailing address

PEGASUS HOBBIES

5515 MORENO ST.

MONTCLAIR          CA      91763

Date or dates debt was incurred      1/16/2020

Last 4 digits of account number      __ __ N  A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE

Is the claim subject to offset?
☑ No
☐ Yes

$2,158.00

---

**3.1519**   Nonpriority creditor's name and mailing address

Peggy Anderson

101 BUCKINGHAM CT

ELK GROVE VILLAGE          IL      60007

Date or dates debt was incurred      2/16/2020

Last 4 digits of account number      5   0   0   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$12.95

---

**3.1520**   Nonpriority creditor's name and mailing address

PERRY KUNTZ

8053 HEMLOCK LN

ST GERMAIN          WI      54558-9003

Date or dates debt was incurred      9/25/2020

Last 4 digits of account number      5   8   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$188.93

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1521 | Nonpriority creditor's name and mailing address |
|---|---|

**PETE ARMIJO**

**616 1/2 Galisteo St**

_____

**Santa Fe**      **NM**    **87505-8810**

Date or dates debt was incurred    **6/8/2016**

Last 4 digits of account number    **4**   **6**   **6**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$12.08**

---

| 3.1522 | Nonpriority creditor's name and mailing address |
|---|---|

**PETE JENNY**

**1395 Aralia Ct**

_____

**San Luis Obispo**      **CA**    **93401-7676**

Date or dates debt was incurred    **1/7/2020**

Last 4 digits of account number    **0**   **5**   **3**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$9.20**

---

| 3.1523 | Nonpriority creditor's name and mailing address |
|---|---|

**PETER A DELIA**

**6 CLUB ROAD**

**NEWTON, NJ 7860**

_____

Date or dates debt was incurred    **1/7/2020**

Last 4 digits of account number    **7**   **4**   **2**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$30.61**

---

| 3.1524 | Nonpriority creditor's name and mailing address |
|---|---|

**PETER A WILSON**

**1326 Phoebe Ln**

_____

**Garland**      **TX**    **75042-8031**

Date or dates debt was incurred    **10/24/2017**

Last 4 digits of account number    **1**   **6**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$159.15**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1525** | Nonpriority creditor's name and mailing address

**PETER ARAKAWA**

**210 HORIZON DR**

**EDISON, NJ 8817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **8/14/2020**

Last 4 digits of account number   **8  3  2  1**

Is the claim subject to offset?
☑ No
☐ Yes

**$36.98**

---

**3.1526** | Nonpriority creditor's name and mailing address

**PETER BANDA JR**

**6316 Shirley Ave**

**El Paso**              **TX**    **79905-4834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **2/20/2019**

Last 4 digits of account number   **3  9  0  8**

Is the claim subject to offset?
☑ No
☐ Yes

**$36.24**

---

**3.1527** | Nonpriority creditor's name and mailing address

**PETER BISCHOFF**

**PO Box 207**

**Waterloo**             **NY**    **13165-0207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **11/6/2017**

Last 4 digits of account number   **4  7  0  7**

Is the claim subject to offset?
☑ No
☐ Yes

**$73.67**

---

**3.1528** | Nonpriority creditor's name and mailing address

**PETER VERTEIKO**

**715 CARROLL DR SE**

**CEDAR RAPIDS**         **IA**    **52403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **10/30/2018**

Last 4 digits of account number   **0  5  6  1**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1529** Nonpriority creditor's name and mailing address

PETER WILLIAMS

2221 N Family Circle Dr

_____

Twining       MI     48766-9735

Date or dates debt was incurred    8/30/2018

Last 4 digits of account number    9   3   9   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$53.98**

---

**3.1530** Nonpriority creditor's name and mailing address

PHILIP CASEY

708 W 15TH ST

_____

AMARILLO       TX    79101

Date or dates debt was incurred    11/27/2018

Last 4 digits of account number    3   7   0   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.51**

---

**3.1531** Nonpriority creditor's name and mailing address

PHILIP COUGHLIN

777 Huron Ave

_____

Cambridge       MA    02138-4529

Date or dates debt was incurred    9/9/2019

Last 4 digits of account number    3   6   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$69.95**

---

**3.1532** Nonpriority creditor's name and mailing address

PHILIP J CASLEY

3902 Victory Blvd

_____

Staten Island       NY    10314-6704

Date or dates debt was incurred    6/4/2018

Last 4 digits of account number    2   5   7   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$218.40**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1533**   Nonpriority creditor's name and mailing address

**PHILIP JEZYK**

**11000 Lyman Ave**

| **Chicago Ridge** | **IL** | **60415-2254** |
|---|---|---|

Date or dates debt was incurred   **3/12/2020**

Last 4 digits of account number   **1   9   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$51.98

---

**3.1534**   Nonpriority creditor's name and mailing address

**PHILIP KING**

**695 Florence St**

| **North Pole** | **AK** | **99705-5215** |
|---|---|---|

Date or dates debt was incurred   **10/10/2018**

Last 4 digits of account number   **5   8   6   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$55.98

---

**3.1535**   Nonpriority creditor's name and mailing address

**Philip Larsson**

**111 Normandy Cir W**

| **Palm Harbor** | **FL** | **34683-5336** |
|---|---|---|

Date or dates debt was incurred   **7/4/2020**

Last 4 digits of account number   **2   9   2   9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$13.49

---

**3.1536**   Nonpriority creditor's name and mailing address

**PHILIP SIEG**

**PO Box 1246**

| **Center Harbor** | **NH** | **03226-1246** |
|---|---|---|

Date or dates debt was incurred   **10/5/2020**

Last 4 digits of account number   **0   2   8   9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

$37.97

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1537** Nonpriority creditor's name and mailing address

**PHILLIP HUSTON**

**8439 MELROSE LANE**

_____

**EL CAJON** CA 92021

Date or dates debt was incurred **5/6/2019**

Last 4 digits of account number **9 4 3 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$93.33**

---

**3.1538** Nonpriority creditor's name and mailing address

**PHILLIP NAM**

**4942 Partridge Cir**

_____

**La Palma** CA 90623-2241

Date or dates debt was incurred **7/29/2020**

Last 4 digits of account number **0 5 3 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$190.80**

---

**3.1539** Nonpriority creditor's name and mailing address

**Phillip Park**

**1915 W Portobello Ave**

_____

**Mesa** AZ 85202-8045

Date or dates debt was incurred **11/29/2019**

Last 4 digits of account number **2 9 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$36.39**

---

**3.1540** Nonpriority creditor's name and mailing address

**PHILLIP R QUINN**

**1108 F St**

_____

**Perryville** AR 72126-9049

Date or dates debt was incurred **12/30/2019**

Last 4 digits of account number **5 5 6 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.01**

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        Amount of claim

---

**3.1541** Nonpriority creditor's name and mailing address

**PHILLIP RAY WILKIE**

**403 3rd Ave NW Apt 2**

_____

**Mandan**                    **ND**    **58554-3019**

Date or dates debt was incurred    **12/27/2018**

Last 4 digits of account number    **4    4    9    1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$66.53**

---

**3.1542** Nonpriority creditor's name and mailing address

**PHILLIP RINGHAND**

**N6003 County Road E**

_____

**Albany**                    **WI**    **53502-9524**

Date or dates debt was incurred    **12/14/2017**

Last 4 digits of account number    **0    8    0    4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$77.42**

---

**3.1543** Nonpriority creditor's name and mailing address

**PIGNOTTI PROPERTY INSPECTIONS**

**18147 MAGER**

_____

**TINLEY PARK**                **IL**    **60487**

Date or dates debt was incurred    **10/17/2020**

Last 4 digits of account number    **1    9    7    8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$41.57**

---

**3.1544** Nonpriority creditor's name and mailing address

**PLINIO FILHO**

**1950 NW 93rd Ave**

_____

**Doral**                    **FL**    **33172-2925**

Date or dates debt was incurred    **10/17/2019**

Last 4 digits of account number    **2    2    4    2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$12.66**

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|

**3.1545** Nonpriority creditor's name and mailing address

**QUADIENT FINANCE USA, INC**

**P.O. BOX 6813**

_____

**CAROL STREAM**      **IL**     **60197-6813**

Date or dates debt was incurred    **11/12/2020**

Last 4 digits of account number    **5**   **3**   **2**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$180.20**

---

**3.1546** Nonpriority creditor's name and mailing address

**QUADIENT LEASING USA, INC**

**478 WHEELERS FARMS ROAD**

_____

**MILFORD**      **CT**    **06461**

Date or dates debt was incurred    **6/26/2020**

Last 4 digits of account number    **8**   **7**   **5**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,868.99**

---

**3.1547** Nonpriority creditor's name and mailing address

**R KUBISTOL**

**PO Box 291021**

_____

**Chicago**      **IL**    **60629-6021**

Date or dates debt was incurred    **6/24/2019**

Last 4 digits of account number    **1**   **6**   **9**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$418.85**

---

**3.1548** Nonpriority creditor's name and mailing address

**R OLIVIERI**

**2385 LORILLARD PL APT 4**

_____

**BRONX**      **NY**    **10458-8057**

Date or dates debt was incurred    **6/20/2017**

Last 4 digits of account number    **9**   **4**   **5**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.99**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1549**   Nonpriority creditor's name and mailing address

**R. K. BANKAITIS**

**PO Box 99344**

**Cleveland**        **OH**    **44199-0344**

Date or dates debt was incurred    **10/31/2017**

Last 4 digits of account number    **2**   **1**   **7**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$374.77**

---

**3.1550**   Nonpriority creditor's name and mailing address

**RACHEL KOTELES**

**5001 NE Garfield Ave**

**Portland**        **OR**    **97211-3201**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **6**   **8**   **6**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.98**

---

**3.1551**   Nonpriority creditor's name and mailing address

**Rafael Morales**

**6817 CORDER LN**

**LORTON**        **VA**    **22079**

Date or dates debt was incurred    **3/16/2020**

Last 4 digits of account number    **6**   **6**   **9**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$79.47**

---

**3.1552**   Nonpriority creditor's name and mailing address

**RAFAEL STEINBACH**

**444 W 49TH ST APT 2BG**

**NEW YORK**        **NY**    **10019-7225**

Date or dates debt was incurred    **1/20/2020**

Last 4 digits of account number    **2**   **3**   **2**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$50.93**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1553** Nonpriority creditor's name and mailing address

RALPH CRUZ

RR 10 BOX 10058

SAN JUAN, PR 926

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$50.85

| Date or dates debt was incurred | 5/11/2017 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 0 7 7 0 | ☑ No ☐ Yes |

---

**3.1554** Nonpriority creditor's name and mailing address

RALPH CURTIN

1870 E Sherwood Ter

Mustang          OK      73064-6016

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$83.91

| Date or dates debt was incurred | 1/23/2018 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 7 0 6 7 | ☑ No ☐ Yes |

---

**3.1555** Nonpriority creditor's name and mailing address

RALPH GARLO

32 Sanwood Dr

Harrisville          RI      02830-1300

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$48.99

| Date or dates debt was incurred | 10/18/2018 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 2 1 3 0 | ☑ No ☐ Yes |

---

**3.1556** Nonpriority creditor's name and mailing address

RALPH HEACOCK

171 HALDEMAN RD

SCHWENKSVILLE          PA      19473

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

$102.49

| Date or dates debt was incurred | 1/24/2020 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 6 4 5 0 | ☑ No ☐ Yes |

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|--------|----------------------|------------------------|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1557**   **Nonpriority creditor's name and mailing address**

**RANDALL CRITZER #47617**

**PO BOX 300**

**MARCY**     **NY**   **13403**

Date or dates debt was incurred   **5/7/2020**

Last 4 digits of account number   **5 5 4 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$37.94**

---

**3.1558**   **Nonpriority creditor's name and mailing address**

**RANDALL SCHILLING**

**7555 Bailey Rd Apt 319**

**Woodbury**     **MN**   **55129-1515**

Date or dates debt was incurred   **10/24/2017**

Last 4 digits of account number   **9 2 2 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$56.17**

---

**3.1559**   **Nonpriority creditor's name and mailing address**

**RANDALL SPENCER**

**1630 Cherokee Trl**

**Ohatchee**     **AL**   **36271-6577**

Date or dates debt was incurred   **6/30/2020**

Last 4 digits of account number   **5 0 2 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$51.95**

---

**3.1560**   **Nonpriority creditor's name and mailing address**

**Randolph Jones**

**21 CHURCH STREET**

**GLOUCESTER, MA 1930**

Date or dates debt was incurred   **4/3/2020**

Last 4 digits of account number   **6 4 4 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.99**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.1561** Nonpriority creditor's name and mailing address

**RANDOLPH LARCH**

**630 STONE HEDGE LN UNIT D**

| APPLETON | WI | 54914 |
|---|---|---|

Date or dates debt was incurred **6/13/2019**

Last 4 digits of account number **2 5 6 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$53.18**

---

**3.1562** Nonpriority creditor's name and mailing address

**RANDY ARNETT**

**PO Box 941**

| Hawthorne | NV | 89415-0941 |
|---|---|---|

Date or dates debt was incurred **5/30/2017**

Last 4 digits of account number **1 3 5 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$8.96**

---

**3.1563** Nonpriority creditor's name and mailing address

**RANDY HARDIN**

**639 2nd Ave**

| Dixon | IL | 61021-1913 |
|---|---|---|

Date or dates debt was incurred **12/11/2019**

Last 4 digits of account number **6 2 0 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.99**

---

**3.1564** Nonpriority creditor's name and mailing address

**RANDY MERRITT**

**509 W Rouse St**

| Lansing | MI | 48910-4430 |
|---|---|---|

Date or dates debt was incurred **10/30/2018**

Last 4 digits of account number **3 1 1 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$164.30**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1565** Nonpriority creditor's name and mailing address

**RANDY SHAW**

**54 6TH ST**

**BELINGTON**     **WV**     **26250**

Date or dates debt was incurred    **12/19/2017**

Last 4 digits of account number    **2 6 2 9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.1566** Nonpriority creditor's name and mailing address

**RANDY WILSON**

**1402 CHARLES AVE**

**APT 107**

**ALMA**     **MI**     **48801-9223**

Date or dates debt was incurred    **6/29/2020**

Last 4 digits of account number    **9 6 4 5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$56.02**

---

**3.1567** Nonpriority creditor's name and mailing address

**RANKO SCEPOVIC**

**4N490 BRIAR LN**

**BENSENVILLE**     **IL**     **60106**

Date or dates debt was incurred    **11/6/2019**

Last 4 digits of account number    **1 2 1 5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$24.99**

---

**3.1568** Nonpriority creditor's name and mailing address

**RAPIBOX Aï¿½REO  SOFIA AGUILAR**

**1732 NW 82ND AVE STE #3**

**DORAL**     **FL**     **33126**

Date or dates debt was incurred    **9/20/2019**

Last 4 digits of account number    **1 2 3 4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$64.48**

---

Debtor **MMD Holdings, LLC**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1569**   Nonpriority creditor's name and mailing address

**RAUL TORRES**

**1512 LONGLEAF DR**

_____

**EFFORT**     **PA**     **18330-8057**

Date or dates debt was incurred    **9/5/2019**

Last 4 digits of account number    **7**   **8**   **2**   **6**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.01**

---

**3.1570**   Nonpriority creditor's name and mailing address

**RAY KLEIN**

**323 28TH ST**

_____

**WEST PALM BEACH**     **FL**     **33407**

Date or dates debt was incurred    **12/31/2019**

Last 4 digits of account number    **0**   **1**   **1**   **0**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47.98**

---

**3.1571**   Nonpriority creditor's name and mailing address

**RAY QUIST**

**321 McDill Ave**

_____

**Stevens Point**     **WI**     **54481-6217**

Date or dates debt was incurred    **2/7/2020**

Last 4 digits of account number    **2**   **3**   **0**   **4**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$45.58**

---

**3.1572**   Nonpriority creditor's name and mailing address

**RAY SANDUSKY**

**1804 W Pheasant Trl**

_____

**Mount Prospect**     **IL**     **60056-4557**

Date or dates debt was incurred    **1/18/2017**

Last 4 digits of account number    **2**   **4**   **5**   **4**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$75.38**

---

Debtor **MMD Holdings, LLC**

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1573** Nonpriority creditor's name and mailing address

**Ray Vermillion**

**1505 Lowman Cir**

Anacortes      WA    98221-3147

Date or dates debt was incurred    10/26/2019

Last 4 digits of account number    3   8   3   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$150.23**

---

**3.1574** Nonpriority creditor's name and mailing address

**Raymond Golich**

**1927 HOUSTON ST**

DEARBORN      MI    48124-4125

Date or dates debt was incurred    10/22/2019

Last 4 digits of account number    9   8   5   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.95**

---

**3.1575** Nonpriority creditor's name and mailing address

**RAYMOND JENNINGS**

**PO Box 2431**

Appomattox      VA    24522-2431

Date or dates debt was incurred    6/14/2019

Last 4 digits of account number    7   2   4   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.02**

---

**3.1576** Nonpriority creditor's name and mailing address

**RAYMOND L BRITT**

**2950 LAFRANIER RD RM 9**

TRAVERSE CITY      MI    49686-4918

Date or dates debt was incurred    5/30/2017

Last 4 digits of account number    6   0   0   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1577**    Nonpriority creditor's name and mailing address

**Raymond Mancil**

**1134 Trumbulls Corners Rd**

_____

**Newfield**      **NY**    **14867-9452**

Date or dates debt was incurred    **4/16/2020**

Last 4 digits of account number    **2  3  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$13.00**

---

**3.1578**    Nonpriority creditor's name and mailing address

**Raymond Merriam**

**489 South St**

_____

**Hoosick Falls**      **NY**    **12090-3851**

Date or dates debt was incurred    **1/11/2020**

Last 4 digits of account number    **9  1  2  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$93.98**

---

**3.1579**    Nonpriority creditor's name and mailing address

**REAGAN PAGE**

**838 Rip Steele Rd**

_____

**Columbia**      **TN**    **38401-7743**

Date or dates debt was incurred    **7/29/2020**

Last 4 digits of account number    **4  9  7  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$106.12**

---

**3.1580**    Nonpriority creditor's name and mailing address

**REBECCA HUNT**

**115 WOFFORD RD**

_____

**CONWAY**      **SC**    **29526**

Date or dates debt was incurred    **9/18/2019**

Last 4 digits of account number    **9  4  2  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$44.90**

---

| Debtor | **MMD Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1581** Nonpriority creditor's name and mailing address

**REGINALD JONES**

**1901 S Goliad St**

**Amarillo**      **TX**      **79106-5908**

Date or dates debt was incurred    **7/26/2019**

Last 4 digits of account number    **7 2 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$133.41**

---

**3.1582** Nonpriority creditor's name and mailing address

**REMBERT SHAW**

**10400 46TH AVE APT 203**

**BELTSVILLE**      **MD**      **20705-2405**

Date or dates debt was incurred    **12/4/2018**

Last 4 digits of account number    **6 2 2 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$200.90**

---

**3.1583** Nonpriority creditor's name and mailing address

**RENE PULIDO**

**50 E GREEN ST RM 406**

**PASADENA**      **CA**      **91105-2036**

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **6 6 8 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$65.43**

---

**3.1584** Nonpriority creditor's name and mailing address

**REPUBLIC SERVICES #615**

**4200 EAST 14TH STREET**

**PLANO**      **TX**      **75074**

Date or dates debt was incurred    **10/31/2020**

Last 4 digits of account number    **0 7 9 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,308.04**

---

Debtor      **MMD Holdings, LLC**                                          Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1585** **Nonpriority creditor's name and mailing address**

**REX ANDERSEN**

**PO Box 123**

**Brayton**                    **IA**      **50042-0123**

Date or dates debt was incurred      **3/9/2017**

Last 4 digits of account number      **9** **4** **8** **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.68**

---

**3.1586** **Nonpriority creditor's name and mailing address**

**RHU A. BIGAY**

**5080 VALLEY CREST DR APT 29**

**CONCORD**                    **CA**      **94521-3076**

Date or dates debt was incurred      **6/30/2020**

Last 4 digits of account number      **4** **0** **7** **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.28**

---

**3.1587** **Nonpriority creditor's name and mailing address**

**RIC DITTMAN**

**PO Box 14**

**Willow**                    **AK**      **99688-0014**

Date or dates debt was incurred      **1/10/2018**

Last 4 digits of account number      **1** **0** **8** **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$73.32**

---

**3.1588** **Nonpriority creditor's name and mailing address**

**RICARDO CRUZ**

**8604 RANGE ST**

**QUEENS VILLAGE**                    **NY**      **11427**

Date or dates debt was incurred      **6/13/2019**

Last 4 digits of account number      **2** **9** **0** **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$24.99**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1589**   Nonpriority creditor's name and mailing address

RICHARD ARBES

771 Stone House Rd

_____

Tallahassee                FL        32301-8544

Date or dates debt was incurred    10/5/2019

Last 4 digits of account number    7   9   7   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.94**

---

**3.1590**   Nonpriority creditor's name and mailing address

Richard Brazell

103 MAPLE RD

_____

SYRACUSE                  NY        13219

Date or dates debt was incurred    4/10/2020

Last 4 digits of account number    7   5   6   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.99**

---

**3.1591**   Nonpriority creditor's name and mailing address

Richard Brodeur

3 King Charles Dr

_____

Londonderry               NH        03053-2846

Date or dates debt was incurred    7/24/2019

Last 4 digits of account number    8   8   9   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$55.94**

---

**3.1592**   Nonpriority creditor's name and mailing address

RICHARD BROGINSKI

4446 Williams St

_____

Dearborn Heights          MI        48125-2706

Date or dates debt was incurred    1/27/2020

Last 4 digits of account number    8   3   2   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.98**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1593** Nonpriority creditor's name and mailing address

**RICHARD CHIOLINO**

**734 W GRAND RIVER AVE**

**LOT 1**

_____

**OKEMOS** **MI** **48864-3154**

Date or dates debt was incurred **5/19/2020**

Last 4 digits of account number **4  5  6  7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.58**

---

**3.1594** Nonpriority creditor's name and mailing address

**RICHARD CIRILLO**

**12 CENTERVIEW DR**

_____

**TROY** **NY** **12180**

Date or dates debt was incurred **3/17/2020**

Last 4 digits of account number **6  8  4  7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$24.98**

---

**3.1595** Nonpriority creditor's name and mailing address

**RICHARD COBB**

**120 Metcalf Dr**

_____

**Frankfort** **KY** **40601-8619**

Date or dates debt was incurred **1/28/2019**

Last 4 digits of account number **0  4  9  9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.24**

---

**3.1596** Nonpriority creditor's name and mailing address

**RICHARD COWAN**

**40 Charles St**

_____

**Livingston** **NJ** **07039-2959**

Date or dates debt was incurred **8/13/2019**

Last 4 digits of account number **6  4  5  5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$85.77**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1597**  Nonpriority creditor's name and mailing address

RICHARD DUTEAU

50 Riviere Ln

Palm Coast　　　　FL　　32164-3422

Date or dates debt was incurred    8/13/2019

Last 4 digits of account number    7  7  8  0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$110.91

---

**3.1598**  Nonpriority creditor's name and mailing address

RICHARD DUVALL

18720 Pawnee Dr

Spring Lake　　　　MI　　49456-9018

Date or dates debt was incurred    1/15/2020

Last 4 digits of account number    2  2  3  2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$147.97

---

**3.1599**  Nonpriority creditor's name and mailing address

Richard Ewing

9037 Meadowsweet Way

Elk Grove　　　　CA　　95624-2739

Date or dates debt was incurred    10/26/2019

Last 4 digits of account number    2  3  9  4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$44.24

---

**3.1600**  Nonpriority creditor's name and mailing address

RICHARD F KELLAR

22 Orchard Rd

Skaneateles　　　　NY　　13152-1030

Date or dates debt was incurred    8/27/2019

Last 4 digits of account number    4  6  8  3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$14.40

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         **Amount of claim**

| **3.1601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |

**Richard Fitzpatrick**

**613 OAK ST**

**LAKEHURST, NJ 8733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/4/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   4   7   5**

---

| **3.1602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.80** |

**RICHARD FOLLETT**

**672 Stewart Way**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Brentwood      CA    94513-6954**    **Consumer refund/prepayment**

Date or dates debt was incurred    **3/28/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8   8   2   1**

---

| **3.1603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.99** |

**RICHARD FOWLER**

**3028 Oak Forest Dr**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Parkville      MD    21234-5840**    **Consumer refund/prepayment**

Date or dates debt was incurred    **1/6/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   4   8   0**

---

| **3.1604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.91** |

**RICHARD FROMM**

**PO BOX 8815**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**LANCASTER      CA    93539**    **Consumer refund/prepayment**

Date or dates debt was incurred    **11/22/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   1   3   5**

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1605** | **Nonpriority creditor's name and mailing address**

RICHARD G. DUVALL

18720 PAWNEE DRIVE

_____

SPRING LAKE          MI     49456

Date or dates debt was incurred     5/18/2020

Last 4 digits of account number     0  9  5  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$219.46

---

**3.1606** | **Nonpriority creditor's name and mailing address**

RICHARD GIBB

15 Continental Dr

_____

Portland          ME     04103-1601

Date or dates debt was incurred     4/21/2019

Last 4 digits of account number     5  4  1  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.04

---

**3.1607** | **Nonpriority creditor's name and mailing address**

RICHARD GORDON

10 1/2 EAST ST

BEVERLY, MA 1915

_____

Date or dates debt was incurred     3/24/2020

Last 4 digits of account number     1  9  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$271.92

---

**3.1608** | **Nonpriority creditor's name and mailing address**

RICHARD GRONHOLM

2794 SE MCKENNA TRAIL

_____

GRANTS PASS          OR     97527

Date or dates debt was incurred     12/27/2017

Last 4 digits of account number     1  7  0  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$9.00

---

Debtor   **MMD Holdings, LLC**          Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1609**   **Nonpriority creditor's name and mailing address**

**RICHARD H BUETHE**

**PO Box 625**

_____

**Tucson**         **AZ**    **85702-0625**

Date or dates debt was incurred    **4/4/2019**

Last 4 digits of account number    **0  3  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.35**

---

**3.1610**   **Nonpriority creditor's name and mailing address**

**RICHARD HAMMOCK**

**PO Box 3090**

_____

**Phenix City**       **AL**    **36868-3090**

Date or dates debt was incurred    **4/26/2019**

Last 4 digits of account number    **4  5  9  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.98**

---

**3.1611**   **Nonpriority creditor's name and mailing address**

**RICHARD HANSEN**

**1043 Low Gap Rd**

_____

**Wilbur**        **WV**    **26320-7422**

Date or dates debt was incurred    **1/31/2018**

Last 4 digits of account number    **6  7  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.89**

---

**3.1612**   **Nonpriority creditor's name and mailing address**

**richard hazlett**

**12708 Lakewilderness La.**

_____

**SPOTSYLVANIA**       **VA**    **22551**

Date or dates debt was incurred    **6/20/2019**

Last 4 digits of account number    **3  2  4  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$84.04**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1613** Nonpriority creditor's name and mailing address

**Richard Henly**

**2223 Sagamore Rd**

**Charlotte**          **NC**     **28209-3345**

Date or dates debt was incurred          **11/20/2019**

Last 4 digits of account number          **0   8   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.89**

---

**3.1614** Nonpriority creditor's name and mailing address

**RICHARD JONES**

**4343 LINCOLN BLVD**

**APT 108**

**MARION**          **IN**     **46953**

Date or dates debt was incurred          **11/11/2019**

Last 4 digits of account number          **9   5   4   4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$52.05**

---

**3.1615** Nonpriority creditor's name and mailing address

**RICHARD KALEN**

**8 Hunter Pl**

**Hicksville**          **NY**     **11801-2217**

Date or dates debt was incurred          **11/6/2018**

Last 4 digits of account number          **8   3   6   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.11**

---

**3.1616** Nonpriority creditor's name and mailing address

**RICHARD KENNEDY**

**PO Box 190**

**Honey Brook**          **PA**     **19344-0190**

Date or dates debt was incurred          **3/1/2018**

Last 4 digits of account number          **3   6   9   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.45**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1617** Nonpriority creditor's name and mailing address

Richard Krasowski

250 PLEASANT STREET

PEMBROKE, MA 2359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

| Date or dates debt was incurred | 10/31/2019 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **4   1   4   8**

**$17.90**

---

**3.1618** Nonpriority creditor's name and mailing address

RICHARD LEE

1819 English Bay Ter

San Jose          CA      95131-3806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

| Date or dates debt was incurred | 5/4/2020 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **9   3   4   4**

**$53.96**

---

**3.1619** Nonpriority creditor's name and mailing address

RICHARD LOW JR

1039 Connor Rd

Pittsburgh          PA      15234-1064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

| Date or dates debt was incurred | 11/16/2017 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7   9   6   0**

**$144.78**

---

**3.1620** Nonpriority creditor's name and mailing address

RICHARD MALONE

6110 Avon Ave

San Gabriel          CA      91775-2606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

| Date or dates debt was incurred | 11/16/2017 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **3   0   4   1**

**$153.68**

---

Debtor     **MMD Holdings, LLC**        Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1621** Nonpriority creditor's name and mailing address

**RICHARD MARRIOTT**

**40 Renpass Ave**

_____

**New Orleans**      **LA**     **70123-5014**

Date or dates debt was incurred    **11/20/2017**

Last 4 digits of account number    **7 8 2 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$95.44**

---

**3.1622** Nonpriority creditor's name and mailing address

**RICHARD MARTINEZ**

**6930 NW Denargo St**

_____

**Port Saint Lucie**      **FL**     **34983-1431**

Date or dates debt was incurred    **9/21/2018**

Last 4 digits of account number    **2 5 4 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$111.93**

---

**3.1623** Nonpriority creditor's name and mailing address

**Richard Morgan**

**911 NORTH MARKET STREET**

_____

**MARION**      **IL**     **62959**

Date or dates debt was incurred    **3/28/2020**

Last 4 digits of account number    **8 8 9 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.99**

---

**3.1624** Nonpriority creditor's name and mailing address

**RICHARD NEUMANN**

**25 SHERIDAN ST**

**HAVERHILL, MA 1830**

_____

Date or dates debt was incurred    **12/20/2019**

Last 4 digits of account number    **9 4 7 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.99**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1625** Nonpriority creditor's name and mailing address

RICHARD PAPP

24111 Meridian Rd Apt 104

Grosse Ile          MI     48138-1637

Date or dates debt was incurred     2/5/2019

Last 4 digits of account number     0   3   9   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.07

---

**3.1626** Nonpriority creditor's name and mailing address

RICHARD RASMUSSEN

3799 188th Ave

Decorah          IA     52101-7454

Date or dates debt was incurred     1/15/2019

Last 4 digits of account number     5   8   8   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.20

---

**3.1627** Nonpriority creditor's name and mailing address

RICHARD RICASTA

8435 Dapper Ct

San Diego          CA     92126-1311

Date or dates debt was incurred     8/9/2019

Last 4 digits of account number     8   0   1   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.19

---

**3.1628** Nonpriority creditor's name and mailing address

RICHARD RIVA

10625 N Sherburne Pl

West Terre Haute          IN     47885-9369

Date or dates debt was incurred     12/19/2017

Last 4 digits of account number     8   5   9   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.99

---

Debtor    **MMD Holdings, LLC**                 Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1629** Nonpriority creditor's name and mailing address

RICHARD ROBERTS

7015 ELKHORN ST.

_____

BAKERSFIELD      CA    93313

Date or dates debt was incurred    6/13/2019

Last 4 digits of account number    3   2   3   8

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4.98**

---

**3.1630** Nonpriority creditor's name and mailing address

RICHARD RODEWALD

8302 Fink Rd

_____

Harvard      IL    60033-9772

Date or dates debt was incurred    3/28/2017

Last 4 digits of account number    3   7   0   2

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$19.99**

---

**3.1631** Nonpriority creditor's name and mailing address

RICHARD SLINKARD

7540 TWIN OAKS AVE

_____

CITRUS HEIGHTS      CA    95610

Date or dates debt was incurred    12/27/2018

Last 4 digits of account number    3   2   8   5

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5.75**

---

**3.1632** Nonpriority creditor's name and mailing address

RICHARD SMITH

303 W 9TH AVE

_____

HUTCHINSON      KS    67501

Date or dates debt was incurred    12/28/2017

Last 4 digits of account number    7   9   3   1

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$27.99**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1633**   Nonpriority creditor's name and mailing address      **$37.98**

**RICHARD STAGE #140413**

**PO BOX 300**

**CNYCP SOTP BLDG 41 WARD 218**

**MARCY**      **NY**    **13403-0300**

Date or dates debt was incurred    **9/25/2020**

Last 4 digits of account number    **9**   **4**   **2**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1634**   Nonpriority creditor's name and mailing address      **$14.23**

**RICHARD STEER**

**187 GRACEDALE BLVD**

**TORONTO, ON M9L 2C3**

Date or dates debt was incurred    **6/29/2020**

Last 4 digits of account number    **4**   **3**   **3**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1635**   Nonpriority creditor's name and mailing address      **$16.99**

**RICHARD SZALKAY**

**1036 Lindberg Ave**

**Homestead**      **PA**    **15120-2924**

Date or dates debt was incurred    **2/13/2018**

Last 4 digits of account number    **9**   **2**   **7**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1636**   Nonpriority creditor's name and mailing address      **$4.58**

**RICHARD W BRADSLEY**

**1445 Lowell Dr**

**Walla Walla**      **WA**    **99362-8821**

Date or dates debt was incurred    **4/27/2018**

Last 4 digits of account number    **3**   **0**   **9**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.1637** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.1637** Nonpriority creditor's name and mailing address

**Richard Wells**

**516 CROSS GATES BLVD**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.64

**SLIDELL**      **LA**    **70461**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **10/18/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3 0 2 1**

---

**3.1638** Nonpriority creditor's name and mailing address

**RICHARD WINSTON**

**1813 Ports O Call Dr**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$16.23

**Plano**      **TX**    **75075-2146**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **6/22/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7 6 8 0**

---

**3.1639** Nonpriority creditor's name and mailing address

**RICHARD YOUNG**

**PO BOX 212**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$78.18

**TROY**      **SC**    **29848**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **9/10/2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1 1 3 7**

---

**3.1640** Nonpriority creditor's name and mailing address

**RICHARD ZINCK**

**1079 S. ROBERTS ST.**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$81.52

**PAVO**      **GA**    **31778**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **1/30/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8 1 2 6**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1641** Nonpriority creditor's name and mailing address

**RICK LECROY**

**2489 Payne Lake Rd**

**Brent**      **AL**    **35034-2538**

Date or dates debt was incurred   **1/17/2020**

Last 4 digits of account number   **2**   **4**   **6**   **9**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$114.97**

---

**3.1642** Nonpriority creditor's name and mailing address

**Rick Leslie**

**1931 Devon Dr**

**Springfield**      **OH**    **45503-2118**

Date or dates debt was incurred   **12/27/2019**

Last 4 digits of account number   **1**   **0**   **8**   **2**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.95**

---

**3.1643** Nonpriority creditor's name and mailing address

**RICK REIGERT**

**816 S Woodbine Rd**

**Saint Joseph**      **MO**    **64507-2160**

Date or dates debt was incurred   **1/10/2020**

Last 4 digits of account number   **6**   **9**   **0**   **5**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

---

**3.1644** Nonpriority creditor's name and mailing address

**RICK WELTON**

**150 3rd St**

**Renovo**      **PA**    **17764-1069**

Date or dates debt was incurred   **1/2/2019**

Last 4 digits of account number   **6**   **6**   **8**   **7**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.47**

---

Debtor  **MMD Holdings, LLC** _____ Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1645** Nonpriority creditor's name and mailing address

**RICKEY DUNLAP**

**1233 County Road 179**

_____

**Sweetwater**          **TX**     **79556-8645**

Date or dates debt was incurred     **6/5/2017**

Last 4 digits of account number     **0  8  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.72**

---

**3.1646** Nonpriority creditor's name and mailing address

**RICKY C CAMPBELL**

**134 Carter Ln**

_____

**Mocksville**          **NC**     **27028-6201**

Date or dates debt was incurred     **10/16/2018**

Last 4 digits of account number     **7  7  3  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$80.89**

---

**3.1647** Nonpriority creditor's name and mailing address

**RICKY LIVELY**

**654 W 24th St**

_____

**Rifle**          **CO**     **81650-3461**

Date or dates debt was incurred     **4/3/2018**

Last 4 digits of account number     **3  2  3  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.28**

---

**3.1648** Nonpriority creditor's name and mailing address

**Ricky Taylor**

**4221 114th St SE**

_____

**Everett**          **WA**     **98208-7761**

Date or dates debt was incurred     **10/26/2019**

Last 4 digits of account number     **6  1  3  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.13**

---

Debtor       **MMD Holdings, LLC**                                Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.1649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11.00** |
|---|---|---|---|

**RIKI BANKAITIS**

**PO BOX 99344**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEVELAND**       **OH**    **44199**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **1/23/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   4   2   1**

---

| 3.1650 | **Nonpriority creditor's name and mailing address** | | **$20.50** |
|---|---|---|---|

**Rob Brown**

**14144 NE SANDY BLVD**

**APT 12**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**PORTLAND**       **OR**    **97230**

Date or dates debt was incurred    **11/2/2019**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   6   8   3**

---

| 3.1651 | **Nonpriority creditor's name and mailing address** | | **$3.00** |
|---|---|---|---|

**ROBERT A CARROLL**

**11047 DAHLGREN RD**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**KING GEORGE**       **VA**    **22485**

Date or dates debt was incurred    **10/20/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   0   5   2**

---

| 3.1652 | **Nonpriority creditor's name and mailing address** | | **$115.46** |
|---|---|---|---|

**ROBERT A. BUSHEY**

**3104 Avalon Dr**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Randolph**       **MA**    **02368-1546**

Date or dates debt was incurred    **10/5/2017**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   2   4   2**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| 3.1653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26.00** |

**ROBERT ALHEY**

**414-A SENIOR DR. W**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**NEWARK**    **OH**    **43055**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **9/13/2019**

Last 4 digits of account number   **4  1  9  6**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.98** |

**ROBERT ATHEY**

**10 Plantation Hills Dr**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Evans**    **GA**    **30809-5614**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **6/15/2020**

Last 4 digits of account number   **4  2  3  5**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.51** |

**ROBERT BABCOCK**

**60 MONROE**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**IRVINE**    **CA**    **92620**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **11/19/2019**

Last 4 digits of account number   **0  4  6  6**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27.10** |

**ROBERT BARTHOLOMEW**

**1406 BEAR RIVER RD.**

**NEWRY, ME 4261**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **1/15/2019**

Last 4 digits of account number   **2  7  1  9**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1657**  Nonpriority creditor's name and mailing address

**ROBERT BECKSTED**

**28 W Gorman Ave**

**Collingswood**    **NJ**    **08108-1328**

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **5  0  5  4**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.99**

---

**3.1658**  Nonpriority creditor's name and mailing address

**ROBERT BENTLEY**

**2404 Ripley St**

**El Dorado**    **AR**    **71730-8432**

Date or dates debt was incurred    **7/21/2017**

Last 4 digits of account number    **6  5  2  5**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.00**

---

**3.1659**  Nonpriority creditor's name and mailing address

**ROBERT BENWAY**

**3513 NE 151st Ct**

**Vancouver**    **WA**    **98682-8351**

Date or dates debt was incurred    **2/19/2020**

Last 4 digits of account number    **5  8  9  8**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.95**

---

**3.1660**  Nonpriority creditor's name and mailing address

**ROBERT BIANCHI**

**PO BOX 43**

**MCI NORFOLK**

**NORFOLK, MA 2056**

Date or dates debt was incurred    **12/31/2018**

Last 4 digits of account number    **4  3  0  4**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.95**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1661** Nonpriority creditor's name and mailing address

ROBERT BRADLEY

3940 Birch Ln

Fairbanks      AK     99709-3555

Date or dates debt was incurred    11/21/2018

Last 4 digits of account number    3   6   6   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.99**

---

**3.1662** Nonpriority creditor's name and mailing address

ROBERT BROCKMANN

217 SOUTH MAIN ST

ROXBORO      NC    27573

Date or dates debt was incurred    6/3/2020

Last 4 digits of account number    1   7   1   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.98**

---

**3.1663** Nonpriority creditor's name and mailing address

ROBERT BRUTSCHY

3819 Masters Ct

Myrtle Beach      SC    29577-5958

Date or dates debt was incurred    5/24/2019

Last 4 digits of account number    0   4   4   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$43.88**

---

**3.1664** Nonpriority creditor's name and mailing address

Robert Caso

128 GRANDVIEW RD

BOYERTOWN      PA    19512

Date or dates debt was incurred    10/8/2019

Last 4 digits of account number    3   5   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.94**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.1665**   **Nonpriority creditor's name and mailing address**

**ROBERT COLLINGS (COLLIR)**

**20287 Horizon West Rd**

_____

**Eckert**    **CO**    **81418-4104**

Date or dates debt was incurred    **6/8/2016**

Last 4 digits of account number    **9**   **1**   **7**   **0**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.61**

---

**3.1666**   **Nonpriority creditor's name and mailing address**

**ROBERT COLLINS**

**212 Covey Ln**

_____

**McKinney**    **TX**    **75071-0327**

Date or dates debt was incurred    **9/14/2017**

Last 4 digits of account number    **7**   **0**   **7**   **7**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.13**

---

**3.1667**   **Nonpriority creditor's name and mailing address**

**robert conley**

**4075 DANCING CLOUD CT UNIT 198**

_____

**DESTIN**    **FL**    **32541-3394**

Date or dates debt was incurred    **8/15/2019**

Last 4 digits of account number    **4**   **4**   **2**   **4**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.95**

---

**3.1668**   **Nonpriority creditor's name and mailing address**

**ROBERT E.L.RAY II**

**8112 Ellet Rd**

_____

**Springfield**    **VA**    **22151-1927**

Date or dates debt was incurred    **12/14/2018**

Last 4 digits of account number    **0**   **1**   **6**   **7**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.56**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1669** Nonpriority creditor's name and mailing address

ROBERT EGBERS

114 - 4TH STREET

PO BOX 121

UEHLING            NE        68063

Date or dates debt was incurred        12/13/2018

Last 4 digits of account number        5   2   9   3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$42.85

---

**3.1670** Nonpriority creditor's name and mailing address

ROBERT F SEALE

36 Endicott St

Brockton            MA        02302-2644

Date or dates debt was incurred        10/3/2017

Last 4 digits of account number        7   8   1   1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.29

---

**3.1671** Nonpriority creditor's name and mailing address

ROBERT FERESHETIAN

1966 MATTHEWS AVE APT 1

BRONX            NY        10462-3411

Date or dates debt was incurred        10/22/2019

Last 4 digits of account number        6   9   0   2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$31.21

---

**3.1672** Nonpriority creditor's name and mailing address

ROBERT GRUBBS

2107 Buford Rd

North Chesterfield            VA        23235-3411

Date or dates debt was incurred        2/11/2020

Last 4 digits of account number        3   3   7   0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$1.97

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| | |
|---|---|
| **3.1673**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._    **$26.79** |

**ROBERT H TEUFEL**

**412 W Pine Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Arkansas City**     **KS**    **67005-1659**    **Consumer refund/prepayment**

Date or dates debt was incurred    **9/24/2018**    Is the claim subject to offset?

Last 4 digits of account number    **8  5  3  1**    ☑ No   ☐ Yes

---

**3.1674**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: _Check all that apply._    **$20.44**

**ROBERT HALSEY**

**132 Ardmore Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Mooresville**     **NC**    **28117-6612**    **Consumer refund/prepayment**

Date or dates debt was incurred    **3/6/2018**    Is the claim subject to offset?

Last 4 digits of account number    **7  4  4  4**    ☑ No   ☐ Yes

---

**3.1675**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: _Check all that apply._    **$17.37**

**ROBERT HARVEY**

**1837 Haighs Pond Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Rome**     **PA**    **18837-7793**    **Consumer refund/prepayment**

Date or dates debt was incurred    **8/10/2017**    Is the claim subject to offset?

Last 4 digits of account number    **8  2  2  0**    ☑ No   ☐ Yes

---

**3.1676**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: _Check all that apply._    **$3.90**

**ROBERT HAYES**

**3403 E Henderson Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Clarksville**     **TN**    **37042-8567**    **Consumer refund/prepayment**

Date or dates debt was incurred    **10/31/2019**    Is the claim subject to offset?

Last 4 digits of account number    **1  3  3  0**    ☑ No   ☐ Yes

Debtor     **MMD Holdings, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1677**  Nonpriority creditor's name and mailing address

**ROBERT HORVATH**

**41 Bentrup Ct**

_____

Lenox                        MA      01240-2229

Date or dates debt was incurred      12/10/2019

Last 4 digits of account number       4   3   0   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.25**

---

**3.1678**  Nonpriority creditor's name and mailing address

**ROBERT JACKMAN**

**37 WALDO ST**

**RANDOLPH, MA 2368**

_____

Date or dates debt was incurred      1/4/2019

Last 4 digits of account number       0   0   6   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$78.00**

---

**3.1679**  Nonpriority creditor's name and mailing address

**ROBERT JENNINGS**

**5806 N Monte Ave Apt 4**

_____

Fresno                       CA      93711-2250

Date or dates debt was incurred      2/25/2020

Last 4 digits of account number       8   8   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.98**

---

**3.1680**  Nonpriority creditor's name and mailing address

**Robert Joyce**

**8722 Lilac Ct**

_____

Salinas                      CA      93907-3303

Date or dates debt was incurred      7/12/2019

Last 4 digits of account number       5   0   4   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$136.70**

---

Debtor **MMD Holdings, LLC**     Case number (if known) _____

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

       Amount of claim

---

**3.1681**   Nonpriority creditor's name and mailing address

**ROBERT KOSTECKA**

**427 SANDERLING COURT**

**ORLEANS, ON K1E2V5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **11/14/2019**

Last 4 digits of account number   **6 2 0 9**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.11**

---

**3.1682**   Nonpriority creditor's name and mailing address

**ROBERT KOWAL**

**180 Yantic Ln**

Norwich     CT    06360-1454

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **8/14/2020**

Last 4 digits of account number   **8 7 2 9**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.00**

---

**3.1683**   Nonpriority creditor's name and mailing address

**ROBERT L CIANCI**

**72 HEINEBERG RD APT 228**

BURLINGTON     VT    05408-2559

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **10/17/2017**

Last 4 digits of account number   **3 4 1 8**

Is the claim subject to offset?
☑ No
☐ Yes

**$40.00**

---

**3.1684**   Nonpriority creditor's name and mailing address

**ROBERT LUCAS**

**4120 HULL PL**

SAINT LOUIS     MO    63107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Date or dates debt was incurred   **1/20/2020**

Last 4 digits of account number   **6 3 7 6**

Is the claim subject to offset?
☑ No
☐ Yes

**$23.90**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1685**  Nonpriority creditor's name and mailing address

**robert maciejewski**

**19137 SUMPTER RD**

_____

**belleville**                    **MI**      **48111**

Date or dates debt was incurred    **11/5/2019**

Last 4 digits of account number    **4   2   7   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.90**

---

**3.1686**  Nonpriority creditor's name and mailing address

**ROBERT MARRIOTTI**

**690 Gail Dr**

_____

**Hermitage**                    **PA**      **16148-3727**

Date or dates debt was incurred    **9/30/2019**

Last 4 digits of account number    **7   4   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.06**

---

**3.1687**  Nonpriority creditor's name and mailing address

**ROBERT MARTIN**

**7537 W Cameron Dr**

_____

**Peoria**                    **AZ**      **85345-1365**

Date or dates debt was incurred    **8/17/2020**

Last 4 digits of account number    **3   2   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.00**

---

**3.1688**  Nonpriority creditor's name and mailing address

**ROBERT MERRITT**

**6073 Prichard Creek St**

_____

**Murray**                    **ID**      **83874-5024**

Date or dates debt was incurred    **1/28/2019**

Last 4 digits of account number    **4   5   1   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$99.51**

---

Debtor    **MMD Holdings, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1689** Nonpriority creditor's name and mailing address

**Robert Miller**

**65 Brown Rd**

Morganville          NJ      07751-1109

Date or dates debt was incurred      **5/27/2019**

Last 4 digits of account number      **5  7  4  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.37**

---

**3.1690** Nonpriority creditor's name and mailing address

**ROBERT MITCHELL**

**4235 CANBY DRIVE**

MELBOURNE          FL      32901

Date or dates debt was incurred      **1/8/2020**

Last 4 digits of account number      **2  6  7  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$8.00**

---

**3.1691** Nonpriority creditor's name and mailing address

**ROBERT MOORE**

**765 Wake Forest Rd**

Dayton          OH      45431-2882

Date or dates debt was incurred      **11/13/2019**

Last 4 digits of account number      **4  6  1  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.85**

---

**3.1692** Nonpriority creditor's name and mailing address

**ROBERT MOORE**

**103 Woodland Dr**

Jacobus          PA      17407-1258

Date or dates debt was incurred      **1/16/2020**

Last 4 digits of account number      **5  6  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$192.95**

---

Debtor    **MMD Holdings, LLC**            Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.         Amount of claim

---

**3.1693**   Nonpriority creditor's name and mailing address

**ROBERT MYERS**

**5758 Saint Angela Dr**

_____

North Charleston      SC     29418-5212

Date or dates debt was incurred    12/29/2020

Last 4 digits of account number    4   9   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.00**

---

**3.1694**   Nonpriority creditor's name and mailing address

**ROBERT NOBACK**

**24 Thornwood Ct**

_____

Enterprise      AL     36330-8743

Date or dates debt was incurred    10/14/2020

Last 4 digits of account number    1   5   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$32.99**

---

**3.1695**   Nonpriority creditor's name and mailing address

**ROBERT OLSON**

**903 FLORENCE ST**

_____

NAMPA      ID     83686

Date or dates debt was incurred    10/12/2018

Last 4 digits of account number    8   8   6   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

**3.1696**   Nonpriority creditor's name and mailing address

**ROBERT POTTER**

**131 Thurlow Ave**

_____

Rochester      NY     14609-5902

Date or dates debt was incurred    6/9/2020

Last 4 digits of account number    1   1   4   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$38.97**

---

Debtor __MMD Holdings, LLC_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1697** Nonpriority creditor's name and mailing address

Robert Prokop

8006 Greeley Blvd

_____

Springfield                    VA        22152-3035

Date or dates debt was incurred        1/24/2019

Last 4 digits of account number        2   9   3   7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$98.99

---

**3.1698** Nonpriority creditor's name and mailing address

ROBERT R RUSSELL

4801 Hayfield Dr

_____

Winston Salem              NC        27107-6847

Date or dates debt was incurred        7/2/2018

Last 4 digits of account number        7   7   3   8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$25.44

---

**3.1699** Nonpriority creditor's name and mailing address

ROBERT RICHEY

844 MARYANN DR APT 3

_____

SANTA CLARA                CA        95050-5055

Date or dates debt was incurred        10/3/2019

Last 4 digits of account number        4   5   1   2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$148.15

---

**3.1700** Nonpriority creditor's name and mailing address

ROBERT RUMSEY

251 Oakland Ave

_____

Oakland                    CA        94611-5528

Date or dates debt was incurred        4/17/2018

Last 4 digits of account number        0   3   8   0

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
☑ No
☐ Yes

$55.90

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1701** Nonpriority creditor's name and mailing address

**ROBERT RUSSELL**

**4801 HAYFIELD DR**

_____

**WINSTON-SALEM** **NC** **27107-6847**

Date or dates debt was incurred _____1/10/2019_____

Last 4 digits of account number __7__ __7__ __0__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$55.94

---

**3.1702** Nonpriority creditor's name and mailing address

**ROBERT SARBERENYI**

**HC 72 BOX 21422**

_____

**DYER** **NV** **89010**

Date or dates debt was incurred _____11/5/2019_____

Last 4 digits of account number __3__ __7__ __9__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$28.72

---

**3.1703** Nonpriority creditor's name and mailing address

**ROBERT SCHAEFFER**

**408 E Harrison St**

_____

**Tacoma** **WA** **98404-2146**

Date or dates debt was incurred _____3/6/2018_____

Last 4 digits of account number __2__ __0__ __7__ __5__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.45

---

**3.1704** Nonpriority creditor's name and mailing address

**Robert Sees**

**47 Miller St**

_____

**Wallington** **NJ** **07057-2020**

Date or dates debt was incurred _____11/24/2019_____

Last 4 digits of account number __9__ __6__ __2__ __9__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.47

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1705** Nonpriority creditor's name and mailing address

Robert Sewell

14542 Tranquility Creek Dr

Jacksonville          FL      32226-4482

Date or dates debt was incurred          10/18/2019

Last 4 digits of account number          2  1  1  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$284.19

---

**3.1706** Nonpriority creditor's name and mailing address

Robert Skinner

5320 SAN FRANCESCA DR

CAMARILLO          CA      93012

Date or dates debt was incurred          1/17/2020

Last 4 digits of account number          6  3  2  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$9.71

---

**3.1707** Nonpriority creditor's name and mailing address

ROBERT SPECTOR

11419 PORTER RANCH DR

APT 203

NORTHRIDGE          CA      91326

Date or dates debt was incurred          3/3/2020

Last 4 digits of account number          6  8  3  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$29.97

---

**3.1708** Nonpriority creditor's name and mailing address

Robert Taylor

30 Mulwal Dr

Painesville          OH      44077-2522

Date or dates debt was incurred          12/31/2019

Last 4 digits of account number          3  8  7  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$41.84

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1709**  Nonpriority creditor's name and mailing address

Robert Taylor

5140 Farm Ridge Pl

_____

Colorado Springs          CO      80917-1167

Date or dates debt was incurred      10/9/2019

Last 4 digits of account number      7   5   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.00**

---

**3.1710**  Nonpriority creditor's name and mailing address

ROBERT VALCICH

4314 56th St

_____

Woodside          NY      11377-4739

Date or dates debt was incurred      10/12/2016

Last 4 digits of account number      6   9   8   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.99**

---

**3.1711**  Nonpriority creditor's name and mailing address

ROBERT W. CHAFFIN

1218 W 4505 S

_____

Salt Lake City          UT      84123-3224

Date or dates debt was incurred      8/1/2019

Last 4 digits of account number      7   4   1   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.99**

---

**3.1712**  Nonpriority creditor's name and mailing address

ROBERT WALKER

4213 Eagle Dr

_____

Mansfield          TX      76063-5497

Date or dates debt was incurred      10/30/2017

Last 4 digits of account number      9   5   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.33**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1713**  Nonpriority creditor's name and mailing address

ROBERT WHITACRE

4751 PLEASANT OAK DRIVE

B50

FORT COLLINS          CO      80525

Date or dates debt was incurred          11/4/2019

Last 4 digits of account number          6   1   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15.90

---

**3.1714**  Nonpriority creditor's name and mailing address

ROBERT WILLIAMS

1216 Meadowview Dr

Central Square          NY      13036-9543

Date or dates debt was incurred          7/29/2019

Last 4 digits of account number          7   7   6   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$124.46

---

**3.1715**  Nonpriority creditor's name and mailing address

ROBERT WILLIAMSON

951 Morris Rd

Marseilles          IL      61341-1739

Date or dates debt was incurred          3/12/2020

Last 4 digits of account number          4   6   6   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$49.98

---

**3.1716**  Nonpriority creditor's name and mailing address

Robert Worley

1904 Rivard Rd

Toledo          OH      43615-3720

Date or dates debt was incurred          3/16/2020

Last 4 digits of account number          5   1   4   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$30.70

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1717**   Nonpriority creditor's name and mailing address

**ROBERT YURCHUCK**

**845 TRILLIUM PL**

_____

**VIRGINIA BEACH**     **VA**    **23464**

Date or dates debt was incurred    **3/27/2020**

Last 4 digits of account number    **4  6  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$30.98**

---

**3.1718**   Nonpriority creditor's name and mailing address

**Robin Black**

**8518 ROE AVE**

_____

**PRAIRIE VILLAGE**     **KS**    **66207**

Date or dates debt was incurred    **11/29/2019**

Last 4 digits of account number    **4  6  8  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$76.99**

---

**3.1719**   Nonpriority creditor's name and mailing address

**Rocci Primavera**

**7386 Linden Ln**

_____

**Dublin**     **OH**    **43016-7338**

Date or dates debt was incurred    **7/3/2020**

Last 4 digits of account number    **4  2  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7.49**

---

**3.1720**   Nonpriority creditor's name and mailing address

**ROCCO PUIIA**

**7 SOUTH BACK FIELD RD.**

**RAMFORD, ME 4276**

_____

Date or dates debt was incurred    **2/2/2018**

Last 4 digits of account number    **0  0  5  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$329.91**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1721** Nonpriority creditor's name and mailing address

**Rod Rixham**

**8 John St**

| **Millbury** | **MA** | **01527-4212** |
|---|---|---|

Date or dates debt was incurred   **12/8/2019**

Last 4 digits of account number   **8   1   4   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$34.79**

---

**3.1722** Nonpriority creditor's name and mailing address

**RODNEY JOHNSON**

**PO BOX 334**

| **BAGLEY** | **MN** | **56621** |
|---|---|---|

Date or dates debt was incurred   **5/12/2020**

Last 4 digits of account number   **9   4   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42.97**

---

**3.1723** Nonpriority creditor's name and mailing address

**Rodrigo Flota Resendis**

**182-21 150TH AVENUE**

**DOH343230**

| **Springfield Gardens** | **NY** | **11413** |
|---|---|---|

Date or dates debt was incurred   **2/21/2020**

Last 4 digits of account number   **1   2   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$39.98**

---

**3.1724** Nonpriority creditor's name and mailing address

**ROGER COHN**

**5009 WEST 159TH ST**

**APT 4**

| **OAK FOREST** | **IL** | **60452** |
|---|---|---|

Date or dates debt was incurred   **3/20/2020**

Last 4 digits of account number   **9   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.97**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1725**  Nonpriority creditor's name and mailing address

ROGER FISHER

401 N CONSTITUTION DR

APT 612

AURORA                    IL        60506

Date or dates debt was incurred        11/6/2018

Last 4 digits of account number        3    8    0    6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$74.96

---

**3.1726**  Nonpriority creditor's name and mailing address

ROGER HENDERSON

1244 W 101st St

Los Angeles              CA        90044-1802

Date or dates debt was incurred        7/6/2017

Last 4 digits of account number        3    8    8    3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$10.13

---

**3.1727**  Nonpriority creditor's name and mailing address

ROGER J BROWN

502 ELIZABETH AVE W

BOX 317

KEEWATIN                  MN        55753

Date or dates debt was incurred        1/24/2018

Last 4 digits of account number        7    3    4    5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$60.77

---

**3.1728**  Nonpriority creditor's name and mailing address

ROGER JORDAN

3809 Del Rio Dr

Ft Worth                  TX        76133-7105

Date or dates debt was incurred        4/2/2019

Last 4 digits of account number        1    7    0    4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$26.47

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.1729** Nonpriority creditor's name and mailing address

**ROGER MERRITT**

**3660 Makyes Rd**

_____

**Syracuse**          **NY**    **13215-9725**

Date or dates debt was incurred    **2/7/2019**

Last 4 digits of account number    **7  8  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.05**

---

**3.1730** Nonpriority creditor's name and mailing address

**ROGER NYE**

**141 Valley Mdw**

_____

**Cibolo**          **TX**    **78108-3923**

Date or dates debt was incurred    **6/25/2020**

Last 4 digits of account number    **6  5  3  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.66**

---

**3.1731** Nonpriority creditor's name and mailing address

**ROGER REINTS**

**13939 E Burnside St**

_____

**Portland**          **OR**    **97233-2129**

Date or dates debt was incurred    **9/25/2020**

Last 4 digits of account number    **2  2  8  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$96.97**

---

**3.1732** Nonpriority creditor's name and mailing address

**ROGER SCHAFER**

**364 N 13th Ave**

_____

**Brighton**          **CO**    **80601-1534**

Date or dates debt was incurred    **5/29/2018**

Last 4 digits of account number    **4  1  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1733** Nonpriority creditor's name and mailing address

**ROLAND JR. LAFLEUR**

**20683 Pride Baywood Rd**

_____

**Greenwell Springs**     **LA**    **70739-6507**

Date or dates debt was incurred   **10/30/2018**

Last 4 digits of account number   **8**   **9**   **0**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43.99**

---

**3.1734** Nonpriority creditor's name and mailing address

**ROLF RICHTER**

**182 HIGHLAND ROAD**

_____

**YORK**     **PA**    **17403**

Date or dates debt was incurred   **6/21/2019**

Last 4 digits of account number   **1**   **6**   **2**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.80**

---

**3.1735** Nonpriority creditor's name and mailing address

**RON DECKER #73654**

**H.C.F-EU**

**PO BOX 1568**

_____

**HUTCHINSON**     **KS**    **67504**

Date or dates debt was incurred   **6/19/2019**

Last 4 digits of account number   **5**   **7**   **5**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.69**

---

**3.1736** Nonpriority creditor's name and mailing address

**RON DROLSBAUGH**

**17050 COUNTRY VIEW LANE**

_____

**SHIRLEYSBURG**     **PA**    **17260**

Date or dates debt was incurred   **8/10/2020**

Last 4 digits of account number   **7**   **1**   **7**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.98**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

**3.1737**   **Nonpriority creditor's name and mailing address**

**RON GIPSON**

**318 County Road 2906**

_____

**Dodd City**                     **TX**       **75438-3857**

Date or dates debt was incurred        **6/8/2017**

Last 4 digits of account number        **9   2   6   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.02**

**3.1738**   **Nonpriority creditor's name and mailing address**

**RON HACK**

**3413 CONIFER DR**

_____

**NORTH POLE**                 **AK**       **99705**

Date or dates debt was incurred        **2/1/2019**

Last 4 digits of account number        **4   0   4   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.50**

**3.1739**   **Nonpriority creditor's name and mailing address**

**RON HEEG**

**341 BERRY AVE**

_____

**BELLEVUE**                   **KY**       **41073-1324**

Date or dates debt was incurred        **7/16/2019**

Last 4 digits of account number        **6   4   3   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.55**

**3.1740**   **Nonpriority creditor's name and mailing address**

**Ron Painter**

**4570 DRAKE CT. N.E.**

_____

**SALEM**                       **OR**       **97301**

Date or dates debt was incurred        **5/11/2020**

Last 4 digits of account number        **5   2   2   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.99**

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1741** Nonpriority creditor's name and mailing address

**RON ULIANO**

**6227 TWIN OAKS DR**

**#2308**

**COLORADO SPRINGS      CO      80918**

Date or dates debt was incurred      **10/10/2020**

Last 4 digits of account number      **1   6   4   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$1.74

---

**3.1742** Nonpriority creditor's name and mailing address

**RON VEZZANI**

**29 SCOTT DR APT D**

**DRAVOSBURG      PA      15034-1126**

Date or dates debt was incurred      **7/16/2019**

Last 4 digits of account number      **3   9   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.00

---

**3.1743** Nonpriority creditor's name and mailing address

**RONALD B. IRWIN**

**18319 Grayland Ave**

**Artesia      CA      90701-5737**

Date or dates debt was incurred      **6/4/2019**

Last 4 digits of account number      **6   9   5   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$0.95

---

**3.1744** Nonpriority creditor's name and mailing address

**RONALD BACISIN**

**4450 Apulia Rd**

**Jamesville      NY      13078-9406**

Date or dates debt was incurred      **1/26/2018**

Last 4 digits of account number      **3   9   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$57.99

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | |
|---|---|
| **3.1745** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**RONALD BOBO**

**7034 BOSTON AVE**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **$7.58**

**ROSE HAVEN**    **MD**    **20714**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **3/7/2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   5   6   3**

---

**3.1746** Nonpriority creditor's name and mailing address

**RONALD BRICZINSKI**

**5515 Tuscarawas Rd**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **$40.42**

**Beaver**    **PA**    **15009-9540**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **10/25/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   5   4   8**

---

**3.1747** Nonpriority creditor's name and mailing address

**RONALD COLGROVE**

**827 WESTERN AVE APT 2**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **$154.52**

**BRATTLEBORO**    **VT**    **05301-4109**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **8/13/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   9   8   4**

---

**3.1748** Nonpriority creditor's name and mailing address

**RONALD FERREYRA**

**757 Emory St # 106**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **$115.93**

**Imperial Beach**    **CA**    **91932-2231**

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred   **2/11/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   1   8   9**

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1749**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**RONALD FOWLER**

**2623 HOLTON ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.12**

**Basis for the claim:**

**TALLAHASSEE**    **FL**    **32310**    **Consumer refund/prepayment**

Date or dates debt was incurred   **1/10/2019**    **Is the claim subject to offset?**

Last 4 digits of account number   **2  1  0  4**    ☑ No
☐ Yes

---

**3.1750**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**RONALD J POULIN**

**199 Tardiff Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$115.08**

**Basis for the claim:**

**Clinton**    **ME**    **04927-3814**    **Consumer refund/prepayment**

Date or dates debt was incurred   **10/1/2018**    **Is the claim subject to offset?**

Last 4 digits of account number   **8  4  2  7**    ☑ No
☐ Yes

---

**3.1751**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**RONALD KEEFOVER**

**3770 SW. STONYBROOK DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$115.42**

**Basis for the claim:**

**TOPEKA**    **KS**    **66610**    **Consumer refund/prepayment**

Date or dates debt was incurred   **8/9/2019**    **Is the claim subject to offset?**

Last 4 digits of account number   **1  5  3  4**    ☑ No
☐ Yes

---

**3.1752**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**RONALD L FORSYTHE**

**13116 Germany Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.94**

**Basis for the claim:**

**Fenton**    **MI**    **48430-9552**    **Consumer refund/prepayment**

Date or dates debt was incurred   **2/25/2019**    **Is the claim subject to offset?**

Last 4 digits of account number   **2  1  0  1**    ☑ No
☐ Yes

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1753**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$7.95**
*Check all that apply.*

**RONALD MARTIN**

**2304 VARDON LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**FLOSSMOOR**      **IL**      **60422**      **Consumer refund/prepayment**

Date or dates debt was incurred    **10/18/2018**      **Is the claim subject to offset?**

Last 4 digits of account number    **1**   **9**   **2**   **2**      ☒ No   ☐ Yes

---

**3.1754**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$585.01**
*Check all that apply.*

**RONALD MIYAMURA**

**1963 10th Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Honolulu**      **HI**      **96816-2909**      **Consumer refund/prepayment**

Date or dates debt was incurred    **7/6/2017**      **Is the claim subject to offset?**

Last 4 digits of account number    **3**   **5**   **6**   **0**      ☒ No   ☐ Yes

---

**3.1755**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$15.99**
*Check all that apply.*

**Ronald Patterson**

**1035 Chelle Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Troy**      **MO**      **63379-2220**      **Consumer refund/prepayment**

Date or dates debt was incurred    **2/15/2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **3**   **3**   **6**   **2**      ☒ No   ☐ Yes

---

**3.1756**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$2.72**
*Check all that apply.*

**RONALD PATTERSON**

**747 Hardin Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Forest City**      **NC**      **28043-3425**      **Consumer refund/prepayment**

Date or dates debt was incurred    **12/4/2018**      **Is the claim subject to offset?**

Last 4 digits of account number    **6**   **3**   **5**   **7**      ☒ No   ☐ Yes

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1757** Nonpriority creditor's name and mailing address

**Ronald Prestin**

**12 DARNLEY PLACE**

_____

**HUNTINGTON STATION**     **NY**     **11746**

Date or dates debt was incurred     **7/5/2019**

Last 4 digits of account number     **4   5   7   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$18.99

---

**3.1758** Nonpriority creditor's name and mailing address

**RONALD PULS**

**416 TORRINGTON ST**

_____

**PORT CHARLOTTE**     **FL**     **33954**

Date or dates debt was incurred     **8/3/2017**

Last 4 digits of account number     **6   8   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$70.55

---

**3.1759** Nonpriority creditor's name and mailing address

**RONALD SALZMAN**

**1201 LINCOLN MALL**

**APT 605**

**LINCOLN**     **NE**     **68508-2889**

Date or dates debt was incurred     **10/18/2018**

Last 4 digits of account number     **8   6   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.23

---

**3.1760** Nonpriority creditor's name and mailing address

**RONALD SBORAY**

**616 COREY AVE**

_____

**BRADDOCK**     **PA**     **15104**

Date or dates debt was incurred     **10/22/2020**

Last 4 digits of account number     **2   5   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$47.98

---

Debtor     **MMD Holdings, LLC**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

            **Amount of claim**

---

**3.1761**   Nonpriority creditor's name and mailing address

**RONALD SNOW**

**7787 Chippewa St**

**Portage**        **MI**     **49024-4877**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **6**   **5**   **3**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

       **$84.13**

---

**3.1762**   Nonpriority creditor's name and mailing address

**RONALD SZABO**

**24085 HUNTERS HOLLOW RD**

**WARRENTON**        **MO**     **63383**

Date or dates debt was incurred    **7/9/2019**

Last 4 digits of account number    **7**   **8**   **7**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

       **$151.98**

---

**3.1763**   Nonpriority creditor's name and mailing address

**RONALD TOWNSEND**

**20985 CENTER STREET**

**PO BOX 144**

**DUNBRIDGE**        **OH**     **43414-0144**

Date or dates debt was incurred    **2/11/2020**

Last 4 digits of account number    **2**   **6**   **8**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

       **$3.60**

---

**3.1764**   Nonpriority creditor's name and mailing address

**ROSS BUCK**

**63 CEDAR SWAMP ROAD**

**STORRS, CT 6268**

Date or dates debt was incurred    **3/26/2019**

Last 4 digits of account number    **6**   **2**   **8**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

       **$105.00**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1765** Nonpriority creditor's name and mailing address

**Ross Higuchi**

**16979 ROBERTS ROAD UNIT 4**

**LOS GATOS**      **CA**    **95032**

Date or dates debt was incurred    **10/26/2019**

Last 4 digits of account number    **9   7   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$62.97**

---

**3.1766** Nonpriority creditor's name and mailing address

**ROUND 2 LLC**

**4073 MEGHAN BEELER CT**

**SOUTH BEND**      **IN**    **46628**

Date or dates debt was incurred    **10/19/2020**

Last 4 digits of account number    **L   I   2   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,260.98**

---

**3.1767** Nonpriority creditor's name and mailing address

**ROXANNE PATTON**

**1129 STERLING STREET**

**BEACON**      **NY**    **12508**

Date or dates debt was incurred    **6/26/2018**

Last 4 digits of account number    **0   8   1   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.00**

---

**3.1768** Nonpriority creditor's name and mailing address

**ROY BOUDOIN**

**1619 N MACARTHUR BLVD**

**APT A**

**OKLAHOMA CITY**      **OK**    **73127-3849**

Date or dates debt was incurred    **10/15/2020**

Last 4 digits of account number    **5   5   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.97**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1769** Nonpriority creditor's name and mailing address

**ROY BOUTWELL**

**706 E 8th St**

**Cameron** **TX** **76520-2709**

Date or dates debt was incurred **1/14/2020**

Last 4 digits of account number **5 1 9 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$55.37**

---

**3.1770** Nonpriority creditor's name and mailing address

**ROY FELIX**

**6727 Berry Rd**

**Kansas City** **KS** **66106-5217**

Date or dates debt was incurred **8/7/2018**

Last 4 digits of account number **8 2 3 4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$88.03**

---

**3.1771** Nonpriority creditor's name and mailing address

**ROY HYLAMAN**

**5758 VILLAGE GREEN DR APT D**

**ALEXANDRIA** **VA** **22309-1658**

Date or dates debt was incurred **11/9/2017**

Last 4 digits of account number **5 0 7 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$124.98**

---

**3.1772** Nonpriority creditor's name and mailing address

**Roy Medina**

**54 Mount Lebanon St**

**Pepperell** **MA** **01463-1270**

Date or dates debt was incurred **12/14/2019**

Last 4 digits of account number **5 6 3 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.99**

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.1773** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ |

**RUBEN ARMENTA**

**1675 Cr 15**

$38.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Clovis**      **NM**    **88101-9481**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **7/23/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6 4 9 5**

---

| | |
|---|---|
| **3.1774** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ |

**Ruben Llizo**

**97 Overbrook Ave**

$14.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Edison**      **NJ**    **08817-5525**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **12/21/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5 4 2 7**

---

| | |
|---|---|
| **3.1775** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ |

**RUDOLPH KUBISTOL**

**5833 S Newland Ave**

$41.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**      **IL**    **60638-3224**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **11/27/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5 4 7 3**

---

| | |
|---|---|
| **3.1776** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ |

**RUSSELL BUTERA**

**1301 ASHLAND AVE**

$22.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**DES PLAINES**      **IL**    **60016**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred    **3/31/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1 3 9 5**

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1777**  Nonpriority creditor's name and mailing address

**RUSSELL CHRISTE**

**1201 KINGSBURY DRIVE**

_____

**CHESAPEAKE**          **VA**      **23322**

Date or dates debt was incurred     **6/4/2020**

Last 4 digits of account number     **6  7  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.96**

---

**3.1778**  Nonpriority creditor's name and mailing address

**RUSSELL GORDON**

**36494 Highway 65 NE**

_____

**Cambridge**          **MN**      **55008-7934**

Date or dates debt was incurred     **3/20/2018**

Last 4 digits of account number     **5  4  9  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$87.47**

---

**3.1779**  Nonpriority creditor's name and mailing address

**RUSSELL GROSS**

**35555 KENAI SPUR HWY 442**

_____

**SOLDOTNA**          **AK**      **99669**

Date or dates debt was incurred     **3/26/2019**

Last 4 digits of account number     **2  7  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$398.79**

---

**3.1780**  Nonpriority creditor's name and mailing address

**RUSSELL IMMENSCHUH**

**3438 NW Davis Rd**

_____

**Rossville**          **KS**      **66533-9739**

Date or dates debt was incurred     **10/24/2019**

Last 4 digits of account number     **5  1  1  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.51**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1781** Nonpriority creditor's name and mailing address

**RUSSELL KRAPF JR.**

**66 Tompkins St**

_____

**East Northport**          **NY**     **11731-1042**

Date or dates debt was incurred     **9/18/2019**

Last 4 digits of account number     **9  9  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$67.96**

---

**3.1782** Nonpriority creditor's name and mailing address

**Russell Somma**

**5 Shady Ln**

_____

**Sparta**          **NJ**     **07871-1315**

Date or dates debt was incurred     **3/10/2020**

Last 4 digits of account number     **5  8  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$65.98**

---

**3.1783** Nonpriority creditor's name and mailing address

**RUSSELL WEIDMAN**

**5742 BIRDWOOD RD.**

_____

**HOUSTON**          **TX**     **77096**

Date or dates debt was incurred     **6/25/2019**

Last 4 digits of account number     **9  4  7  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.65**

---

**3.1784** Nonpriority creditor's name and mailing address

**RYAN WOOD**

**2156 OVERBROOK AVE.**

_____

**LAKEWOOD**          **OH**     **44107**

Date or dates debt was incurred     **10/24/2020**

Last 4 digits of account number     **4  0  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44.94**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

| 3.1785 | Nonpriority creditor's name and mailing address |

**SACHER TEAM**

**201 WINDING WAY**

_____

| **CAMP HILL** | **PA** | **17011** |

Date or dates debt was incurred    **7/9/2020**

Last 4 digits of account number    __ __ **N A**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Deferred Payroll**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,668.65**

---

| 3.1786 | Nonpriority creditor's name and mailing address |

**SADRIAN HUMPHRIES**

**4283 EXPRESS LN**

**STE 374-674**

| **SARASOTA** | **FL** | **34249** |

Date or dates debt was incurred    **2/26/2020**

Last 4 digits of account number    **6 6 3 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49.01**

---

| 3.1787 | Nonpriority creditor's name and mailing address |

**SAM DURHAM**

**40 N 1025 E**

_____

| **LAFAYETTE** | **IN** | **47905** |

Date or dates debt was incurred    **4/1/2020**

Last 4 digits of account number    **8 4 5 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13.91**

---

| 3.1788 | Nonpriority creditor's name and mailing address |

**SAM JACOBSON**

**2007 FOUNTAIN CREEK DR**

_____

| **SAINT JOSEPH** | **MO** | **64504** |

Date or dates debt was incurred    **11/13/2019**

Last 4 digits of account number    **7 8 3 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.70**

---

Debtor    **MMD Holdings, LLC**          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.1789**   **Nonpriority creditor's name and mailing address**

**SAM SANDERS**

**616 Lee St**

_____

**Lake Village**      **AR**    **71653-1828**

Date or dates debt was incurred    **9/5/2019**

Last 4 digits of account number    **0 3 3 3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$259.16**

---

**3.1790**   **Nonpriority creditor's name and mailing address**

**Samuel Feraci**

**144 Ramage Rd**

_____

**Canton**      **MS**    **39046-9493**

Date or dates debt was incurred    **11/15/2019**

Last 4 digits of account number    **3 1 2 6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$82.44**

---

**3.1791**   **Nonpriority creditor's name and mailing address**

**SAMUEL SOUZA**

**RUA DE STELA MARES COND. SOL**

**DO ATLANTICO CASA 25**

**SALVADOR, BAHIA, , 41500060**

Date or dates debt was incurred    **10/18/2019**

Last 4 digits of account number    **0 1 0 6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$97.93**

---

**3.1792**   **Nonpriority creditor's name and mailing address**

**SANFORD HOOD**

**2697 MISSION ST**

**APT 122**

**SAN FRANCISCO**      **CA**    **94110-3101**

Date or dates debt was incurred    **4/16/2019**

Last 4 digits of account number    **0 0 5 8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$79.80**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1793**  Nonpriority creditor's name and mailing address

**SCHIFFER PUBLISHING**

**4880 LOWER VALLEY RD**

ATGLEN                    PA      19310

Date or dates debt was incurred      9/5/2019

Last 4 digits of account number      8   2   9   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

$18,750.21

---

**3.1794**  Nonpriority creditor's name and mailing address

**SCOTT BECHSTEIN**

**204 Woodland Ave**

Swanton                  OH      43558-1051

Date or dates debt was incurred      5/29/2020

Last 4 digits of account number      1   9   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.99

---

**3.1795**  Nonpriority creditor's name and mailing address

**Scott Copeland**

**2549 Kings Gate Dr.**

Carrollton               TX      75006

Date or dates debt was incurred      1/17/2020

Last 4 digits of account number      1   5   0   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$9.36

---

**3.1796**  Nonpriority creditor's name and mailing address

**Scott Hawks**

**2422 HARDIN FARMS LANE**

KNOXVILLE                TN      37932

Date or dates debt was incurred      4/17/2020

Last 4 digits of account number      7   5   3   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$30.98

---

Debtor   **MMD Holdings, LLC**   _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.1797**  Nonpriority creditor's name and mailing address

**SCOTT JONES**

**1460 MARSHALL ST**

**APT 33**

**REDLANDS**      **CA**  **92374**

Date or dates debt was incurred   **2/16/2017**

Last 4 digits of account number   **2  9  7  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$51.92**

---

**3.1798**  Nonpriority creditor's name and mailing address

**SCOTT KELLER**

**2315 GATEWAY PLACE LN**

**KERNERSVILLE**      **NC**  **27284**

Date or dates debt was incurred   **5/15/2020**

Last 4 digits of account number   **8  8  2  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$14.25**

---

**3.1799**  Nonpriority creditor's name and mailing address

**Scott Koen**

**318 LONE STAR BLVD**

**HUTTO**      **TX**  **78634**

Date or dates debt was incurred   **8/8/2019**

Last 4 digits of account number   **3  6  5  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$60.55**

---

**3.1800**  Nonpriority creditor's name and mailing address

**SCOTT LAUX**

**1214 LAWRENCE ST**

**NEW LONDON**      **WI**  **54961-1851**

Date or dates debt was incurred   **2/20/2020**

Last 4 digits of account number   **0  9  9  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$47.99**

---

Debtor    **MMD Holdings, LLC**       Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1801**   Nonpriority creditor's name and mailing address

**SCOTT MCVICKER**

**4529 E COUNTY ROAD**

**350 N**

**DANVILLE**      **IN**    **46122-8366**

Date or dates debt was incurred    **10/25/2018**

Last 4 digits of account number    **6   4   1   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.19**

---

**3.1802**   Nonpriority creditor's name and mailing address

**SCOTT PARKINSON**

**816 ERIN DR.**

**OXFORD**      **OH**    **45056**

Date or dates debt was incurred    **9/24/2019**

Last 4 digits of account number    **2   4   5   3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.40**

---

**3.1803**   Nonpriority creditor's name and mailing address

**Scott Watanabe**

**10001 GEORGETOWN PIKE**

**UNIT 146**

**GREAT FALLS**      **VA**    **22066-8065**

Date or dates debt was incurred    **8/20/2020**

Last 4 digits of account number    **4   2   9   4**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$24.45**

---

**3.1804**   Nonpriority creditor's name and mailing address

**SEAN DOHERTY**

**188 Duffy Dr**

**Tonawanda**      **NY**    **14150-5129**

Date or dates debt was incurred    **5/15/2020**

Last 4 digits of account number    **1   1   8   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$45.53**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.96 |
|---|---|---|---|

**SEAN G DAY**

**857 Kagawa St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Pacific Palisades | CA | 90272-3832 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred     8/4/2017

Is the claim subject to offset?

Last 4 digits of account number    3 2 5 3

- ☒ No
- ☐ Yes

---

| 3.1806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.89 |
|---|---|---|---|

**SEAN RAVENCRAFT**

**571 PROUTY CORNER LOOP RD.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| COLVILLE | WA | 99114 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred     6/19/2019

Is the claim subject to offset?

Last 4 digits of account number    6 9 8 0

- ☒ No
- ☐ Yes

---

| 3.1807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.98 |
|---|---|---|---|

**SHANNON CRAWFORD**

**PO Box 91**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Fort Pierre | SD | 57532-0091 | **Consumer refund/prepayment** |
|---|---|---|---|

Date or dates debt was incurred     3/13/2020

Is the claim subject to offset?

Last 4 digits of account number    6 7 4 3

- ☒ No
- ☐ Yes

---

| 3.1808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.60 |
|---|---|---|---|

**SHAUN DUGGAN**

**118 HIGH SCHOOL RD**

**APT B-1**

**HYANNIS, MA 2601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Consumer refund/prepayment**

Date or dates debt was incurred     4/17/2018

Is the claim subject to offset?

Last 4 digits of account number    9 7 2 3

- ☒ No
- ☐ Yes

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1809 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**SHAUN GANNON**

**110 BROOKLINE RD APT C-6**

**BALLSTON SPA**     **NY**    **12020-3591**

Date or dates debt was incurred    **11/2/2016**

Last 4 digits of account number    **9**   **6**   **4**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$28.49**

---

| 3.1810 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Shaun Landry**

**18520 JACKSON CIRCLE**

**ELKHORN**     **NE**    **68022**

Date or dates debt was incurred    **5/28/2019**

Last 4 digits of account number    **0**   **2**   **4**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.50**

---

| 3.1811 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**SHAWN CASH**

**8690 MOUNT VERNON ROAD**

**AUBURN**     **CA**    **95603**

Date or dates debt was incurred    **11/6/2020**

Last 4 digits of account number    **8**   **9**   **8**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$9.50**

---

| 3.1812 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**SHAWN HAYMAKER**

**497 Bootlegger Trl**

**Great Falls**     **MT**    **59404-6104**

Date or dates debt was incurred    **5/16/2017**

Last 4 digits of account number    **1**   **8**   **6**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.04**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1813** Nonpriority creditor's name and mailing address

**SHAWN M STALLMAN**

**728 W Michigan St**

| Evansville | IN | 47710-1600 |
|---|---|---|

Date or dates debt was incurred    2/14/2019

Last 4 digits of account number    **1**   **8**   **5**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$96.00**

---

**3.1814** Nonpriority creditor's name and mailing address

**SHAWN QUILLEN**

**603B 8TH ST SW**

| JBLM | WA | 98439 |
|---|---|---|

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    **8**   **8**   **3**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.61**

---

**3.1815** Nonpriority creditor's name and mailing address

**SHAWN SCHMEER**

**2049 NE HYDE ST**

| HILLSBORO | OR | 97124 |
|---|---|---|

Date or dates debt was incurred    5/26/2020

Last 4 digits of account number    **9**   **5**   **2**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.99**

---

**3.1816** Nonpriority creditor's name and mailing address

**SHERIDAN ATTEMA**

**4136 Charlemagne Ave**

| Long Beach | CA | 90808-1605 |
|---|---|---|

Date or dates debt was incurred    6/4/2020

Last 4 digits of account number    **2**   **0**   **9**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$69.96**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1817** Nonpriority creditor's name and mailing address

**SHERRI WILLIAMS**

**PO BOX 525**

_____

**AURORA**            **MO**    **65605**

Date or dates debt was incurred    **1/22/2020**

Last 4 digits of account number    **4   4   8   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.98

---

**3.1818** Nonpriority creditor's name and mailing address

Shinya Sasajima

**277 KINGSPORT DRIVE**

_____

**SCHAUMBURG**            **IL**    **60193**

Date or dates debt was incurred    **4/30/2020**

Last 4 digits of account number    **8   5   2   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.99

---

**3.1819** Nonpriority creditor's name and mailing address

**SIDNEY BREMER**

**1208 Columbus Ave**

_____

**Albert Lea**            **MN**    **56007-3531**

Date or dates debt was incurred    **4/30/2018**

Last 4 digits of account number    **9   6   1   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.79

---

**3.1820** Nonpriority creditor's name and mailing address

**SIGMUND PAULAUSKAS**

**15410 Regent Dr**

_____

**Orland Park**            **IL**    **60462-3839**

Date or dates debt was incurred    **2/8/2019**

Last 4 digits of account number    **9   2   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$2.00

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1821 | Nonpriority creditor's name and mailing address |
|---|---|

**SOLOMON MATLOCK**

**71 Lexington St**

**Cypress**      **IL**    **62923**

Date or dates debt was incurred   **3/26/2019**

Last 4 digits of account number   **6**   **8**   **9**   **2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9.76**

---

| 3.1822 | Nonpriority creditor's name and mailing address |
|---|---|

**SPECIAL HOBBY S.R.O.**

**V LIPKACH 775**

**15400 PRAHA 5-SILVENEC**

**CZECH REPUBLIC, CZE .**

Date or dates debt was incurred   **9/17/2019**

Last 4 digits of account number   __ __ **N** **A**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,201.29**

---

| 3.1823 | Nonpriority creditor's name and mailing address |
|---|---|

**SPECTRUM VOIP**

**7600 WINDROSE AVENUE**

**SUITE 350**

**PLANO**      **TX**    **75024**

Date or dates debt was incurred   **11/1/2020**

Last 4 digits of account number   **3**   **5**   **0**   **4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**UTILITY**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,295.34**

---

| 3.1824 | Nonpriority creditor's name and mailing address |
|---|---|

**STACE ELLIOTT**

**1515 SEMINARY HILL RD**

**CENTRALIA**      **WA**    **98531**

Date or dates debt was incurred   **6/25/2019**

Last 4 digits of account number   **5**   **2**   **3**   **2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.68**

---

Debtor    **MMD Holdings, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1825**   Nonpriority creditor's name and mailing address

**STAN DUARTE**

**6935 ALIANTE PKWY STE 104-112**

**NORTH LAS VEGAS**          **NV**    **89084-5818**

Date or dates debt was incurred      **7/18/2019**

Last 4 digits of account number        **9   4   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.50**

---

**3.1826**   Nonpriority creditor's name and mailing address

**STAN GRZYBALA**

**5007 NE 101st St**

**Vancouver**          **WA**    **98686-5801**

Date or dates debt was incurred      **7/12/2019**

Last 4 digits of account number        **3   6   8   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$143.47**

---

**3.1827**   Nonpriority creditor's name and mailing address

**STAN SCHULTZ**

**8468 Lackland Rd**

**Saint Louis**          **MO**    **63114-5137**

Date or dates debt was incurred      **1/28/2020**

Last 4 digits of account number        **5   5   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.00**

---

**3.1828**   Nonpriority creditor's name and mailing address

**STANLEY CROSSLAND**

**21475 RIDGETOP CIRCLE**

**STE 340**

**STERLING**          **VA**    **20166**

Date or dates debt was incurred      **7/25/2019**

Last 4 digits of account number        **3   1   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16.10**

---

Debtor    **MMD Holdings, LLC**                                  Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.1829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.80 |

**STANLEY PIENKOWSKI**

**54 Donnel Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Vernon | CT | 06066-2706 |

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/26/2019**

Last 4 digits of account number    **2  1  5  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1830 | Nonpriority creditor's name and mailing address | $120.31 |

**STAPLES BUSINESS ADVANTAGE**

**500 STAPLES DRIVE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| FRAMINGHAM | MA | 01702 |

**Basis for the claim:**
**TRADE**

Date or dates debt was incurred    **12/25/2020**

Last 4 digits of account number    **3  D  A  L**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1831 | Nonpriority creditor's name and mailing address | $43.97 |

**STEPHEN BURCH**

**PO Box 2080**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Decatur | IL | 62524-2080 |

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **5/12/2020**

Last 4 digits of account number    **3  6  8  6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1832 | Nonpriority creditor's name and mailing address | $26.22 |

**STEPHEN CELESTINO**

**2 Parkview Pl**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Tuckahoe | NY | 10707-3030 |

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **3/4/2019**

Last 4 digits of account number    **2  1  2  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1833**   Nonpriority creditor's name and mailing address

**STEPHEN F. BARCUS**

**8540 SAN JACINTO CT**

**RANCHO CUCAMONGA**          **CA**      **91730-4332**

Date or dates debt was incurred        **6/9/2020**

Last 4 digits of account number        **0   1   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$25.98**

---

**3.1834**   Nonpriority creditor's name and mailing address

**STEPHEN LINELL**

**915 Highland Ave Apt 79**

**Duarte**          **CA**      **91010-1937**

Date or dates debt was incurred        **4/4/2017**

Last 4 digits of account number        **3   5   8   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$115.95**

---

**3.1835**   Nonpriority creditor's name and mailing address

**Stephen Powell**

**503 Panama Dr**

**Crestview**          **FL**      **32536-2319**

Date or dates debt was incurred        **1/6/2020**

Last 4 digits of account number        **8   2   3   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$52.99**

---

**3.1836**   Nonpriority creditor's name and mailing address

**STEPHEN SANDERS**

**2653 Salem Rd**

**Montevallo**          **AL**      **35115-7839**

Date or dates debt was incurred        **5/13/2020**

Last 4 digits of account number        **3   6   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$10.50**

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 461

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1837** Nonpriority creditor's name and mailing address

STEPHEN SILVESTRI

26 Albion Ave

_____

Stoneham      MA    02180-2203

Date or dates debt was incurred    5/20/2019

Last 4 digits of account number    1   9   8   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.50**

**3.1838** Nonpriority creditor's name and mailing address

Stephen Simpkin

14 MINNESOTA ST

KENORA, ON P9N 3P2

Date or dates debt was incurred    12/17/2019

Last 4 digits of account number    5   5   2   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$24.99**

**3.1839** Nonpriority creditor's name and mailing address

STEPHEN SKELLEY

2033 W Forest Ave

_____

Decatur      IL    62522-2652

Date or dates debt was incurred    2/20/2019

Last 4 digits of account number    4   7   8   7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$509.04**

**3.1840** Nonpriority creditor's name and mailing address

STEPHEN SMITH

5617 LYNDALE AVE S

APT 102

MINNEAPOLIS      MN    55419-1966

Date or dates debt was incurred    3/20/2020

Last 4 digits of account number    1   5   1   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$137.94**

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1841**   Nonpriority creditor's name and mailing address

**stephen snesavage**

**197 Lenker Dr**

Williamstown            PA        17098-9525

Date or dates debt was incurred        10/20/2019

Last 4 digits of account number        3   8   6   7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$29.50**

---

**3.1842**   Nonpriority creditor's name and mailing address

**Stephen Stengrim**

**233 5TH ST. N**

GREENBUSH              MN      56726

Date or dates debt was incurred        9/16/2020

Last 4 digits of account number        6   2   1   9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$17.99**

---

**3.1843**   Nonpriority creditor's name and mailing address

**STEPHEN SWARTZ**

**29759 Arnell Ct**

Roseville              MI      48066-1968

Date or dates debt was incurred        7/6/2017

Last 4 digits of account number        5   0   7   8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$39.10**

---

**3.1844**   Nonpriority creditor's name and mailing address

**STEPHEN TROY NUCKOLS**

**20407 ALLISON DR**

DAMASCUS              VA      24236

Date or dates debt was incurred        1/29/2018

Last 4 digits of account number        0   9   7   3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.40**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1845**   **Nonpriority creditor's name and mailing address**

**STEVE BRENNER**

**1383 HENNING**

_____

**LYNDHURST**       **OH**    **44124**

Date or dates debt was incurred    **12/17/2019**

Last 4 digits of account number    **4**   **0**   **0**   **3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.01**

---

**3.1846**   **Nonpriority creditor's name and mailing address**

**Steve Copas**

**157 PEA RIDGE RD**

_____

**STANARDSVILLE**       **VA**    **22973**

Date or dates debt was incurred    **11/12/2019**

Last 4 digits of account number    **4**   **4**   **8**   **9**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$76.98**

---

**3.1847**   **Nonpriority creditor's name and mailing address**

**Steve Donkle**

**2027 Ami Ct**

_____

**Saint Charles**       **MO**    **63303-5960**

Date or dates debt was incurred    **10/5/2019**

Last 4 digits of account number    **8**   **5**   **0**   **8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$38.00**

---

**3.1848**   **Nonpriority creditor's name and mailing address**

**STEVE GINTER**

**1754 WARFIELD CIRCLE**

_____

**SIMI VALLEY**       **CA**    **93063**

Date or dates debt was incurred    **11/4/2019**

Last 4 digits of account number    ___ ___ **N** **A**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,482.41**

---

Debtor **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1849** Nonpriority creditor's name and mailing address

**STEVE JENKINS**

**234 E College Ave**

_____

**Rapid City**      **SD**    **57701-1032**

Date or dates debt was incurred    **7/17/2017**

Last 4 digits of account number    **5  4  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$39.03**

---

**3.1850** Nonpriority creditor's name and mailing address

**STEVE KALLAN**

**3046 Indian Spgs**

_____

**Prescott**      **AZ**    **86303-6730**

Date or dates debt was incurred    **10/17/2018**

Last 4 digits of account number    **3  4  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$9.98**

---

**3.1851** Nonpriority creditor's name and mailing address

**Steve Langford**

**601 CALHOUN DR**

_____

**ROCKDALE**      **TX**    **76567**

Date or dates debt was incurred    **12/3/2019**

Last 4 digits of account number    **2  1  4  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$27.04**

---

**3.1852** Nonpriority creditor's name and mailing address

**STEVE LENZ**

**722 CHERRY ST # 4**

_____

**GREEN BAY**      **WI**    **54301**

Date or dates debt was incurred    **10/22/2019**

Last 4 digits of account number    **5  4  1  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$256.27**

---

Debtor    **MMD Holdings, LLC**         Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1853** Nonpriority creditor's name and mailing address

**Steve lucianetti**

**43331 Quail St**

**Hollywood**      **MD**    **20636-4110**

Date or dates debt was incurred    **12/2/2019**

Last 4 digits of account number    **7 0 0 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.47**

---

**3.1854** Nonpriority creditor's name and mailing address

**Steve Olson**

**404 W. FLOWER AVE**

**BOX 265**

**ULYSSES**      **KS**    **67880**

Date or dates debt was incurred    **10/6/2019**

Last 4 digits of account number    **1 4 1 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.99**

---

**3.1855** Nonpriority creditor's name and mailing address

**STEVE RANK**

**92 Rank Ln**

**Mill Run**      **PA**    **15464-1061**

Date or dates debt was incurred    **12/23/2019**

Last 4 digits of account number    **2 7 4 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.99**

---

**3.1856** Nonpriority creditor's name and mailing address

**STEVE RICKEY**

**2801 Kansas St**

**Oviedo**      **FL**    **32765-7727**

Date or dates debt was incurred    **5/26/2020**

Last 4 digits of account number    **3 2 9 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$153.06**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1857** Nonpriority creditor's name and mailing address

**STEVE WAGNER**

**830 A STREET**

DANVILLE                    PA       17821

Date or dates debt was incurred          10/8/2019

Last 4 digits of account number          4    8    9    4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$119.78

**3.1858** Nonpriority creditor's name and mailing address

**STEVE WHARTON**

**7500 Mirabel Rd**

Forestville                    CA       95436-9268

Date or dates debt was incurred          2/7/2020

Last 4 digits of account number          2    6    2    0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$24.79

**3.1859** Nonpriority creditor's name and mailing address

**STEVEN ASKINS**

**13610 Foxmoor Ln**

Houston                    TX       77069-2713

Date or dates debt was incurred          9/18/2019

Last 4 digits of account number          6    5    2    2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$166.06

**3.1860** Nonpriority creditor's name and mailing address

**STEVEN BERAKSA**

**27349 7TH ST**

HIGHLAND                    CA       92346

Date or dates debt was incurred          9/1/2020

Last 4 digits of account number          0    0    8    3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$30.99

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 467 |
|---|---|---|

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1861** Nonpriority creditor's name and mailing address

**Steven Beuttenmuller**

**185 NEW YORK AVE**

| | | |
|---|---|---|
| SMITHTOWN | NY | 11787 |

Date or dates debt was incurred  1/31/2020

Last 4 digits of account number  4  4  5  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$7.50

---

**3.1862** Nonpriority creditor's name and mailing address

**STEVEN BRODZINSKI**

**2477 WARREN PKWY APT 5**

| | | |
|---|---|---|
| TWINSBURG | OH | 44087-1361 |

Date or dates debt was incurred  12/19/2018

Last 4 digits of account number  9  0  5  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

**3.1863** Nonpriority creditor's name and mailing address

**STEVEN CLARK**

**5406 W 300 S**

| | | |
|---|---|---|
| LIBERTY CENTER | IN | 46766 |

Date or dates debt was incurred  1/13/2020

Last 4 digits of account number  0  4  8  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$126.00

---

**3.1864** Nonpriority creditor's name and mailing address

**STEVEN E HUPP**

**PO Box 1390**

| | | |
|---|---|---|
| Coarsegold | CA | 93614-1390 |

Date or dates debt was incurred  10/11/2019

Last 4 digits of account number  0  6  4  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$16.99

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1865** Nonpriority creditor's name and mailing address

Steven Keegan

2433 13th St

Eau Claire     WI     54703-2781

Date or dates debt was incurred    7/13/2019

Last 4 digits of account number    5   8   5   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$20.50

---

**3.1866** Nonpriority creditor's name and mailing address

STEVEN KUMAMOTO

2507 CENTRAL RD

GLENVIEW     IL     60025

Date or dates debt was incurred    6/9/2020

Last 4 digits of account number    3   5   2   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$83.97

---

**3.1867** Nonpriority creditor's name and mailing address

Steven Lewis

9016 Jenny Lynn Dr

Chattanooga     TN     37421-4583

Date or dates debt was incurred    8/13/2020

Last 4 digits of account number    7   0   2   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$7.99

---

**3.1868** Nonpriority creditor's name and mailing address

STEVEN NEWELL

PO Box 360

Franconia     NH     03580-0360

Date or dates debt was incurred    12/27/2017

Last 4 digits of account number    5   4   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

Is the claim subject to offset?
☑ No
☐ Yes

$32.54

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.1869 | Nonpriority creditor's name and mailing address |
|---|---|

**STEVEN P DELFS**

**10140 28th Ave**

**Pleasant Prairie**     **WI**    **53158-4406**

Date or dates debt was incurred    **5/18/2017**

Last 4 digits of account number    **1**   **0**   **9**   **1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$263.93**

---

| 3.1870 | Nonpriority creditor's name and mailing address |
|---|---|

**STEVEN POLING**

**8445 N DIXIE DR**

**PIQUA**     **OH**    **45356**

Date or dates debt was incurred    **3/19/2019**

Last 4 digits of account number    **4**   **5**   **4**   **4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.20**

---

| 3.1871 | Nonpriority creditor's name and mailing address |
|---|---|

**steven richard**

**10699 SAPPHIRE TRAIL**

**DAVIDSON**     **NC**    **28036**

Date or dates debt was incurred    **6/26/2019**

Last 4 digits of account number    **2**   **4**   **2**   **5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$128.25**

---

| 3.1872 | Nonpriority creditor's name and mailing address |
|---|---|

**STEVEN SHRAEDER**

**72 East St**

**Honeoye Falls**     **NY**    **14472-1229**

Date or dates debt was incurred    **4/17/2018**

Last 4 digits of account number    **8**   **6**   **9**   **1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$51.99**

---

Debtor **MMD Holdings, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1873** Nonpriority creditor's name and mailing address

**STEVEN UEDA**

**7945 Valley Green Dr**

_____

**Sacramento**               **CA**    **95823-5232**

Date or dates debt was incurred        **10/26/2017**

Last 4 digits of account number    **6  8  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$34.73**

---

**3.1874** Nonpriority creditor's name and mailing address

**STEVEN WILGUS**

**11660 TOM FIORE COURT**

_____

**EL PASO**                 **TX**     **79936**

Date or dates debt was incurred        **5/20/2020**

Last 4 digits of account number    **0  3  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.45**

---

**3.1875** Nonpriority creditor's name and mailing address

**STEVEN WILLIAMS**

**130 CHURCH ST**

**APT 3C**

_____

**KINGS PARK**              **NY**    **11754-1708**

Date or dates debt was incurred        **7/19/2019**

Last 4 digits of account number    **6  4  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.20**

---

**3.1876** Nonpriority creditor's name and mailing address

**STEWART BEAMON**

**224 W Blake St**

_____

**Globe**                   **AZ**    **85501-2306**

Date or dates debt was incurred        **3/23/2020**

Last 4 digits of account number    **5  2  6  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$183.95**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1877**   Nonpriority creditor's name and mailing address

**STPHEN WU**

**90 JENSEN FARM RD.**

**BRAINTREE, MA 2184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **5/6/2019**

Last 4 digits of account number    **8 6 5 3**

Is the claim subject to offset?
☑ No
☐ Yes

**$98.97**

---

**3.1878**   Nonpriority creditor's name and mailing address

**Stu George**

**2589 S Flanders Ct**

**Aurora**      **CO**    **80013-7695**

Date or dates debt was incurred    **5/15/2019**

Last 4 digits of account number    **4 3 5 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$45.19**

---

**3.1879**   Nonpriority creditor's name and mailing address

**STUART TAIT**

**1310 MCWATTERS ROAD**

**802**

**OTTAWA, ON K2C 3N8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **12/23/2020**

Last 4 digits of account number    **7 7 6 8**

Is the claim subject to offset?
☑ No
☐ Yes

**$55.89**

---

**3.1880**   Nonpriority creditor's name and mailing address

**SUMITOMO MITSUI FINANCE AND LEASING COMP**

**666 THIRD AVENUE**

**NEW YORK**      **NY**    **10017**

Date or dates debt was incurred    **11/6/2020**

Last 4 digits of account number    **9 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**LEASE**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,933.35**

**MARLIN BANK SOLD LEASE TO SUMITOMO**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1881** Nonpriority creditor's name and mailing address

**SUMMERS TAYLOR III**

**2505 US HIGHWAY 431**

**BOAZ**        **AL**    **35957-5908**

Date or dates debt was incurred    **5/26/2020**

Last 4 digits of account number    **1   8   3   5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5.98**

---

**3.1882** Nonpriority creditor's name and mailing address

**SUSAN LALONE**

**10710 NE 65 ST**

**VANCOUVER**        **WA**    **98662**

Date or dates debt was incurred    **12/14/2017**

Last 4 digits of account number    **3   1   0   4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$41.53**

---

**3.1883** Nonpriority creditor's name and mailing address

**SUSAN LALONE**

**10710 NE 65TH ST**

**VANCOUVER**        **WA**    **98662**

Date or dates debt was incurred    **6/18/2020**

Last 4 digits of account number    **5   5   5   4**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.99**

---

**3.1884** Nonpriority creditor's name and mailing address

**Susan Watkins**

**2654 VALLEY ROAD**

**CHESTERFIELD**        **MO**    **63005**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **5   4   1   8**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$39.98**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1885** Nonpriority creditor's name and mailing address

**T. DEBALSKI**

**PO Box 22848**

**Baltimore**      **MD**    **21203-4848**

Date or dates debt was incurred   **8/15/2016**

Last 4 digits of account number   **9**   **7**   **2**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$425.10

---

**3.1886** Nonpriority creditor's name and mailing address

**T. GREY GRIFFIN**

**122 Harpeth Trace Smt**

**Nashville**      **TN**    **37221-3156**

Date or dates debt was incurred   **9/8/2017**

Last 4 digits of account number   **0**   **1**   **2**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$186.50

---

**3.1887** Nonpriority creditor's name and mailing address

**TALLMAN E DOUGHTY**

**88 Wells Rd**

**Cape Elizabeth**      **ME**    **04107-9628**

Date or dates debt was incurred   **10/8/2019**

Last 4 digits of account number   **1**   **1**   **8**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$22.00

---

**3.1888** Nonpriority creditor's name and mailing address

**TAMARA JOYCE**

**3300 SWEETBRIAR DR.APT B101**

**IRWIN**      **PA**    **15642**

Date or dates debt was incurred   **8/17/2020**

Last 4 digits of account number   **3**   **3**   **9**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$16.99

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1889** Nonpriority creditor's name and mailing address

tanghao GLB353

15617 NE AIRPORT WAY

GLB353

PORTLAND                OR        97230-4497

Date or dates debt was incurred        1/28/2020

Last 4 digits of account number        6   4   6   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$26.58

---

**3.1890** Nonpriority creditor's name and mailing address

tanghao tanghao

13617 NE Jarrett ST

C/O GLB353

PORTLAND                OR        97251

Date or dates debt was incurred        1/31/2020

Last 4 digits of account number        2   9   1   6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$292.48

---

**3.1891** Nonpriority creditor's name and mailing address

TARA HANSEN

2146 WECOMA PL SW #2

ILWACO                WA        98624

Date or dates debt was incurred        12/16/2019

Last 4 digits of account number        5   4   5   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.00

---

**3.1892** Nonpriority creditor's name and mailing address

Ted Dyer

836 Edge Hill Rd

Glenside                PA        19038-3822

Date or dates debt was incurred        1/12/2020

Last 4 digits of account number        8   2   1   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer refund/prepayment

**Is the claim subject to offset?**
☑ No
☐ Yes

$56.00

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 475

Debtor **MMD Holdings, LLC**                                            Case number (if known) _____

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

---

**3.1893**  Nonpriority creditor's name and mailing address

**TED FOLPRECHT**

**309 3rd Ave**

_____

**East Northport**            **NY**      **11731-3411**

Date or dates debt was incurred    **3/19/2020**

Last 4 digits of account number    **2   9   5   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$21.19**

---

**3.1894**  Nonpriority creditor's name and mailing address

**TED YOUNG JR**

**7972 MIDWAY DR**

**TER APT 0201**

**OCALA**                **FL**      **34472**

Date or dates debt was incurred    **1/2/2019**

Last 4 digits of account number    **8   9   6   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$24.59**

---

**3.1895**  Nonpriority creditor's name and mailing address

**Terence Leung**

**1100 Radcliffe Dr**

_____

**Davis**                **CA**    **95616-0945**

Date or dates debt was incurred    **12/1/2019**

Last 4 digits of account number    **2   9   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$25.99**

---

**3.1896**  Nonpriority creditor's name and mailing address

**TERRANCE B. HUBERTZ**

**1714 PURDUE STREET**

_____

**LAFAYETTE**              **IN**      **47905**

Date or dates debt was incurred    **8/13/2019**

Last 4 digits of account number    **4   3   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$2.88**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1897** Nonpriority creditor's name and mailing address

TERRENCE COPE

3000 Briarwood Cir

Titusville      FL     32796-1622

Date or dates debt was incurred    3/8/2017

Last 4 digits of account number    4   7   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.59**

---

**3.1898** Nonpriority creditor's name and mailing address

TERRENCE SOBECKI

3111 AVALON WAY

SHREWSBUY, MA 1545

Date or dates debt was incurred    12/31/2020

Last 4 digits of account number    6   9   2   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$7.98**

---

**3.1899** Nonpriority creditor's name and mailing address

TERRY BONHAM

6441 PAW PAW CT

INDIANAPOLIS     IN    46203

Date or dates debt was incurred    7/31/2020

Last 4 digits of account number    4   8   4   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

**3.1900** Nonpriority creditor's name and mailing address

TERRY BOYD

184 Mill St

Alto      TX    75925-3118

Date or dates debt was incurred    12/15/2016

Last 4 digits of account number    0   8   8   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.23**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1901** **Nonpriority creditor's name and mailing address**

**TERRY BUNFILL**

**5301 Agate Way**

_____

**Carmichael** **CA** **95608-0608**

Date or dates debt was incurred **12/10/2019**

Last 4 digits of account number **6 0 8 4**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$117.87

---

**3.1902** **Nonpriority creditor's name and mailing address**

**TERRY LEE HEWITT #358167**

**LEE C.I RM# F6-B 2250**

**990 WISACKY HIGHWAY**

_____

**BISHOPVILLE** **SC** **29010-1775**

Date or dates debt was incurred **9/18/2019**

Last 4 digits of account number **3 7 1 0**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$98.23

---

**3.1903** **Nonpriority creditor's name and mailing address**

**TERRY MCKEOWN**

**160 14th St NW**

_____

**Barberton** **OH** **44203-7019**

Date or dates debt was incurred **1/29/2018**

Last 4 digits of account number **4 0 9 4**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.77

---

**3.1904** **Nonpriority creditor's name and mailing address**

**TERRY MUELLER**

**9608 COUNTY ROAD A**

_____

**MARSHFIELD** **WI** **54449**

Date or dates debt was incurred **5/15/2020**

Last 4 digits of account number **9 9 3 4**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$121.44

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1905 | **Nonpriority creditor's name and mailing address** |
|---|---|

**TERRY NABORS**

**208 Gadsden St**

_____

| Piedmont | **AL** | **36272-1121** |

Date or dates debt was incurred **5/15/2020**

Last 4 digits of account number **5 0 4 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$33.49**

---

| 3.1906 | **Nonpriority creditor's name and mailing address** |
|---|---|

**TGI**

**6800 WEST CENTRAL AVENUE**

**BLDG 1**

| TOLEDO | **OH** | **43617** |

Date or dates debt was incurred **3/17/2020**

Last 4 digits of account number **M M D**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,822.14**

---

| 3.1907 | **Nonpriority creditor's name and mailing address** |
|---|---|

**THE HARTFORD**

**690 ASYLUM AVENUE**

_____

| HARTFORD | **CT** | **06155** |

Date or dates debt was incurred **2/6/2020**

Last 4 digits of account number **8 2 4 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$892.00**

---

| 3.1908 | **Nonpriority creditor's name and mailing address** |
|---|---|

**THEODORE PATE**

**29823 Lamar Ln**

_____

| Livonia | **MI** | **48152-4529** |

Date or dates debt was incurred **3/9/2018**

Last 4 digits of account number **5 4 7 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.98**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1909** Nonpriority creditor's name and mailing address

THEODORE R SAMPSON

5450 El Carro Ln

Carpinteria      CA    93013-1543

Date or dates debt was incurred    4/4/2019

Last 4 digits of account number    5   0   9   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$68.78**

---

**3.1910** Nonpriority creditor's name and mailing address

Thomas Adkins

3725 SNOWDRIFT CIRCLE

APT# 103

VIRGINIA BEACH      VA    23462

Date or dates debt was incurred    10/30/2019

Last 4 digits of account number    3   7   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$18.99**

---

**3.1911** Nonpriority creditor's name and mailing address

THOMAS BAIR

7745 Trier Rd

Fort Wayne      IN    46815-5647

Date or dates debt was incurred    1/13/2020

Last 4 digits of account number    0   6   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$73.97**

---

**3.1912** Nonpriority creditor's name and mailing address

Thomas BAKER

125 FLINT ACRES CIR

JONESBORO      GA    30238

Date or dates debt was incurred    3/30/2020

Last 4 digits of account number    3   6   8   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$18.18**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1913** Nonpriority creditor's name and mailing address

THOMAS COLE

1253 Cushmore Rd

Southampton        PA        18966-4140

Date or dates debt was incurred        7/11/2017

Last 4 digits of account number        0  2  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.60**

---

**3.1914** Nonpriority creditor's name and mailing address

Thomas Dinackus

9416 Braymore Cir

Fairfax Station        VA        22039-3133

Date or dates debt was incurred        4/2/2020

Last 4 digits of account number        0  7  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$58.98**

---

**3.1915** Nonpriority creditor's name and mailing address

THOMAS DOYLE

6211 Hancock Ave

Saint Louis        MO        63139-2028

Date or dates debt was incurred        2/7/2020

Last 4 digits of account number        7  4  5  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$34.98**

---

**3.1916** Nonpriority creditor's name and mailing address

THOMAS ERICKSON

410 E RIVER RD

APT 803

BRAINERD        MN        56401-3546

Date or dates debt was incurred        12/20/2017

Last 4 digits of account number        2  0  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$131.02**

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1917** Nonpriority creditor's name and mailing address

**THOMAS F GRIFFIN**

**803 Hastin Pl**

**Kissimmee**           **FL**     **34758-3163**

Date or dates debt was incurred     **7/16/2019**

Last 4 digits of account number     **1  8  7  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$46.48**

---

**3.1918** Nonpriority creditor's name and mailing address

**THOMAS F. GRIFFIN**

**803 HASTIN PL**

**KISSIMMEE**           **FL**     **34758**

Date or dates debt was incurred     **10/8/2019**

Last 4 digits of account number     **3  8  3  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$29.50**

---

**3.1919** Nonpriority creditor's name and mailing address

**THOMAS FARRON**

**8H LILITH FAIR**

**BALLSTON SPA**           **NY**     **12020**

Date or dates debt was incurred     **10/17/2019**

Last 4 digits of account number     **9  2  6  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$49.49**

---

**3.1920** Nonpriority creditor's name and mailing address

**THOMAS FOX**

**340 OLD MILL RD SPC 51**

**SANTA BARBARA**           **CA**     **93110-3715**

Date or dates debt was incurred     **1/3/2018**

Last 4 digits of account number     **0  9  6  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$19.99**

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1921** Nonpriority creditor's name and mailing address

**Thomas Gragg**

**1906 Lenox St**

_____

**Harrisburg**      **PA**     **17104-2944**

Date or dates debt was incurred    **11/30/2019**

Last 4 digits of account number    **2**   **3**   **6**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$50.99**

---

**3.1922** Nonpriority creditor's name and mailing address

**thomas hancock**

**79 Hartington Dr**

_____

**Madison**      **AL**    **35758-8205**

Date or dates debt was incurred    **6/1/2019**

Last 4 digits of account number    **5**   **1**   **2**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$19.99**

---

**3.1923** Nonpriority creditor's name and mailing address

**Thomas Hayden**

**4785 BRIDGEPORT PLACE**

_____

**MUKILTEO**      **WA**    **98275**

Date or dates debt was incurred    **6/10/2019**

Last 4 digits of account number    **3**   **3**   **0**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$33.14**

---

**3.1924** Nonpriority creditor's name and mailing address

**Thomas Hewitt**

**377 ROUTE 119 EAST**

**FITZWILLIAM, NH 3447**

_____

Date or dates debt was incurred    **10/27/2019**

Last 4 digits of account number    **2**   **4**   **3**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$60.55**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                      Amount of claim

**3.1925**   Nonpriority creditor's name and mailing address

**thomas hill**

**258 Bruce Rd**

**Mars Hill**        **NC**    **28754-9799**

Date or dates debt was incurred    **11/10/2019**

Last 4 digits of account number    **2  5  1  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15.19**

---

**3.1926**   Nonpriority creditor's name and mailing address

**THOMAS JOHNSON**

**1012 Pleasant Hill Rd**

**Johnson City**        **TN**    **37604-3835**

Date or dates debt was incurred    **7/6/2017**

Last 4 digits of account number    **1  1  4  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.59**

---

**3.1927**   Nonpriority creditor's name and mailing address

**THOMAS KIRCHMAN**

**110 Westwind Ln**

**Amherst**        **NY**    **14228-1890**

Date or dates debt was incurred    **8/4/2020**

Last 4 digits of account number    **9  7  8  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3.99**

---

**3.1928**   Nonpriority creditor's name and mailing address

**THOMAS M ASHTON**

**2 Capps Ct**

**Gaithersburg**        **MD**    **20878-1953**

Date or dates debt was incurred    **6/13/2017**

Last 4 digits of account number    **1  4  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$233.57**

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1929**   Nonpriority creditor's name and mailing address

**THOMAS M WIELOCK JR**

**90 BELDEN RD**

**BURLINGTON**     **CT**    **06013-1417**

Date or dates debt was incurred    **6/10/2019**

Last 4 digits of account number    **5**   **7**   **7**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$56.58

---

**3.1930**   Nonpriority creditor's name and mailing address

**THOMAS MARTIN**

**PO Box 526**

**Bethlehem**     **NH**    **03574-0526**

Date or dates debt was incurred    **4/3/2017**

Last 4 digits of account number    **7**   **9**   **7**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$129.91

---

**3.1931**   Nonpriority creditor's name and mailing address

**Thomas McDaniel**

**32403 SAVANNAH TRACE**

**DENHAM SPRINGS**     **LA**    **70726**

Date or dates debt was incurred    **12/31/2019**

Last 4 digits of account number    **2**   **3**   **3**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$63.00

---

**3.1932**   Nonpriority creditor's name and mailing address

**Thomas Meleck**

**632 SOUTH HIGHLAND AVENUE**

**LOS ANGELES**     **CA**    **90036**

Date or dates debt was incurred    **1/4/2020**

Last 4 digits of account number    **1**   **1**   **4**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$12.79

---

Debtor **MMD Holdings, LLC**                Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1933** Nonpriority creditor's name and mailing address

THOMAS OGG

PO BOX 89

44 COZY HARBOR ROAD

SOUTHPORT            ME     04576-0089

Date or dates debt was incurred     11/27/2017

Last 4 digits of account number     9   5   6   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$102.18**

---

**3.1934** Nonpriority creditor's name and mailing address

Thomas Ortiz II

9012 SARA LANE

SHREVEPORT            LA     71118

Date or dates debt was incurred     1/29/2020

Last 4 digits of account number     0   6   2   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.29**

---

**3.1935** Nonpriority creditor's name and mailing address

THOMAS PASTORIUS

118 Rosemont Ave

Norristown            PA     19401-4358

Date or dates debt was incurred     3/19/2019

Last 4 digits of account number     9   1   6   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$207.91**

---

**3.1936** Nonpriority creditor's name and mailing address

THOMAS PONGRATZ

19736 Waltham Rd

Beverly Hills            MI     48025-5129

Date or dates debt was incurred     1/25/2019

Last 4 digits of account number     1   7   1   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$75.02**

---

Debtor    **MMD Holdings, LLC**          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1937**   Nonpriority creditor's name and mailing address

**THOMAS R ALLEN**

**1028 CARRIAGE DR APT D**

_____

**AIKEN**      **SC**    **29803-5512**

Date or dates debt was incurred   **3/17/2020**

Last 4 digits of account number   **1**   **8**   **0**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.98**

---

**3.1938**   Nonpriority creditor's name and mailing address

**THOMAS RAU**

**33197 740th Ave**

_____

**Olivia**      **MN**    **56277-2397**

Date or dates debt was incurred   **12/26/2019**

Last 4 digits of account number   **1**   **3**   **3**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12.95**

---

**3.1939**   Nonpriority creditor's name and mailing address

**THOMAS RIDDICK**

**PO BOX 175**

_____

**BURLINGHAM**      **NY**    **12722**

Date or dates debt was incurred   **6/19/2019**

Last 4 digits of account number   **1**   **1**   **8**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$331.91**

---

**3.1940**   Nonpriority creditor's name and mailing address

**THOMAS RIDDICK**

**220 ECHO RD**

_____

**BLOOMINGBURG**      **NY**    **12721**

Date or dates debt was incurred   **9/13/2018**

Last 4 digits of account number   **6**   **9**   **6**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.99**

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1941** Nonpriority creditor's name and mailing address

**THOMAS ROBERTS**

**217 SOUTH STREET**

_____

**CATAWISSA** **PA** **17820**

Date or dates debt was incurred __4/23/2020__

Last 4 digits of account number __3__ __8__ __2__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.50

---

**3.1942** Nonpriority creditor's name and mailing address

**THOMAS SAFINA**

**1006 SARAH DR**

_____

**LANDENBERG** **PA** **19350**

Date or dates debt was incurred __7/9/2019__

Last 4 digits of account number __5__ __1__ __0__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$8.97

---

**3.1943** Nonpriority creditor's name and mailing address

**THOMAS SHERIDAN**

**15438 Ellis Ave**

_____

**Dolton** **IL** **60419-2756**

Date or dates debt was incurred __5/14/2019__

Last 4 digits of account number __1__ __1__ __6__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$17.93

---

**3.1944** Nonpriority creditor's name and mailing address

**THOMAS STUMP**

**103 Hull St**

_____

**Beckley** **WV** **25801-4701**

Date or dates debt was incurred __2/11/2020__

Last 4 digits of account number __4__ __9__ __8__ __2__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$10.98

---

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims page 488

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1945**   Nonpriority creditor's name and mailing address

**Thomas Wilt**

**123 Highland Meadow Cir**

_____

_____

**Coppell**     **TX**    **75019-5730**

Date or dates debt was incurred    **6/9/2019**

Last 4 digits of account number    **7   8   5   9**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$27.61**

---

**3.1946**   Nonpriority creditor's name and mailing address

**TIM ARCHER**

**14020 E 23RD**

_____

_____

**VERADALE**     **WA**    **99037-9330**

Date or dates debt was incurred    **8/3/2018**

Last 4 digits of account number    **9   8   2   9**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$12.99**

---

**3.1947**   Nonpriority creditor's name and mailing address

**Tim Cromartie**

**1500 WEST EL CAMINO AVE**

**#27**

_____

**Sacramento**     **CA**    **95833**

Date or dates debt was incurred    **5/24/2019**

Last 4 digits of account number    **9   0   5   6**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$46.94**

---

**3.1948**   Nonpriority creditor's name and mailing address

**TIM MCCAFFREY**

**10601 BEARD AVE S APT 107**

_____

_____

**MINNEAPOLIS**     **MN**    **55431-3655**

Date or dates debt was incurred    **4/24/2018**

Last 4 digits of account number    **0   0   9   7**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$13.99**

---

Debtor     **MMD Holdings, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
| --- | --- | --- |
| **3.1949** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ |

**$9.52**

**TIM WHALEN**

**2025 NORTH LINCOLN STREET**

**APT. 102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ARLINGTON**      **VA**     **22207**

**Consumer refund/prepayment**

Date or dates debt was incurred    **8/27/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **7**   **6**   **1**   **3**

☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| **3.1950** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ |

**$435.75**

**TIM WHITE**

**40-431 PENDER STREET EAST**

**VANCOUVER, BC V6A 1V2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Consumer refund/prepayment**

Date or dates debt was incurred    **9/27/2018**

**Is the claim subject to offset?**

Last 4 digits of account number    **1**   **8**   **1**   **4**

☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| **3.1951** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ |

**$15.95**

**Tim Wood**

**2612 BOSQUE DEL SOL NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ALBUQUERQUE**      **NM**     **87120**

**Consumer refund/prepayment**

Date or dates debt was incurred    **11/4/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **9**   **7**   **6**   **9**

☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| **3.1952** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ |

**$59.60**

**TIMOTHY BRAUN**

**111 Highway Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Congers**      **NY**     **10920-2838**

**Consumer refund/prepayment**

Date or dates debt was incurred    **1/21/2019**

**Is the claim subject to offset?**

Last 4 digits of account number    **7**   **3**   **9**   **2**

☑ No
☐ Yes

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

| **3.1953** | **Nonpriority creditor's name and mailing address** |

**TIMOTHY COST**

**3753 E Avenue I Spc 16**

_____

**Lancaster**              **CA**      **93535-2472**

Date or dates debt was incurred    **11/18/2019**

Last 4 digits of account number    **1   7   0   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15.61**

---

| **3.1954** | **Nonpriority creditor's name and mailing address** |

**TIMOTHY CURLEY**

**427 Sonora Cir**

_____

**Redlands**              **CA**      **92373-8508**

Date or dates debt was incurred    **12/12/2019**

Last 4 digits of account number    **1   8   4   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1.00**

---

| **3.1955** | **Nonpriority creditor's name and mailing address** |

**TIMOTHY FREDERICK**

**11947 COLLINS ST SE**

_____

**TENINO**              **WA**      **98589-9636**

Date or dates debt was incurred    **4/3/2020**

Last 4 digits of account number    **1   8   3   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29.63**

---

| **3.1956** | **Nonpriority creditor's name and mailing address** |

**TIMOTHY JOHNSON**

**7144 Millbury Ct**

_____

**Elkridge**              **MD**      **21075-5567**

Date or dates debt was incurred    **4/13/2018**

Last 4 digits of account number    **2   7   8   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 491

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1957** Nonpriority creditor's name and mailing address

**TIMOTHY JOLLON**

**667 Dunbarton Cir NE**

**Palm Bay**      **FL**      **32905-5003**

Date or dates debt was incurred    **4/16/2019**

Last 4 digits of account number    **8 9 5 9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.96**

---

**3.1958** Nonpriority creditor's name and mailing address

**TIMOTHY KOLBERG**

**1113 S Desert Ave**

**Parker**      **AZ**      **85344-5918**

Date or dates debt was incurred    **3/12/2020**

Last 4 digits of account number    **7 1 0 8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$14.50**

---

**3.1959** Nonpriority creditor's name and mailing address

**TIMOTHY MAIN**

**3530 S. SHELBY ST**

**BETHANY VILLAGE**

**APT 216B**

**INDIANAPOLIS**      **IN**      **46227-3269**

Date or dates debt was incurred    **11/30/2020**

Last 4 digits of account number    **7 9 8 1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$86.97**

---

**3.1960** Nonpriority creditor's name and mailing address

**TIMOTHY O. RENTZ**

**5371 PRUE RD**

**SAN ANTONIO**      **TX**      **78240**

Date or dates debt was incurred    **6/8/2020**

Last 4 digits of account number    **5 8 1 2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.07**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1961** Nonpriority creditor's name and mailing address

**TIMOTHY QUINN**

**169 Lantern Ridge Ct**

Alpharetta      GA     30009-3222

Date or dates debt was incurred     7/25/2017

Last 4 digits of account number    5   1   8   6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.13**

---

**3.1962** Nonpriority creditor's name and mailing address

**TIMOTHY SELBY**

**2607 Main St**

Miles City      MT     59301-3901

Date or dates debt was incurred     11/13/2017

Last 4 digits of account number    6   2   1   1

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$275.86**

---

**3.1963** Nonpriority creditor's name and mailing address

**TIMOTHY WING**

**1 CHIMNEY POINT DRIVE**

OGDENSBURG      NY     13669

Date or dates debt was incurred     7/19/2019

Last 4 digits of account number    6   2   6   5

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40.16**

---

**3.1964** Nonpriority creditor's name and mailing address

**TOBIAS WILSON**

**276 N Highland St**

Williamsburg      IA     52361-9618

Date or dates debt was incurred     12/14/2017

Last 4 digits of account number    8   5   0   4

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$270.42**

---

Debtor    **MMD Holdings, LLC**           Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1965**   Nonpriority creditor's name and mailing address

**TODD FETTES**

**10835 N Shore Dr**

_____

**Northport**      **MI**    **49670-9752**

Date or dates debt was incurred    **11/26/2019**

Last 4 digits of account number    **4**   **3**   **9**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$12.94

---

**3.1966**   Nonpriority creditor's name and mailing address

**TODD HOPKINS**

**1268 22ND ST**

_____

**SAN DIEGO**      **CA**    **92102**

Date or dates debt was incurred    **12/23/2019**

Last 4 digits of account number    **3**   **5**   **9**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$13.75

---

**3.1967**   Nonpriority creditor's name and mailing address

**TODD WEAVER**

**1001 MAY ST**

**APT 409**

_____

**CHARLEVOIX**      **MI**    **49720-1738**

Date or dates debt was incurred    **5/18/2017**

Last 4 digits of account number    **1**   **9**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$1,476.90

---

**3.1968**   Nonpriority creditor's name and mailing address

**TOM ADAMS**

**605 MARLEY RUN**

_____

**HUNTINGTOWN**      **MD**    **20639**

Date or dates debt was incurred    **6/25/2019**

Last 4 digits of account number    **3**   **0**   **7**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$36.93

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1969**   **Nonpriority creditor's name and mailing address**

**Tom Dailey**

**715 STUDER ST**

**UUVALDE**                    **TX**      **78801**

Date or dates debt was incurred      **1/20/2020**

Last 4 digits of account number      **6   3   7   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$75.76

---

**3.1970**   **Nonpriority creditor's name and mailing address**

**TOM GILMORE**

**4019 E Caballero St**

**Mesa**                    **AZ**      **85205-9335**

Date or dates debt was incurred      **3/22/2019**

Last 4 digits of account number      **5   1   1   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$69.28

---

**3.1971**   **Nonpriority creditor's name and mailing address**

**TOM GUDGE**

**PO Box 670**

**Troutdale**                    **OR**      **97060-0670**

Date or dates debt was incurred      **9/8/2017**

Last 4 digits of account number      **1   5   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$179.94

---

**3.1972**   **Nonpriority creditor's name and mailing address**

**Tom Hancock**

**79 HARTINGTON DRIVE**

**MADISON**                    **AL**      **35758**

Date or dates debt was incurred      **10/2/2019**

Last 4 digits of account number      **7   5   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$497.95

---

Debtor    **MMD Holdings, LLC**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1973** **Nonpriority creditor's name and mailing address**

**TOM HAND**

**2163 Lindsey Bridge Rd**

**Madison**        **NC**    **27025-8276**

Date or dates debt was incurred    **5/18/2020**

Last 4 digits of account number    **6**   **4**   **9**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32.98**

**3.1974** **Nonpriority creditor's name and mailing address**

**TOM IVIE**

**511 TELESCOPE VW APT 204**

**WILDER**        **KY**    **41076-2414**

Date or dates debt was incurred    **11/7/2018**

Last 4 digits of account number    **2**   **6**   **6**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18.97**

**3.1975** **Nonpriority creditor's name and mailing address**

**TOM KELLY**

**3308 JUSTINIAN**

**JEFFERSONVILLE**        **IN**    **47130**

Date or dates debt was incurred    **9/24/2020**

Last 4 digits of account number    **3**   **4**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8.00**

**3.1976** **Nonpriority creditor's name and mailing address**

**TOM KLAPPERT**

**7699 Kuhn Rd**

**Greencastle**        **PA**    **17225-9775**

Date or dates debt was incurred    **10/1/2018**

Last 4 digits of account number    **7**   **7**   **2**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$41.08**

Debtor    **MMD Holdings, LLC**                  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1977** Nonpriority creditor's name and mailing address

**TOM MCKERCHER**

**18710 SOUTHWEST CASTLE DRIVE**

**ALOHA**           **OR**    **97007**

Date or dates debt was incurred   **10/1/2018**

Last 4 digits of account number   **3**  **1**  **9**  **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.98**

---

**3.1978** Nonpriority creditor's name and mailing address

**TOM SCHAEFER**

**7501 E 29TH ST**

**TUCSON**        **AZ**    **85710**

Date or dates debt was incurred   **9/14/2020**

Last 4 digits of account number   **4**  **7**  **7**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26.99**

---

**3.1979** Nonpriority creditor's name and mailing address

**Tom WALKEY**

**23 BRADFORD RD.**

**PEABODY, MA 1960**

Date or dates debt was incurred   **11/10/2019**

Last 4 digits of account number   **6**  **9**  **8**  **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$36.96**

---

**3.1980** Nonpriority creditor's name and mailing address

**TOMMY PULLEY**

**1803 Groveland Ridge Rd**

**Columbia**        **TN**    **38401-8151**

Date or dates debt was incurred   **7/25/2019**

Last 4 digits of account number   **0**  **5**  **7**  **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$53.98**

---

Debtor **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1981** Nonpriority creditor's name and mailing address

**TORO IMPORTS**

**1007 OAKMEAD DR**

**ARLINGTON**          **TX**     **76011**

Date or dates debt was incurred     **9/30/2019**

Last 4 digits of account number     __ __ **N A**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:     **TRADE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,975.89**

---

**3.1982** Nonpriority creditor's name and mailing address

**TRACY HARTSELL**

**3718 Crestview Dr**

**Garland**          **TX**     **75042-5433**

Date or dates debt was incurred     **7/26/2017**

Last 4 digits of account number     **0 2 2 2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:     **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$36.56**

---

**3.1983** Nonpriority creditor's name and mailing address

**travis cottonwood**

**322 W Ingals Ave**

**Bismarck**          **ND**     **58504-5427**

Date or dates debt was incurred     **5/4/2020**

Last 4 digits of account number     **0 2 9 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:     **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.99**

---

**3.1984** Nonpriority creditor's name and mailing address

**UAIPORN WICHITCHU**

**4094 KEEWATIN TRAIL**

**VERONA**          **WI**     **53593**

Date or dates debt was incurred     **3/13/2019**

Last 4 digits of account number     **1 4 1 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:     **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14.95**

---

Debtor    **MMD Holdings, LLC**                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.1985** Nonpriority creditor's name and mailing address

**UNITED HEALTHCARE**

**9700 HEALTHCARE LANE**

_____

**MINNETONKA**        **MN**   **55343**

Date or dates debt was incurred   **12/22/2020**

Last 4 digits of account number   **9  8  5  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**BENEFITS**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$6,309.05**

---

**3.1986** Nonpriority creditor's name and mailing address

**UNITED PARCEL SERVICE**

**55 GLENLAKE PARKWAY NE**

_____

**ATLANTA**        **GA**   **30328**

Date or dates debt was incurred   **11/14/2020**

Last 4 digits of account number   **1  7  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**SERVICE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$14.66**

---

**3.1987** Nonpriority creditor's name and mailing address

**UNITED PARCEL SERVICE**

**55 GLENLAKE PARKWAY NE**

_____

**ATLANTA**        **GA**   **30328**

Date or dates debt was incurred   **11/28/2020**

Last 4 digits of account number   **4  2  V  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**SERVICE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$15,772.75**

---

**3.1988** Nonpriority creditor's name and mailing address

**VADIM SAVELIEV**

**10559 158th Ave NE**

_____

**Redmond**        **WA**   **98052-2659**

Date or dates debt was incurred   **2/20/2019**

Last 4 digits of account number   **4  1  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$226.88**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1989** Nonpriority creditor's name and mailing address

**VALERIO FONTANILLA**

**7326 Lazy Brook Ct**

_____

**Ooltewah**             **TN**     **37363-9477**

Date or dates debt was incurred     **8/20/2020**

Last 4 digits of account number     **8   9   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$37.98**

---

**3.1990** Nonpriority creditor's name and mailing address

**VALLEJO**

**CARRER D'EUSEBI MILLAN**

**14-16**

**08800 VILANOVA I LA GELTRU**

Date or dates debt was incurred     **4/18/2019**

Last 4 digits of account number     **9   7   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

**$773,944.93**

---

**3.1991** Nonpriority creditor's name and mailing address

**VAN DEJARNETTE**

**2209 MIDRIDGE RD**

_____

**LUTHERVILLE TIMONIUM**     **MD**     **21093**

Date or dates debt was incurred     **12/10/2019**

Last 4 digits of account number     **4   8   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$21.11**

---

**3.1992** Nonpriority creditor's name and mailing address

**VANCE VASQUEZ**

**293 NORTH LOOP DR**

_____

**CAMARILLO**             **CA**     **93010**

Date or dates debt was incurred     **12/10/2020**

Last 4 digits of account number     **3   9   9   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$57.99**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1993** Nonpriority creditor's name and mailing address

**VERICORE**

**10115 KINCEY AVENUE**

**SUITE 100**

**HUNTERSVILLE**          **NC**    **28078**

Date or dates debt was incurred          **11/17/2020**

Last 4 digits of account number          **3   8   7   9**

**THIRD PARTY COLLECTIONS FOR WALSWORTH**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**TRADE**

Is the claim subject to offset?
☑ No
☐ Yes

$58,145.47

---

**3.1994** Nonpriority creditor's name and mailing address

**VERNON M. OAKLEY**

**1000 N Elm Blvd**

**Monticello**          **IL**    **61856-1119**

Date or dates debt was incurred          **6/1/2020**

Last 4 digits of account number          **4   8   1   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$27.02

---

**3.1995** Nonpriority creditor's name and mailing address

**VIC SALVI**

**1531 26th Ave**

**San Francisco**          **CA**    **94122-3217**

Date or dates debt was incurred          **12/27/2018**

Last 4 digits of account number          **0   1   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$215.32

---

**3.1996** Nonpriority creditor's name and mailing address

**VICTOR H. KLINGLER**

**PO BOX 1942**

**CLARKSTON**          **WA**    **99403**

Date or dates debt was incurred          **10/14/2020**

Last 4 digits of account number          **5   5   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$14.99

---

Debtor __MMD Holdings, LLC_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1997 | Nonpriority creditor's name and mailing address |
|---|---|

**VICTOR K KOBUKI**

**23835 SE 247TH PL**

**MAPLE VALLEY**               **WA**    **98038**

Date or dates debt was incurred    **7/28/2020**

Last 4 digits of account number    **0   7   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.49**

---

| 3.1998 | Nonpriority creditor's name and mailing address |
|---|---|

**VICTOR KLINGLER**

**PO Box 1942**

**Clarkston**               **WA**    **99403-3942**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **8   0   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$38.99**

---

| 3.1999 | Nonpriority creditor's name and mailing address |
|---|---|

**VICTOR SILVESTRI III**

**2874 Route 9D**

**Wappingers Falls**               **NY**    **12590-1558**

Date or dates debt was incurred    **10/3/2017**

Last 4 digits of account number    **2   5   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$265.19**

---

| 3.2000 | Nonpriority creditor's name and mailing address |
|---|---|

**VINCENT BRUNNER**

**322 Lincoln St**

**Medford**               **WI**    **54451-1445**

Date or dates debt was incurred    **12/17/2019**

Last 4 digits of account number    **9   8   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$134.43**

---

Debtor    **MMD Holdings, LLC**         Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2001** Nonpriority creditor's name and mailing address

**VINCENT CHEN**

**29 Stallion Cir**

Upper Holland     PA    19053-1509

Date or dates debt was incurred    6/25/2020

Last 4 digits of account number    3 7 3 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$28.80**

---

**3.2002** Nonpriority creditor's name and mailing address

**Vincent DiBernardo**

**1747 ADAMS ST.**

HOLLYWOOD     FL    33020

Date or dates debt was incurred    5/16/2019

Last 4 digits of account number    1 2 6 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$25.13**

---

**3.2003** Nonpriority creditor's name and mailing address

**VINCENT ISABELLA**

**49 Chestnut St**

Allendale     NJ    07401-2202

Date or dates debt was incurred    11/18/2019

Last 4 digits of account number    2 6 2 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$12.01**

---

**3.2004** Nonpriority creditor's name and mailing address

**VINCENT MATNER**

**4353 Lawnvale Dr**

Gainesville     VA    20155-1108

Date or dates debt was incurred    2/8/2018

Last 4 digits of account number    9 2 3 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☒ No
☐ Yes

**$30.39**

---

Debtor　__MMD Holdings, LLC_____　Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　**Amount of claim**

---

**3.2005**　Nonpriority creditor's name and mailing address

__VIRGIL BAUGHER__

__451 Southgate Dr__

_____

__Greenwood__　　　　__IN__　　__46143-1206__

Date or dates debt was incurred　__7/2/2019__

Last 4 digits of account number　__6__　__9__　__4__　__6__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　__Consumer refund/prepayment__

Is the claim subject to offset?
☒ No
☐ Yes

$229.66

---

**3.2006**　Nonpriority creditor's name and mailing address

__VIRGIL BLANCHARD__

__3213 BELLA COLLINA__

_____

__ENCINITAS__　　　　__CA__　　__92024__

Date or dates debt was incurred　__6/11/2019__

Last 4 digits of account number　__9__　__1__　__3__　__8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　__Consumer refund/prepayment__

Is the claim subject to offset?
☒ No
☐ Yes

$23.19

---

**3.2007**　Nonpriority creditor's name and mailing address

__VIRGIL GERLACH__

__PO BOX 232__

_____

__Apple Valley__　　　　__CA__　　__92308-8671__

Date or dates debt was incurred　__6/4/2020__

Last 4 digits of account number　__5__　__3__　__5__　__8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　__Consumer refund/prepayment__

Is the claim subject to offset?
☒ No
☐ Yes

$25.95

---

**3.2008**　Nonpriority creditor's name and mailing address

__W & J BOBEN__

__159 Wilson Dr__

_____

__Lancaster__　　　　__PA__　　__17603-4755__

Date or dates debt was incurred　__10/13/2020__

Last 4 digits of account number　__7__　__2__　__6__　__6__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　__Consumer refund/prepayment__

Is the claim subject to offset?
☒ No
☐ Yes

$0.03

---

Debtor    **MMD Holdings, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.2009 | Nonpriority creditor's name and mailing address |
|---|---|

**W A MEDER**

**PO Box 33984**

_____

**San Antonio**            **TX**        **78265-3984**

Date or dates debt was incurred      **5/30/2019**

Last 4 digits of account number      **2   7   5   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2.43

---

| 3.2010 | Nonpriority creditor's name and mailing address |
|---|---|

**WADE GAUB**

**8601 Cord Way**

_____

**Sacramento**            **CA**        **95828-5804**

Date or dates debt was incurred      **1/19/2018**

Last 4 digits of account number      **9   0   0   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2.65

---

| 3.2011 | Nonpriority creditor's name and mailing address |
|---|---|

**WADE NELSON**

**6078 Carolina Cir**

_____

**Stockton**            **CA**        **95219-3973**

Date or dates debt was incurred      **4/6/2017**

Last 4 digits of account number      **7   2   2   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.22

---

| 3.2012 | Nonpriority creditor's name and mailing address |
|---|---|

**WAH CHIU MACK**

**219 17th St**

_____

**Rock Island**            **IL**        **61201-8704**

Date or dates debt was incurred      **1/18/2019**

Last 4 digits of account number      **6   4   2   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.05

---

Debtor    **MMD Holdings, LLC**                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2013**   Nonpriority creditor's name and mailing address

**WALLY COPELAND**

**45 SAVINGS ST APT 5K**

_____

**WATERBURY**       **CT**     **06702-1421**

Date or dates debt was incurred    **4/8/2017**

Last 4 digits of account number    **5**   **4**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$259.72**

---

**3.2014**   Nonpriority creditor's name and mailing address

**WALLY HUNT**

**P O BOX 203**

_____

**COMPTON**       **MD**     **20627**

Date or dates debt was incurred    **3/10/2016**

Last 4 digits of account number    **0**   **2**   **8**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$25.63**

---

**3.2015**   Nonpriority creditor's name and mailing address

**WALSWORTH PRINTERS**

**306 N. KANSAS AVENUE**

_____

**MARCELINE**       **MO**     **64658**

Date or dates debt was incurred    **4/25/2020**

Last 4 digits of account number    **2**   **7**   **3**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **TRADE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$43,272.46**

---

**3.2016**   Nonpriority creditor's name and mailing address

**WALTER BEAN #278024**

**LEE C.I. F6A -1137**

**990 WISACKY HIGHWAY**

**BISHOPVILLE**       **SC**     **29010-1775**

Date or dates debt was incurred    **11/20/2018**

Last 4 digits of account number    **1**   **6**   **9**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$10.58**

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2017**   Nonpriority creditor's name and mailing address

**WALTER CARSON**

**7287 W CLARENCE AVE**

_____

**CHICAGO**     **IL**     **60631**

Date or dates debt was incurred    **11/2/2020**

Last 4 digits of account number    **7  6  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$253.66**

---

**3.2018**   Nonpriority creditor's name and mailing address

**WALTER DOMINION**

**49 Doolittle Ct**

_____

**Somerset**     **MA**     **02725-2706**

Date or dates debt was incurred    **3/26/2019**

Last 4 digits of account number    **0  4  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.10**

---

**3.2019**   Nonpriority creditor's name and mailing address

**WALTER DUFFIN**

**433 E 11th Ave**

_____

**Munhall**     **PA**     **15120-2001**

Date or dates debt was incurred    **6/27/2019**

Last 4 digits of account number    **7  0  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$167.43**

---

**3.2020**   Nonpriority creditor's name and mailing address

**WALTER LAMB**

**1605 Palmetto St**

_____

**Clearwater**     **FL**     **33755-5434**

Date or dates debt was incurred    **6/15/2017**

Last 4 digits of account number    **0  1  0  4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$131.47**

---

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                           Amount of claim

---

**3.2021**  Nonpriority creditor's name and mailing address

**WALTER LEVY**

**13907 Intrepid St**

_____

**New Orleans**          **LA**      **70129-2743**

Date or dates debt was incurred          **4/3/2017**

Last 4 digits of account number        **5   1   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$220.27**

---

**3.2022**  Nonpriority creditor's name and mailing address

**WALTER PIERCE**

**601 ODOM DR**

_____

**FAYETTEVILLE**          **NC**      **28304-2234**

Date or dates debt was incurred          **1/7/2020**

Last 4 digits of account number        **1   2   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.92**

---

**3.2023**  Nonpriority creditor's name and mailing address

**WALTER WOLKE**

**305 N Kinzie St**

_____

**Thornton**          **IL**      **60476-1117**

Date or dates debt was incurred          **4/3/2017**

Last 4 digits of account number        **1   5   6   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$36.37**

---

**3.2024**  Nonpriority creditor's name and mailing address

**WARREN COOPER**

**3613 S 13TH ST**

**ROOM 103**

**SHEBOYGAN**          **WI**      **53081**

Date or dates debt was incurred          **10/19/2020**

Last 4 digits of account number        **0   0   3   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$480.68**

---

Debtor   **MMD Holdings, LLC**                  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2025** Nonpriority creditor's name and mailing address

WARREN DELAHAUT

PO BOX 129

RIDGECREST        CA    93556

Date or dates debt was incurred   9/24/2018

Last 4 digits of account number   7  3  2  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$52.54**

---

**3.2026** Nonpriority creditor's name and mailing address

WARREN FISHER

N64W24467 Ivy Ave

Sussex        WI    53089-2919

Date or dates debt was incurred   6/24/2019

Last 4 digits of account number   9  0  8  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$107.93**

---

**3.2027** Nonpriority creditor's name and mailing address

WARREN W.TAFFORD-JONES

417 S ENOLA DR.

ENOLA        PA    17025-3001

Date or dates debt was incurred   2/11/2020

Last 4 digits of account number   9  8  7  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$52.98**

---

**3.2028** Nonpriority creditor's name and mailing address

Warren Willis Jr

4709 W 7000 NORTH

CEDAR CITY        UT    84721

Date or dates debt was incurred   10/30/2019

Last 4 digits of account number   4  3  6  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$264.39**

Debtor **MMD Holdings, LLC**   Case number (if known)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2029** | Nonpriority creditor's name and mailing address

**WATER EVENT**

**2109 LUNA ROAD**

**SUITE 100**

**CARROLLTON**  **TX**  **75006**

Date or dates debt was incurred **10/21/2020**

Last 4 digits of account number **0 8 0 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SERVICE**

Is the claim subject to offset?
☑ No
☐ Yes

$120.36

---

**3.2030** | Nonpriority creditor's name and mailing address

**Watt King**

**538 E MAIN ST**

**ALBEMARLE**  **NC**  **28001**

Date or dates debt was incurred **6/19/2020**

Last 4 digits of account number **8 8 4 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$4.49

---

**3.2031** | Nonpriority creditor's name and mailing address

**Wayne Hines**

**4144 STOCKTON LN**

**HAMBURG**  **NY**  **14075-1345**

Date or dates debt was incurred **4/3/2020**

Last 4 digits of account number **5 2 7 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$39.99

---

**3.2032** | Nonpriority creditor's name and mailing address

**Wayne Klug**

**2994 FRENCHTOWN RD**

**TROUT RUN**  **PA**  **17771**

Date or dates debt was incurred **4/7/2020**

Last 4 digits of account number **7 5 1 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$11.50

---

Debtor   **MMD Holdings, LLC**      Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.2033** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.09** |

**WAYNE MUTZA**

**15360 INDIAN CREEK PKWY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BROOKFIELD**    **WI**   **53005-3662**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **1/17/2020**

Is the claim subject to offset?

Last 4 digits of account number   **5  9  3  8**

☑ No
☐ Yes

---

| **3.2034** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.97** |

**WAYNE WEDDLE**

**2909 Hillcrest Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New Castle**    **IN**   **47362-2054**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **1/21/2020**

Is the claim subject to offset?

Last 4 digits of account number   **3  3  2  2**

☑ No
☐ Yes

---

| **3.2035** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.04** |

**WEI-ZEN CHIANG**

**PO Box 15223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fremont**    **CA**   **94539-2323**

**Basis for the claim:** **Consumer refund/prepayment**

Date or dates debt was incurred   **7/25/2018**

Is the claim subject to offset?

Last 4 digits of account number   **2  4  3  7**

☑ No
☐ Yes

---

| **3.2036** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,726.06** |

**Wells Fargo SBL**

**PO Box 29482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**    **AZ**   **85038-8650**

**Basis for the claim:** **Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **7  1  8  8**

☑ No
☐ Yes

---

Debtor **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2037** Nonpriority creditor's name and mailing address

Wendy Wakefield

2217 4THSTREET

_____

SHELBYVILLE          MI      49344

Date or dates debt was incurred       12/2/2019

Last 4 digits of account number       4   7   4   2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25.98

---

**3.2038** Nonpriority creditor's name and mailing address

WES SNYDER

2252 Mayors Way

_____

Buford          GA      30519-8065

Date or dates debt was incurred       10/9/2020

Last 4 digits of account number       1   9   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5.97

---

**3.2039** Nonpriority creditor's name and mailing address

WHITNEY HANNUM

1360 SHIP RD

_____

WEST CHESTER          PA      19380

Date or dates debt was incurred       2/8/2018

Last 4 digits of account number       0   1   9   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$74.24

---

**3.2040** Nonpriority creditor's name and mailing address

WILBUR HEFFELFINGER

304 NORTH 2ND STREET

_____

LEHIGHTON          PA      18235

Date or dates debt was incurred       8/6/2020

Last 4 digits of account number       4   3   7   6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Consumer refund/prepayment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$22.99

---

| Debtor | MMD Holdings, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2041** Nonpriority creditor's name and mailing address

**WILL GUSTAV**

**1010 Spring St**

**Poplar Bluff**  **MO**  **63901-4359**

Date or dates debt was incurred  **9/6/2016**

Last 4 digits of account number  **7  0  5  6**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$18.11**

---

**3.2042** Nonpriority creditor's name and mailing address

**WILLARD LICHTY**

**HOLLIDAYSBURG VETERANS HOME**

**P.O. BOX 319**

**HOLLIDAYSBURG**  **PA**  **16648**

Date or dates debt was incurred  **6/23/2020**

Last 4 digits of account number  **2  7  5  4**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$81.46**

---

**3.2043** Nonpriority creditor's name and mailing address

**WILLIAM A. DUNKLE**

**688 W. SAN ANGELO STREET**

**GILBERT**  **AZ**  **85233**

Date or dates debt was incurred  **12/10/2019**

Last 4 digits of account number  **4  6  3  5**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$9.00**

---

**3.2044** Nonpriority creditor's name and mailing address

**WILLIAM ADDISON**

**23 CEDAR ST**

**CENTRAL ISLIP**  **NY**  **11722-4140**

Date or dates debt was incurred  **8/3/2017**

Last 4 digits of account number  **2  9  3  4**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$32.50**

---

Debtor __MMD Holdings, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|

**3.2045** Nonpriority creditor's name and mailing address

__WILLIAM ADKINS__

__6268 Anderson Ln__

__Milton__ __FL__ __32570-8239__

Date or dates debt was incurred __6/11/2019__

Last 4 digits of account number __5__ __8__ __7__ __3__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6.46

---

**3.2046** Nonpriority creditor's name and mailing address

__WILLIAM ALLBRIGHT__

__4146 WOODLAND CT__

__GRAPEVINE__ __TX__ __76051__

Date or dates debt was incurred __2/28/2019__

Last 4 digits of account number __0__ __2__ __9__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10.77

---

**3.2047** Nonpriority creditor's name and mailing address

__WILLIAM BARDWELL__

__5848 S First St__

__Lufkin__ __TX__ __75901-8557__

Date or dates debt was incurred __6/14/2017__

Last 4 digits of account number __8__ __5__ __3__ __6__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$37.88

---

**3.2048** Nonpriority creditor's name and mailing address

__WILLIAM BELLEU__

__1711 S. LEBLANC AVE.__

__GONZALES__ __LA__ __70737__

Date or dates debt was incurred __8/27/2019__

Last 4 digits of account number __0__ __9__ __3__ __9__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Consumer refund/prepayment__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9.95

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2049**  Nonpriority creditor's name and mailing address

**WILLIAM BERNHARDT**

**4225 W Muriel Dr**

Glendale                    AZ        85308-2912

Date or dates debt was incurred        4/12/2019

Last 4 digits of account number        8    2    3    7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.10**

---

**3.2050**  Nonpriority creditor's name and mailing address

**William Birch**

**360 AMADOR AVE**

VENTURA                    CA        93004

Date or dates debt was incurred        1/25/2020

Last 4 digits of account number        2    5    5    8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.99**

---

**3.2051**  Nonpriority creditor's name and mailing address

**WILLIAM CERA**

**1911 MOORE AVE**

**APT 202**

JOLIET                    IL        60433

Date or dates debt was incurred        7/16/2019

Last 4 digits of account number        9    9    3    7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.00**

---

**3.2052**  Nonpriority creditor's name and mailing address

**WILLIAM CLOPPER JR**

**7816 Hampton Dr**

Morrisville                    PA        19067-5168

Date or dates debt was incurred        11/27/2017

Last 4 digits of account number        0    8    6    5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$49.59**

---

Debtor    **MMD Holdings, LLC**        Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2053**   Nonpriority creditor's name and mailing address

**WILLIAM DENEAU**

**616 Prescott St**

**Manchester**      **NH**    **03103-4426**

Date or dates debt was incurred    **2/20/2019**

Last 4 digits of account number    **3  5  3  7**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.00**

---

**3.2054**   Nonpriority creditor's name and mailing address

**WILLIAM DOUGLAS**

**6247 SWEET BRIAR CT**

**LOVELAND**      **OH**    **45140**

Date or dates debt was incurred    **7/23/2020**

Last 4 digits of account number    **5  4  4  1**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$323.24**

---

**3.2055**   Nonpriority creditor's name and mailing address

**William Dyess**

**219 NORTH GRAY AVE.**

**PICAYUNE**      **MS**    **39466**

Date or dates debt was incurred    **8/9/2019**

Last 4 digits of account number    **5  8  7  5**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20.40**

---

**3.2056**   Nonpriority creditor's name and mailing address

**WILLIAM DYSON III**

**60 Hamilton St NW**

**Washington**      **DC**    **20011-3312**

Date or dates debt was incurred    **8/1/2019**

Last 4 digits of account number    **9  2  0  3**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1.63**

---

| Debtor | **MMD Holdings, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2057**   Nonpriority creditor's name and mailing address

**William F Mckinney**

**18199 Stoneridge St Apt D**

**South Bend**   **IN**   **46637-5140**

Date or dates debt was incurred   **7/18/2019**

Last 4 digits of account number   **9   7   3   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$235.50**

---

**3.2058**   Nonpriority creditor's name and mailing address

**WILLIAM F. LYNES**

**2126 Lincoln Ave Apt 32**

**Alameda**   **CA**   **94501-2802**

Date or dates debt was incurred   **3/8/2018**

Last 4 digits of account number   **7   2   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.52**

---

**3.2059**   Nonpriority creditor's name and mailing address

**WILLIAM FAUSNACHT**

**1997 MAIN STREET**

**CASTLETON, VT 5735**

Date or dates debt was incurred   **7/23/2019**

Last 4 digits of account number   **2   7   9   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$123.46**

---

**3.2060**   Nonpriority creditor's name and mailing address

**WILLIAM G MACINTOSH JR**

**243 Belvidere Ave**

**Washington**   **NJ**   **07882-1020**

Date or dates debt was incurred   **5/12/2020**

Last 4 digits of account number   **6   1   7   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$28.49**

---

| Debtor | MMD Holdings, LLC | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2061**   Nonpriority creditor's name and mailing address

**WILLIAM GARDELLE**

**3515 Rosewood Dr**

Columbia     SC    29205-3448

Date or dates debt was incurred    9/26/2020

Last 4 digits of account number    7   5   8   2

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21.90**

---

**3.2062**   Nonpriority creditor's name and mailing address

**WILLIAM GARDELLE**

**3515 ROSEWOOD DR**

COLUMBIA     SC    29205

Date or dates debt was incurred    12/5/2018

Last 4 digits of account number    2   7   8   7

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$60.99**

---

**3.2063**   Nonpriority creditor's name and mailing address

**WILLIAM GENTRY**

**883 JOHN AMACKER RD**

POPLARVILLE     MS    39470

Date or dates debt was incurred    5/18/2020

Last 4 digits of account number    2   6   9   2

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$81.98**

---

**3.2064**   Nonpriority creditor's name and mailing address

**WILLIAM GRAY #243324**

**1 PARK ROW**

**INDIANA CORRECTIONS**

MICHIGAN CITY     IN    46360

Date or dates debt was incurred    3/20/2017

Last 4 digits of account number    3   9   8   2

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2.29**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

---

**3.2065**   Nonpriority creditor's name and mailing address

**WILLIAM HARRIS**

**1005 Alabama St**

**Napa**          **CA**     **94558-3724**

Date or dates debt was incurred    **9/25/2018**

Last 4 digits of account number    **8   7   0   1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

      **$50.89**

---

**3.2066**   Nonpriority creditor's name and mailing address

**WILLIAM HERBERT**

**30855 Shady Lane Ter**

**Myakka City**       **FL**     **34251-9502**

Date or dates debt was incurred    **6/2/2020**

Last 4 digits of account number    **5   8   6   3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

      **$14.99**

---

**3.2067**   Nonpriority creditor's name and mailing address

**WILLIAM HERNDON**

**2727 WILSHIRE BLVD**

**#16A**

**ROSWELL**       **NM**     **88201**

Date or dates debt was incurred    **3/7/2017**

Last 4 digits of account number    **4   0   1   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

      **$87.51**

---

**3.2068**   Nonpriority creditor's name and mailing address

**WILLIAM HERNDON**

**2727 WILSHIRE BLVD**

**#16A**

**ROSWELL**       **NM**     **88201**

Date or dates debt was incurred    **10/4/2019**

Last 4 digits of account number    **1   4   3   3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

      **$265.98**

---

Debtor   **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2069**   Nonpriority creditor's name and mailing address

**WILLIAM HITCHCOCK**

**244 MADISON ST**

_____

**DANIELSVILLE**      **GA**    **30633**

Date or dates debt was incurred    **3/28/2017**

Last 4 digits of account number    **4**   **9**   **5**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.05**

---

**3.2070**   Nonpriority creditor's name and mailing address

**William Kulpa**

**105 VIXEN CT**

_____

**Lakeway**      **TX**    **78734**

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **5**   **7**   **6**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.23**

---

**3.2071**   Nonpriority creditor's name and mailing address

**WILLIAM LARABY**

**735 Buckeye St**

_____

**Toledo**      **OH**    **43611-3845**

Date or dates debt was incurred    **4/24/2018**

Last 4 digits of account number    **2**   **4**   **1**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$45.99**

---

**3.2072**   Nonpriority creditor's name and mailing address

**WILLIAM M. MANGUS**

**15523 Golf Club Dr**

_____

**Montclair**      **VA**    **22025-1114**

Date or dates debt was incurred    **9/5/2019**

Last 4 digits of account number    **2**   **8**   **4**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$186.36**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.2073**   Nonpriority creditor's name and mailing address

**WILLIAM MACKINTOSH JR**

**243 Belvidere Ave**

_____

**Washington**     **NJ**    **07882-1020**

Date or dates debt was incurred    **1/26/2018**

Last 4 digits of account number    **4 2 3 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$63.09**

---

**3.2074**   Nonpriority creditor's name and mailing address

**WILLIAM MANN**

**1708 Powder Horn Ln**

_____

**Arlington**     **TX**    **76018-3073**

Date or dates debt was incurred    **6/4/2020**

Last 4 digits of account number    **0 9 2 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$194.20**

---

**3.2075**   Nonpriority creditor's name and mailing address

**WILLIAM MARSHALL**

**1515 N Payson St**

_____

**Baltimore**     **MD**    **21217-1120**

Date or dates debt was incurred    **4/24/2018**

Last 4 digits of account number    **0 9 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$123.52**

---

**3.2076**   Nonpriority creditor's name and mailing address

**WILLIAM MATHEWS**

**2250 Peninsula Rd**

_____

**Oxnard**     **CA**    **93035-2971**

Date or dates debt was incurred    **3/17/2017**

Last 4 digits of account number    **0 8 4 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.00**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.2077 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$8.00

**WILLIAM MCMILLIN**

**CMR 480 BOX 1283**

**APO, AE 9128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Date or dates debt was incurred    **8/15/2019**

Last 4 digits of account number    **3 8 3 1**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2078 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$45.98

**WILLIAM MCNAMARA**

**101 CHADWICK ST**

**APT A-12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WORCESTER**    **MA**    **01605-1293**    **Consumer refund/prepayment**

Date or dates debt was incurred    **9/28/2020**

Last 4 digits of account number    **8 3 4 4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2079 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$93.43

**WILLIAM MERRIHEW**

**3716 Mallard Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Medford**    **OR**    **97504-7225**    **Consumer refund/prepayment**

Date or dates debt was incurred    **1/17/2020**

Last 4 digits of account number    **3 0 3 2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2080 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1.00

**WILLIAM MILLER**

**8855 BAY PKWY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BROOKLYN**    **NY**    **11214**    **Consumer refund/prepayment**

Date or dates debt was incurred    **11/2/2018**

Last 4 digits of account number    **3 1 0 0**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **MMD Holdings, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.2081**  Nonpriority creditor's name and mailing address

**WILLIAM MILLER JR**

**1302 Lily Ter**

_____

**Austin**                    **TX**     **78741-3427**

Date or dates debt was incurred    **4/3/2017**

Last 4 digits of account number     **0  3  9  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$133.19**

---

**3.2082**  Nonpriority creditor's name and mailing address

**WILLIAM NAGLE**

**164 Leslie St**

_____

**Geneva**                    **OH**     **44041-1903**

Date or dates debt was incurred    **6/2/2020**

Last 4 digits of account number     **1  9  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$59.46**

---

**3.2083**  Nonpriority creditor's name and mailing address

**WILLIAM NAGY**

**12547 Arabian Way**

_____

**Poway**                    **CA**     **92064-6001**

Date or dates debt was incurred    **10/9/2020**

Last 4 digits of account number     **1  9  8  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.98**

---

**3.2084**  Nonpriority creditor's name and mailing address

**WILLIAM NELSON**

**129 Apple Blossom Ln**

_____

**Mena**                    **AR**     **71953-8930**

Date or dates debt was incurred    **6/29/2020**

Last 4 digits of account number     **2  7  7  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.28**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.2085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.95 |

**WILLIAM NORTON**

**42814 Cinema Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

| Lancaster | CA | 93534-6229 |

| Date or dates debt was incurred | 10/9/2020 | **Is the claim subject to offset?** |
| Last 4 digits of account number | 1 2 9 1 | ☑ No ☐ Yes |

---

| 3.2086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.42 |

**WILLIAM NOVASCONE**

**901 Jessica St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

| Ridgecrest | CA | 93555-3002 |

| Date or dates debt was incurred | 1/10/2019 | **Is the claim subject to offset?** |
| Last 4 digits of account number | 0 4 1 8 | ☑ No ☐ Yes |

---

| 3.2087 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |

**WILLIAM PATT**

**1801 Idylwild Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

| Prescott | AZ | 86305-7527 |

| Date or dates debt was incurred | 11/29/2018 | **Is the claim subject to offset?** |
| Last 4 digits of account number | 8 4 9 9 | ☑ No ☐ Yes |

---

| 3.2088 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.28 |

**WILLIAM R. DOUGLAS**

**6247 SWEET BRIAR COURT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

| LOVELAND | OH | 45140 |

| Date or dates debt was incurred | 7/18/2019 | **Is the claim subject to offset?** |
| Last 4 digits of account number | 1 1 1 7 | ☑ No ☐ Yes |

---

Debtor **MMD Holdings, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.2089** Nonpriority creditor's name and mailing address

**WILLIAM REID**

**467 OLD ORCHARD DR**

_____

**ESSEXVILLE** **MI** **48732**

Date or dates debt was incurred **1/28/2019**

Last 4 digits of account number **6 3 6 2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.12**

---

**3.2090** Nonpriority creditor's name and mailing address

**WILLIAM RICKS**

**792 Beardsley St**

_____

**Akron** **OH** **44311-2244**

Date or dates debt was incurred **10/30/2018**

Last 4 digits of account number **5 8 9 2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.11**

---

**3.2091** Nonpriority creditor's name and mailing address

**WILLIAM SKINNER**

**PO Box 384**

_____

**Quitaque** **TX** **79255-0384**

Date or dates debt was incurred **12/17/2019**

Last 4 digits of account number **6 3 1 0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.06**

---

**3.2092** Nonpriority creditor's name and mailing address

**WILLIAM STROHMEIER**

**1725 E 6th St**

_____

**Sedalia** **MO** **65301-4971**

Date or dates debt was incurred **6/13/2019**

Last 4 digits of account number **0 7 9 0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.83**

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.2093**   Nonpriority creditor's name and mailing address     **$54.85**

**WILLIAM VALERIUS**

**2640 W RIALTO AVE SPC 37**

_____

**SAN BERNARDINO**     **CA**    **92410-1950**

Date or dates debt was incurred    **2/6/2018**

Last 4 digits of account number    **7 5 6 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2094**   Nonpriority creditor's name and mailing address     **$25.99**

**WILLIAM VIOZZI**

**4602 Blakiston St**

_____

**Phila**     **PA**    **19136-2407**

Date or dates debt was incurred    **9/1/2017**

Last 4 digits of account number    **8 5 3 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2095**   Nonpriority creditor's name and mailing address     **$0.73**

**WILLIAM WARD**

**155 HIGHLAND AVE.**

**HIGHLANDS, NJ 7732**

_____

Date or dates debt was incurred    **11/13/2019**

Last 4 digits of account number    **5 2 0 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2096**   Nonpriority creditor's name and mailing address     **$2.75**

**WILLIAM WATTS**

**11531 Buffalo Horn**

_____

**San Antonio**     **TX**    **78245-2512**

Date or dates debt was incurred    **3/7/2017**

Last 4 digits of account number    **2 5 7 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

| 3.2097 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WILLIAM WEBB**

**PO Box 7752**

_____

**Amarillo**     **TX**    **79114-7752**

Date or dates debt was incurred    **5/31/2018**

Last 4 digits of account number    **9**   **0**   **1**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$16.07

---

| 3.2098 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WILLIAM WHITE**

**700 NORTH HAMPTON ST**

_____

**KINGSTON**     **PA**    **18704**

Date or dates debt was incurred    **7/27/2018**

Last 4 digits of account number    **7**   **4**   **4**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$83.16

---

| 3.2099 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WILLIAM WHITE**

**25 Nichols St**

_____

**Ansonia**     **CT**    **06401-1106**

Date or dates debt was incurred    **9/16/2019**

Last 4 digits of account number    **2**   **8**   **7**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$42.93

---

| 3.2100 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WILLIAM WOLF**

**32 WOLF RD**

**TILTON, NH 3276**

_____

Date or dates debt was incurred    **12/10/2019**

Last 4 digits of account number    **7**   **8**   **5**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

$25.30

---

Debtor   **MMD Holdings, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

---

| 3.2101 | Nonpriority creditor's name and mailing address |
|---|---|

**WILLIAM WRIGHT**

**23201 Laredo Trl**

**Adel**  ___  **IA**  ___  **50003-4572**

Date or dates debt was incurred   **3/4/2019**

Last 4 digits of account number   **6  8  5  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$14.95**

---

| 3.2102 | Nonpriority creditor's name and mailing address |
|---|---|

**XL Mays**

**14439 SW LEE BLVD**

**CACHE**  ___  **OK**  ___  **73527**

Date or dates debt was incurred   **1/23/2019**

Last 4 digits of account number   **8  9  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$11.94**

---

| 3.2103 | Nonpriority creditor's name and mailing address |
|---|---|

**YAHU MODELS**

**WYZWOLENIA 20**

**41-103 SIEMIANOWICE SLASKIE**

**, POLAND**

Date or dates debt was incurred   **10/14/2019**

Last 4 digits of account number   ___  ___  **N  A**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **TRADE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$626.90**

---

| 3.2104 | Nonpriority creditor's name and mailing address |
|---|---|

**Zach Taylor**

**11107 COODY CT**

**BEAUMONT**  ___  **CA**  ___  **92223**

Date or dates debt was incurred   **12/25/2019**

Last 4 digits of account number   **5  6  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Consumer refund/prepayment**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$11.98**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.2105**   Nonpriority creditor's name and mailing address

**ZANE GILMAN**

**611 Walnut St**

_____

| **Anaconda** | **MT** | **59711-2858** |

Date or dates debt was incurred    **1/15/2020**

Last 4 digits of account number    **6 8 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$46.76**

---

**3.2106**   Nonpriority creditor's name and mailing address

**ZENO DETTMER**

**16200 VERMONT AVE APT A117**

_____

| **PARAMOUNT** | **CA** | **90723-5055** |

Date or dates debt was incurred    **11/20/2018**

Last 4 digits of account number    **7 2 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consumer refund/prepayment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.99**

---

Debtor    **MMD Holdings, LLC** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **BLUEVINE**
**401 WARREN STREET**

Line _____

☑ Not listed.  Explain:
**UNSECURED LOAN**

**REDWOOD CITY**     **CA     94063**
**PPP-SBA LOAN**

Last 4 digits:  **7  3  0  8**

---

**4.2**  **BY COBRA**
**16800 DALLAS PKWY**
**SUITE 120**

Line _____

☑ Not listed.  Explain:
**BENEFITS**

**DALLAS**     **TX     75248**

Last 4 digits:  **N  A**

---

**4.3**  **DOUGLAS L. OKEEFE & ASSOC. P.A.**
**1111 BRICKELL AVENUE**
**SUITE 1300**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**MIAMI**     **FL     33131**

Last 4 digits:  **N  A**

---

**4.4**  **Internal Revenue Service**
**Special Procedures - Insolvency**
**PO Box 7346**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**Philadelphia**     **PA     19101-7346**

---

**4.5**  **JUDR. STEPANKA SILHANKOVE**
**V LIPKACH 775**
**154 00 PRAHA-SLIVENEC**
**CZECH REPUBLIC, CZE**

**SPECIAL HOBBY LEGAL REPRESENTATION**

Line _____

☑ Not listed.  Explain:
**TRADE**

Last 4 digits:  **N  A**

---

**4.6**  **TRIANGLE CHOICE MARKETING LLC**
**83 SOUTH STREET**
**SUITE 307**

Line _____

☑ Not listed.  Explain:
**TRADE**

**FREEHOLD**     **NJ     07728**

Last 4 digits:  **N  A**

Debtor    **MMD Holdings, LLC**                       Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   $12,596.79 |
| 5b. | **Total claims from Part 2** | 5b. **+** $3,450,379.14 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $3,462,975.93 |

**Fill in this information to identify the case:**

Debtor name    **MMD Holdings, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)                   Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.**   **List all contracts and unexpired leases**            State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Building Lease (expires4/30/2024) | CHA & CHA II LLC |
| | | | 1303 MARSH LANE |
| | State the term remaining | | |
| | List the contract number of any government contract | | CARROLLTON      TX      75006 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease 2018 Ford Fusion (lease expires 6/13/2021) | FORD MOTOR CREDIT |
| | | | NATIONAL BANKRUPTCY SERVICE CENTER |
| | | | PO BOX 62180 |
| | State the term remaining | | |
| | List the contract number of any government contract | | COLORADO SPRINGS      CO      80962 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Telephone system lease | SUMITOMO MITSUI FINANCE AND LEASING COMF |
| | | | 666 THIRD AVENUE |
| | State the term remaining | | |
| | List the contract number of any government contract | | NEW YORK      NY      10017 |

**Fill in this information to identify the case:**

Debtor name **MMD Holdings, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

FORM 206
Part 10:

| SCHEDULE 2 | TRADEMARK | REG NO. |
|---|---|---|
| | 60 WALK AROUND | 3,408,734 |
| | 60 ON DECK | 3,491,474 |
| | 60 COMBAT CHRONICLES | 4,228,034 |
| | 60 DETAIL IN ACTION | 3,869,982 |
| | 60 EAGLE LOGO | 1,763,525 |
| | 60 SQUADRON | 1,774,544 |
| | 60 TRUE DETAILS | 1,807,699 |
| | 60 ENCORE MODELS (& DESIGN) | 1,812,261 |
| | 60 IN ACTION | 3,408,736 |
| | 60 SQUADRON SIGNAL PUBLICATIONS | 3,408,742 |
| | 60 SQUADRON PRODUCTS | |
| | 60 EAGLE STRIKE | |
| | 60 SUPER SCALE | |
| | 60 AERO MASTER | |
| | 60 AVIONIX/BLACKBOX | |
| | 60 CUSTOM DIORAMICS | |

| SCHEDULE 2 | COPYRIGHTS | REG NO. |
|---|---|---|
| cont. | 60 CH-47 CHINOOK IN ACTION | TX 8-574-046 |
| | 60 F-22 RAPTOR IN ACTION | TX 8-530-416 |
| | 60 SH-60 SEAHAWK IN ACTION | TX 8-548-624 |
| | 60 155MM LONG TOM GUN IN ACTION | TX 8-547-391 |

| SCHEDULE 3 | DOMAIN | EXPIRES | EST. VALUE |
|---|---|---|---|
| | 61 MMD-SQUADRONHT.COM | 1/26/2021 | |
| | 61 KIDSKITS.ORG | 3/6/2021 | $672.00 |
| | 61 SQUADRONGIFTS.NET | 3/12/2021 | $116.00 |
| | 61 ROUTE66KITS.NET | 3/12/2021 | $106.00 |
| | 61 SQUADRONGIFTS.ORG | 3/12/2021 | $192.00 |
| | 61 HASWING.US | 4/26/2021 | $100.00 |
| | 61 MILITARYMODEL.US | 6/14/2021 | $100.00 |
| | 61 SQUADRONLIBRARY.COM | 9/9/2021 | $1,111.00 |
| | 61 SQUADRONSIGNALPUBLICATIONS.BIZ | 9/27/2021 | $100.00 |
| | 61 SQUADRONSIGNALPUBLICATIONS.INFO | 9/28/2021 | $100.00 |
| | 61 SQUADRONSIGNALPUBLICATIONS.MOBI | 9/28/2021 | |
| | 61 SQUADRONSIGNALPUBLICATIONS.ORG | 9/28/2021 | $275.00 |
| | 61 SQUADRONMODELS.COM | 9/30/2021 | $1,116.00 |
| | 61 MILITARYMODEL.NET | 12/1/2021 | $602.00 |
| | 61 MMDSQUADRON.COM | 12/1/2021 | $677.00 |
| | 61 MMD-SQUADRON.COM | 12/1/2021 | $313.00 |
| | 61 SQUADRONMAILORDER.COM | 12/6/2021 | $743.00 |
| | 61 SQUADRON.COM | 5/4/2022 | $20,021.00 |
| | 61 SQUADRONEAGLEQUEST.COM | 5/22/2022 | $476.00 |
| | 61 SQUADRONPRODUCTS.COM | 12/19/2022 | $1,221.00 |

MMD Holdings, LLC Footnotes

PayPal

Business Information: MMD Holdings, LLC
PayPal Merchant ID: BL8NFLS5LCDEC
Account currently has a negative balance as a result of unresolved customer chargebacks posted on 01/15/2021

eCapital Financial Services

Receivables factoring partner
Client#: MMDS101
Client#: MMDS102
Schedule of factored accounts receivable aging held by eCapital also reflected in MMD Holdings, LLC accounts receivable aging. eCapital may chargeback purchased receivables deemed uncollectable without recourse.

Consignment inventory – at December 31, 2020, it was presumed that $2,930.66 of MMD Holdings, LLC inventory available for resale was on consignment and held by Specialty Press, 838 Lake Street South, Forest Lake, MN 55025.

Work in progress value recorded on Form 206 A/B, Part 5, Line 20 is prepaid finished inventory for resale currently held by the manufacturer in China awaiting prepayment of shipping charges for delivery to MMD Holdings, LLC.

Drawings, Prints, Books, Manuscripts recorded on Form 206 A/B, Part 7, Line 42 as Collectables without value is a significant quantity of materials developed in the regular course of business and held as an asset of the organization without an assigned value.

Copyrights and Trademarks recorded on Form 206 A/B, Part 10, Line 60 without value is detailed on a separate schedule to the best of the preparer's knowledge. No records are available to prepare a full list of materials developed in the regular course of business and held as an asset of the organization without an assigned value.

Internet domain names and websites recorded on Form 206 A/B, Part 10, Line 61 with value is detailed on a separate schedule from information derived from the GoDaddy.com website. No internal records are available to determine if the schedule contains the full list of registered domains and websites that

were established for the benefit of the business. The reported value is the estimated value assigned by GoDaddy.com and is not recorded as an asset of the organization.

Customer lists and mailing lists recorded on Form 206 A/B, Part 10, Line 63 without value is an acknowledgment of the existence of the asset. The lists were developed in the regular course of business and held as an asset of the organization without an assigned value.

Barcodes recorded on Form 206 A/B, Part 10, Line 64 without value is an acknowledgment of the existence of the asset. No records are available to prepare a full list of barcodes that have been assigned to the business and held as an asset of the organization without an assigned value.