**Fill in this information to identify the case:**

Debtor Name  **MMD Holdings, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................................................................. **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................................................. **$637,626.26**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................................ **$637,626.26**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$9,597,842.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................. **$12,596.79**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ + **$3,450,379.14**

4. **Total liabilities**
    Lines 2 + 3a + 3b..................................................................................................................................... **$13,060,817.93**