

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed April 19, 2021**                                 _____
                                                          **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MMD HOLDINGS, LLC,** | § | **CASE NO. 21-30105-MVL-7** |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING SALE OF PROPERTY OF ESTATE
### FREE AND CLEAR OF LIENS AND ENCUMBRANCES

The Court considered the Trustee's Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances with any liens to attach to the proceeds.  The motion was filed and served on all interested parties on March 25, 2021 [docket #27] and with no objections timely filed and served on the trustee the Court finds that it is in best interest of the estate to sell the property of the estate.   It is, therefore,

**ORDERED** that Daniel J. Sherman, Chapter 7 trustee, is authorized to sell in an online auction conducted by Rosen Systems, Inc., with bidding to start on Friday, April 16, 2021 at 9:00

a.m. and ends on Friday, April 23, 2021 beginning at 10:00 a.m., one lot per minute, assets of the estate including but not limited to the equipment and inventory of the estate, its inventory, office furniture and equipment, warehouse equipment (e.g. shelving, packaging equipment), domain name(s), website(s), trademarks and tradenames, customer lists which includes emails and physical addresses, publishing related properties of MMD/Squadron relating to trademarks/imprints, copyrights, production files and research materials (as available), and book and magazine inventory;    It is further

**ORDERED** that the requirements of Bankruptcy Rule 6004(h) are waived and closing of this sale shall occur as soon as possible. It is further

**ORDERED** that Daniel J. Sherman, trustee, is authorized to execute all documents necessary to effectuate the sale and transfer of the property.

# # # END OF ORDER # # #

**SUBMITTED BY:**

Daniel J. Sherman
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502   (214) 946-7601 – fax
**ATTORNEYS FOR CHAPTER 7 TRUSTEE**