**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 21-30105 | MVL | Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MMD HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 01/19/21 (f) |
| | | | | 341(a) Meeting Date: | 03/02/21 |
| For Period Ending: 02/01/23 | | | | Claims Bar Date: | 06/01/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WELS FARGO CHECKING ACCT 6872 | 5,483.41 | 5,483.41 | | 8,992.61 | FA |
| 2. WELLS FARGO ACCT 0575 | 0.00 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO ACCT 6898 | 0.00 | 0.00 | | 0.00 | FA |
| 4. WELLS FARGO ACCT 6906 | 0.00 | 0.00 | | 0.00 | FA |
| 5. WELLS FARGO ACCT 6914 | 0.00 | 0.00 | | 0.00 | FA |
| 6. PAYPAL MERCHANT ACCT CDEC | -231.04 | 0.00 | | 0.00 | FA |
| 7. ECAPITAL FINANCE SERVICES FACTORING S101 | 200.09 | 200.09 | | 0.00 | FA |
| 8. ECAPITAL FINANCE SERVICES FACTORING S102 | 3,466.08 | 3,466.08 | | 0.00 | FA |
| 9. SEC. DEPOSIT - BUILDING - CHA&CHA II, LLC | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 10. PREPAID INVENTORY<br>STEVENS INTERNATIONAL & SOURCEZ N TRENDS(HONG KONG) LTD | 106.87 | 106.87 | | 0.00 | FA |
| 11. PREPAID ACCT BALANCE - STAMPS.COM | 399.86 | 399.86 | | 0.00 | FA |
| 12. ACCT. RECEIVABLE<br>90 DAYS OLD OR LESS: $85,684.49 - $22,021.97 (UNCOLLECTIBLE) = $63,662.52 | 63,662.52 | 63,662.52 | | 0.00 | FA |

LFORM1

Ver: 22.07f

FORM 1
Case 21-30105-mvl7 Doc 59 Filed 02/01/23 Entered 02/01/23 10:32:07 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 2 of 4
ASSET CASES
Page: 2

| Case No: | 21-30105 | MVL | Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MMD HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 01/19/21 (f) |
| | | | | 341(a) Meeting Date: | 03/02/21 |
| | | | | Claims Bar Date: | 06/01/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. ACCT. RECEIVABLE<br>OVER 90 DAYS OLD: $14,650.08 -$14,650.08 (UNCOLLECTIBLE) = $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 14. WORK IN PROGRESS - GOODS FOR RESALE<br>LAST PHYSICAL INVENTORY 01/04/2021 - COST | 3,920.00 | 3,920.00 | | 0.00 | FA |
| 15. FINISHED GOODS - GOODS FOR RESALE<br>LAST INVENTORY 01/04/2021 COST/FIFO | 368,289.90 | 368,289.90 | | 16,319.00 | FA |
| 16. OTHER INVENTORY/SUPPLIES - MANUFACTURING SUPPLIES<br>LAST INVENTORY 01/04/2021 - COST/FIFO | 51,434.57 | 51,434.57 | | 95,694.11 | FA |
| 17. OFFICE FURNITURE - CUBICLES/LATERAL FILE CABINETS<br>STRAIGHT LINE DEPRECIATION | 0.00 | 0.00 | | 6,786.57 | FA |
| 18. OFFICE/WHAREHOUSE FIXTURES & MFG EQUIPMENT<br>STRAIGHT LINE DEPRECIATION | 65,616.71 | 65,616.71 | | 63,949.22 | FA |
| 19. AED, COMPUTER EQUIPMENT, SOFTWARE<br>STRAIGHT LINE DEPRECIATION | 22,236.29 | 22,236.29 | | 7,635.36 | FA |
| 20. DRAWINGS, PRINTS, BOOKS, MANUSCRIPTS | 0.00 | 0.00 | | 44,600.05 | FA |
| 21. 2018 FORD FUSION - LEASED VEHICLE | 0.00 | 0.00 | | 0.00 | FA |
| 22. LEASED OFFICE/WAREHOUSE<br>1115 & 1121 CROWLEY DR., CARROLLTON, TX | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No.: | 21-30105 | MVL | Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MMD HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 01/19/21 (f) |
| | | | | 341(a) Meeting Date: | 03/02/21 |
| | | | | Claims Bar Date: | 06/01/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. PATENTS/COPYRIGHTS/TRADEMARKS/TRADE SECRETS<br>NO VALUE ASSIGNED | 0.00 | 0.00 | | 0.00 | FA |
| 24. INTERNET DOMAIN NAMES/WEBSITES<br>VALUATION METHOD - GODADDY.COM | 28,041.00 | 28,041.00 | | 75,000.00 | FA |
| 25. CONSUMER/WHOLESALE DISTRIBUTOR MAILING LISTS<br>NO VALUE ASSIGNED | 0.00 | 0.00 | | 10,000.00 | FA |
| 26. OTHER INTANGIBLES - BARCODES<br>NO VALUE ASSIGNED | 0.00 | 0.00 | | 0.00 | FA |
| 27. STEEL TOOLING FROM RODEN TOOL (u)<br>STEEL TOOLING FROM RODEN TOOL MAKING PLANT LTD NEEDED TO MAKE 15 COMPLETE PLASTIC MODEL KITS FOR SIX OR MORE MILITARY AIRCRAFT (LIKELY 1/72 SCALE). TOOLING WAS MANUFACTURED IN 2007-2008, AND IS LOCATED IN UKRAINE. | 50,000.00 | 50,000.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $687,626.26    $687,857.30    $328,976.92

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD THE ASSETS PHYSICALLY LOCATED IN THE DFW AREA.  CLAIMS REVIEWED AND ADDITIONAL OBJECTIONS TO BE FILED.
ESTIMATED DATE OF CLOSING IS 07/31/2023.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 4

| | | | |
|---|---|---|---|
| Case No: | 21-30105   MVL   Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | MMD HOLDINGS, LLC | Date Filed (f) or Converted (c): | 01/19/21 (f) |
| | | 341(a) Meeting Date: | 03/02/21 |
| | | Claims Bar Date: | 06/01/21 |

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 07/31/23

LFORM1

Ver: 22.07f